Rick Aleman                                                                      335074.00001
Legal Representation
Invoice No. 1300262198

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | withdrawal from representation on battery and murder charges; travel to and from court; interoffice conference with A. Vesselinovitch. | |
| 09/16/05 | Vesselinovitch, Alexander S. | Review status of criminal complaint and strategy with A. Gutterman. | 0.70 |
| 09/17/05 | Gutterman, Allen B. | Interviews of Aleman witnesses re: potential representation and anticipated costs of murder defense. | 2.00 |

Total Hours: **32.30**

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 40284 | Gutterman, Allen B. | 24.30 | 250.00 | $6,075.00 |
| 34354 | Vesselinovitch, Alexander S. | 8.00 | 450.00 | $3,600.00 |
| | **Current Fees for Matter 00001:** | **32.30** | | **$9,675.00** |

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| **Attorney:** | 34354 | Alexander Vesselnovitch |
| **Client:** | 335074 | Rick Aleman |
| **Matter:** | 00001 | Legal Representation |

Invoice No.:     1300262198          Invoice Date:     09/26/05

**Current Invoice Charges:**                                          **$9,675.00**

**Total Now Due:**     **$9,675.00**

| TOTAL AMOUNT ENCLOSED: |
| --- |

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**525 W. Monroe Street**
**Chicago, IL  60661-3693**

**Wiring Instructions:**
**Bank One**
**120 S. LaSalle Street**
**Chicago, IL**
**ABA #071000013**
**Swift Code: CHASUS33**
**Reference: .**
**For Credit To: Katten Muchin Rosenman LLP**
**Disbursements Account**
**Account #234-192**

**When wiring a payment please fax a copy of the Remittance to Andie Katz at 312-577-8880**

**Please direct any billing inquiries to Alexander S. Vesselnovitch 312-902-5660**





EXHIBIT

4

7·24·08

# ILLINOIS STATE POLICE

## STATEMENT OF CONSTITUTIONAL RIGHTS AND WAIVER

Before we ask you any questions, it is my duty to advise you of your rights:

1. You have the right to remain silent.

2. Anything you say can be used against you in court or other proceedings.

3. You have the right to talk to a lawyer for advice before we ask you any questions, and to have him with you during questioning.

4. If you cannot afford a lawyer, one will be appointed for you, free of any cost to you, before any questioning if you wish.

STATEMENT OF RIGHTS GIVEN BY ___M/SGT J Micci 3566_____,

TO __Rick Aleman_____, AT __5:15 PM_____ (Time),

ON ___09-09-05_____ (Date).


## WAIVER

I understand what my rights are, and I am willing to answer questions.

___M/SGT J 356_____
WITNESS

___Det Villanueu #9_____
WITNESS

(X) ___R Al_____
Signature of person receiving rights

Case/File Report # __05-17491 CVU__

IL493-0196                                                    ISP5-49(1/88)

0062

56

CFS 428
Rev. 4/2001

**State of Illinois**
**Department of Children and Family Services**



## APPLICATION/RECORD OF CHILD INFORMATION

Name of Child __Joshua Schrik__   Birthdate __9/22/04__   Sex __M__
Address __249 Jervey Lane, Bartlett IL 60103__
Date Child Received __Sept. 7, 2005__   Date Child Left _____

### PARENT OR OTHER PERSONS(S) PLACING THE CHILD

Name __Danielle Schrik__                Name __Seth Sabel__

Relation to child __mother__            Relation to child __father__

Home address __249 Jervey Ln.__         Home address __8062 Kingsbury__
__Bartlett__                            __Hanover Park__

Phone Number __630-855-0633__           Phone Number __630-289-8922__

Place of employment __Genesis Mgmt.__   Place of employment __BSS & Assoc.__

Address __Same__                        Address __Same__

Phone Number __6-855-7948__             Phone Number __6-289-8807__

Working hours __830 - 430__             Working hours __Vary.__

### OTHER PERSON TO NOTIFY IF PERSON PLACING THE CHILD CANNOT BE REACHED

Name __Nancy Schrik__        Address __Same as mother__

Phone Number __630-936-1357__   Relationship __grandma (NaNa)__

### PHYSICIAN TO CALL IF CHILD BECOMES ILL OR INJURED

Name __Dr. Hasson__          Address __19 East Schaumburg Rd.__

Phone Number __847-895-9800__   Hospital or Clinic __St. Alexius__

### PROGRAM

Days per week_____   Hours of care _____

Rate of pay (optional) _____

_____     _____   _____
Signature of parent or other person placing child    Signature of caregiver    Date

A completely filled in form must be kept by the licensee for each child not related to the licensee. Please have this form available at all times to licensing representatives of the Department of Children and Family Services. Contact the Area Office for supplies of this form.



EXHIBIT
5
7.24.08

HC0314

If the child has any of the following, please explaining:

Medical problems _____

Physical handicaps _____

Restrictions for play—outdoors _____

Restrictions for play—indoors _____

Allergies _____

Food likes _____

Food dislikes _Carrots._____

Fears _____

Does the child take a nap? _Yes_____ Time _when hes tired_Length _____
Is the child toilet trained? _____
Does the child have special names for objects? (potty, cookies, drinks, etc.) _No_____

Does the child regularly take medication? _____ If so, what kind and directions _____

If the child is an infant, what are the feeding instructions? _____
    Time _____ Amount _____ Temperature _____
Diaper changes:    Powder _____ Ointment _____
Other information that will help in caring for the child _____
_____
_____

Comments:
_____
_____
_____
_____
_____
_____
_____

**ALL INFORMATION SHALL BE REGARDED AND HANDLED CONFIDENTIALLY**



**A B C**

_Josh_

had a _____ day.

| **MORNING** at _9_ | **LUNCH** at _12_ | **SNACK** at _____ |
|---|---|---|
| Scrambled eggs & sausage toast & butter | Ravioli tater tots apple bits | ____ ____ ____ |

My Day:

Josh did seem still to be not feeling so great today. He was ok for a while but then he got kinda crabby and was not eating much. Around 1d I gave him some of the medicine. He was pretty sleepy after that

Quiet Time was at: _____, and I _____

Supplies, or Other Needs: _____

_____

over →
please →



HC0316

He did not really eat much
at either meal. I did manage
to get him to eat some
applesauce round lunch time. He had
lot's of fluids though. He drank
lots of juice. He started perking
up at bout 4:05. He wanted
to be held & cuddled all
day. So I did. :)

COPY

HC0317

**A B C**

_Josh_

had a _better_ day.

| **MORNING** at _8:45_ | **LUNCH** at _12_ | **SNACK** at _____ |
|---|---|---|
| Waffles sausage and toast | Smoked Sausage? mac chz peaches | _____ |

My Day:

Josh seemed to be feeling better today He was more playful a tad but still did not eat much. Josh took a fall on the tile floor right at the days end. He has a bump on his forehead.

Quiet Time was at: _____, and I _____ Sorry 😞

Supplies, or Other Needs: _____

_____

COPY

**$**

$1.5 [3] 179/23 180/3 181/19
$1.5 million [1] 181/19
$100 [2] 199/18 199/20
$12,000 [1] 176/6
$1500 [3] 68/23 280/18 280/19
$175 [2] 46/18 62/12
$25,000 [2] 173/14 173/16
$250,000 [1] 173/10
$500 [1] 9/13
$60,000 [1] 183/21
$700 [1] 62/11
$750 [1] 188/17
$780 [1] 189/12
$9,675 [2] 162/3 186/5

**'**

'03 [1] 278/7
'05 [35] 4/18 9/15 14/4 15/24 17/9
18/18 33/15 37/16 39/17 39/18 39/18
44/2 44/8 46/9 50/15 50/18 61/15
62/8 62/9 66/1 67/3 69/3 73/9 156/23
159/22 164/18 178/6 182/2 182/7
182/8 182/10 182/14 194/13 273/18
276/15
'07 [1] 199/6
'08 [1] 39/17
'80s [5] 19/20 32/13 32/13 32/23
32/24
'84 [1] 11/4
'90s [1] 19/20
'99 [2] 7/9 7/11

**-**

-vs [2] 1/5 315/5

**0**

001564 [1] 1/21
01 [1] 132/2
05 [8] 137/1 150/17 158/21 165/23
167/6 170/23 171/19 188/8
06 [1] 188/14
07 [3] 1/5 188/9 315/5

**1**

10 [2] 171/3 171/19
10 hours [1] 165/23
10 minutes [1] 95/18
10 percent [2] 173/12 181/18
10/2/68 [1] 7/2
100 [1] 2/14
1054 [2] 167/5 296/3
10:00 [3] 295/16 301/4 301/9
10:00 a.m [1] 296/17
10:00 o'clock [3] 125/6 295/14
295/14
10:30 [1] 1/23
10:35 [1] 205/8
10:40 p.m [1] 296/9
10:54 a.m [3] 296/12 296/20 307/22
10:54:14 [1] 296/12
10th [5] 159/22 163/1 164/18 294/18
307/22
11 [3] 28/12 130/15 150/16
11 minutes [1] 171/19
11:01 [1] 132/1
12 [7] 1/7 55/10 265/4 297/3 297/5
308/7 315/7
12 hours [3] 296/10 301/13 308/5
12/1/05 [1] 188/8
12/27/07 [1] 188/9
1240 [1] 2/8
1250 [1] 1/21

12:33 [2] 137/1 137/14
12:35 [1] 138/20
12th [1] 172/4
13 [1] 153/19
14 [2] 260/20 296/3
14 hour [1] 297/5
14 hours [1] 297/3
1434 [2] 37/6 37/11
14th [1] 182/2
15 [1] 267/21
15 minutes [2] 144/7 144/9
15th [15] 182/3 182/7 182/8 182/10
182/14 225/1 225/23 226/5 226/7
227/16 227/19 228/21 228/22 230/22
291/12
16 [1] 174/3
16th [5] 176/21 177/13 277/18
278/18 278/21
17 [1] 8/22
17 years [1] 9/1
17,000 [1] 174/3
1700 [1] 7/3
175 pounds [1] 280/7
17th [3] 161/21 176/19 177/12
18 [7] 8/21 8/21 12/16 26/17 174/3
301/17 302/1
18 hours [2] 245/8 245/15
18 minutes [1] 267/12
18 years [2] 25/1 25/2
19 [11] 63/24 159/7 243/4 259/3
259/13 259/18 260/19 261/11 265/3
301/17 302/1
19 hours [1] 261/16
19 minutes [6] 240/12 240/18
241/14 243/15 253/5 267/20
1968 [1] 7/2
1986 [1] 26/21
1989 [1] 28/9
1:20 [1] 113/6
1:30 [1] 118/3

**2**

20 [8] 1/21 2/3 2/7 47/23 95/23
188/5 301/17 302/1
20 hours [2] 267/12 267/20
20 minutes [7] 94/22 95/7 96/8
96/16 239/22 241/12 254/8
20's [1] 280/22
20,000 [1] 280/21
200 [1] 283/16
2002 [1] 278/7
2003 [2] 19/19 28/12
2004 [1] 25/16
2005 [9] 245/7 245/11 259/3 277/18
278/18 278/21 279/4 294/18 307/22
2008 [4] 1/22 315/15 315/22 316/22
203 [1] 283/16
204 [1] 283/16
20th [1] 158/21
21 [2] 153/19 259/14
21 hours [1] 158/21
21-hour [1] 159/6
2141 [1] 150/16
214504 [1] 157/13
2158 [1] 301/7
22 [1] 6/16
220 [1] 5/17
23 years [1] 6/14
230 [1] 19/16
24 [1] 6/16
24-hour [1] 296/12
24th [2] 1/22 315/15
25 [1] 174/2

26 [2] 1/8 315/6
26 [10] 207/13 211/21 218/17 219/10
219/17 219/19 284/12 289/6 290/1
290/4
27 [1] 138/20
27th [1] 316/22
28 [1] 261/17
29 [1] 223/21

**3**

30 [2] 75/19 167/5
300 [1] 26/10
3213 [2] 1/10 315/10
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 [1] 10/2
3566 [2] 1/9 315/9
37 [1] 259/4
38 [4] 11/3 137/1 259/14 259/18
39 [3] 224/15 260/19 261/11
3:15 [1] 205/7
3rd [1] 7/7

**4**

40 [1] 224/19
400 [2] 26/10 65/13
4060 [2] 1/10 315/10
41 [1] 261/11
4123 [1] 306/12
42 minutes [1] 245/9
420 [2] 35/22 37/2
43 [1] 259/4
43 minutes [2] 153/19 245/15
44 [1] 267/12
46 [2] 227/23 265/3
48 [2] 1/8 315/8
49 [1] 229/16
4:00 p.m [1] 65/14
4:05 [1] 55/21

**5**

5,000 [3] 175/9 193/21 193/22
5/10/06 [1] 188/14
50 [4] 62/16 62/17 201/23 245/9
5049 [2] 1/5 315/5
51 [1] 171/19
53 [2] 245/16 259/19
54 minutes [1] 165/23
55 minutes [1] 261/17
56 [2] 220/9 220/18
57 [1] 158/21
58 minutes [1] 159/7
5th [1] 28/8

**6**

60 [1] 184/10
60139 [1] 5/17
60601 [1] 2/14
60602 [2] 2/4 2/8
61 days [3] 25/21 25/22 272/19
68 [1] 7/2

**7**

708-268-4123 [1] 306/12
7331 [1] 10/2
75 percent [1] 308/7
7th [1] 50/14

**8**

8:00 [2] 65/13 302/1
8:00 a.m [3] 65/13 67/21 67/22
8:30 [1] 82/20
8:45 [2] 56/7 56/11

**9**

9/10 [1] 171/3

**9**

**9/10/05 [4]** 165/23 167/6 170/23 171/19
**9/9/05 [3]** 137/1 150/17 158/21
**90 [1]** 173/21
**911 [12]** 111/8 111/18 111/19 112/7 113/8 113/10 113/18 113/21 114/15 120/22 123/5 123/18
**9:00 [2]** 176/23 179/8
**9:00 a.m [1]** 225/11
**9:00 o'clockish [1]** 125/10
**9:00 p.m [1]** 302/2
**9th [34]** 4/18 9/15 14/4 15/24 37/16 44/2 44/8 46/9 50/18 54/12 66/1 67/3 67/16 69/2 69/22 73/9 178/6 178/15 194/13 244/19 245/10 245/11 247/23 248/5 259/3 273/18 279/4 281/1 290/13 290/21 291/4 291/5 291/9 294/18

**A**

**A-I-D-A-N [1]** 274/7
**A-I-D-E-N [1]** 48/8
**A-N [2]** 48/8 178/22
**A,D [2]** 315/22 316/22
**a.m [15]** 1/23 65/13 67/21 67/22 176/23 179/8 225/11 295/16 295/17 296/4 296/12 296/17 296/20 301/4 307/22
**ability [1]** 141/20
**able [9]** 43/7 79/21 123/10 181/24 182/1 237/11 243/23 244/1 275/22
**about [157]** 4/17 5/10 11/3 11/4 11/5 11/23 14/13 16/6 20/6 22/9 29/15 35/18 37/5 39/20 42/24 43/2 44/18 51/5 52/1 55/21 59/6 67/5 68/2 69/19 70/2 74/10 74/14 75/20 79/10 81/1 81/2 86/15 89/12 90/1 91/6 91/6 91/24 96/7 96/8 96/18 96/19 100/23 105/10 106/22 111/2 111/8 124/3 125/6 128/10 128/13 129/20 130/10 133/6 147/14 148/15 148/17 152/15 157/7 161/21 161/21 161/23 163/4 163/10 163/19 167/15 170/20 175/3 175/5 175/24 177/12 177/13 183/21 184/10 186/1 186/23 187/7 190/11 192/17 197/2 200/7 200/9 200/10 200/20 203/15 203/16 207/19 207/24 207/24 208/19 208/22 209/5 210/13 214/7 214/11 221/4 221/7 225/18 228/15 228/17 228/20 229/13 230/14 234/20 239/22 242/9 246/20 246/21 247/6 256/19 257/12 257/17 263/5 264/7 264/11 268/17 274/13 274/16 274/22 275/2 275/21 280/3 280/18 281/10 281/12 282/11 282/12 284/18 285/4 286/11 286/12 286/18 287/7 288/4 288/15 291/11 291/15 293/18 296/19 296/20 297/1 298/14 298/15 298/20 299/8 299/12 301/16 302/3 302/5 302/15 308/4 308/10 313/6
**abrasions [1]** 310/17
**Absolutely [8]** 100/10 110/15 132/16 244/20 244/22 274/24 275/4 276/5
**abuse [4]** 286/5 286/11 286/12 288/15
**abusing [1]** 291/23
**abusive [2]** 290/12 291/11
**accept [1]** 180/6
**acceptable [2]** 271/4 290/7
**accommodate [1]** 44/12
**accompany [1]** 129/12

**accompanying [1]** 128/22
**accord [1]** 298/7
**accordance [1]** 4/12
**according [2]** 115/4 301/16
**accountable [1]** 275/14
**accountant [1]** 64/24
**accounting [1]** 196/14
**accurate [9]** 64/23 82/22 153/9 185/12 214/19 215/7 230/11 233/18 280/23
**accurately [3]** 113/24 123/11 151/15
**accustomed [1]** 40/3
**acquaintance [1]** 284/15
**acquisition [1]** 29/24
**across [6]** 34/2 34/7 47/13 112/3 183/1 282/22
**act [2]** 209/17 211/8
**acted [4]** 207/3 220/10 231/23 299/10
**action [4]** 152/16 167/13 194/16 316/19
**actions [4]** 152/18 210/12 211/22 221/9
**activated [1]** 107/5
**active [2]** 217/15 217/21
**activity [1]** 71/2
**acts [1]** 284/21
**actual [1]** 183/5
**actually [19]** 14/14 34/16 66/15 71/20 113/18 116/13 151/11 156/20 200/9 200/21 214/13 258/11 264/11 264/20 277/4 278/13 282/13 296/4 303/18
**ad [1]** 45/13
**Adam [30]** 48/20 48/21 57/19 57/24 58/4 66/6 66/8 66/16 68/4 73/20 74/3 74/8 74/9 74/13 74/14 75/4 75/12 78/23 80/22 81/22 83/21 91/4 91/6 91/14 91/22 92/8 173/24 224/4 280/8 281/12
**Adam's [1]** 57/21
**add [3]** 30/3 148/17 246/6
**address [8]** 5/16 7/13 27/15 35/20 49/13 197/23 283/15 299/19
**adds [1]** 304/10
**adequately [1]** 211/3
**administer [2]** 52/23 69/16
**administered [7]** 54/7 69/5 69/10 70/1 73/9 114/21 118/11
**admission [1]** 163/15
**admit [4]** 257/20 258/3 266/1 268/24
**admittance [1]** 208/13
**admitted [4]** 256/24 258/5 267/6 268/23
**admittedly [1]** 195/5
**advancement [1]** 20/14
**advantage [1]** 88/11
**advertise [2]** 15/9 45/12
**advice [3]** 141/5 238/20 239/9
**advise [2]** 61/21 238/16
**advised [7]** 139/20 157/17 158/10 159/7 238/18 238/20 305/2
**advising [1]** 62/4
**affixed [1]** 316/21
**afford [1]** 141/7
**aforesaid [2]** 315/15 315/18
**after [93]** 4/6 4/19 7/6 21/19 29/2 38/6 55/12 58/21 60/22 73/9 74/9 75/6 75/7 75/8 78/7 78/7 80/2 82/4 82/5 83/19 86/16 86/17 90/24 92/4 97/1 97/8 106/1 114/5 114/16 114/24 115/24 116/6 116/11 117/20 118/6 118/15 121/9 126/5 130/6 132/4 142/21 145/9 145/14 149/17

170/7 171/4 171/24 172/1 172/3 178/6 178/14 179/4 193/13 194/13 194/22 208/15 223/8 225/18 227/18 237/10 244/8 246/1 246/15 247/11 252/24 254/8 254/20 254/20 268/12 270/4 270/5 277/17 277/19 278/17 278/17 279/12 281/19 281/23 282/4 288/17 292/16 293/22 295/14 296/17 298/7 299/10 300/17 301/4 302/3 303/17 304/13 310/24 313/13
**afternoon [2]** 113/1 296/23
**afterwards [3]** 74/11 75/20 274/17
**again [36]** 33/17 108/14 109/11 109/15 138/17 154/21 156/10 164/18 166/16 170/19 171/11 171/12 179/6 182/9 192/13 200/1 208/16 223/5 235/22 237/14 238/23 242/16 252/19 253/23 256/3 262/3 262/10 265/8 280/18 299/2 301/2 301/24 303/8 303/9 313/1 315/16
**against [39]** 24/12 28/20 32/7 141/3 172/6 184/24 187/11 191/2 202/12 202/17 205/20 207/16 207/20 212/1 212/5 212/7 212/20 213/22 216/5 216/14 217/4 218/2 218/6 218/10 218/13 219/1 219/6 224/12 224/21 226/1 227/21 229/3 231/1 238/15 239/9 272/21 273/4 273/9 292/17
**age [1]** 49/18
**agency [3]** 40/18 40/21 42/23
**aggravated [4]** 172/9 177/11 224/16 225/13
**ago [16]** 14/13 24/23 25/1 25/2 27/19 32/13 33/5 47/15 81/2 175/16 200/10 255/19 255/20 280/3 295/24 307/18
**agree [7]** 41/16 156/3 195/13 196/18 273/16 273/21 293/23
**agreeable [6]** 245/24 246/13 262/18 262/21 269/18 305/5
**agreed [7]** 9/13 235/12
**agreeing [2]** 258/13 258/15
**agreement [1]** 29/16
**ahead [8]** 31/8 73/4 81/18 86/14 185/14 194/20 261/15 261/16
**aid [2]** 244/4 244/9
**Aidan [3]** 48/8 48/18 274/7
**ain't [1]** 195/12
**air [6]** 116/14 146/5 146/22 146/23 298/8 302/22
**airway [3]** 114/11 117/9 120/23
**airways [5]** 115/20 115/21 116/7 117/5 117/21
**alarmed [1]** 242/10
**ALEMAN [49]** 1/3 1/14 3/16 4/1 4/5 4/11 4/15 5/7 50/2 50/6 66/2 102/14 112/18 113/5 113/8 113/17 118/4 123/15 130/17 136/2 136/24 138/5 140/17 154/21 155/21 156/5 188/8 188/10 196/16 205/15 205/20 212/11 216/11 222/2 223/4 239/17 245/17 256/18 261/18 264/14 276/14 290/1 291/21 292/19 294/17 294/22 315/3 315/20 316/6
**alert [3]** 79/6 79/9 80/11
**alerted [2]** 288/21 288/22
**Alexander [1]** 161/10
**Alexius [2]** 14/21 51/1
**ALICE [2]** 2/13 205/17
**all [137]** 5/3 11/6 14/5 15/1 33/11 38/14 38/14 41/9 42/23 43/2 44/11 52/1 54/15 55/22 59/3 71/2 71/4 72/12 74/13 74/23 76/3 77/12 78/10 79/22 81/10 82/18 83/3 85/21 89/3

**A**

**all...** [108] 91/7 91/21 93/22 93/24 94/2 94/16 95/3 98/19 98/19 100/23 101/3 105/10 105/11 105/12 105/14 105/18 107/21 109/24 110/13 115/12 116/8 117/24 119/2 120/17 121/7 123/4 130/21 132/21 135/18 136/4 140/2 141/8 145/2 145/5 147/5 154/17 160/16 165/2 165/8 171/2 174/20 180/5 181/22 185/22 189/21 190/19 190/23 197/17 198/14 198/17 198/20 199/9 199/9 200/3 200/23 202/3 203/12 203/20 204/9 205/2 205/4 206/23 207/1 208/15 209/4 210/11 221/21 222/6 234/14 240/18 242/11 242/21 245/3 254/16 256/4 263/1 263/9 263/18 264/9 265/13 265/22 266/22 271/1 271/12 272/20 280/12 281/20 282/4 282/4 283/20 284/3 285/10 288/15 293/8 294/7 294/12 295/18 295/21 296/14 296/24 297/5 297/15 298/3 298/7 303/11 305/18 311/3 312/23
**allegation** [11] 214/1 215/17 216/5 217/8 218/17 218/19 219/10 220/14 229/8 229/19 230/24
**allegations** [2] 229/14 290/12
**allege** [6] 220/9 220/18 223/22 224/15 224/19 229/5
**alleged** [7] 163/17 169/14 219/17 219/19 220/15 223/21 288/15
**allegedly** [2] 220/15 291/11
**allow** [1] 131/20
**allowed** [21] 28/16 129/8 132/23 133/6 133/7 134/1 134/13 135/14 235/7 238/9 298/3 298/5 298/6 298/7 299/24 303/9 311/10 311/14 311/17 311/18 313/7
**almost** [10] 72/7 123/1 201/23 269/13 279/15 301/9 305/14 310/3 310/9 313/19
**alone** [2] 144/1 308/8
**along** [2] 27/19 150/18
**aloud** [1] 141/1
**already** [7] 40/8 120/7 138/19 155/17 167/20 216/20 295/5
**also** [17] 26/20 28/11 32/9 45/16 72/23 81/3 137/7 151/1 158/5 187/4 205/18 240/4 261/9 265/24 266/3 290/20 308/2
**always** [12] 9/18 9/19 11/1 13/22 72/21 79/11 79/13 79/14 86/23 88/22 91/20 270/8
**am** [9] 99/4 182/11 204/16 207/5 217/6 266/16 303/24 305/7 316/15
**Amanda** [4] 7/22 57/19 67/6 67/7
**ambulance** [5] 118/23 119/3 119/21 121/22 123/3
**ambushed** [1] 284/19
**amend** [1] 25/6
**amended** [3] 12/23 207/13 211/20
**among** [1] 205/21
**amount** [10] 9/11 26/9 63/5 63/7 174/22 183/15 194/1 211/1 247/14 268/12
**Amoxicillin** [8] 53/7 53/9 53/10 54/3 54/7 69/14 69/17 71/7
**and/or** [1] 164/9
**angry** [3] 68/17 233/16 280/8
**animal** [1] 72/21
**Ankin** [5] 138/8 138/14 139/15 145/5 161/4
**announced** [1] 172/6

**anonymous** [2] 288/19 290/18
**another** [19] 8/2 12/15 12/19 18/6 21/18 22/14 24/21 36/2 101/6 120/9 132/17 142/9 165/14 169/8 189/11 210/8 218/15 266/18 313/2
**answer** [67] 4/22 11/20 15/3 26/3 38/7 43/1 43/18 52/18 62/23 63/9 63/24 63/24 74/7 79/15 79/21 81/24 82/2 95/14 99/2 104/9 104/24 127/1 135/7 135/20 140/6 141/5 152/18 155/21 156/1 156/5 156/9 175/18 177/22 182/23 185/12 185/17 191/23 204/13 206/1 211/2 211/15 212/10 212/19 216/7 216/17 216/19 219/18 219/20 223/4 226/12 235/20 238/22 239/5 239/8 242/14 246/2 257/8 258/19 258/19 258/20 268/15 269/19 271/17 272/5 278/23 289/12 313/5
**answered** [10] 98/24 155/17 205/5 211/3 216/6 216/16 239/11 242/12 254/17 265/5
**answering** [9] 239/10 246/2 246/4 258/18 258/20 258/22 268/14 271/22 282/11
**answers** [25] 11/16 11/24 12/5 12/17 12/23 13/9 13/12 19/14 24/6 24/7 25/6 25/13 30/1 196/9 246/23 246/24 247/2 247/6 263/4 263/19 269/16 270/8 270/9 270/19 270/21
**anxieties** [1] 15/9
**anxiety** [4] 15/17 16/1 88/23 183/10
**anxious** [4] 15/7 15/9 304/4 304/5
**any** [255]
**anybody** [23] 47/24 48/17 59/16 100/18 102/16 127/13 135/21 136/1 147/2 160/16 161/7 173/1 174/4 186/15 192/2 222/4 222/5 249/9 249/12 270/1 289/16 293/13 293/16
**anymore** [2] 21/7 34/1
**anyone** [7] 128/4 197/7 203/20 227/13 286/22 289/5 297/10
**anything** [91] 13/2 16/13 16/14 18/16 33/24 42/16 42/17 52/19 56/17 58/19 64/7 69/19 70/2 70/16 72/3 73/17 90/10 90/13 93/15 96/18 97/10 98/5 98/21 114/11 119/19 120/3 120/16 121/3 121/5 124/3 124/21 128/13 128/16 130/11 141/3 142/22 167/14 176/11 178/12 183/10 184/9 189/23 190/3 192/8 199/12 199/14 202/6 203/21 213/19 214/7 216/1 216/2 217/2 217/24 220/4 220/14 221/9 224/2 224/9 224/11 225/17 227/1 227/10 227/13 230/15 236/14 239/6 241/5 241/13 241/13 241/14 241/24 243/8 246/6 251/17 271/9 272/1 272/9 273/2 273/7 282/24 286/13 287/10 287/12 287/22 287/24 288/3 288/7 297/19 299/21 304/18
**anyway** [7] 230/3 237/18 237/21 238/2 238/7 238/12 303/16
**anywhere** [4] 36/1 90/7 106/10 211/20
**apartment** [5] 27/9 27/11 27/12 27/13 27/15
**apologetic** [4] 166/13 166/14 166/22 167/7
**apologies** [1] 305/17
**apologize** [7] 44/10 68/8 68/8 141/10 145/7 199/2 289/9
**apologized** [2] 171/1 307/18
**Apologizing** [2] 167/13 167/13
**apology** [2] 295/22 307/21

**apparent** [1] 74/14
**apparently** [9] 51/21 51/23 74/7 115/6 137/3 152/21 199/8 203/16 307/7
**appeal** [1] 181/11
**appealing** [1] 181/12
**appear** [5] 11/17 13/4 239/5 243/18 243/19
**APPEARANCES** [1] 2/1
**appeared** [3] 239/4 243/17 312/16
**appears** [2] 152/17 315/18
**applesauce** [1] 55/19
**application** [22] 41/4 41/6 41/10 41/21 41/24 42/1 42/3 42/5 42/21 42/23 44/5 44/8 48/14 49/6 49/16 50/7 50/12 54/15 62/4 64/17 70/12 194/17
**applications** [3] 23/10 42/16 197/11
**applied** [2] 23/13 151/1
**apply** [2] 109/8 109/23
**applying** [1] 106/22
**appointed** [1] 141/7
**appointment** [4] 70/5 72/18 200/5 200/8
**appreciate** [1] 149/6
**approaching** [1] 216/8
**approves** [1] 202/11
**approximate** [3] 183/20 296/8 297/4
**approximately** [6] 131/24 132/3 240/11 253/5 261/19 296/10
**approximation** [3] 125/5 130/13 158/17
**are** [116] 7/13 7/15 7/23 8/18 13/6 20/4 20/20 21/6 21/7 21/9 21/21 22/12 22/18 23/3 23/6 31/17 32/6 42/4 42/4 42/19 58/8 63/17 63/18 64/19 68/16 74/14 77/7 79/9 81/4 87/2 100/23 101/16 101/22 102/5 103/11 105/2 127/9 140/15 150/14 153/2 158/3 162/17 173/23 175/6 175/14 175/18 177/1 183/20 183/20 186/22 188/9 189/2 189/18 192/17 195/18 195/20 197/16 199/8 200/2 200/11 201/2 201/20 202/11 204/22 205/22 206/23 207/3 208/7 209/11 211/22 213/8 213/16 216/13 217/2 217/24 218/18 219/11 219/16 220/13 221/13 222/6 224/1 224/1 224/21 225/24 229/14 230/23 232/12 237/17 237/18 237/20 240/7 256/11 261/11 263/3 263/4 263/4 265/22 266/17 267/1 279/24 282/20 283/4 283/20 283/22 283/22 283/24 284/5 284/8 286/1 289/2 290/4 294/7 294/18 303/4 303/11
**area** [6] 48/3 58/1 73/12 103/2 150/11 214/10
**areas** [1] 109/8
**Arguably** [1] 196/19
**arising** [1] 232/15
**arm** [1] 243/10
**arms** [13] 77/17 77/19 86/8 86/14 87/8 101/18 103/20 105/10 240/23 243/16 250/8 250/21 253/4
**around** [37] 30/24 33/14 33/22 36/10 51/11 55/10 55/20 67/22 73/15 78/3 79/2 84/10 84/11 84/21 85/17 89/10 97/15 98/5 114/13 118/24 125/10 130/15 132/24 133/4 162/3 174/3 226/24 227/4 241/23 242/21 244/7 244/8 250/18 250/19 282/16 295/14 300/8
**arranged** [1] 81/8
**arrangement** [1] 46/14

**A**

**arrears [1]** 37/16
**arrest [29]** 36/16 36/20 129/2 129/6
135/5 135/8 135/11 135/13 135/22
136/2 136/17 157/19 157/22 158/9
158/11 158/12 159/8 212/4 212/23
216/24 217/5 220/11 220/16 224/20
224/21 227/24 228/1 228/10 301/7
**arrested [20]** 25/15 27/22 28/11
34/4 60/14 158/5 176/20 213/7
213/11 224/17 228/3 228/4 228/16
228/19 229/7 229/17 230/3 230/17
286/23 286/24
**arrive [1]** 234/11
**arrived [8]** 121/24 128/6 130/14
131/3 146/13 239/20 282/1 311/24
**as [231]**
**ashamed [1]** 261/9
**aside [5]** 16/24 33/23 44/24 45/5
164/22
**ask [39]** 4/16 11/23 49/3 49/15 50/8
51/22 60/20 69/13 112/13 113/8
119/11 119/13 119/18 119/19 127/6
129/17 133/2 145/21 147/24 148/5
165/13 179/14 186/1 195/17 195/19
200/1 209/5 210/24 212/5 212/14
234/20 263/5 265/14 266/17 266/20
273/11 290/5 299/2 303/13
**asked [52]** 10/14 20/22 31/5 33/24
44/10 98/24 110/2 114/10 119/17
119/24 121/16 123/13 127/8 128/7
129/11 135/21 136/16 136/16 145/7
145/19 146/6 147/10 147/15 148/11
155/17 168/20 171/8 174/9 185/11
199/1 216/3 216/6 216/16 216/20
237/23 238/23 242/12 246/20 246/20
254/17 255/23 261/5 263/15 264/3
273/17 275/23 278/15 290/16 299/22
300/18 303/1 304/13
**asking [49]** 16/18 32/1 81/23 90/6
95/19 95/21 102/5 105/3 116/20
119/15 121/16 121/24 122/21 125/4
126/13 129/14 135/9 135/15 135/21
136/4 148/21 155/14 156/3 164/24
167/6 169/18 176/9 179/20 181/4
185/14 203/14 203/15 203/17 204/7
211/7 215/20 222/23 222/23 229/13
251/9 251/10 263/7 263/11 263/16
263/19 264/11 267/1 282/17 289/2
**assessing [1]** 101/9
**assist [1]** 148/19
**assistance [1]** 149/6
**ASSISTANT [4]** 2/13 115/16 205/16
205/18
**assisted [1]** 205/17
**associated [1]** 24/3
**Associates [1]** 52/8
**assume [9]** 4/23 42/22 64/11 67/15
78/23 121/21 130/16 244/17 312/7
**assuming [3]** 38/8 209/11 296/16
**attainable [1]** 286/20
**attained [1]** 63/7
**attempt [1]** 133/18
**attempted [3]** 56/13 109/1 110/5
**attempting [2]** 111/7 260/13
**attempts [1]** 110/22
**attend [3]** 10/4 16/24 17/4
**attendance [1]** 10/22
**attended [2]** 18/14 19/7
**attention [3]** 65/24 102/16 274/22
**attest [1]** 42/3
**attesting [1]** 42/4
**attorney [71]** 2/12 12/19 12/24

135/1 136/19 138/9 139/15 139/19
139/19 140/4 140/8 141/11 145/5
145/8 160/22 161/6 161/8 161/9
170/12 170/13 171/5 171/9 172/1
172/2 176/12 179/14 179/24 180/12
181/3 185/24 188/7 189/11 195/17
202/8 202/9 202/10 203/19 205/17
205/18 215/4 223/14 225/5 225/8
233/11 235/8 237/12 237/14 237/20
238/11 238/18 285/20 286/22 297/6
299/24 300/10 300/19 311/10 311/15
311/17 311/19 311/21 311/23 311/24
312/3 316/16 316/17
**attorney's [6]** 36/17 176/12 202/16
238/15 286/14 288/9
**attorney/client [1]** 181/3
**attorneys [11]** 2/13 180/15 184/24
185/4 185/5 198/23 223/15 285/22
290/20 291/3 310/7
**attorneys' [2]** 186/1 199/8
**attributable [1]** 201/13
**attribute [1]** 151/12
**attributing [1]** 199/10
**August [6]** 276/15 277/18 278/17
278/18 278/21 279/4
**August 16th [3]** 277/18 278/18
278/21
**authenticity [1]** 266/22
**authorities [1]** 139/23
**authority [1]** 220/12
**available [1]** 200/2
**avenues [1]** 224/7
**aware [27]** 33/11 111/1 158/8
176/16 177/10 205/22 211/22 216/13
217/2 217/14 217/24 218/19 219/11
219/16 219/18 220/13 221/10 221/13
225/24 230/23 232/12 273/7 274/20
288/14 290/11 290/14 293/16
**away [26]** 11/23 38/5 38/16 47/12
53/23 84/7 85/1 85/2 91/5 100/1
100/6 109/16 111/1 111/5 116/11
121/15 126/2 176/24 184/2 184/7
200/19 205/24 240/7 307/11 307/13
307/15
**awful [2]** 22/8 167/5
**awhile [4]** 55/9 73/15 82/22 295/24

**B**

**B-O-O-K-E-R [1]** 61/6
**B-U-T-I-T-L-A [1]** 34/15
**baby [219]**
**baby's [43]** 77/23 78/1 79/16 79/19
79/20 94/6 94/10 94/13 102/22 103/1
104/12 105/7 112/3 114/8 117/14
120/13 120/16 149/23 150/2 150/8
151/2 151/18 152/2 154/3 154/5
154/8 154/8 154/23 154/24 155/10
156/16 156/17 215/7 257/21 257/22
258/6 258/6 261/24 264/4 265/5
269/7 304/19 309/24
**babysitter [1]** 40/5
**back [149]** 11/20 13/20 13/23 16/9
18/6 18/9 23/24 24/16 24/22 25/4
34/22 35/23 37/8 40/5 41/3 50/4
51/12 56/16 64/24 75/24 76/12 76/16
77/10 78/14 81/21 83/1 84/20 85/3
88/6 88/13 88/19 90/23 91/14 92/5
92/8 95/1 97/5 99/12 101/14 102/19
102/22 103/1 103/2 108/9 108/10
108/10 109/13 109/13 109/14 109/15
113/6 115/1 116/10 116/10 116/13
118/3 118/6 118/13 118/16 119/21
121/1 121/11 122/24 125/11 125/14

138/16 139/14 139/15 140/4 142/18
144/20 146/7 147/18 150/3 150/4
150/4 150/5 150/7 150/10 150/11
151/18 151/20 153/4 154/6 154/9
154/16 154/24 154/24 155/11 155/19
156/11 156/16 156/17 157/14 162/23
168/18 169/5 174/21 176/2 178/7
178/9 190/5 201/7 202/3 208/16
208/17 213/12 227/7 230/14 235/23
236/5 237/5 237/14 238/22 239/15
242/2 242/8 242/18 252/2 253/21
254/10 256/1 256/9 257/22 258/7
262/1 264/4 264/17 264/18 264/23
265/6 265/23 269/7 279/9 279/9
279/18 280/12 299/16 300/9 303/3
303/7 303/9 304/14 305/8
**background [18]** 10/3 11/7 19/5
19/9 23/24 25/12 39/12 45/6 45/8
49/15 61/23 62/5 208/1 208/14
208/22 209/9 209/10 291/15
**backpacking [1]** 91/16
**backtrack [2]** 42/1 80/21
**backward [1]** 101/16
**backwards [1]** 86/12
**bad [6]** 7/8 59/5 70/16 146/9 202/6
258/14
**badge [1]** 126/6
**balance [2]** 95/2 162/12
**ball [1]** 201/6
**bank [2]** 63/13 63/15
**Barbara [1]** 6/2
**Barnes [5]** 190/13 192/11 285/3
285/5 285/16
**Barrington [3]** 34/10 34/14 63/20
**Barry [7]** 39/6 189/4 189/10 190/4
223/16 233/11 234/5
**based [10]** 156/4 196/12 196/14
202/18 223/6 224/3 224/24 229/23
267/2 293/11
**basic [2]** 49/9 49/12
**basically [5]** 22/24 41/13 148/21
200/15 211/2
**basis [19]** 49/21 207/16 207/20
211/24 217/8 218/1 222/16 222/18
222/24 224/12 228/1 229/8 229/19
230/4 268/6 273/3 273/8 288/8
290/17
**basket [6]** 89/18 89/19 89/20 89/22
90/2 90/3
**bassinet [1]** 90/10
**Bates [2]** 55/13 60/1
**bath [1]** 72/13
**baths [1]** 40/2
**batteries [1]** 208/2
**battery [9]** 172/9 177/11 208/23
209/6 210/13 211/8 224/16 225/13
309/4
**be [113]** 8/21 11/17 12/23 13/4 22/7
31/9 31/23 32/19 33/18 33/20 34/13
37/14 40/12 42/8 42/22 43/11 43/11
43/13 44/5 54/7 55/2 55/8 55/22 56/3
56/23 59/14 62/1 65/8 65/10 72/19
73/2 79/21 81/1 82/22 83/24 107/13
113/7 125/6 135/16 135/17 137/2
137/7 140/5 141/3 141/7 142/20
148/15 150/7 152/17 156/23 158/3
160/1 160/11 160/13 164/11 164/15
164/15 167/18 175/13 183/3 184/10
185/9 185/10 185/11 186/23 193/12
198/17 205/10 206/5 208/8 208/10
212/5 212/13 231/5 236/20 236/21
237/11 238/8 243/10 243/17 243/18
243/19 245/24 247/4 247/9 257/15

**B**

be... **[27]** 258/10 260/11 263/1 265/13 265/17 265/24 267/6 271/23 275/14 287/20 288/8 289/18 290/3 292/8 294/4 296/21 299/4 300/7 302/1 303/5 305/4 305/5 309/3 309/19 311/18 312/1 313/2
**beans [1]** 202/4
**Bear [1]** 183/19
**bears [1]** 203/23
**beat [4]** 284/18 284/19 287/6 292/2
**Beata [1]** 173/24
**beats [1]** 287/6
**Beatta [1]** 174/23
**became [5]** 39/24 40/3 46/2 149/17 269/18
**because [104]** 5/2 7/6 18/3 18/3 20/23 22/23 22/23 29/1 33/17 33/21 36/9 39/22 43/2 47/21 51/11 51/23 52/19 60/14 69/5 70/4 72/6 72/10 72/17 73/1 74/9 74/18 74/24 77/6 77/8 78/2 82/20 86/22 87/8 88/20 89/2 92/23 92/24 93/5 93/15 97/12 99/24 100/4 100/7 116/8 126/2 129/4 134/19 147/16 150/5 155/16 174/7 177/17 180/24 181/2 183/19 193/7 195/23 197/18 202/2 202/2 203/8 205/10 206/16 208/7 208/21 209/6 210/6 219/7 230/7 235/22 239/7 244/14 247/13 249/3 250/24 252/9 252/18 257/5 258/16 262/20 265/9 272/8 272/11 272/18 279/8 280/12 281/20 282/8 282/22 284/6 284/9 285/21 286/10 291/1 298/8 298/23 298/23 298/24 299/9 302/19 303/23 304/5 310/3 311/21
**become [4]** 176/16 286/15 288/10 288/14
**becomes [1]** 50/24
**becoming [3]** 203/4 302/19 302/20
**been [91]** 4/6 5/11 9/11 9/18 10/24 12/5 15/9 15/11 15/19 15/19 15/20 16/3 17/20 17/21 17/22 19/23 20/22 24/4 31/20 32/22 36/9 46/10 50/6 57/20 58/5 60/1 67/18 74/8 82/22 94/16 97/21 98/23 118/6 140/3 140/14 146/9 155/17 157/13 158/18 162/6 163/24 174/7 176/21 177/17 186/5 186/9 186/11 188/5 193/23 195/3 197/6 197/7 203/6 211/13 213/4 213/5 213/6 214/12 221/3 222/1 222/2 222/3 222/14 222/19 222/20 234/16 242/12 247/12 247/13 254/17 255/1 255/13 258/16 266/4 272/4 272/19 277/1 291/23 292/16 296/7 296/9 299/6 300/23 301/9 301/12 302/2 302/3 305/2 305/18 307/23 308/4
**before [65]** 1/17 5/11 11/11 19/19 35/23 35/24 50/11 54/14 67/21 69/17 70/4 75/8 81/20 83/24 84/19 97/11 100/12 122/18 123/2 131/22 133/17 134/6 141/5 141/8 153/9 158/13 164/4 170/6 172/16 176/22 176/22 179/9 193/18 194/17 200/20 201/9 208/2 225/6 233/5 233/8 237/12 239/19 242/22 246/14 254/17 254/20 254/22 254/22 255/16 263/17 268/17 269/23 272/19 274/2 278/7 281/7 284/2 287/7 300/23 303/7 303/18 307/13 311/4 313/10 315/22
**began [4]** 70/18 147/22 237/13 284/2

**begin [2]** 39/14 143/23
**beginning [1]** 235/5
**behalf [6]** 2/5 2/9 2/15 115/16 191/6 191/8
**behavior [2]** 290/12 291/12
**being [84]** 15/7 75/24 86/15 90/16 98/8 98/10 99/10 102/6 109/13 112/14 113/9 113/10 113/10 113/12 123/10 125/7 127/4 129/9 130/6 133/17 140/11 141/15 142/9 143/14 146/5 147/21 148/21 149/12 149/15 150/18 151/1 153/14 157/17 160/20 164/12 165/16 173/14 178/18 179/18 184/12 202/10 205/17 208/18 209/13 213/11 213/15 218/24 219/5 221/7 225/22 226/9 230/21 234/9 239/5 246/13 261/2 262/21 262/24 264/10 265/23 268/16 270/6 272/5 273/5 275/2 282/6 286/7 286/8 286/19 293/1 293/4 293/19 295/13 297/18 298/24 300/6 302/24 303/15 303/20 307/20 308/6 308/15 308/16 311/11
**belief [1]** 222/18
**believe [58]** 22/2 53/9 56/3 61/8 76/20 85/10 90/4 92/13 112/8 112/8 144/24 149/21 150/13 153/6 153/8 177/13 182/2 182/3 187/14 189/1 189/3 197/13 199/11 203/2 203/23 206/19 208/3 211/24 214/12 219/24 220/3 221/5 221/11 222/11 231/3 231/10 231/17 231/22 232/6 240/17 240/18 247/20 248/1 252/16 252/17 268/3 269/10 270/12 271/6 271/8 271/14 273/22 290/10 290/17 296/3 300/5 304/16 306/18
**believed [2]** 269/12 272/13
**believing [2]** 268/6 271/9
**bell [1]** 94/17
**belly [1]** 85/6
**besides [8]** 49/9 49/12 127/13 184/17 224/7 273/5 273/6 289/17
**best [8]** 20/1 35/2 73/17 99/5 132/11 201/5 210/22 287/21
**bet [2]** 174/5 174/5
**betrayed [1]** 233/17
**better [18]** 56/6 56/23 108/16 124/8 129/19 140/5 147/16 147/19 157/1 182/4 182/6 210/8 219/9 250/5 260/12 275/20 299/16 313/3
**between [15]** 38/3 38/9 118/13 139/5 160/18 169/7 170/10 178/10 182/7 243/5 289/1 292/21 293/20 297/3 305/14
**Beyond [1]** 179/24
**big [1]** 59/2
**bigger [1]** 301/1
**bill [9]** 161/24 162/10 162/16 186/1 186/5 186/16 186/17 187/6 193/23
**birth [1]** 6/24
**birthdate [1]** 11/24
**birthday [1]** 7/6
**bit [13]** 19/3 51/16 53/21 54/1 77/10 95/2 97/24 140/15 163/23 248/10 255/21 258/23 268/21
**bits [1]** 233/12
**BJS [1]** 52/7
**blah [6]** 136/2 136/2 136/2 237/18 237/19 237/19
**blame [1]** 203/10
**blanket [5]** 79/2 79/3 85/17 217/10 303/23
**bleeding [2]** 200/24 200/24
**blew [5]** 107/4 107/6 110/8 114/24 116/11

**Block [1]** 65/6
**blood [1]** 308/21
**Blooming [2]** 19/16 24/12
**Bloomington [1]** 31/1
**blowing [1]** 109/14
**blown [1]** 298/12
**body [6]** 85/18 103/21 109/9 200/21 243/6 310/19
**bold [1]** 12/18
**bond [11]** 39/8 39/9 39/9 69/1 173/10 180/3 181/19 181/21 183/14 183/17 224/16
**bonded [3]** 47/21 177/17 194/22
**book [2]** 91/11 255/3
**Booker [9]** 60/23 61/3 176/19 176/24 177/2 177/4 190/14 207/22 208/5
**bored [1]** 283/1
**boring [1]** 284/10
**born [1]** 283/6
**both [8]** 8/11 102/19 104/10 122/9 124/19 131/1 146/4 248/17
**bottle [1]** 30/14
**bottom [4]** 55/13 56/4 108/21 250/14
**bought [3]** 38/4 38/12 274/22
**bounced [1]** 36/10
**bound [1]** 270/17
**boy [20]** 20/2 51/13 74/20 88/8 114/5 178/4 188/20 201/4 221/20 221/22 253/18 253/21 254/2 285/18 286/5 287/5 287/6 287/6 292/2 303/14
**boyfriend [3]** 51/6 52/20 286/4
**Boys [1]** 48/8
**BRADTKE [2]** 1/18 316/4
**brain [1]** 308/22
**break [5]** 133/23 205/8 239/13 284/1 284/2
**breakfast [8]** 57/16 80/7 80/13 81/9 81/11 106/24 240/6 253/20
**breakfasts [1]** 80/6
**breaking [2]** 286/6 303/24
**breaks [1]** 146/22
**breast [1]** 202/4
**breath [14]** 18/24 108/4 108/15 109/21 109/22 111/7 116/3 116/6 116/18 116/19 116/23 118/12 118/18 133/9
**breathe [1]** 241/9
**breathing [3]** 112/10 115/5 298/11
**breaths [4]** 107/4 108/5 108/12 116/1
**Bressler [1]** 189/9
**brick [1]** 133/8
**brief [3]** 12/20 169/22 170/22
**briefly [2]** 11/13 193/10
**bring [6]** 81/9 97/5 165/14 187/15 285/14 289/11
**bringing [2]** 224/21 275/8
**brings [1]** 201/6
**broke [1]** 113/5
**broken [3]** 185/16 268/13 272/22
**brought [25]** 28/21 38/20 51/12 53/8 53/9 69/9 81/3 95/20 98/9 124/15 161/7 161/8 161/9 172/6 178/18 184/23 188/21 188/24 191/6 202/11 205/20 218/24 219/5 229/3 244/6
**bruise [5]** 59/7 59/8 274/13 274/18 310/23
**bruising [1]** 310/18
**Bryn [1]** 35/22
**bubbling [1]** 110/8
**bucks [1]** 26/10
**buddy [1]** 250/3
**building [3]** 32/10 32/17 146/24

**B**

**bump [1]** 57/2
**bumped [1]** 244/2
**burglarize [1]** 27/3
**burglary [3]** 26/21 27/6 27/18
**burning [1]** 222/7
**burp [1]** 93/22
**bus [17]** 40/1 40/10 73/18 73/19 73/24 74/3 76/13 76/13 78/14 78/14 82/21 90/24 91/1 91/7 91/13 92/5 118/16
**bushes [1]** 284/19
**business [6]** 23/3 26/1 26/5 65/6 197/20 254/13
**Butitla [2]** 34/14 34/18
**butt [2]** 276/11 282/6
**buy [1]** 33/18
**buyer [1]** 38/15
**buying [1]** 265/19
**bye [10]** 77/3 248/15 248/20 249/10 249/11 249/13 249/15 249/17 249/18 250/19

**C**

**c'mon [3]** 89/8 252/18 304/15
**C-A-R-T-O-N [1]** 6/8
**C-O-R-E-S [1]** 8/13
**C-R-A-F-T [1]** 6/8
**cabinets [1]** 44/15
**call [53]** 12/8 39/1 39/8 50/23 63/13 73/5 88/15 89/3 97/2 97/14 111/5 111/7 111/21 112/7 113/12 113/18 114/15 115/6 121/22 125/11 125/13 129/14 133/18 134/2 134/13 134/24 135/1 138/15 138/17 138/20 139/3 144/11 144/18 145/12 145/17 146/8 163/17 176/18 176/18 176/23 193/7 200/9 253/22 254/1 260/14 285/17 291/1 292/6 292/10 292/11 292/14 305/8 310/18
**called [41]** 1/14 4/6 6/6 20/4 29/4 29/19 31/7 34/4 34/14 36/7 40/17 40/17 53/9 72/1 72/15 72/15 72/18 73/6 117/1 117/2 121/20 122/20 123/18 131/10 131/11 138/16 139/14 139/14 237/14 256/2 256/2 288/18 288/19 291/2 291/3 291/3 292/1 300/16 300/19 304/5 304/7
**caller [3]** 112/14 113/10 288/20
**calling [9]** 111/8 111/24 113/19 137/23 214/5 238/22 287/5 288/20 299/20
**calls [4]** 144/22 145/1 178/14 289/1
**calm [1]** 198/2
**calming [1]** 252/4
**came [44]** 29/5 44/8 51/11 53/8 58/21 70/1 71/12 72/21 73/18 76/12 77/11 77/15 87/1 88/13 88/19 90/24 91/3 92/5 103/18 107/6 107/10 110/9 118/5 118/6 122/6 123/2 125/24 142/11 168/13 168/17 170/19 175/7 175/16 183/21 214/12 215/10 226/7 249/23 252/12 253/21 270/5 289/5 297/10 304/3
**camera [2]** 26/12 228/13
**can [82]** 6/7 10/1 17/6 17/6 19/8 32/15 34/12 35/1 36/10 54/23 58/16 67/19 81/5 82/21 91/7 99/5 111/4 112/11 113/14 120/17 125/5 127/1 127/18 137/8 140/20 141/3 146/8 147/18 148/5 155/23 156/1 156/5 156/23 166/23 185/6 194/7 194/9 194/10 195/24 195/24 204/13 208/5

**c [1]** 212/8 212/15 216/17 216/19 223/6
229/15 235/20 235/22 235/23 242/14 257/10 257/15 257/18 262/11 265/11 265/14 265/24 266/10 266/22 269/9 270/22 271/17 272/12 273/11 288/1 288/3 288/7 289/11 289/15 296/8 298/19 299/2 299/18 304/1 304/16 304/18 304/21 306/4 306/5 309/8
**can't [18]** 5/1 5/2 7/4 28/3 33/7 76/2 76/4 81/1 137/6 146/6 156/9 226/12 236/19 237/7 247/16 262/24 287/22 296/21
**canceled [1]** 63/13
**cannot [1]** 141/6
**cap [1]** 126/6
**capital [1]** 20/2
**captioned [1]** 212/3
**car [2]** 129/23 280/15
**Card [1]** 190/16
**CARDONA [53]** 1/9 205/22 206/8 206/15 207/3 207/14 207/17 207/20 208/21 211/7 211/23 212/7 212/20 212/23 213/8 213/9 213/10 213/17 213/22 214/15 214/23 215/1 215/11 215/15 215/18 215/21 216/5 216/14 217/1 217/3 217/9 218/1 218/7 218/10 218/13 218/18 218/20 219/1 219/6 219/11 219/13 219/22 220/1 220/4 220/14 220/23 221/8 221/10 221/14 232/13 232/17 232/24 315/9
**Cardona's [6]** 210/12 211/7 211/19 217/13 217/23 221/5
**care [49]** 14/7 14/10 16/14 16/15 16/21 19/10 21/15 39/12 39/14 39/21 40/6 40/13 43/21 44/13 44/22 45/8 45/10 45/24 46/1 46/10 46/15 47/10 48/1 51/4 59/19 59/21 63/2 63/6 64/6 65/12 68/14 194/14 195/5 222/3 273/20 274/4 274/8 274/10 274/10 275/2 279/10 279/16 280/17 282/20 283/3 283/13 283/23 284/5 284/7
**cared [1]** 214/8
**careful [1]** 258/9
**caring [1]** 10/23
**Carl [28]** 47/3 47/13 47/15 68/6 86/16 86/17 87/11 87/13 87/22 88/7 88/9 88/13 88/15 88/20 88/21 89/5 89/7 92/10 94/24 223/23 224/4 225/21 230/21 240/22 253/21 254/11 280/20 281/21
**CARLSON [16]** 1/8 165/2 165/4 165/8 169/5 169/11 169/14 169/21 179/3 207/15 224/18 226/12 293/7 293/14 293/23 315/8
**CAROL [9]** 1/7 21/8 30/7 30/8 31/2 34/6 34/11 278/6 315/7
**carpet [2]** 79/17 85/18
**carpeted [1]** 108/20
**carried [5]** 87/6 100/10 101/20 106/6 248/14
**carrying [3]** 78/4 78/5 100/12
**cart [7]** 57/9 57/10 244/10 244/11 244/13 244/16 244/17
**Carton [2]** 6/6 6/8
**case [37]** 9/18 33/14 161/20 169/19 180/22 181/10 181/10 181/11 187/17 187/19 189/19 190/8 191/2 191/10 191/18 191/21 192/5 192/9 192/17 192/18 192/19 192/20 193/9 198/19 202/20 203/1 203/20 208/8 223/19 228/6 228/7 234/3 234/4 235/16 288/9 293/22 294/2
**cases [1]** 32/6
**cash [11]** 62/16 62/19 174/19 174/20

**c [1]** 174/23 176/4 186/6 186/14 199/22 199/23 199/24
**caught [3]** 258/19 258/21 262/19
**cause [12]** 15/6 172/21 173/1 179/13 220/12 224/20 227/24 272/12 277/12 277/12 277/15 309/23
**causing [1]** 15/17
**CD [1]** 113/15
**cell [25]** 133/20 133/21 134/15 134/17 134/19 134/21 134/24 137/8 137/20 139/11 141/11 158/4 226/10 227/7 306/1 306/10 306/13 306/15 306/19 306/20 306/21 306/22 307/1 307/3 307/8
**center [28]** 16/14 16/15 16/21 40/13 44/13 44/22 45/10 46/10 46/15 48/1 49/5 49/23 51/4 59/19 63/2 63/6 65/12 112/7 113/11 113/21 114/15 194/14 195/5 222/3 273/20 274/11 275/3 283/13
**certain [9]** 49/18 81/7 107/8 119/5 144/1 201/2 203/1 263/3 268/12
**certainly [5]** 176/14 186/13 265/14 265/24 290/8
**certificate [1]** 107/23
**certified [3]** 1/19 18/4 18/4
**certifies [1]** 18/11
**certify [4]** 315/13 316/6 316/12 316/15
**chair [2]** 76/21 286/6
**chance [5]** 17/18 88/10 93/16 272/24 281/22
**change [6]** 20/11 20/13 177/1 177/5 180/15 305/8
**changed [3]** 215/10 223/10 234/18
**charge [16]** 32/16 33/13 36/20 36/24 46/16 129/6 165/5 172/14 177/8 177/11 193/19 199/16 224/16 225/13 282/24 291/13
**charged [5]** 32/9 35/3 189/2 189/3 189/4
**charges [12]** 33/11 34/21 172/5 178/17 179/15 180/7 184/23 192/7 202/11 202/16 203/15 292/16
**Charles [1]** 6/10
**Chase [3]** 37/14 190/16 190/24
**chasing [4]** 84/11 254/4 254/5 254/6
**check [16]** 38/17 62/16 62/19 72/24 126/23 144/3 144/7 146/7 174/17 174/24 183/24 184/8 199/24 208/14 209/10 244/6
**checked [1]** 159/20
**checking [2]** 127/4 208/11
**checks [4]** 63/13 176/10 200/2 200/2
**cheek [3]** 149/23 260/2 260/14
**chest [2]** 109/23 154/4
**Chicago [8]** 1/22 2/4 2/8 2/14 26/24 27/22 63/18 316/21
**chicken [1]** 202/4
**Chief [1]** 310/9
**child [50]** 9/2 16/14 16/15 16/21 19/10 39/12 39/14 39/21 40/13 43/21 44/13 44/22 45/8 45/9 45/24 46/1 46/10 46/15 46/15 46/18 47/9 47/9 48/1 49/4 50/14 50/20 50/24 52/12 63/2 63/6 64/6 65/12 70/12 118/20 143/15 155/19 172/12 177/12 191/8 194/14 242/23 273/20 274/4 275/2 275/6 279/10 279/16 291/23 309/4 309/5
**child's [3]** 52/16 190/22 274/14
**children [28]** 7/13 7/23 8/2 8/18 43/6 43/20 46/5 46/23 47/24 57/17 57/20 58/7 59/20 61/22 62/8 65/11

**C**

**children...** [12] 65/22 66/4 81/9 81/18 81/18 82/5 83/11 91/24 92/4 110/16 121/23 273/20
**Chilton** [1] 191/16
**chin** [2] 154/3 154/8
**choice** [7] 22/7 236/23 237/2 298/15 298/20 299/8 299/9
**chose** [4] 229/6 229/9 229/18 229/21
**Christina** [2] 8/19 9/15
**chronic** [2] 10/20 286/4
**chronological** [1] 142/10
**chronologically** [1] 142/10
**churning** [1] 200/22
**Cindy** [1] 8/8
**circumstance** [2] 18/22 312/24
**circumstances** [2] 27/1 214/11
**civil** [10] 1/16 4/14 191/2 192/9 192/18 217/7 218/15 218/20 231/24 275/10
**claim** [21] 24/2 24/20 169/15 195/21 196/5 196/15 207/16 215/22 216/14 217/3 217/7 217/15 218/2 218/4 218/12 218/15 218/23 219/12 224/21 273/8 276/15
**claiming** [1] 197/23
**claims** [6] 207/20 211/24 218/9 224/12 226/1 273/4
**clammy** [1] 302/21
**clarify** [3] 133/22 216/12 296/11
**Clark** [3] 1/21 2/3 2/7
**class** [3] 18/23 19/1 108/24
**classes** [1] 10/21
**Classified** [1] 45/14
**clean** [7] 72/13 82/8 82/13 83/17 88/4 95/1 240/6
**cleaned** [5] 88/9 91/1 91/2 96/1 253/20
**cleaning** [3] 82/9 83/9 83/19
**clear** [12] 114/11 116/7 117/8 117/21 120/14 120/15 120/18 120/23 129/17 155/18 203/5 300/7
**cleared** [3] 115/20 115/21 117/5
**client** [5] 50/9 181/3 235/20 263/7 275/5
**clients** [7] 45/12 46/1 46/2 46/24 48/6 61/21 62/15
**clinic** [2] 18/13 19/10
**clip** [15] 154/22 155/9 245/6 259/7 263/6 267/11 267/20 295/23 301/15 301/18 301/20 301/24 307/19 307/20 312/17
**clips** [3] 262/10 263/2 295/19
**clock** [1] 296/13
**close** [5] 164/6 183/21 198/11 283/7 301/12
**closed** [3] 104/13 104/16 119/21
**closer** [4] 214/13 293/1 293/4 293/20
**closing** [4] 38/13 38/16 82/20 184/7
**clothes** [4] 72/12 72/13 72/14 72/22
**co** [1] 175/15
**coddle** [1] 250/24
**coherent** [1] 123/10
**cold** [1] 106/7
**collect** [1] 194/11
**collected** [1] 23/15
**collecting** [1] 186/23
**collection** [2] 186/6 187/11
**collectors** [1] 162/16
**color** [8] 19/16 24/12 107/8 119/5 119/8 120/12 120/17 122/12
**combination** [1] 210/24
**come** [57] 34/1 39/20 45/24 51/4

62/24 63/3 73/24 76/16 78/9 78/19 78/14 82/21 86/22 86/23 87/1 87/13 91/14 110/4 112/11 118/21 124/23 125/11 125/14 129/16 129/19 130/21 135/19 136/1 140/4 144/7 146/7 147/18 168/17 183/13 192/14 192/16 203/7 203/9 208/2 208/4 208/9 236/5 237/5 248/20 249/13 249/22 250/3 252/8 256/1 297/6 299/16 300/9 303/3 304/13 311/21 312/1 312/4
**comes** [8] 48/17 94/17 129/20 200/16 207/21 244/13 254/10 269/14
**comfortable** [3] 108/17 269/20 287/19
**comforts** [1] 303/5
**coming** [19] 11/9 11/11 88/5 109/14 112/10 114/6 114/9 118/24 120/13 120/16 180/4 208/16 214/3 225/6 269/16 272/6 289/2 289/4 303/4
**commands** [1] 206/3
**comment** [1] 76/4
**comments** [1] 168/3
**commercial** [2] 25/24 27/10
**committed** [2] 208/23 286/13
**communicate** [3] 128/10 138/17 294/5
**communication** [1] 138/18
**companies** [3] 19/21 20/9 20/10
**company** [5] 20/10 20/10 20/22 23/20 184/3
**company's** [1] 191/12
**compelling** [1] 304/23
**compensation** [4] 23/14 24/2 24/20 276/15
**complain** [1] 274/13
**complaint** [11] 11/14 28/20 28/22 169/16 207/14 211/20 212/3 212/12 220/9 223/22 229/13
**complaints** [2] 59/18 274/21
**complete** [2] 107/20 315/17
**completed** [1] 18/5
**completely** [5] 43/1 105/5 272/13 276/2 310/5
**completing** [1] 310/10
**comply** [1] 308/3
**compound** [4] 127/23 271/15 288/11 309/11
**comprise** [1] 294/19
**computer** [5] 76/20 78/15 80/22 81/22 306/22
**computers** [1] 197/19
**concern** [5] 94/12 94/14 130/8 130/8 299/12
**concerned** [18] 13/21 19/5 21/4 25/13 40/16 64/19 76/14 103/16 103/17 106/20 110/24 114/5 130/10 169/16 170/1 186/6 302/15 308/16
**conclusions** [1] 213/2
**condition** [12] 54/4 96/19 112/6 127/17 127/22 128/5 201/12 201/18 215/7 242/9 303/14 310/14
**conditioned** [1] 258/17
**conditions** [2] 71/14 201/8
**conduct** [4] 169/11 169/15 214/1 220/15
**conducted** [3] 17/19 213/17 223/13
**confirm** [5] 263/7 263/11 263/15 263/16 263/19
**Confiscated** [1] 134/20
**conflict** [1] 181/9
**confused** [7] 29/15 86/17 116/24 216/18 223/5 232/4 241/24
**confusing** [1] 196/7
**conjecting** [1] 169/20

**conscious** [6] 77/21 78/4 79/5 79/10 85/9 85/11
**consented** [2] 128/21 275/24
**consequence** [1] 155/20
**consider** [2] 48/2 175/21
**considered** [3] 257/15 257/16 309/3
**consist** [4] 28/14 33/10 109/6 173/2
**consisted** [1] 172/24
**consistent** [1] 310/6
**conspiracy** [7] 217/7 217/9 217/16 218/2 218/16 218/20 230/24
**conspired** [1] 220/10
**constituted** [1] 214/16
**constitutes** [1] 316/10
**consulted** [1] 299/11
**consulting** [3] 184/24 185/5 229/23
**contact** [21] 40/19 44/20 47/18 59/12 59/16 68/15 68/17 68/18 71/13 94/4 94/7 95/8 95/8 95/15 98/8 98/11 122/17 151/21 151/24 170/6 222/5
**contacted** [4] 40/21 186/10 186/15 290/20
**contacting** [3] 138/5 290/19
**contend** [1] 221/15
**contending** [1] 224/1
**content** [5] 112/15 166/8 166/15 166/21 169/3
**contents** [1] 167/6
**context** [2] 262/10 263/8
**continually** [1] 178/8
**continue** [9] 54/10 63/2 84/12 154/12 182/8 194/13 250/21 259/13 260/19
**continued** [1] 258/18
**Continuing** [2] 152/8 259/22
**contribute** [1] 174/1
**contributed** [1] 213/15
**control** [6] 43/7 46/14 57/18 273/1 274/10 300/4
**controlled** [1] 29/24
**conversation** [10] 75/4 75/12 75/14 130/20 166/8 169/22 226/18 226/19 263/6 305/14
**conversations** [10] 58/12 58/17 130/16 147/7 168/21 169/6 178/5 181/5 207/9 267/23
**conveyed** [2] 238/21 269/5
**convicted** [2] 26/21 29/23
**conviction** [1] 28/17
**convictions** [1] 29/22
**convince** [1] 305/8
**convinced** [1] 270/18
**Cook** [8] 9/5 25/22 33/2 33/3 38/22 182/18 182/20 190/9
**cooperate** [5] 132/11 139/22 140/8 306/7 308/3
**cooperation** [1] 128/18
**coordinating** [1] 173/20
**copies** [2] 162/8 200/1
**copy** [4] 12/6 18/6 189/8 289/10
**core** [1] 281/16
**corner** [5] 55/13 56/4 118/24 131/22 300/2
**corporate** [1] 64/19
**corporation** [1] 64/6
**correct** [179]
**correctly** [2] 43/12 270/7
**correspondence** [1] 174/12
**cost** [3] 141/7 189/2 189/12
**costly** [1] 149/7
**costs** [3] 188/8 188/10 190/22
**couch** [47] 72/1 85/20 85/22 85/24 86/3 86/6 86/7 86/10 86/21 87/7 87/19 88/3 88/18 88/21 90/8 90/19

**C**

couch... **[31]** 90/20 92/9 93/3 93/8 93/10 93/13 95/4 95/5 97/4 97/10 97/23 99/13 99/13 99/17 99/18 99/20 99/23 101/24 240/22 242/5 242/7 243/2 250/23 251/16 251/17 252/2 252/3 253/3 253/11 253/20 254/10
could **[61]** 11/22 12/8 20/1 36/3 37/14 40/7 40/9 43/15 48/22 54/18 63/23 79/6 79/9 82/22 87/9 87/10 89/5 89/24 90/10 92/19 94/10 104/12 107/6 108/21 116/13 118/24 133/22 147/10 148/15 155/21 156/11 167/18 169/12 182/9 184/10 207/2 207/11 210/4 222/1 225/15 236/13 241/9 242/18 243/22 244/17 246/11 250/10 254/12 258/10 276/3 276/6 279/19 292/16 298/20 299/14 302/6 303/2 303/2 304/13 304/21 306/7
couldn't **[21]** 15/3 43/1 51/24 61/19 63/9 77/22 92/22 92/24 134/5 135/7 146/15 202/20 208/7 241/10 244/15 290/15 299/21 299/22 309/22 309/22 311/24
counsel **[23]** 13/9 63/23 155/24 162/6 176/10 196/2 210/16 222/23 235/17 239/10 251/9 262/6 264/8 266/14 289/9 290/2 290/5 299/11 307/17 313/6 316/14 316/16 316/18
count **[23]** 212/3 212/7 212/9 212/15 212/20 213/21 215/19 215/22 216/5 216/14 216/24 217/4 217/7 218/4 218/6 218/9 218/12 218/15 218/21 218/23 227/21 229/2 229/2
counter **[5]** 57/16 107/1 108/18 114/22 116/19
county **[13]** 1/19 9/5 9/7 9/8 25/22 33/2 38/22 182/18 182/20 190/9 316/2 316/5 316/24
couple **[16]** 22/21 40/9 45/16 47/15 84/18 93/6 146/4 146/21 168/19 239/17 243/24 256/11 258/21 277/21 279/2 279/20
course **[6]** 17/10 18/5 58/14 107/20 263/16 302/6
court **[14]** 1/1 4/13 5/2 141/3 156/11 161/18 178/8 179/18 187/15 202/10 206/5 225/12 285/14 315/1
courthouse **[5]** 160/21 169/7 169/8 172/5 179/5
Courts **[1]** 1/17
cover **[6]** 24/1 108/10 193/1 220/11 220/14 220/21
covered **[1]** 199/7
CPR **[23]** 16/22 17/4 18/11 19/2 42/10 44/24 45/5 106/17 106/22 107/18 107/20 107/21 108/3 108/17 108/24 109/4 109/20 111/12 112/11 114/21 114/21 117/1 123/18
crabby **[1]** 55/10
cradle **[1]** 86/7
Craft **[2]** 6/6 6/8
cramping **[1]** 200/23
crawling **[4]** 84/10 88/22 98/20 254/4
credentials **[4]** 39/13 273/19 273/22 273/23
credible **[1]** 288/23
crib **[1]** 90/12
criminal **[20]** 25/12 29/22 32/6 32/9 32/17 33/11 33/12 61/23 62/4 129/6 172/5 181/13 192/19 192/20 193/17 203/15 234/3 285/6 285/11 310/8

**Cross [2]** 3/4 19/23 4/8
crossed **[1]** 62/21
crossfire **[1]** 287/2
crude **[1]** 109/10
cry **[1]** 250/21
crying **[26]** 78/10 83/6 88/23 89/4 248/5 248/8 248/9 248/12 248/13 248/21 248/21 249/3 249/3 249/6 250/2 250/4 251/3 251/4 251/6 251/7 251/7 251/13 251/14 251/14 251/15 251/17
CSR **[6]** 6/12 6/18
cuddled **[2]** 55/22 86/19
curb **[1]** 119/2
current **[3]** 5/16 8/12 25/10
currently **[9]** 14/11 14/12 14/12 21/9 31/17 196/20 197/14 197/15 201/13
custody **[18]** 43/7 46/14 57/18 62/8 65/11 71/9 184/12 184/16 273/19 274/10 296/8 296/10 297/1 301/12 302/3 302/8 310/19 311/1
customarily **[1]** 62/14
customer **[1]** 6/18
cut **[1]** 305/13

**D**

dad **[3]** 89/2 89/2 201/5
Daddy **[1]** 201/5
daily **[4]** 29/10 45/13 49/21 304/1
damages **[1]** 191/4
damn **[1]** 270/11
DANIEL **[1]** 2/2
Danielle **[28]** 51/4 51/17 58/13 58/18 67/15 68/1 69/3 71/17 76/24 78/18 207/15 207/19 218/18 219/11 284/15 284/18 285/1 286/2 286/8 286/13 288/15 290/12 291/23 292/21 293/5 293/14 293/24 309/9
Danielle's **[1]** 291/11
dare **[1]** 59/3
dark **[1]** 168/16
date **[15]** 6/24 7/3 7/7 7/10 13/8 32/2 50/14 54/24 66/1 69/22 171/3 279/5 295/12 306/11 308/23
dates **[3]** 54/17 182/9 184/12
daughter **[6]** 8/22 57/19 66/14 84/3 100/3 286/10
day **[109]** 1/22 15/1 17/12 18/13 19/2 21/15 36/2 36/3 40/6 40/10 44/7 51/4 51/13 53/1 53/11 54/8 54/11 54/11 55/3 55/5 55/22 56/6 58/15 59/19 60/18 60/21 66/5 67/16 68/13 68/14 69/17 69/22 70/3 70/20 70/23 70/24 71/4 71/15 71/21 71/22 73/7 73/24 75/7 77/11 81/8 82/7 82/18 89/14 89/15 91/19 93/19 97/13 140/4 143/4 146/9 152/1 159/22 160/1 163/1 171/3 176/20 176/22 181/22 195/5 197/2 197/3 206/11 222/15 225/7 229/1 229/11 236/5 239/6 247/18 250/17 261/16 273/20 274/10 277/6 277/7 277/22 277/24 278/4 278/19 278/24 279/1 280/16 281/5 282/8 282/16 282/20 283/3 283/13 283/23 284/5 284/7 284/8 290/14 296/23 299/6 300/14 305/19 307/21 307/23 311/22 312/1 312/4 315/22 316/22
day's **[1]** 57/1
days **[13]** 25/21 25/22 50/20 71/8 161/19 183/4 184/13 194/23 222/21 228/21 272/19 277/21 291/21
DC **[1]** 40/18
DCFS **[16]** 40/17 42/22 43/8 49/7

190/14 194/16 195/2 207/22 291/3 303/12
dead **[1]** 242/21
deal **[6]** 15/21 29/2 29/15 40/6 59/2 72/11
dealing **[4]** 18/17 63/15 165/3 270/3
dealt **[2]** 79/12 190/4
death **[5]** 179/24 180/3 204/20 309/4 309/24
Debbie **[1]** 47/3
Debra **[2]** 188/14 188/14
debts **[1]** 38/14
deceased **[1]** 191/8
December **[1]** 28/12
December 11 **[1]** 28/12
decide **[2]** 238/15 239/9
decided **[7]** 51/13 91/9 106/16 106/16 107/3 158/2 279/18
declare **[1]** 62/18
deed **[1]** 38/19
defendant **[9]** 212/4 212/6 221/11 227/23 229/17 290/20 291/10 292/7 292/22
defendants **[12]** 1/11 2/9 2/15 115/17 205/21 218/5 220/10 220/19 224/17 284/22 290/11 315/11
defense **[4]** 223/7 285/6 285/12 290/2
definitely **[1]** 224/6
definition **[1]** 241/24
degree **[6]** 10/6 10/12 110/9 178/18 207/1 224/18
delegating **[1]** 173/19
demonstrate **[7]** 71/4 100/18 123/19 123/22 124/10 153/17 260/16
demonstrated **[4]** 123/24 123/24 124/5 149/20
demonstrating **[6]** 124/3 149/16 150/11 152/16 153/2 153/12
demonstration **[7]** 149/22 149/23 150/1 150/3 150/8 151/15 312/16
denied **[3]** 145/15 145/22 303/5
denote **[1]** 97/10
department **[19]** 16/23 17/5 122/14 124/5 145/16 149/3 168/6 179/4 182/11 184/13 184/22 233/21 275/23 292/9 294/17 297/7 301/3 302/9 306/17
depending **[1]** 278/24
depicted **[3]** 139/11 152/13 309/2
depicts **[1]** 151/15
deponent **[2]** 136/18 314/1
deposed **[1]** 5/11
deposition **[18]** 1/14 3/16 4/11 5/11 11/10 12/7 191/21 192/2 262/11 263/9 264/10 294/20 295/19 315/14 315/17 316/8 316/10 316/13
depositions **[1]** 1/17
depressed **[1]** 201/1
depression **[2]** 16/3 183/10
deprived **[1]** 310/13
Des **[1]** 20/4
describe **[10]** 102/14 118/22 120/17 201/17 241/21 260/1 260/12 302/6 310/14 313/3
described **[4]** 99/10 240/24 260/23 282/6
describing **[5]** 257/5 260/8 281/24 286/7 300/8
description **[1]** 239/18
desperate **[1]** 22/5
detail **[1]** 196/13
details **[4]** 81/4 119/22 132/21 203/1

**D**

detain [2] 172/22 228/1
detained [1] 129/10
Detective [7] 147/20 147/21 163/3
165/1 179/3 293/14 293/23
detention [1] 306/16
determine [1] 170/24
determined [2] 270/17 270/23
determining [1] 272/20
developed [1] 292/20
development [1] 27/10
devil [1] 59/3
dialogue [2] 137/7 168/20
diaries [1] 244/13
diarrhea [1] 71/22
did [505]
didn't [158] 11/19 21/17 21/20 22/4
22/11 29/6 33/24 36/1 36/1 38/10
40/5 42/19 42/20 52/19 53/16 57/5
60/9 60/10 60/11 60/12 61/20 62/1
62/20 62/22 64/11 72/5 73/16 74/23
77/16 80/16 84/3 89/3 93/14 94/7
95/12 95/22 108/15 108/17 110/1
111/11 119/19 120/5 121/3 123/4
123/18 125/23 126/3 126/3 127/6
142/7 142/7 146/18 161/7 165/10
165/13 167/4 168/13 169/6 170/21
175/16 176/4 177/24 180/21 181/11
190/6 193/8 193/10 197/14 201/11
206/18 206/19 206/22 208/3 208/7
208/13 208/22 209/5 209/8 209/9
209/9 209/10 213/2 214/1 215/21
216/2 217/3 219/7 224/7 224/12
226/18 226/24 233/18 234/10 234/17
235/2 236/4 237/3 237/10 238/1
238/5 238/6 238/8 238/11 239/2
239/5 239/6 239/7 243/8 243/12
243/17 244/4 248/9 248/19 249/17
249/18 249/19 256/4 256/6 257/3
262/20 267/18 268/16 271/6 271/14
272/8 272/10 273/3 273/18 278/23
279/10 281/1 281/22 282/19 284/2
285/22 287/8 288/4 296/22 297/19
298/1 298/20 298/24 299/7 299/17
299/19 299/23 302/23 302/24 304/17
306/6 310/10 311/21 311/23 311/24
312/3 312/5 312/6 312/7
died [2] 176/17 177/21
difference [4] 38/3 92/6 139/5 243/1
different [24] 19/24 20/7 20/11
20/11 36/6 79/12 92/23 93/6 94/6
97/10 109/20 158/3 163/24 167/19
182/5 208/20 210/4 210/24 213/4
222/19 224/7 234/14 234/16 269/17
difficult [2] 185/9 299/4
difficulties [1] 20/23
difficulty [1] 183/9
dime [1] 73/3
dining [3] 57/15 58/1 107/1
diplomatic [1] 208/19
direct [2] 65/24 206/3
directed [11] 52/22 148/18 212/7
212/20 213/22 218/6 218/10 218/13
227/3 227/21 277/9
direction [2] 92/23 94/6
directly [3] 148/12 207/5 316/18
disagree [2] 195/19 269/14
disc [2] 24/16 277/12
disclosures [4] 284/12 289/7 290/2
290/5
discover [1] 210/3
discoverable [1] 204/2
discovered [1] 126/5

**D (cont.)**

discussed [3] 160/8 198/16 198/7
discussion [8] 12/13 133/14 136/20
157/10 237/15 266/12 289/21 302/16
discussions [1] 235/3
dishes [1] 240/5
disk [1] 276/20
disposition [1] 25/18
dispute [3] 153/22 159/12 166/2
distraught [1] 306/5
distress [3] 197/23 219/13 241/16
DISTRICT [6] 1/1 1/1 1/16 4/12
315/1 315/1
disturbs [1] 152/15
dividing [1] 16/17
DIVISION [3] 1/2 4/13 315/2
divorce [1] 9/22
divulging [1] 233/21
dizzy [1] 302/21
do [340]
doctor [25] 14/7 14/11 15/20 15/23
31/9 53/10 70/3 70/5 70/11 70/12
182/20 182/23 183/7 192/11 198/12
198/13 198/20 229/23 229/24 230/6
230/10 230/16 268/18 277/20 285/17
doctor's [2] 53/16 72/18
doctors [2] 188/19 285/17
document [1] 13/13
documenting [1] 294/16
does [22] 6/11 8/14 8/16 33/10 42/3
59/23 79/1 138/4 138/19 151/18
152/20 154/10 166/7 182/3 183/23
199/16 245/17 245/21 246/17 277/16
284/16 284/21
doesn't [11] 38/15 59/4 152/4 197/9
204/1 209/17 210/15 215/14 245/20
282/19 282/24
doing [40] 12/2 21/9 21/15 40/3
49/23 71/4 79/8 81/15 83/14 98/21
102/5 107/14 114/20 115/24 116/6
117/4 127/10 132/17 136/10 164/19
200/11 208/10 209/12 209/12 210/3
220/4 222/9 232/7 241/4 241/21
241/23 244/12 270/13 270/14 279/19
279/19 282/8 287/21 288/24 300/24
doll [3] 124/15 124/17 153/4
don't [359]
done [12] 120/1 130/10 139/15
158/2 203/2 203/3 209/12 210/22
215/5 257/18 269/23 287/7
door [39] 28/15 28/15 28/16 28/16
29/5 51/10 58/23 84/5 86/9 86/20
86/23 86/24 87/1 87/7 87/9 87/10
87/12 87/13 87/15 87/21 88/16 88/17
88/19 88/24 92/10 93/21 131/20
131/21 133/7 168/18 248/14 249/7
249/11 252/6 252/7 252/15 252/15
252/21 253/1
doorbell [1] 28/24
dosage [2] 14/24 30/11
DOSSY [6] 1/8 168/5 169/10 169/13
169/21 315/8
doubt [5] 137/14 137/15 138/23
261/18 261/21
down [54] 5/3 24/6 51/7 72/9 74/6
75/21 75/22 76/2 76/3 79/4 79/7
79/16 85/4 85/6 85/7 86/5 86/10 87/7
88/14 89/1 94/8 97/4 97/6 101/9
106/5 106/15 109/15 115/8 116/10
116/10 116/13 116/17 126/18 129/16
133/23 153/13 215/3 219/7 227/6
227/9 233/19 233/24 239/11 244/7
244/16 251/2 252/4 254/8 255/7
268/13 272/22 282/7 300/18 303/24
downstairs [1] 44/16

**D (cont.)**

Dr [24] 14/16 14/19 15/2 16/5 50/24
53/15 187/13 187/21 188/17 188/18
190/5 190/6 190/10 192/11 198/6
198/8 198/17 199/9 199/16 200/5
201/12 214/22 285/3 285/16
drank [1] 55/21
drawers [1] 44/17
dripping [1] 72/6
drive [8] 74/3 83/23 84/2 129/8
129/18 275/22 276/4 276/7
driving [2] 169/21 275/24
drop [1] 282/23
dropped [22] 34/21 52/12 53/20
61/22 66/4 67/16 67/24 68/1 68/4
68/6 69/2 70/20 70/21 70/23 74/11
74/12 74/20 99/24 202/16 203/20
221/23 285/20
dropping [1] 293/21
drops [1] 53/6
drove [3] 83/22 126/18 165/5
druggist [1] 30/16
dry [1] 72/9
due [3] 135/13 162/12 162/14
duly [2] 4/7 316/6
dumb [1] 305/6
DuPage [2] 32/3 33/1
duration [2] 23/17 252/1
during [20] 63/5 63/7 67/3 71/8 95/7
141/6 158/8 182/14 189/6 207/23
222/21 242/13 263/6 263/9 295/19
297/5 297/12 298/4 302/7 306/16
duties [1] 271/13
duty [1] 189/1
DVD [1] 295/4
DVDs [1] 294/16

**E**

E-D [1] 178/22
E-mail [1] 313/23
E-N-S [1] 178/22
earlier [26] 89/12 97/13 99/10
106/24 107/18 111/11 144/4 162/7
167/16 169/7 186/8 193/4 195/4
197/10 198/3 201/11 209/4 232/3
239/18 241/18 280/22 285/3 285/19
292/13 298/14 309/15
early [3] 61/14 70/4 72/20
earner [1] 197/8
earnings [2] 196/6 199/3
easier [2] 265/20 266/2
easily [1] 286/20
East [2] 5/17 35/22
EASTERN [3] 1/2 4/13 315/2
easy [1] 7/6
eat [10] 55/14 55/19 56/15 56/24
119/18 120/3 202/2 202/3 297/21
298/1
eating [5] 49/22 55/10 56/17 71/1
222/8
Ed [3] 26/16 26/16 26/19
Edens [11] 26/16 26/16 26/19 178/20
178/23 180/18 181/13 187/4 193/3
193/6 193/18
Edens' [1] 193/4
educated [1] 313/1
education [1] 16/9
educational [2] 10/3 17/1
Edward [5] 178/20 178/23 180/18
181/13 193/18
effect [3] 18/17 285/23 301/21
efforts [4] 163/18 164/8 167/16
186/24
eight [9] 7/20 50/21 65/9 65/9 82/20

**E**

eight... [4] 83/10 83/10 90/3 255/20
eight feet [1] 83/10
eight months [1] 255/20
Eisenhower [1] 19/16
either [12] 40/12 55/15 88/2 90/18
 90/19 158/8 176/3 208/6 210/1
 210/15 278/2 308/19
elaborate [1] 298/19
eliminate [1] 38/14
Elk [2] 22/3 22/19
Elmwood [3] 8/1 8/17 9/17
else [40] 13/2 47/24 48/17 57/7 66/9
 102/17 124/21 127/13 142/16 158/10
 174/4 174/7 180/1 197/19 202/6
 202/22 203/6 206/17 213/19 217/2
 221/9 224/9 224/11 227/10 227/14
 239/6 263/17 273/2 273/7 286/13
 287/10 287/22 287/24 288/3 288/7
 289/16 291/15 293/6 293/13 293/16
embarrass [1] 197/9
embarrassed [1] 166/11
embarrassing [2] 167/5 197/6
emergency [3] 188/20 188/22
 277/22
emotion [1] 197/23
emotional [3] 218/24 219/13 299/3
emotionally [2] 200/12 304/1
employed [2] 6/3 6/5
employee [2] 316/16 316/17
employment [5] 19/6 21/11 21/14
 24/1 197/11
encountered [1] 16/6
encourage [1] 132/20
end [12] 37/14 57/1 62/21 158/1
 158/14 160/18 171/10 210/1 253/22
 288/9 293/21 305/22
ended [7] 31/24 157/13 171/6 172/2
 193/14 238/22 271/5
enforcement [1] 139/23
engaged [1] 65/5
engaging [1] 39/14
enough [17] 168/11 230/2 230/12
 230/12 230/13 230/16 257/21 258/6
 261/6 268/19 268/22 268/24 269/6
 270/4 272/8 272/10 301/22
enter [4] 77/11 87/23 173/8 180/10
entered [4] 212/5 267/4 301/3
 302/12
entering [1] 27/6
enterprise [1] 26/1
entire [2] 214/18 306/15
entitled [2] 137/1 195/18
entrance [1] 131/19
episode [4] 118/15 120/9 120/11
 158/8
equipped [2] 109/18 210/2
Equity [1] 189/14
ERIC [10] 1/7 145/3 147/21 147/24
 150/18 165/22 169/11 170/1 171/14
 315/7
escort [1] 169/7
escorting [1] 165/9
especially [3] 141/18 206/19 306/18
essentially [2] 5/8 294/1
Estates [1] 14/20
estimate [3] 17/6 17/7 63/24
even [22] 54/11 62/21 72/11 89/24
 96/8 134/5 155/5 164/4 193/11 209/8
 212/8 245/23 246/15 248/18 249/22
 256/4 257/10 258/21 258/22 270/9
 272/10 299/17
evening [1] 138/15

events [1] 220/21
eventual [1] 309/4
eventually [5] 45/17 75/24 124/23
 139/21 139/22 155/4 269/18 303/17
ever [73] 5/11 10/12 10/14 15/19
 15/20 16/3 16/9 16/16 16/20 16/24
 19/13 20/22 24/2 24/19 44/20 44/24
 46/1 59/18 60/17 60/20 62/7 62/24
 63/3 63/7 65/22 85/20 98/8 100/13
 100/15 100/18 106/10 107/20 107/21
 109/23 111/8 114/7 122/17 123/19
 128/5 129/5 131/14 133/2 142/3
 142/23 143/2 143/11 144/10 145/21
 145/21 147/24 165/1 165/3 168/5
 178/11 182/20 189/23 194/16 197/22
 198/16 198/19 206/8 248/19 259/8
 270/1 274/13 274/16 274/21 275/1
 275/1 291/22 297/6 298/3 310/7
every [14] 21/1 40/10 81/15 93/19
 110/7 144/7 144/7 200/20 203/5
 212/14 212/14 254/4 284/8 302/17
everybody [9] 84/22 93/17 202/22
 208/11 208/19 222/4 224/5 299/6
 312/11
everyday [2] 79/8 286/9
everyone [3] 146/8 147/17 206/17
everything [33] 33/10 38/6 84/7
 91/15 97/8 99/5 99/7 126/20 126/23
 141/15 148/21 148/23 177/5 197/19
 197/21 200/15 201/7 202/2 202/22
 206/17 208/14 221/21 233/12 243/10
 263/8 263/17 270/4 282/14 287/16
 298/24 302/18 304/10 306/6
everywhere [1] 63/18
evidence [2] 204/2 233/16
ex [1] 175/15
ex-co-worker [1] 175/15
exact [7] 15/4 54/2 125/5 140/9
 184/8 249/19 249/20
exactly [19] 32/24 52/24 73/23 80/4
 104/8 132/21 157/21 206/21 206/24
 207/8 214/10 217/11 231/6 249/1
 250/16 262/22 269/14 278/3 310/6
examination [12] 1/15 4/8 115/18
 118/1 154/19 205/13 273/14 276/12
 291/19 295/8 310/11 312/13
examine [1] 234/6
examined [1] 4/7
Examiner [14] 207/6 214/20 215/3
 215/5 215/12 221/2 221/7 221/14
 221/19 222/13 233/10 286/18 310/4
 310/10
example [4] 124/16 227/5 266/3
 270/22
exceed [1] 265/12
except [2] 263/14 297/9
excerpts [1] 255/14
exchanged [1] 263/4
excited [4] 112/1 123/5 185/14
 198/2
excitement [1] 114/2
excuse [12] 29/23 49/22 65/13 72/6
 154/4 192/11 192/15 204/8 245/11
 257/24 280/5 288/22
excused [1] 113/3
execute [1] 271/13
exercised [1] 18/21
exhibit [19] 3/16 12/5 50/2 50/7
 54/16 112/17 112/18 113/8 140/16
 145/10 162/7 188/5 188/7 192/8
 267/5 267/7 294/13 294/19 294/22
exhibits [3] 4/1 294/12 294/16
expedite [2] 76/10 112/4
expelled [2] 10/16 10/18

expenses [4] 90/22 99/7 199/7 199/10
 285/4
experience [2] 273/24 274/2
expert [7] 187/16 190/8 192/13
 192/16 285/10 285/11 285/13
experts [2] 187/14 310/4
expired [1] 118/12
explain [2] 5/24 258/9
explained [3] 87/14 209/8 282/5
explosion [1] 72/1
express [3] 189/14 234/11 275/1
expressed [4] 167/10 236/5 299/11
 304/8
expression [1] 98/7
extended [2] 39/23 102/19
extent [3] 148/14 184/16 305/15
eye [5] 94/4 94/7 98/8 98/11 126/19
eyes [16] 77/23 78/1 79/6 79/9
 85/13 92/20 92/23 92/24 94/10 98/12
 104/12 104/16 105/7 107/12 110/10
 224/6
eyesight [2] 96/4 96/11

**F**

F-E-B [1] 20/2
face [24] 55/23 79/7 79/16 79/16
 79/19 79/21 85/4 85/7 92/23 94/8
 104/14 104/14 106/4 106/7 116/12
 121/2 151/2 151/22 152/1 152/2
 255/7 260/10 260/13 260/15
faced [1] 12/18
facilitate [1] 266/2
facility [4] 39/13 47/10 66/5 89/19
facing [2] 102/1 250/10
fact [12] 63/1 75/6 75/7 78/7 135/13
 148/8 149/8 196/14 207/22 222/2
 248/4 270/3
factors [1] 272/21
facts [18] 4/18 4/19 32/14 95/21
 169/19 215/6 215/16 216/4 216/13
 217/15 218/19 219/12 219/16 219/18
 220/13 225/24 230/23 235/18
failed [2] 215/18 216/15
failure [3] 213/21 214/16 229/2
fair [16] 64/22 128/22 162/21 186/7
 186/7 186/10 217/13 235/19 240/11
 260/8 272/24 292/17 306/17 308/12
 308/14 309/24
faithfully [1] 271/13
Falenovich [1] 161/1
fall [5] 57/1 58/14 58/19 58/24 59/12
fallen [1] 310/24
falling [1] 155/19
FALLON [26] 1/10 223/17 223/22
 224/2 224/11 224/17 224/22 225/6
 226/1 226/4 226/14 227/18 227/21
 228/2 228/9 229/3 229/5 229/20
 230/24 231/4 231/10 231/17 231/23
 232/6 233/4 315/10
Fallon's [2] 225/21 230/19
false [12] 36/16 36/20 212/3 215/12
 216/24 217/5 220/11 220/19 220/20
 221/15 224/21 272/13
falsely [5] 212/23 213/11 213/11
 229/7 229/17
families [2] 46/2 63/8
family [10] 35/15 36/3 45/8 66/24
 67/5 178/3 198/13 222/3 222/10
 283/4
far [71] 10/3 11/15 11/18 13/21 15/6
 18/17 19/5 25/12 33/11 37/8 40/12
 40/16 42/17 43/6 43/24 46/14 47/12
 49/3 49/22 53/19 56/1 59/24 62/4
 62/20 64/19 70/11 73/7 76/13 81/8

**F**

**far... [42]** 83/8 84/17 90/18 97/22 100/19 102/6 111/21 112/5 114/2 120/7 124/10 125/7 131/17 140/21 151/3 159/13 163/16 165/15 165/16 167/16 169/5 169/7 169/15 169/18 170/1 179/12 183/10 183/24 184/12 186/6 186/11 199/9 202/8 202/11 203/18 205/1 205/3 210/11 211/6 253/2 275/7 293/24
**fast [2]** 21/5 112/2
**father [15]** 51/7 51/9 52/1 52/14 52/15 52/17 52/19 68/12 74/14 88/24 119/16 120/1 254/7 254/7 286/3
**favor [1]** 109/18
**fear [1]** 286/8
**Fecarotta [2]** 172/17 179/10
**fed [13]** 20/18 56/7 56/10 56/12 56/13 80/17 81/11 81/12 81/18 159/18 281/15 281/18 297/12
**federal [8]** 1/15 4/13 40/12 64/13 189/14 262/12 265/13 275/10
**fee [2]** 62/11 66/5
**feed [10]** 80/16 80/19 120/5 281/2 281/4 281/5 281/7 281/10 281/12 281/19
**feeding [5]** 49/22 49/22 65/15 81/17 82/5
**feel [27]** 59/5 108/17 129/9 163/4 163/10 167/4 167/5 177/20 193/11 213/1 214/3 222/13 224/3 243/8 246/12 250/4 258/18 268/9 268/10 268/11 268/16 269/13 269/21 269/22 270/17 305/7 305/22
**feeling [12]** 55/2 55/8 56/23 69/20 87/18 242/22 249/21 252/9 299/16 300/2 303/1 304/9
**feelings [2]** 167/9 236/6
**fees [5]** 36/17 39/3 176/12 186/1 199/8
**feet [7]** 83/10 83/10 83/10 84/18 92/12 92/14 133/6
**fell [1]** 244/16
**felony [2]** 28/17 29/20
**felt [19]** 135/7 135/9 158/6 163/19 166/10 233/17 236/20 236/22 237/1 238/24 242/22 243/1 243/2 243/5 268/13 272/4 277/10 298/15 300/3
**female [2]** 122/8 125/16
**few [14]** 14/13 35/14 37/13 46/12 46/13 63/5 84/21 88/14 161/19 164/19 205/9 256/10 278/7 307/13
**field [1]** 197/16
**fielded [1]** 292/10
**fighting [2]** 185/20 304/19
**figure [2]** 63/3 86/4
**figures [2]** 62/24 184/9
**Figuring [1]** 302/1
**file [1]** 234/3
**filed [7]** 24/2 25/9 28/20 191/2 210/11 211/6 211/15
**filing [1]** 275/10
**filings [1]** 65/3
**fill [3]** 43/3 50/9 64/5
**filled [3]** 43/13 64/20 72/4
**filling [3]** 41/6 58/22 64/16
**finally [1]** 196/18
**financial [1]** 46/13
**financially [1]** 316/10
**find [10]** 17/20 17/22 36/4 172/21 198/10 208/7 215/16 216/11 233/14 300/8
**finding [3]** 179/13 194/23 194/24

**fine [8]** 25/15 33/6 133/16 201/20 202/5 221/22 243/10 311/8
**finger [6]** 114/10 115/21 116/7 117/8 117/21 121/4
**fingerprints [1]** 227/6
**fingers [3]** 114/12 114/14 117/18
**finish [3]** 76/8 117/7 288/6
**finished [4]** 43/18 80/5 95/13 310/9
**finishes [1]** 92/2
**finishing [1]** 91/16
**Fire [2]** 16/22 17/5
**fired [2]** 21/2 22/23
**firm [8]** 161/4 161/12 161/13 161/17 162/18 180/17 181/12 192/22
**first [84]** 4/6 6/21 12/9 13/8 13/14 15/23 16/6 20/1 24/22 36/24 39/14 39/20 40/23 40/24 41/10 42/1 42/3 42/5 48/6 52/5 53/7 53/11 55/3 55/5 61/12 70/20 70/21 70/23 70/24 81/8 82/24 86/15 90/23 90/24 91/3 92/4 93/16 100/2 100/15 101/2 104/22 110/7 111/7 118/5 118/5 118/7 118/11 118/13 118/15 128/10 128/12 134/11 136/5 136/12 136/12 136/15 136/16 158/7 165/7 165/7 170/18 178/18 182/24 184/23 194/22 200/16 207/13 211/20 223/21 224/18 228/3 234/22 237/17 268/11 275/9 275/12 279/1 282/1 288/21 290/24 295/11 300/12 300/14 310/19
**fit [2]** 98/2 279/8
**five [10]** 5/21 5/22 7/12 13/2 72/2 83/2 100/8 187/8 239/13 296/22
**five minutes [1]** 83/2
**five-minute [1]** 239/13
**flag [1]** 91/13
**floor [32]** 57/1 58/5 74/6 74/12 78/21 78/22 79/17 80/3 80/22 81/22 82/11 82/12 82/24 83/9 84/8 84/10 85/19 86/13 86/16 88/3 90/8 90/19 91/21 99/13 124/2 248/23 253/19 254/19 254/24 282/3 282/6 282/12
**fluid [4]** 107/7 107/10 114/14 115/1
**fluids [1]** 55/20
**foggy [1]** 163/7
**follow [3]** 42/11 97/3 311/6
**followed [3]** 236/20 286/17 88/19
**following [7]** 54/11 88/24 89/2 159/22 163/1 254/6 307/21
**follows [1]** 4/7
**food [3]** 297/14 297/18 297/21
**fool [1]** 269/22
**foot [2]** 251/14 272/18
**force [1]** 236/15
**foreclosed [1]** 36/12
**foregoing [2]** 315/14 316/7
**forehead [1]** 59/11 310/24
**forever [2]** 236/21 236/22
**forgiven [1]** 186/11
**forgot [3]** 72/17 287/20 305/15
**form [16]** 11/17 14/4 16/1 18/17 52/21 85/15 217/21 235/10 262/13 262/14 262/12 263/13 269/17 288/1 288/11 309/11
**formal [5]** 5/13 8/5 9/21 41/4 147/22 301/6
**formally [1]** 135/5 165/10 172/6
**forms [3]** 64/5 64/12 64/19
**forth [9]** 102/20 150/3 150/4 150/7 151/19 151/20 178/18 178/10 230/14
**forward [9]** 101/14 101/17 102/22 124/19 131/21 154/6 175/7 289/2 289/5
**found [5]** 74/11 178/17 233/15

**foundation [1]** 163/13
**four [20]** 9/20 66/13 140/21 152/17 251/11 259/20 264/5 264/7 264/17 264/18 264/21 265/6 269/5 277/7 277/7 277/8 277/9 278/23 279/1 296/22
**fourth [9]** 66/14 108/20 109/4 110/11 110/14 116/15 119/9 125/8 125/9
**foyer [1]** 147/1
**frame [2]** 234/18 236/20
**frazzled [1]** 275/19
**free [3]** 141/7 157/19 224/16
**freezer [2]** 106/3 106/7
**fresh [1]** 146/22
**Friday [10]** 46/22 56/21 60/7 73/7 184/15 228/8 244/19 248/6 310/15 310/15
**fridge [1]** 106/6
**friend [4]** 36/3 68/19 278/15 291/1
**friends [11]** 32/20 36/2 36/6 46/2 47/6 47/8 175/6 175/14 175/18 175/22 282/24
**friends' [1]** 36/6
**front [46]** 11/20 13/20 19/16 45/18 45/22 73/19 74/7 74/17 75/21 76/23 78/21 78/22 82/11 82/12 83/13 84/5 84/6 86/22 87/9 88/16 89/5 91/19 91/20 95/3 110/18 119/1 119/3 122/1 133/7 154/8 233/16 240/8 240/12 253/9 253/13 253/18 254/11 254/13 254/15 255/2 256/9 269/24 282/9 293/20 297/14 297/18
**froth [1]** 120/13
**fulfill [1]** 107/21
**full [9]** 5/5 6/19 23/17 46/18 66/7 108/16 199/3 251/13 298/12
**full-time [3]** 6/19 46/18 199/3
**fund [2]** 190/19 190/21
**funeral [1]** 190/22
**funny [4]** 72/7 87/11 243/9 300/21
**further [17]** 17/1 153/3 153/13 157/8 172/22 181/5 246/6 273/14 295/1 295/2 306/8 312/10 313/17 313/18 314/1 316/12 316/15
**fussy [1]** 252/9
**futile [1]** 109/2

**G**

**G-A-U-L [1]** 23/2
**G-U-T-M-A-N [1]** 47/4
**gain [4]** 39/1 183/24 184/4 184/4
**gainful [1]** 21/13
**games [1]** 188/5
**gap [1]** 143/22
**gates [1]** 44/15
**Gaul [1]** 23/2
**gave [20]** 31/6 48/14 55/11 61/7 78/2 88/10 121/9 175/9 215/12 220/20 221/24 222/14 223/8 223/9 246/23 247/2 247/6 272/24 278/4 303/22
**GED [1]** 10/12
**gees [2]** 210/7 272/15
**general [9]** 2/12 2/13 81/11 115/16 130/3 151/8 195/17 205/17 205/18
**generally [1]** 227/3
**generic [1]** 45/16
**Genesis [1]** 51/21
**gentleman [1]** 189/18
**gently [1]** 313/4
**GERY [3]** 1/10 223/17 315/10
**get [81]** 10/12 11/15 15/8 15/9 16/12

# G

**get... [76]** 19/3 23/8 25/20 30/16 31/13 36/3 36/13 36/17 39/11 40/19 41/20 42/10 45/12 51/3 55/19 63/11 73/19 80/12 80/14 84/15 86/10 93/5 96/22 99/1 100/5 102/15 106/8 107/23 112/3 116/13 133/8 146/10 146/10 147/17 161/7 174/21 185/14 185/14 186/17 194/9 196/13 197/16 198/2 201/1 201/1 201/1 201/4 202/6 208/5 211/2 219/22 231/4 231/6 231/11 242/3 244/11 268/4 268/7 272/22 277/18 278/5 278/11 278/14 278/15 281/18 281/22 281/22 283/1 285/22 294/12 298/8 298/9 302/22 304/4 306/6 313/10
**gets [2]** 97/2 146/8
**getting [24]** 23/24 29/6 41/1 41/13 41/15 66/5 66/15 70/6 80/24 91/16 148/10 182/17 246/1 255/3 266/16 267/2 267/4 280/15 289/1 293/21 294/1 300/4 303/21 304/12
**Gina [4]** 8/22 8/22 9/1 9/15
**give [21]** 9/24 20/12 22/7 53/10 66/7 69/3 80/7 99/3 108/11 112/11 118/20 125/4 125/5 183/6 185/12 191/20 192/2 203/8 215/8 227/5 270/22
**given [18]** 18/6 52/14 144/10 149/15 198/20 214/6 214/19 221/3 221/7 222/13 233/18 286/19 298/15 309/19 311/18 315/14 315/18 316/11
**giving [9]** 40/2 78/6 107/3 109/15 140/10 224/5 269/15 270/20 306/10
**glad [1]** 72/18
**glanced [1]** 12/9
**glass [3]** 87/9 87/10 89/6
**Glenbard [1]** 21/2
**Glendale [4]** 5/17 7/13 35/9 35/15
**glue [1]** 98/1
**go [86]** 5/8 10/1 13/19 16/9 16/20 19/3 33/17 34/22 35/1 36/9 37/8 38/13 40/5 60/24 73/4 80/22 83/23 89/9 91/13 97/6 106/22 114/8 115/7 116/13 118/16 122/24 127/20 128/21 131/19 131/20 131/21 132/23 133/3 133/5 133/6 136/14 142/7 142/16 142/20 146/6 146/7 146/10 148/5 154/15 162/9 162/23 172/16 179/9 181/5 183/1 194/20 197/2 226/23 227/6 227/7 227/9 230/14 237/7 237/8 237/18 237/21 237/23 238/15 239/9 249/22 250/23 252/15 256/12 258/23 263/23 263/23 264/23 266/10 266/11 266/14 272/22 279/8 279/17 284/7 284/7 300/18 302/18 303/2 303/4 304/13 313/14
**God [2]** 101/10 210/8
**Godparent [2]** 283/1 283/4
**goes [7]** 49/4 55/12 56/2 169/5 202/3 213/12 289/19
**going [124]** 4/16 10/20 13/19 15/11 22/6 42/8 43/16 52/21 59/14 65/24 70/11 74/5 77/9 77/10 80/19 83/24 84/13 86/4 91/10 91/12 95/18 98/23 101/10 107/13 109/11 109/15 111/1 111/2 111/24 113/7 123/7 125/2 126/4 128/9 128/19 135/16 136/24 137/7 142/18 149/1 150/7 153/3 153/14 154/9 158/3 158/4 162/17 164/17 169/5 174/2 174/5 175/13 177/1 177/5 178/1 181/1 181/5 186/1 187/15 188/4 190/5 192/13 192/16 193/11 195/19 196/13 200/24 203/8

205/8 208/16 210/12 215/6 222/3 226/9 232/4 236/18 236/19 236/21 237/8 237/18 237/20 237/23 238/1 238/5 238/7 238/8 238/12 239/3 239/4 242/11 245/1 245/6 246/7 249/24 261/15 262/7 262/8 262/23 266/17 267/6 267/11 279/9 281/20 281/22 283/23 284/5 284/9 285/16 287/8 287/19 291/9 298/2 300/3 300/5 300/8 302/7 302/10 302/16 304/15 305/1 305/24 308/11 308/12 313/9
**golfing [1]** 47/17
**gone [9]** 75/19 77/1 118/17 177/11 197/18 198/13 200/19 269/24 304/3
**good [27]** 13/22 22/7 40/7 70/15 72/20 77/3 106/21 108/21 108/24 156/23 167/4 168/10 201/3 205/6 248/15 248/20 249/10 249/11 249/13 249/15 249/17 249/18 250/19 288/19 292/23 295/7 308/6
**good-bye [10]** 77/3 248/15 248/20 249/10 249/11 249/13 249/15 249/17 249/18 250/19
**goodness [1]** 272/16
**goofing [1]** 84/10
**goofy [1]** 298/10
**got [64]** 18/9 21/17 21/21 21/22 22/1 22/23 28/18 29/20 32/18 34/4 49/7 53/10 55/9 60/22 62/20 72/2 72/12 72/13 80/17 80/19 80/20 83/23 86/12 86/13 86/17 87/4 88/15 89/1 93/16 101/11 104/21 112/9 112/9 115/14 116/10 128/4 132/4 159/1 161/6 184/22 193/14 200/17 201/24 213/14 230/10 232/4 239/2 252/19 253/21 254/1 254/2 258/17 260/11 266/19 275/13 276/20 287/4 287/5 288/17 288/18 288/23 296/16 302/21 304/15
**gotten [3]** 80/17 186/18 193/7
**government [1]** 64/14
**grab [2]** 97/7 193/9
**grabbed [3]** 89/10 111/5 254/11
**gracious [1]** 272/16
**graduate [2]** 10/6 11/2
**graduated [1]** 19/7
**grand [4]** 184/10 187/8 207/7 268/23
**grandmother [2]** 287/4 292/1
**Grant [2]** 188/14 188/15
**Graphics [1]** 21/2
**grasping [1]** 222/8
**gray [1]** 214/9
**great [5]** 40/10 51/12 55/2 55/9 272/20
**green [1]** 202/4
**Gregory [1]** 175/5
**ground [1]** 270/24
**group [7]** 50/7 54/16 162/7 206/22 294/15 294/19 294/23
**grouped [1]** 207/1
**Grove [2]** 22/3 22/19
**guarded [1]** 98/22
**guess [34]** 11/5 31/24 33/7 33/8 37/24 40/18 42/12 44/18 62/21 63/12 70/6 71/12 74/2 93/11 95/18 95/19 104/3 104/4 104/19 104/20 134/5 156/7 180/11 182/24 183/2 187/20 200/15 207/2 217/10 265/21 278/8 285/4 297/4 297/4
**guessing [1]** 203/19
**guidelines [2]** 42/10 43/8
**guilty [2]** 25/19 194/24
**gun [3]** 76/6 126/6 213/6
**gurgle [1]** 107/6

**gurgling [1]** 107/5

# H

**ha [2]** 260/11 260/11
**Ha-ha [1]** 260/11
**had [175]**
**hair [1]** 168/16
**half [6]** 5/19 35/9 81/15 113/5 144/7 279/15
**hallway [1]** 141/17
**hand [13]** 53/23 73/12 73/16 74/10 102/12 103/23 103/23 151/1 205/24 250/13 260/6 307/1 316/21
**handcuffs [1]** 129/22
**handed [2]** 119/4 119/13
**handing [1]** 174/23
**handle [2]** 61/20 111/4
**handled [3]** 149/16 163/16 274/23
**handling [1]** 163/9
**hands [21]** 91/5 92/12 92/15 97/22 101/14 101/20 101/22 102/6 102/9 102/10 102/19 103/5 104/8 104/10 109/8 109/23 116/18 124/19 242/22 250/17
**handwriting [1]** 55/17
**hang [1]** 36/5
**hanging [1]** 284/10
**HANOVER [79]** 1/6 1/6 2/10 2/10 4/16 16/22 17/5 34/9 34/10 37/7 44/21 48/15 100/23 113/11 113/22 122/16 122/17 124/4 125/15 127/20 128/6 129/13 130/7 131/3 131/17 132/7 132/19 134/6 135/10 136/1 138/12 139/1 139/17 140/11 141/18 142/4 142/11 143/12 143/16 144/11 145/3 145/16 145/21 147/20 149/2 150/17 150/19 159/15 160/3 165/6 168/6 170/15 171/13 171/20 179/3 179/7 182/11 184/13 184/16 184/22 225/1 225/6 225/9 232/13 232/14 232/19 233/1 233/5 233/8 275/23 292/8 294/17 295/11 297/7 301/3 302/8 306/16 315/6 315/6
**happen [11]** 57/5 72/16 77/9 206/18 206/20 234/17 239/4 246/11 282/19 287/9 299/14
**happened [35]** 15/20 37/6 41/7 41/9 57/6 58/22 58/24 71/21 82/7 105/24 108/13 119/12 125/8 127/8 129/16 131/3 156/20 163/4 163/10 163/19 200/17 206/18 207/6 208/15 221/24 224/24 226/7 239/19 252/23 254/3 262/22 263/1 271/2 272/17 300/20
**happening [6]** 15/19 37/15 72/7 109/16 155/6 263/1
**happens [6]** 59/3 73/1 82/4 96/24 201/4 304/10
**happy [5]** 29/2 140/5 193/4 221/20

# Gutman [43]
**Gutman [43]** 47/3 47/3 48/20 66/8 66/9 68/6 87/11 87/22 94/18 95/8 96/9 96/13 96/22 96/24 97/2 174/4 174/7 174/9 174/21 175/3 176/3 176/5 223/23 224/4 225/22 230/21 239/22 240/12 243/4 243/16 246/15 252/5 252/7 252/12 253/1 253/5 253/12 253/16 253/19 254/20 254/21 280/20 281/10
**Gutmans [2]** 47/14 175/24
**guy [15]** 26/18 29/4 39/24 87/16 87/18 111/3 111/10 148/21 168/13 168/15 272/18 272/19 282/16 286/22 287/5
**guys [7]** 40/8 89/9 146/8 204/8 219/8 266/7 304/3

**H**

happy... [1] 238/22
harassing [1] 216/9
harbored [2] 220/1 231/17
hard [24] 15/21 77/6 87/5 108/18 230/1 257/8 257/21 258/6 261/5 261/6 267/17 268/19 268/22 268/24 269/6 272/8 272/10 281/16 287/15 301/22 304/2 309/17 309/20 312/22
harder [1] 312/19
harmful [1] 257/7
HARTIGAN [5] 2/6 2/6 2/7 4/15 155/17
Hartigan's [1] 242/13
has [33] 6/13 9/11 15/11 15/19 36/9 50/6 54/1 57/1 78/18 87/9 105/3 143/4 146/9 155/16 155/24 167/20 186/11 186/15 187/11 193/23 195/3 197/6 197/7 197/18 197/20 198/3 207/23 210/22 216/20 260/11 269/23 283/7 284/24
hasn't [1] 74/13 186/9 200/19
Hasson [3] 50/24 53/15 198/17
hat [1] 36/5
hate [2] 305/12 312/11
have [358]
haven't [8] 17/21 37/5 175/7 186/8 186/18 186/20 197/10 280/12
having [14] 4/6 5/10 15/24 18/11 58/17 87/6 157/5 157/5 165/3 169/22 241/16 267/23 284/12 313/7
HC0317 [1] 55/13
HC0318 [2] 56/4 60/1
he [405]
he's [57] 15/3 15/4 26/16 26/16 51/7 51/9 51/9 59/2 59/2 70/6 74/16 74/24 75/1 83/23 87/15 87/18 87/19 96/21 101/9 112/9 132/17 135/21 158/1 158/1 161/13 164/19 168/13 185/14 185/20 187/14 187/16 188/1 188/19 189/10 190/8 190/9 198/11 203/15 203/19 206/16 211/3 221/11 230/1 246/4 246/8 246/14 250/2 250/4 251/14 251/20 251/20 252/10 263/18 269/16 271/2 299/20 304/24
head [58] 5/1 14/23 17/23 26/2 27/20 45/2 57/2 59/7 71/11 79/20 85/7 92/13 92/17 92/19 94/6 94/8 102/22 103/1 106/16 108/9 108/10 109/13 109/17 118/8 146/10 150/2 150/5 150/7 150/10 151/18 153/3 153/13 153/13 153/15 154/3 154/6 154/9 154/23 155/10 155/18 156/16 180/14 238/3 240/24 241/2 244/2 253/23 257/21 258/6 261/24 264/4 264/16 265/5 269/7 282/7 286/5 302/17 308/21
health [7] 13/21 13/22 58/19 71/21 94/13 112/4 310/16
healthy [1] 221/21
hear [8] 89/3 107/6 166/16 177/24 241/9 262/4 265/4 274/16
heard [17] 57/6 74/17 75/18 93/20 107/15 110/8 113/9 115/9 118/23 159/10 162/20 177/20 186/20 206/5 225/17 244/15 260/23
hearing [6] 172/22 262/8 262/9 263/9 264/9 265/22
hears [1] 268/23
heavy [2] 168/14 298/11
heckle [1] 178/8
Heights [4] 5/17 7/13 35/9 35/15
held [14] 16/16 19/13 55/22 86/8

124/17 124/17 250/7 253/4
help [15] 54/4 54/18 60/16 65/5 112/12 132/14 164/3 164/5 189/19 269/19 304/4 304/5 304/16 304/22 304/23
helped [4] 173/17 175/7 283/5 283/6
helpful [3] 17/21 19/2 305/5
helping [3] 109/3 164/24 189/11
helps [1] 267/9
her [103] 6/17 8/10 8/12 8/22 28/23 28/24 51/6 51/12 54/2 58/24 65/8 66/15 69/8 69/13 72/15 73/5 73/6 74/16 77/2 77/17 77/17 77/19 110/5 125/14 125/18 125/20 127/13 129/12 130/20 133/7 134/21 134/24 142/7 147/7 147/10 147/13 147/15 174/24 175/1 178/14 190/18 191/6 204/23 207/24 208/3 208/14 208/17 208/17 208/22 209/9 209/10 210/13 215/5 215/6 215/8 215/9 221/3 222/13 222/16 222/17 222/18 223/6 223/7 223/8 223/8 223/9 223/9 233/17 233/22 233/22 234/6 234/6 234/8 234/9 252/1 274/7 274/14 275/6 282/5 282/9 282/10 283/14 284/18 284/19 284/19 286/3 286/4 286/6 286/6 286/8 286/9 286/10 287/6 291/15 291/23 292/10 292/11 293/11 294/1 302/15 302/17 303/13 310/10
Herald [2] 29/10 45/14
here [81] 9/14 11/9 13/14 14/3 19/4 26/16 42/23 50/20 50/23 52/14 52/21 54/15 56/20 59/4 81/4 84/15 87/18 92/7 93/7 94/17 95/21 104/22 110/22 112/9 112/16 119/12 132/12 135/16 135/17 135/18 146/8 147/19 150/14 153/2 157/15 163/13 167/12 169/11 186/2 187/17 188/5 191/24 195/17 195/21 195/23 196/15 197/7 201/14 203/10 203/24 204/9 214/10 219/7 221/13 226/23 227/6 227/9 227/10 236/20 240/24 244/13 244/18 245/1 247/9 247/16 247/18 259/18 265/13 266/3 266/16 269/21 270/5 284/9 287/2 287/8 287/20 287/21 289/7 289/18 299/24 311/19
hereby [2] 315/13 316/6
herein [1] 4/6
hereunto [1] 316/20
herniated [3] 24/16 276/20 277/12
herself [2] 69/5 126/1 190/23
Hewitt [1] 65/4
hey [5] 89/8 102/17 248/20 249/13 300/19
high [7] 10/4 16/8 17/2 19/7 47/23 280/22 286/6
highest [2] 16/9 44/12
him [299]
himself [1] 222/20
hired [4] 176/13 189/18 288/23 288/24
his [188]
history [5] 15/12 33/12 49/16 52/3 193/17
hit [4] 57/11 150/10 156/16 199/13
hitting [5] 154/24 260/2 260/3 286/5 286/6
hmm [30] 5/1 5/1 30/23 32/18 46/17 46/17 52/9 52/9 60/3 60/3 89/23 89/23 121/12 121/12 144/13 169/9 198/7 198/7 239/24 239/24 240/19 240/19 241/3 241/3 241/8 241/8 246/22 246/22 285/9 285/9

hmm-hmm [33] 5/1 46/17 52/9 60/3 89/23 121/12 198/7 239/24 240/19 241/3 241/8 246/22 285/9
Hoffman [1] 14/20
hold [9] 87/4 98/2 108/7 135/20 152/12 154/2 246/4 294/10 309/10
holding [20] 77/19 87/2 88/15 95/9 95/11 101/16 102/7 102/8 103/20 153/15 226/10 240/15 240/21 241/12 241/15 243/3 243/7 243/9 243/15 252/12
home [27] 6/3 8/14 27/8 42/16 44/11 66/24 76/17 108/1 118/5 122/6 124/23 125/12 125/14 127/7 127/16 127/20 142/18 146/6 146/10 151/5 152/1 158/8 237/8 303/2 303/4 303/5 313/14
homeowner's [1] 191/14
homes [1] 37/9
honest [7] 104/9 164/13 164/16 231/5 247/4 268/17 303/15
honestly [5] 87/5 154/7 155/6 185/10 258/18
HONORABLE [3] 2/11 172/16 179/9
honored [2] 299/1 300/6
hope [1] 165/4
hopefully [1] 149/3
hospital [9] 14/21 126/4 146/7 183/2 188/21 188/24 190/9 278/4 304/19
hot [1] 272/20
hour [16] 1/23 81/16 113/5 144/8 159/6 171/19 200/20 221/24 259/3 259/13 259/18 260/19 261/11 281/17 296/12 297/5
hours [28] 17/11 65/8 65/10 135/16 158/21 165/23 184/18 184/19 245/8 245/15 246/1 247/14 258/16 261/16 265/3 267/12 267/20 270/5 270/6 296/10 297/3 301/13 302/3 303/17 307/13 307/18 308/5 308/7
house [75] 18/4 18/8 18/10 34/2 34/16 36/2 36/6 36/8 36/9 36/10 36/11 37/1 37/5 37/22 38/1 38/2 38/9 38/10 39/2 41/17 42/7 42/10 43/16 44/14 45/18 45/23 60/23 61/13 73/19 73/22 73/23 78/2 78/7 78/11 78/15 89/5 118/14 118/16 118/22 119/1 119/1 119/3 119/21 122/1 124/14 152/7 154/9 155/1 155/6 156/20 183/16 183/18 183/22 184/1 195/1 198/11 221/23 222/5 234/18 239/19 239/22 244/8 247/17 247/18 247/22 253/5 255/1 255/5 255/6 282/15 283/14 286/10 300/10 306/22
housekeeping [1] 294/11
how [163]
how's [3] 128/9 185/5 195/10
Howard [1] 10/5
However [1] 4/22
huge [1] 197/20
huh [2] 5/2 5/2
huh-huh [1] 5/2
hundred [4] 64/2 147/6 221/20 270/7
hurried [1] 303/6
hurt [7] 39/22 164/2 230/17 268/19 268/24 272/17 279/14
hurting [1] 230/18
hyperventilating [1] 298/12

**I**

I'll [23] 4/21 12/4 16/19 50/6 72/19 74/3 91/14 112/13 133/23 135/17 135/19 140/4 155/16 199/12 205/3 205/9 232/22 265/18 265/20 267/10

**I**

I'll... **[3]** 271/19 305/16 313/24
I'm **[229]**
I've **[2]** 287/6 305/2
idea **[17]** 8/15 22/7 38/18 39/21 40/7
42/19 52/5 70/14 75/23 134/5 144/17
168/22 177/9 233/3 241/10 251/4
291/7
identification **[6]** 4/3 50/3 112/19
162/7 188/6 294/24
identified **[2]** 138/19 284/11
identifies **[1]** 137/2
identify **[4]** 112/14 112/17 113/9
126/1
idiot **[1]** 305/7
IL **[3]** 2/4 2/8 2/14
ill **[3]** 50/24 200/18 210/2
ill-equipped **[1]** 210/2
illegal **[5]** 29/23 190/21 195/5 195/9
218/4
ILLINOIS **[26]** 1/1 1/8 1/19 1/20
1/22 2/12 2/16 4/12 19/17 64/13
100/24 115/17 138/12 139/2 140/12
143/15 146/16 150/19 170/17 205/21
315/1 315/8 316/1 316/5 316/22
316/24
illness **[1]** 53/19
imagine **[9]** 104/18 104/20 110/8
112/2 122/2 122/3 123/8 174/6 306/4
Immediate **[1]** 222/2
immediately **[7]** 92/9 108/23 121/15
123/1 123/3 277/20 298/9
impersonating **[1]** 278/11
important **[3]** 62/1 77/7 210/4
impression **[2]** 313/9 313/12
impressions **[1]** 302/7
imprisoned **[1]** 213/11
imprisonment **[4]** 212/4 212/24
216/24 217/5
inaccurate **[3]** 215/6 215/8 272/12
inactive **[2]** 241/6 241/7
incarcerated **[1]** 213/15
incarceration **[1]** 185/2
incident **[36]** 4/17 4/19 9/14 14/8
16/6 37/15 50/17 54/12 56/20 66/1
69/23 72/16 78/14 90/24 122/18
125/7 134/16 152/2 157/1 163/6
178/15 197/24 201/9 201/14 203/24
273/17 276/17 277/17 278/17 278/21
279/5 279/12 291/22 295/12 306/11
308/23
include **[2]** 65/15 84/22
income **[5]** 62/18 62/19 63/8 195/20
196/14
incomplete **[3]** 220/19 220/20
221/15
Incorporated **[1]** 24/13
incorrect **[2]** 11/24 137/14
increments **[1]** 144/6
indeed **[1]** 307/21
independent **[1]** 206/12
indicate **[3]** 53/18 70/15 138/20
indicated **[11]** 92/6 154/2 167/20
167/22 194/23 290/3 292/1 292/13
301/7 307/17 309/15
indicates **[4]** 52/7 56/7 148/4 166/10
indicating **[15]** 86/20 93/20 94/9
97/19 101/12 101/13 101/19 101/21
101/23 102/18 108/12 114/12 124/18
124/19 298/9
indirectly **[1]** 316/19
individual **[2]** 28/21 202/12

indoctrinated **[1]** 268/2
infant **[1]** 49/23
inflicted **[1]** 219/13
infliction **[1]** 218/24
information **[30]** 70/13 208/6 208/15
214/3 214/5 214/19 214/19 215/9
215/12 221/3 221/7 222/12 222/12
223/9 224/3 233/18 233/21 234/15
267/2 284/12 284/16 286/19 286/20
288/15 289/3 289/6 291/11 293/8
294/1 310/13
informed **[2]** 127/21 193/8
informing **[1]** 294/1
initial **[3]** 64/17 134/2 194/17
initially **[12]** 53/20 132/6 164/22
178/20 182/23 189/1 208/18 234/11
234/15 244/6 257/4 297/9
initiate **[2]** 19/2 275/9
injured **[1]** 50/24
injuries **[2]** 24/3 308/21
injury **[3]** 24/15 234/19 272/13
input **[1]** 177/7
inside **[8]** 15/22 96/13 107/4 115/2
121/3 121/11 200/18 303/24
insides **[1]** 200/17
instance **[1]** 286/18
instead **[1]** 279/9
instructed **[1]** 125/13
instruction **[1]** 107/18
instructions **[2]** 52/14 69/3
instructor **[1]** 108/3
insurance **[3]** 191/11 191/12 191/14
intent **[1]** 249/21
intention **[1]** 209/12
intentional **[3]** 203/3 206/20 218/23
intentionally **[2]** 219/13 231/23
intentions **[2]** 40/22 43/4
interact **[1]** 93/16
interactions **[1]** 273/1
interested **[3]** 56/17 292/12 316/18
Intergraphics **[1]** 20/3
interject **[1]** 11/22
interjected **[1]** 148/2
internet **[2]** 49/8 197/21
interpret **[1]** 212/14
interpreted **[4]** 41/14 167/19 236/21
236/22
interrogated **[1]** 140/11
interrogating **[1]** 271/14
interrogation **[12]** 100/22 131/6
131/8 131/11 139/16 218/4 268/9
295/4 297/2 301/15 302/13 305/23
interrogatories **[13]** 11/16 11/18
12/6 13/10 13/13 19/14 24/7 24/8
25/14 26/20 30/2 191/23 196/8
interrogatory **[1]** 11/13
interrupt **[1]** 201/17
intervene **[13]** 213/21 214/16 215/18
216/15 229/2 229/6 229/6 229/9
229/10 229/18 229/18 229/20 229/21
interview **[74]** 131/4 131/8 131/13
131/16 131/24 132/5 132/11 133/10
134/22 135/2 135/4 135/12 135/24
137/2 138/11 139/1 139/4 139/5
139/16 140/11 141/19 142/12 143/19
143/23 149/12 150/16 150/17 155/3
158/1 158/14 160/16 160/18 160/22
165/10 170/4 170/10 171/6 171/15
171/20 172/2 213/16 214/1 215/3
217/1 217/14 217/23 221/6 223/6
223/8 223/13 224/2 225/21 234/6
235/1 235/3 235/5 235/13 236/4
237/13 245/7 247/14 255/14 255/15
256/7 256/9 268/1 271/5 273/2 273/5

interviewed **[15]** 133/18 139/7 142/4
142/9 143/14 170/10 207/15 218/18
219/11 223/23 228/11 234/8 289/3
307/14 311/11
interviewing **[5]** 145/2 207/19
211/23 224/5 230/21
interviews **[1]** 215/4
intimidating **[1]** 287/15
introduced **[1]** 205/15
investigate **[1]** 214/8
investigating **[1]** 121/18
investigation **[18]** 132/12 170/3
189/14 189/24 206/18 206/19 207/24
208/4 208/6 208/9 208/10 213/3
213/5 221/19 232/16 233/2 233/5
233/8
investigator **[9]** 61/4 127/15 127/16
128/15 139/8 139/16 148/19 169/14
177/4
investigators **[2]** 189/19 289/1
involved **[10]** 61/18 84/15 146/5
148/11 174/8 192/24 207/11 223/18
231/8 242/3
involvement **[6]** 148/14 169/20
169/23 169/24 170/2 192/12
irrelevant **[1]** 204/2
Irving **[5]** 22/15 22/17 23/22 23/23
199/4
is **[416]**
island **[1]** 244/14
isn't **[7]** 111/4 135/6 162/21 190/11
230/13 262/24 268/19
issue **[3]** 24/1 150/6 225/16
issued **[2]** 225/12 291/13
issues **[1]** 13/24
it **[525]**
it'll **[1]** 265/20
it's **[104]** 6/6 7/6 7/6 7/6 7/7 15/18
15/20 22/2 30/4 34/7 34/14 34/15
34/16 38/24 40/18 42/22 43/9 43/12
44/4 48/13 52/15 54/22 57/15 72/24
77/5 81/2 82/22 87/5 87/12 88/5
98/23 109/22 113/9 131/21 132/2
132/11 147/16 149/7 153/14 167/5
167/18 178/22 179/2 182/3 182/24
183/2 184/4 185/11 187/7 195/12
199/18 200/22 200/22 201/6 202/3
202/4 202/5 202/5 202/8 204/2
204/12 204/15 205/2 205/4 205/7
206/6 206/22 206/22 206/23 207/1
209/17 212/12 214/9 215/11 222/1
230/1 230/1 230/11 230/13 230/16
235/17 235/18 257/16 262/10 262/12
262/24 263/8 267/4 267/11 279/21
282/22 284/1 286/4 284/9 287/14
287/15 287/18 287/18 299/6 305/6
305/14 305/18 308/3 308/14 312/3
item **[1]** 73/1
items **[2]** 26/11 27/18
its **[4]** 103/20 105/12 121/1 262/1
itself **[3]** 146/24 151/14 167/23

**J**

J-C **[1]** 48/19
JACKOWIAK **[1]** 2/2
Jackson **[1]** 65/4
jail **[32]** 21/22 22/1 28/4 38/18 38/20
38/22 47/21 60/23 61/9 61/20 69/1
159/16 160/4 160/14 175/16 182/14
182/16 183/5 183/7 183/19 184/3
201/24 208/5 236/22 275/11 275/16
287/6 288/17 288/18 288/23 291/8
293/21

**J**

James [1] 190/10
jaw [1] 286/7
JC [1] 66/9 66/18
Jerrey [1] 30/24
Jerry [1] 23/2
Jewel [1] 30/17
Jill [1] 284/13
job [19] 6/13 16/13 16/15 16/15 19/9 19/13 21/1 22/6 22/14 23/11 29/13 199/2 210/3 220/5 232/7 232/8 270/14 271/10 288/24
jobs [3] 24/3 196/23 197/12
Joe [1] 286/3
jog [1] 60/15
JOHN [2] 1/8 315/8
Jonathan [3] 66/8 66/10 66/20
Jones [1] 214/22
JOSEPH [5] 1/9 143/15 145/2 150/19 315/9
Josh [27] 55/2 55/8 56/6 56/24 57/24 58/23 72/16 76/23 84/15 84/17 84/20 84/22 86/13 87/4 89/10 97/7 101/12 101/12 102/17 102/17 103/7 103/8 248/18 249/15 249/22 282/12 312/15
Josh's [1] 203/23
Joshua [60] 18/18 50/11 53/20 58/18 66/12 66/22 67/11 67/16 69/2 69/17 69/19 70/19 82/10 85/23 91/18 94/23 116/15 149/17 176/16 177/21 188/24 197/24 198/21 211/24 221/20 224/18 240/13 240/16 240/21 240/23 241/4 241/15 242/3 242/5 242/9 243/22 244/5 244/19 245/19 246/18 246/21 247/6 247/22 248/5 248/8 250/19 252/13 252/24 253/8 253/23 254/19 254/23 260/2 260/10 260/13 275/22 281/2 281/4 282/12 291/23
Joshua's [4] 58/13 198/17 242/9 310/19
JT [18] 48/18 48/20 66/8 66/17 66/19 66/20 87/14 88/20 88/22 89/1 89/6 97/3 97/4 97/5 252/10 254/6 254/11 281/10
judge [8] 172/16 172/19 172/21 179/9 179/20 180/2 315/6 315/8
judgment [1] 212/5
juice [1] 55/21
July [4] 1/22 62/8 315/14 316/22
jump [1] 213/6
jumped [3] 76/6 213/2 284/19
June [4] 26/21 28/8 39/15 39/18
June 5th [1] 28/8
June 6 [1] 26/21
Junior [3] 7/16 48/20 281/12
Jury [2] 207/7 268/23
just [226]
justice [1] 214/14

**K**

K-E-P-L-E-Y [1] 8/12
K-O-C-H [1] 115/16
Karen [1] 283/3
Karen's [1] 283/8
Katten [5] 161/14 161/15 162/10 180/17 186/4
KEANE [2] 2/13 205/17
keep [13] 4/20 13/20 23/19 49/21 62/7 68/8 84/13 127/10 152/16 203/3 251/4 279/19 305/4
keeping [1] 77/7
keeps [3] 71/11 246/8 304/12
kept [10] 126/19 193/12 208/16

304/14 313/13
kid [5] 7/8 43/15 79/12 97/15 252/23
kids [41] 5/21 5/22 32/20 40/1 40/9 44/17 65/19 68/2 72/2 73/19 74/2 80/17 80/20 81/20 83/16 83/22 83/23 84/2 84/6 84/7 84/9 84/19 89/8 90/24 98/2 100/5 100/7 118/16 197/4 242/3 255/3 279/20 281/7 281/15 281/18 282/20 283/5 283/7 283/20 283/24 284/3
kids' [1] 72/14
kind [18] 12/9 36/10 41/1 41/3 55/10 59/5 72/7 72/8 77/6 98/3 196/23 197/4 197/18 214/9 237/12 270/23 295/22 303/6
KISS [1] 2/2
kitchen [29] 57/15 58/1 69/8 69/9 73/11 73/12 82/8 82/10 82/13 83/8 88/7 95/1 96/1 100/4 100/8 101/8 101/11 102/4 102/6 103/9 105/18 107/2 114/20 240/5 240/8 252/21 253/7 253/14 255/2
kitchen/dining [1] 58/1
kneel [1] 108/21
knew [21] 19/1 41/15 59/14 85/1 100/1 100/3 100/7 110/7 193/11 202/20 210/12 211/6 232/24 233/4 233/7 254/7 257/18 275/11 275/13 285/21 303/15
knock [7] 86/9 86/20 87/14 87/15 93/20 252/11 252/23
knocked [7] 51/10 86/24 92/10 252/5 252/7 252/18 252/19
knocking [3] 87/12 87/17 286/5
know [409]
knowledge [30] 18/13 35/2 50/17 51/17 54/4 54/5 71/7 83/4 129/1 142/21 187/1 192/3 192/6 198/23 198/24 202/10 214/24 215/1 215/2 215/4 215/14 222/22 223/2 225/14 234/1 234/13 271/16 284/21 284/24 292/19
known [3] 87/16 193/10 222/19
knows [3] 87/12 204/5 305/9
KOCH [4] 2/12 115/16 154/21 205/16

**L**

L-A [1] 34/15
L-E [1] 20/2
lack [3] 59/20 163/12 275/20
laid [7] 71/3 74/6 75/21 76/2 79/11 107/2 244/8
Lambert [1] 191/16
Lane [4] 19/16 34/17 37/6 37/11
large [1] 174/22
last [31] 8/9 12/18 13/19 21/13 23/15 29/13 31/19 31/20 35/9 47/14 48/9 48/22 57/21 61/5 68/11 131/21 162/9 162/12 175/1 178/21 186/15 199/2 199/6 211/5 255/21 255/22 272/19 280/14 280/16 283/8 311/6
late [10] 15/10 19/20 32/13 32/24 61/14 73/24 83/24 91/14 167/12 195/12
later [19] 5/24 11/15 24/1 34/2 39/11 103/18 124/4 126/23 139/7 161/19 161/22 162/23 183/5 194/23 228/21 242/2 256/24 286/19 296/23
laughing [1] 84/23
laundry [1] 90/5
Laurie [4] 34/16 37/6 37/11 175/5
law [9] 2/2 139/23 161/12 161/13 162/18 169/16 192/22 218/15 218/23

LAWRENCE [1] 2/2
lawsuit [18] 25/10 81/4 95/20 196/16 199/10 205/20 210/11 211/6 211/16 221/11 226/2 275/10 284/17 284/22 285/21 290/11 292/7 292/22
lawsuits [1] 25/9
lawyer [28] 38/20 39/5 141/5 141/7 144/18 144/23 173/4 179/21 180/6 181/13 189/4 191/12 192/24 193/12 193/12 193/13 234/5 255/24 256/2 270/10 288/24 304/5 304/11 305/1 305/10 313/7 313/8 313/10
lawyer's [1] 39/3
lawyers [3] 5/13 192/23 193/16
lay [2] 75/22 79/11
laying [8] 57/8 79/4 85/12 89/15 108/18 124/1 153/16 241/23
laymen's [2] 202/12 202/18
lead [1] 204/1
leading [9] 4/18 103/13 220/7 271/15 298/22 308/13 309/11 310/14 310/15
learn [5] 51/5 252/10 293/18 309/23 310/7
learned [3] 128/12 308/19 308/22
learning [1] 87/15
least [9] 110/5 172/22 203/5 203/6 249/7 260/9 267/21 287/1 303/15
leave [39] 10/14 20/22 77/2 88/10 88/16 97/3 126/21 135/14 145/22 145/24 145/24 146/1 146/15 147/10 147/11 157/19 228/12 236/18 236/19 237/11 238/1 238/5 238/7 238/9 238/12 250/11 254/2 287/3 287/20 298/3 298/5 298/6 298/7 299/22 299/22 303/1 303/2 303/9 306/7
leaves [3] 96/24 97/2 142/15
leaving [14] 22/22 127/16 127/20 142/20 230/9 230/14 230/15 236/8 248/23 251/13 252/1 253/17 254/4 254/7
led [1] 215/8
LeFebvre [3] 20/2 20/3 24/22
left [42] 21/1 29/15 59/6 74/21 78/18 80/18 82/12 82/23 83/22 84/5 85/7 86/17 86/17 88/20 88/20 88/22 89/7 92/8 93/17 110/17 132/7 136/19 141/22 142/6 143/11 151/2 185/15 212/18 236/13 239/3 248/9 248/10 251/16 253/18 253/19 265/16 277/23 281/23 302/14 302/14 307/5 307/5
leg [2] 72/10 274/18
legal [4] 161/24 162/10 210/23 220/12
legalities [1] 40/15
legs [2] 97/22 105/11
length [4] 31/15 46/19 96/6 263/3
less [8] 12/10 129/14 155/15 157/6 166/13 240/1 312/20 312/21
let [25] 4/10 40/22 42/1 63/4 76/8 84/15 84/22 117/7 140/14 195/19 205/3 216/12 234/20 235/17 237/18 237/21 237/23 246/3 247/5 258/23 259/13 259/17 288/6 300/7 309/10
let's [23] 7/7 42/22 48/4 80/21 89/9 90/23 136/14 193/1 208/12 239/13 248/20 249/13 249/22 260/19 261/2 263/23 263/23 264/23 266/14 287/8 288/14 294/11 300/7
lethargic [9] 71/1 71/14 94/15 222/7 222/7 222/20 241/19 241/22 243/12
letters [2] 162/17 178/11
letting [4] 41/13 42/13 87/14 276/10

**L**

**level [1]** 108/22
**leveled [1]** 202/17
**library [2]** 91/11 255/2
**license [1]** 43/16
**licensed [4]** 43/11 43/11 43/13 44/1
**licensing [1]** 40/16
**lies [1]** 203/21
**lieu [1]** 112/3
**life [10]** 16/16 19/11 19/24 75/19 97/21 130/3 197/8 286/9 304/1 304/19
**lifeless [18]** 85/12 94/15 97/7 97/9 98/8 98/10 99/10 99/21 99/23 100/16 101/3 101/10 123/17 222/7 243/5 243/13 243/18 243/19
**lifelessness [2]** 98/15 99/18
**lifting [1]** 98/20
**light [3]** 68/9 208/16 210/4
**lightly [1]** 313/1
**like [219]**
**liked [3]** 51/14 270/21
**limited [1]** 212/18
**limp [3]** 98/19 155/19 243/6
**Lincoln [1]** 5/17
**Lindsey [1]** 274/5
**line [1]** 216/8
**liquid [3]** 53/5 53/13 107/5
**LISA [2]** 2/11 28/23
**list [7]** 19/23 26/17 62/7 64/5 81/15 196/9 290/4
**listed [3]** 11/24 61/16 70/12
**listen [10]** 104/23 135/15 136/11 164/2 166/23 185/13 185/13 185/16 239/7 304/12
**listened [3]** 270/10 270/20 304/7
**listening [2]** 270/19 292/12
**little [54]** 19/3 35/13 45/16 45/17 45/22 51/15 51/16 53/21 54/1 57/8 58/24 59/3 59/8 68/17 68/18 75/2 77/10 79/14 87/16 87/17 92/6 95/2 97/24 106/9 109/24 127/4 130/15 133/8 140/15 151/7 151/8 151/13 162/23 163/24 167/12 168/14 198/1 198/1 230/12 248/10 255/21 256/8 257/10 257/12 258/23 262/10 263/7 268/20 268/21 275/12 287/14 287/15 309/17 313/3
**live [14]** 5/20 7/24 8/16 34/8 35/10 35/12 35/24 36/1 36/4 47/12 48/12 48/15 175/11 176/12
**lived [5]** 27/13 35/8 37/6 48/1 222/4
**lives [3]** 51/6 283/11 287/4
**living [3]** 7/13 9/16 286/8
**local [1]** 40/12
**located [11]** 6/9 7/23 14/19 21/6 21/7 22/18 26/7 34/13 59/9 63/17 179/1
**lock [1]** 306/1
**locked [1]** 193/14
**lockers [1]** 44/16
**locks [1]** 44/15
**lodges [1]** 292/17
**Lombard [1]** 19/17
**long [40]** 5/18 6/13 12/1 17/10 22/20 29/13 32/13 33/4 35/12 37/22 46/10 76/12 82/23 83/17 84/19 93/8 94/20 96/6 115/13 140/3 142/23 143/8 175/17 186/10 251/3 251/3 251/15 251/22 252/3 252/17 255/19 262/11 277/2 277/11 277/12 277/15 296/7 297/1 299/6 305/19
**longer [3]** 20/4 109/22 144/9

**look [16]** 11/20 12/12 18/9 40/8 63/13 77/14 77/17 97/15 188/6 193/13 208/8 209/9 212/8 212/12 289/13 306/18
**looked [24]** 11/13 11/14 11/19 51/11 51/13 57/6 57/7 59/1 79/19 92/5 99/12 101/9 115/2 118/23 121/2 121/3 189/23 198/12 203/6 214/12 219/7 244/16 245/22 282/10
**looking [29]** 24/6 24/10 33/23 51/23 52/5 54/19 79/21 85/5 91/10 93/1 98/5 98/12 137/4 150/15 153/20 165/21 169/21 171/12 182/5 192/8 208/3 208/19 255/2 266/23 273/12 286/21 289/12 289/17 290/1
**looks [5]** 90/2 93/14 151/10 151/13 188/17
**losing [1]** 73/2
**lost [9]** 54/6 63/1 195/20 195/22 196/3 196/5 196/6 196/15 201/23
**lot [27]** 15/21 18/10 38/10 47/19 71/22 72/2 144/9 185/15 185/15 196/4 200/24 201/1 206/10 208/20 214/12 219/8 265/22 266/19 272/23 282/17 286/11 289/10 301/1 306/3 308/10 308/15 312/21
**lots [2]** 55/20 55/21
**loud [3]** 26/3 140/22 140/24
**lunch [5]** 53/11 55/20 56/7 69/18 81/12
**luncheon [1]** 112/20
**lunches [1]** 40/2
**LUSSKY [18]** 1/7 125/21 128/10 128/18 129/11 130/17 141/14 144/3 146/20 147/4 164/23 223/23 275/24 276/6 282/1 282/11 302/17 315/7
**lying [4]** 237/18 242/7 282/2 282/12

**M**

**M-A-H-A-L-I-K [1]** 48/23
**M-C-N-E-T-T [1]** 14/18
**machine [1]** 21/5
**Madam [1]** 156/11
**made [22]** 38/8 58/20 72/12 111/20 126/20 126/21 126/22 138/20 139/2 145/2 145/5 168/3 177/10 187/9 204/12 220/19 223/1 233/22 292/14 302/2 307/21 309/16
**MADIGAN [1]** 2/11
**magazine [1]** 90/1
**magazines [1]** 90/3
**Magistrate [1]** 315/7
**Mahalik [14]** 48/22 57/22 66/8 66/16 68/4 68/11 75/5 76/16 78/15 173/24 174/9 175/2 224/4 280/8
**Mahaliks [1]** 175/21
**maiden [2]** 8/10 8/12
**mail [1]** 313/23
**mailing [3]** 40/23 40/24 41/5
**main [1]** 131/19
**make [32]** 38/7 41/15 42/15 44/16 60/11 60/12 72/24 91/10 91/12 94/2 94/4 98/8 111/14 120/22 134/2 134/24 135/1 144/10 145/16 179/12 241/15 250/4 263/22 265/11 265/20 265/20 266/2 266/15 300/22 300/24 309/11 315/16
**makes [4]** 221/10 241/21 260/17 282/7
**making [31]** 39/24 40/2 41/14 60/6 77/4 79/22 83/3 85/15 98/11 105/16 151/21 151/24 163/15 163/20 163/21 164/1 169/15 195/20 196/15 196/24 199/3 251/20 260/5 263/10 263/12

**268/14 283/18 284/8 295/9 295/21 296/19**
**male [1]** 122/8
**malice [4]** 210/1 211/17 220/1 231/17
**malicious [3]** 213/13 218/9 218/12
**Mall [1]** 26/8
**mama [3]** 249/13 249/15 249/17
**man [2]** 81/21 198/18
**manage [2]** 55/19 197/3
**management [2]** 20/23 51/21
**manipulation [1]** 103/4
**manner [7]** 114/1 120/24 151/4 163/16 169/10 169/13 257/7
**many [27]** 10/10 24/22 24/24 30/15 43/6 43/20 75/20 103/4 122/5 144/22 167/19 246/1 258/16 264/3 270/5 270/5 270/6 270/6 272/6 277/5 278/18 283/22 283/22 286/11 286/11 297/12 303/17
**Marie [1]** 8/23
**mark [4]** 50/1 112/16 294/12 294/15
**marked [13]** 4/2 12/5 50/3 50/7 112/19 140/14 140/15 145/9 162/5 162/6 188/5 294/23 295/3
**marks [2]** 310/17 310/22
**marriage [6]** 6/21 6/22 7/3 7/10 8/5 9/22
**Mart [5]** 33/17 33/20 34/13 34/23 35/4
**matched [1]** 18/22
**material [2]** 17/14 17/16
**materials [1]** 11/10
**matter [7]** 17/11 176/13 184/18 201/3 270/18 300/5 310/8
**matters [3]** 76/10 112/16 195/16
**Mawr [1]** 35/22
**maximum [2]** 63/5 63/7
**may [26]** 17/9 39/15 39/18 40/11 48/15 48/15 58/12 123/20 145/7 152/21 158/4 163/23 173/17 174/20 183/3 183/9 194/19 204/17 205/9 208/8 211/12 211/12 255/1 258/24 277/1 290/3
**maybe [55]** 21/19 22/21 34/1 35/13 37/23 39/15 40/7 52/24 54/17 83/2 83/2 90/2 91/11 94/7 103/7 120/14 124/1 130/15 151/12 154/16 161/22 164/5 164/24 165/6 165/7 173/18 173/18 173/19 176/5 183/3 183/4 188/1 194/22 199/8 201/3 208/17 208/17 208/20 210/7 226/22 240/8 241/24 247/13 255/20 257/15 258/24 272/16 278/7 279/19 287/14 293/20 293/22 304/16 304/20 309/16
**McHugh [1]** 274/5
**McNett [9]** 14/16 14/19 16/5 198/6 198/8 199/9 199/16 200/5 201/12
**McNett's [1]** 15/2
**MD [1]** 15/4
**me [212]**
**Meadows [8]** 160/9 160/11 160/20 165/6 165/9 172/5 177/18 179/5
**meal [1]** 55/15
**meals [1]** 40/1
**mean [50]** 6/16 15/18 27/4 36/17 38/11 44/14 47/8 63/12 63/19 72/2 75/19 77/5 79/5 80/24 81/11 93/1 98/18 110/23 111/23 125/4 130/4 130/5 139/5 158/10 167/7 167/18 195/24 200/23 203/7 207/23 214/9 220/24 229/11 229/12 230/3 236/3 263/22 265/17 267/4 267/18 271/1 275/11 282/19 284/2 286/20 297/19

**M**

mean... [4]  299/13 305/24 306/5
311/15
means [1]  289/8
meant [1]  311/16
measures [3]  44/15 45/19 194/18
medical [22]  45/6 49/15 49/16
111/11 119/12 187/14 190/22 207/6
214/19 215/3 215/5 215/12 221/2
221/7 221/14 221/19 222/13 233/10
286/18 310/4 310/4 310/9
medically [1]  279/17
medication [7]  14/4 14/11 71/8
183/6 276/22 276/24 278/3
medicine [11]  52/23 53/3 55/11 69/5
69/10 69/12 70/2 73/10 78/3 78/6
279/10
meet [2]  119/2 190/6
meeting [1]  130/2
member [2]  20/20 292/8
members [3]  67/5 145/16 222/10
memorialize [1]  60/17
memorialized [1]  233/23
memory [5]  60/15 156/22 157/1
246/17 282/13
mental [1]  77/5
mention [4]  53/16 146/16 146/18
171/24
mentioned [17]  7/12 25/13 62/11
65/17 89/12 105/21 106/24 107/17
131/14 152/13 171/6 172/2 185/24
192/23 192/23 198/3 218/5
mentioning [3]  96/20 164/7 179/24
mentions [1]  19/15
merely [1]  165/11
messing [1]  84/8
messy [1]  72/11
met [5]  52/19 187/21 198/18 206/8
234/22
MICCI [68]  1/9 139/8 139/16 143/15
145/2 148/20 148/22 149/3 149/11
149/16 150/12 150/19 153/3 154/4
155/2 155/9 155/15 157/18 159/8
160/19 163/2 164/24 165/23 170/3
170/4 171/7 171/14 218/5 230/8
233/7 234/21 234/23 236/8 237/10
246/20 247/3 247/6 247/21 255/15
256/18 256/21 256/24 257/20 259/8
259/10 259/19 260/9 260/17 261/5
264/3 264/16 267/17 267/24 268/4
269/3 269/5 269/11 270/13 272/1
273/2 273/3 273/8 295/22 303/17
307/14 308/20 311/11 315/9
Micci's [1]  271/22
MICHAEL [9]  2/6 60/23 61/3 176/18
176/23 177/2 177/4 190/14 207/22
mid [3]  32/13 32/23 32/23
middle [1]  255/9
Midway [1]  293/20
might [14]  32/21 58/4 62/1 67/18
109/18 158/18 181/3 199/1 201/4
258/8 266/3 272/4 309/2 309/8
Mike [2]  137/9 175/5
Mike's [1]  175/15
mile [1]  48/4
military [1]  11/7
milk [2]  33/19 34/3
milligrams [1]  14/22
million [3]  179/23 180/3 181/19
mind [21]  48/17 62/21 94/12 103/15
106/18 110/21 114/1 122/24 130/1
130/6 130/8 130/21 140/5 200/16
207/21 236/20 276/3 282/17 305/9

mindful [1]  205/11
mine [5]  134/18 160/23 173/18 175/6
175/15
mini [3]  313/22 313/23 313/24
minute [18]  76/15 78/13 83/18 86/10
88/8 93/9 96/2 96/7 123/23 171/16
239/13 240/8 252/5 253/15 259/14
266/10 275/12 281/16
minutes [37]  76/14 83/2 88/14 94/22
95/7 95/18 95/24 96/8 96/16 97/11
118/19 144/7 144/9 153/19 158/21
159/7 165/23 171/19 239/22 240/12
240/18 241/12 241/14 243/4 243/15
245/9 245/15 253/5 254/8 259/4
259/18 260/20 261/11 261/17 265/3
267/12 267/20
mischaracterizes [1]  155/12
mischaracterizing [2]  156/2 209/19
misconduct [1]  220/22
miserable [1]  306/3
missed [4]  73/24 74/2 91/1 92/5
missing [3]  76/13 78/14 118/16
misstated [1]  238/14
Misstates [2]  257/23 258/1
misstating [1]  210/17 235/18
mistake [4]  209/13 210/13 267/8
279/21
misunderstand [1]  282/3
misunderstood [1]  29/3
moaning [1]  98/5
model [1]  309/19
modifications [1]  44/11
modify [1]  163/22
mom [5]  248/15 248/15 248/17
248/20 251/16
moment [8]  23/12 91/17 152/6 193/6
203/5 287/11 287/23 300/9
momentarily [1]  59/15
moments [1]  97/11
Monday [7]  46/22 160/7 160/8
161/18 170/11 172/4 177/17
money [26]  20/13 20/13 36/4 38/9
38/9 38/10 38/24 47/19 47/20 68/16
68/21 162/14 174/10 174/22 174/23
175/8 176/2 176/6 176/11 183/13
183/17 190/19 190/21 190/23 191/4
280/12
monkey [5]  72/21 72/22 89/13 89/13
89/15
month [8]  9/13 21/19 22/9 29/8 34/1
45/1 45/20 274/3
months [10]  22/21 23/17 23/18
35/14 46/11 46/12 46/13 63/5 255/20
279/2
more [65]  12/9 15/11 20/13 24/1
27/21 37/2 38/12 40/9 43/9 43/10
43/12 43/14 43/17 56/24 71/20 82/22
94/14 103/17 111/4 120/14 120/15
122/10 129/14 140/5 151/7 151/8
151/11 152/21 155/15 157/6 159/1
166/13 166/21 186/23 203/4 203/5
205/9 208/18 214/3 214/4 214/4
240/1 256/10 258/23 260/14 262/23
264/10 266/20 267/11 269/18 269/18
270/1 271/2 271/3 271/4 279/15
287/2 293/1 293/4 302/19 302/19
302/20 302/20 303/21 303/22
morning [16]  56/7 69/6 78/2 80/6
80/16 81/12 119/23 120/3 170/18
170/19 184/18 200/20 225/17 270/2
270/4 307/23
mortem [1]  310/11
mortgage [3]  37/11 37/16 37/20

most [7]  13/23 43/22 197/8 263/21
277/21 304/22 304/22
mostly [1]  234/17
mother [40]  7/24 9/17 52/14 58/12
58/13 59/13 68/1 71/5 72/15 72/15
77/12 178/6 203/10 203/23 208/14
208/22 209/5 210/13 211/8 211/23
213/17 214/2 217/2 217/14 217/24
221/6 248/9 248/10 249/8 250/11
250/18 250/19 251/12 254/23 255/11
286/3 286/6 286/7 286/23 300/20
mother's [3]  8/7 118/17 286/7
motion [1]  294/12
motor [3]  275/22 276/4 276/7
mouth [21]  53/24 56/16 109/14
110/8 114/8 114/11 115/2 116/4
116/7 116/9 116/18 117/8 117/14
117/15 117/18 120/17 120/19 120/20
206/1 249/23 272/6
move [4]  20/10 195/24 255/4 267/10
moved [1]  9/19
movement [1]  79/14
moving [18]  79/24 97/22 98/13
98/14 98/18 98/22 101/14 102/19
102/22 102/23 105/10 105/11 105/12
110/13 124/19 151/18 239/1 242/21
MR [30]  2/2 2/6 2/6 2/12 4/15 102/13
113/17 118/4 123/15 130/7 136/2
136/24 138/4 140/17 154/21 155/21
156/5 196/16 205/15 205/20 206/15
222/1 223/4 239/17 245/17 256/18
261/18 264/14 290/1 292/19
Mr. [23]  50/6 66/2 68/11 76/16 78/15
94/18 95/8 96/9 96/22 113/5 155/17
173/6 187/4 208/5 212/11 216/11
239/22 240/12 242/13 243/4 243/16
276/14 291/21
Mr. Aleman [7]  50/6 66/2 113/5
212/11 216/11 276/14 291/21
Mr. Booker [1]  208/5
Mr. Edens [1]  187/4
Mr. Gutman [8]  94/18 95/8 96/9
96/22 239/22 240/12 243/4 243/16
Mr. Hartigan [1]  155/17
Mr. Hartigan's [1]  242/13
Mr. Mahalik [3]  68/11 76/16 78/15
Mr. Vesselinovich [1]  173/6
MS [1]  2/13
Mucci [1]  148/19
much [38]  30/13 30/15 31/11 38/1
46/16 47/22 55/10 55/14 56/24 68/21
95/8 95/15 98/18 118/12 118/18
164/6 168/20 173/16 173/17 174/1
176/4 180/1 183/17 184/6 184/6
187/6 193/19 199/16 199/19 203/8
226/18 240/15 280/4 280/6 286/23
293/1 293/4 297/24
Muchin [5]  161/14 161/15 162/10
180/17 186/4
mucous [6]  110/4 110/6 112/10
114/9 116/4 116/8
multiple [2]  103/5 306/24
municipality [1]  122/15
murder [9]  36/22 177/8 177/12
178/18 202/17 224/18 225/13 291/13
292/16
MURRAY [1]  2/11
must [4]  71/11 74/8 175/13 247/12
my [219]
myself [24]  31/7 37/21 40/6 129/18
161/19 165/5 176/22 179/7 184/17
205/16 225/10 225/15 225/16 246/1
247/11 247/15 256/4 258/19 258/21

**M**

myself... [5] 262/19 270/6 272/15
272/2 308/17

**N**

name [39] 4/15 5/5 6/1 8/7 8/9 8/12
8/13 8/22 12/19 17/19 19/21 21/24
26/5 26/15 28/3 28/23 29/20 43/4
48/7 48/8 48/9 48/22 49/12 53/16
57/21 61/5 115/15 125/18 125/20
126/8 127/9 171/1 180/13 191/13
205/16 211/19 219/8 223/18 283/8
named [1] 205/22
names [6] 8/18 26/17 62/7 66/7
67/24 178/21
Nancy [5] 290/24 292/3 292/24
293/9 293/18
narrative [1] 305/14
nature [11] 16/14 24/15 43/8 64/8
64/12 70/16 104/21 181/11 183/11
292/21 305/6
near [2] 30/23 179/2
nearby [1] 46/23
need [11] 42/9 42/10 42/11 43/11
112/16 129/16 129/17 206/4 237/8
276/7 279/1 279/10 303/3
needed [14] 34/3 106/16 129/15
146/23 193/9 193/12 200/6 277/9
278/24 291/14 300/24 302/12 310/12
313/2
neglect [1] 204/22
negligence [3] 209/18 211/9 211/17
negligent [5] 208/7 209/6 209/24
210/14 213/13
neighborhood [2] 48/1 48/2
neighbors [1] 46/23
Neither [1] 176/5
nerves [4] 151/12 198/2 297/24
309/16
nervous [11] 103/16 103/17 103/17
106/20 110/24 114/5 151/7 275/20
291/1 302/23 303/20
nestle [1] 98/3
net [3] 38/16 38/17 184/1
never [27] 13/12 18/6 34/22 35/3
52/19 62/20 62/21 72/3 80/20 110/1
110/3 145/15 145/19 145/19 159/12
170/6 195/7 198/18 203/9 215/10
225/17 242/22 244/23 256/9 268/24
274/2 275/8
new [8] 161/2 161/6 180/7 183/14
184/23 233/16 289/3 305/20
news [1] 288/19
newspapers [2] 28/15 29/1
next [17] 51/13 55/12 81/23 82/15
83/19 105/24 106/14 111/5 140/4
188/17 200/5 225/17 236/5 240/22
252/8 277/22 311/22
nice [2] 185/8 201/5
night [15] 22/6 68/9 68/10 70/16
70/16 74/23 135/18 149/2 153/8
176/22 182/24 228/8 255/21 255/22
265/13
nine [3] 7/18 83/10 83/10
nine feet [2] 83/10 83/10
ninth [1] 50/21
no [453]
No. [4] 1/21 50/2 112/18 294/23
No. 084-001564 [1] 1/21
No. 5 [1] 50/2
No. 6 [1] 112/18
No. Group [1] 294/23
nobody [12] 87/1 129/5 158/10

158/12 174/7 198/9 214/7 214/8
239/1 239/2 239/3 287/7
nod [1] 5/1
Nodding [5] 17/23 26/2 45/2 118/8
238/3
noise [3] 251/20 260/16 260/17
nomad [1] 36/7
nominal [1] 199/18
non [1] 181/6
non-payment [1] 181/6
none [8] 31/12 173/19 263/14 264/8
265/9 271/4 271/5 283/24
noon [2] 69/18 81/13
normal [4] 65/8 65/10 221/22 303/24
normally [2] 97/16 312/23
North [4] 1/21 2/3 2/7 19/17
NORTHERN [3] 1/1 4/12 315/1
Norton [3] 277/1 277/2 278/2
Nos. [1] 4/1
Nos. 1 [1] 4/1
nose [7] 107/7 107/10 108/9 108/11
120/13 120/19 120/20
not [259]
notary [4] 1/18 315/24 316/4 316/24
notation [1] 60/2
notations [3] 60/6 60/11 60/12
note [1] 54/20 59/23 60/1
noted [5] 204/13 210/21 211/11
262/15 264/12
notes [4] 54/14 56/1 77/5 127/11
nothing [22] 14/2 34/21 53/17 81/16
97/18 97/20 108/13 109/16 114/13
115/3 126/17 201/3 201/23 226/18
241/23 243/8 243/17 257/18 271/3
287/7 295/2 313/17
notice [8] 1/15 4/11 70/24 71/14
77/14 118/17 119/8 310/17
noticed [11] 78/11 80/15 99/9 99/12
99/15 99/18 99/21 99/23 101/2 126/7
274/18
notifies [1] 50/23
November [2] 156/23 245/7
November 9 [2] 156/23 245/7
now [68] 8/21 12/12 15/3 32/7 35/1
42/12 51/23 52/6 52/24 56/18 65/10
68/14 68/23 69/23 74/7 82/18 87/2
91/1 103/9 111/21 115/4 121/23
139/12 149/12 150/15 150/24 151/6
151/24 152/3 157/6 157/8 158/3
185/24 195/12 197/14 197/21 200/8
201/18 207/21 210/7 221/4 221/6
237/9 241/11 246/12 246/16 246/18
259/13 259/18 261/11 261/15 261/15
270/11 277/11 282/21 283/20 283/24
284/5 284/8 294/8 294/13 295/21
301/2 304/20 305/7 307/24 311/22
315/18
nowadays [1] 196/24
nowhere [1] 36/8
nudging [1] 257/13
number [10] 9/24 24/9 26/17 44/12
49/13 73/6 114/7 294/13 306/11
306/13
numbers [1] 43/22
numerous [1] 295/18
nuts [1] 300/21

**O**

o'clock [5] 125/6 295/14 295/14
295/16 296/22
o'clockish [1] 125/10
O'CONOR [1] 2/7
oath [1] 315/16
oatmeal [1] 202/4

object [12] 155/16 163/12 167/12
181/1 217/20 242/11 254/16 262/7
262/23 263/12 305/13 305/16
objecting [3] 210/20 262/13 262/14
objection [50] 98/23 103/13 127/1
127/23 155/12 155/24 156/24 157/3
167/21 186/12 187/1 195/7 203/12
204/1 204/12 209/14 210/21 211/10
211/11 215/14 216/6 216/16 220/7
222/22 223/1 231/12 231/19 232/9
235/14 257/23 260/3 262/15 263/13
263/22 264/6 264/12 265/12 265/21
265/21 271/15 286/16 288/1 288/11
294/20 294/21 298/22 308/13 309/6
309/10 309/11
observations [4] 58/13 58/20 59/24
293/11
observe [1] 183/4
observed [2] 112/6 293/13
obstreperous [1] 212/13
obtain [1] 194/7
obviates [1] 196/4
obvious [2] 167/11 263/18
obviously [6] 38/14 83/24 121/18
178/3 293/5 300/23
occasion [1] 47/16
occasionally [1] 303/13
occur [2] 30/6 241/14
occurred [13] 50/17 56/20 57/4
59/13 59/24 75/14 105/19 267/24
273/6 275/17 275/21 276/17 301/16
occurrence [3] 14/3 44/1 153/9
occurs [1] 96/24
October [6] 7/7 61/15 182/2 182/3
182/8 182/14
October 14th [1] 182/2
October 15th [2] 182/3 182/14
October 3rd [1] 7/7
odd [1] 173/21
off [53] 10/1 12/14 14/23 38/6 39/22
40/9 49/2 52/12 53/20 61/17 61/22
66/4 67/16 67/24 68/1 68/4 68/6 69/2
70/20 70/21 70/23 72/12 74/12 74/20
86/13 99/20 99/23 101/24 109/14
133/12 133/15 136/20 157/11 221/23
230/10 243/2 255/3 262/9 266/10
266/11 266/13 269/15 277/3 279/14
281/8 281/8 281/18 282/23 289/20
289/22 302/11 305/13 306/22
offer [1] 312/6
offhand [1] 26/15
office [8] 2/2 179/1 202/16 285/22
286/14 288/9 290/2 316/21
officer [141] 125/16 125/21 126/5
127/19 127/21 128/9 128/18 130/17
134/7 138/12 139/8 139/17 145/22
155/2 155/9 155/15 164/23 170/17
205/22 206/8 206/15 207/3 207/17
207/20 208/21 210/12 211/6 211/7
211/19 211/22 212/7 212/20 212/23
213/8 213/9 213/10 213/22 214/15
214/23 215/1 215/11 215/15 215/18
215/21 216/5 216/14 217/1 217/3
217/9 217/13 217/23 217/24 218/6
218/10 218/13 218/20 219/1 219/6
219/12 219/22 220/1 220/4 220/23
221/5 221/8 221/10 221/14 223/17
223/22 223/22 224/1 224/11 224/22
225/5 225/11 225/21 226/1 226/4
226/14 227/18 227/21 228/2 228/9
229/3 229/5 229/20 230/19 230/24
231/3 231/10 231/17 231/23 232/6
232/13 232/14 232/24 233/4 233/7
234/20 234/22 236/8 246/20 247/2

# O

**officer...** [38]  247/6 247/21 255/15 256/18 256/21 256/24 257/3 257/20 259/8 259/10 259/19 260/9 260/17 261/5 264/3 264/16 265/5 267/16 267/17 267/24 268/4 269/3 269/5 269/11 270/13 271/22 272/1 273/1 273/3 273/8 282/1 282/2 282/11 292/10 293/2 293/7 309/8 311/11
**officer's** [2]  126/8 211/9
**officer/victim** [1]  293/2
**officers** [36]  1/7 1/9 2/10 2/16 4/16 122/5 122/18 122/21 123/1 124/13 125/15 126/13 132/12 151/16 153/9 163/20 206/10 212/5 212/6 215/2 221/1 227/23 229/17 232/19 233/1 233/5 233/8 238/21 282/15 290/20 291/10 296/21 296/22 308/11 315/7 315/9
**official** [1]  220/20
**offset** [2]  20/18 20/18
**oh** [20]  21/15 32/15 72/17 74/3 81/11 87/16 87/19 88/19 101/10 114/4 147/18 150/4 210/7 210/8 252/10 256/11 268/21 272/16 287/20 295/6
**okay** [131]  4/23 5/20 6/19 7/19 7/21 9/18 11/15 13/2 13/19 14/1 15/2 19/12 24/6 24/24 26/20 27/12 30/22 33/1 33/8 36/8 36/23 39/20 43/6 45/15 47/12 48/24 49/15 50/11 52/22 55/8 55/9 56/12 62/18 64/12 66/1 66/11 66/24 67/15 67/23 68/5 68/7 69/24 70/18 71/7 72/17 72/20 72/24 74/3 74/10 74/19 75/10 75/17 76/16 78/10 80/9 83/23 84/14 87/19 87/23 88/1 93/2 95/12 95/23 104/7 104/23 113/12 113/17 116/22 117/4 117/17 117/23 117/24 119/11 122/5 126/13 126/20 126/23 127/9 129/18 129/20 137/16 139/14 141/9 145/1 145/15 148/22 157/14 159/2 162/24 168/1 173/10 176/13 178/2 186/22 187/16 188/4 189/6 191/20 196/10 199/1 199/16 200/12 203/14 204/15 210/10 211/19 221/4 238/4 240/20 242/9 243/22 249/6 252/7 252/11 254/23 259/7 262/14 268/6 268/11 268/21 271/8 276/14 277/11 284/5 287/7 287/8 295/18 298/14 298/19 300/7 310/22
**old** [12]  7/8 7/17 8/20 8/24 9/1 21/5 67/7 67/8 67/11 67/14 284/15 286/4
**omission** [1]  211/7
**omissions** [1]  284/22
**omit** [1]  199/13
**omitted** [3]  199/12 199/13 218/1
**once** [12]  4/22 39/9 54/8 113/9 119/24 128/7 128/8 148/2 152/21 248/11 297/15 302/17
**one** [100]  5/24 7/4 7/5 11/6 11/24 15/1 17/12 18/13 21/2 24/8 24/21 26/16 26/18 29/8 30/18 34/9 35/23 37/2 37/4 53/6 54/20 54/20 55/1 57/7 62/11 63/7 63/19 78/23 81/11 86/14 89/21 90/5 90/16 93/19 99/3 103/7 103/23 103/23 103/23 105/2 108/11 109/20 114/7 122/10 125/15 126/13 126/17 128/10 140/21 141/7 148/3 148/11 148/16 152/16 152/16 157/9 163/24 165/14 168/23 169/7 173/19 178/1 185/24 186/18 187/14 188/17 188/19 207/21 213/14 215/2 221/1

**one...** [35]  222/14 223/15 240/4 244/9 246/8 250/13 251/1 251/1 253/15 256/8 262/23 263/5 263/7 266/20 267/11 273/11 274/18 278/3 278/4 282/16 285/19 286/24 287/1 287/1 288/18 294/5 295/22 313/19 313/23
**one-day** [1]  18/13
**oneish** [1]  72/19
**ones** [1]  281/19
**only** [46]  6/21 16/22 17/6 17/6 19/13 24/19 27/19 29/7 45/18 64/15 71/8 71/12 71/13 74/9 81/5 88/22 89/24 90/3 91/12 105/2 120/8 123/24 124/1 124/1 160/22 163/12 164/5 165/3 169/17 170/2 172/14 178/7 178/9 178/9 181/1 185/12 244/5 244/8 244/17 263/9 267/3 270/20 298/5 310/3 310/22 310/22
**ons** [1]  178/1
**open** [15]  77/23 79/9 85/13 86/23 86/23 87/12 104/12 104/16 105/8 107/12 110/10 116/18 117/17 131/20 252/15
**opened** [8]  19/9 87/13 106/6 224/6 252/17 252/21 253/1 279/15
**opening** [1]  45/9
**operate** [1]  194/14
**operated** [2]  43/21 63/6
**operating** [5]  40/12 44/21 46/10 63/2 195/4
**operation** [2]  22/12 64/6
**operator** [2]  120/22 283/3
**opinion** [24]  118/12 169/17 202/23 204/6 204/14 204/15 204/16 204/18 215/8 215/9 221/24 222/14 222/16 222/17 222/19 222/24 223/10 233/22 234/14 234/16 236/6 286/17 299/12 300/21
**opinions** [2]  234/12 310/5
**opportunity** [5]  229/6 229/9 229/18 229/20 311/18
**opposed** [1]  309/9
**opposite** [1]  140/9
**oral** [2]  53/3 94/2
**Orally** [1]  71/19
**order** [4]  13/4 140/16 227/2 265/18
**ordered** [2]  34/22 226/23
**orders** [1]  176/11
**ordinance** [2]  28/12 28/18
**ordinary** [1]  14/2 243/8
**organized** [1]  81/14
**originally** [5]  45/13 51/10 97/12 116/19 286/24
**orthopedic** [1]  15/5
**Osco** [1]  30/17
**other** [100]  7/23 8/22 17/1 25/9 29/21 29/22 34/10 45/9 45/9 57/17 57/19 58/7 67/23 68/2 68/13 80/17 80/20 81/17 81/18 82/5 83/11 83/15 86/15 89/7 90/7 92/14 93/19 100/6 100/10 100/12 103/24 104/13 105/11 110/16 111/11 120/11 121/23 126/8 127/15 127/19 128/15 128/15 141/4 142/20 142/24 143/3 143/8 164/19 167/9 169/21 170/6 173/17 173/22 173/23 184/2 192/22 196/1 203/16 203/18 205/21 209/2 211/20 211/22 211/23 213/24 213/24 215/7 215/9 217/1 217/23 218/17 219/10 219/17 219/18 219/18 220/4 220/21 221/9 225/21 225/24 227/9 228/1 230/21 232/14 234/9 236/23 237/2 242/3 266/17 267/24 270/13 271/9 273/1 274/3 281/19 286/3 286/12 289/10

**others** [3]  49/14 110/19 308/20
**our** [16]  14/3 189/19 208/4 221/18 223/7 291/3
**out** [144]  9/19 14/2 14/20 17/20 17/22 18/4 21/17 21/17 21/20 21/21 21/22 22/1 22/4 26/3 28/16 31/1 36/13 40/22 41/1 41/6 42/8 43/4 45/18 45/22 47/21 49/8 50/9 56/15 56/16 57/7 58/22 60/6 60/11 60/12 60/22 61/9 64/5 64/13 64/16 64/20 69/1 73/19 73/23 74/11 78/13 84/5 86/4 88/16 88/17 89/5 91/13 91/16 93/7 96/3 100/5 102/6 106/3 106/8 107/6 107/10 110/4 110/9 112/10 114/9 114/9 116/9 116/12 118/23 119/1 121/5 124/19 136/14 140/15 140/22 140/24 146/5 162/16 175/7 177/17 178/17 180/5 183/21 186/6 191/18 194/22 197/10 197/11 197/14 197/15 197/22 201/24 203/7 203/9 205/2 205/4 206/10 208/11 214/13 215/10 215/16 215/18 216/11 218/21 219/22 220/19 222/6 225/10 230/10 230/14 230/15 231/4 231/6 231/11 232/15 232/15 233/14 233/15 233/15 243/8 244/6 249/23 251/13 262/10 263/8 263/8 268/4 268/7 269/1 272/6 275/13 278/4 280/15 282/17 284/10 284/19 285/22 286/6 288/17 288/23 293/21 300/4 303/19 304/4 306/22
**outmatched** [1]  269/22
**outside** [19]  6/3 8/14 74/18 76/1 76/13 118/6 118/21 132/23 133/3 133/5 133/10 136/14 146/5 146/21 146/24 147/2 235/3 291/9 302/19
**outward** [1]  250/10
**over** [41]  9/11 15/12 32/18 35/13 39/9 39/10 49/7 54/19 55/3 57/6 57/8 57/11 59/1 60/24 70/6 73/13 73/16 75/19 84/15 100/3 119/4 119/14 121/9 152/17 152/17 174/23 180/18 193/21 193/22 205/10 227/6 227/10 236/7 244/6 244/16 248/16 270/24 277/4 283/7 284/9 299/18
**overall** [1]  200/11
**overlooked** [1]  299/13
**overnight** [2]  65/22 159/15
**overturned** [1]  195/3
**owe** [10]  47/19 47/20 47/22 68/16 68/21 68/22 68/23 280/18 280/19 280/20
**own** [9]  17/22 21/1 105/12 129/8 208/13 220/21 222/9 281/7 298/6
**owned** [1]  37/22

# P

**P-A-U-L-S-O-N** [1]  22/2
**p.m** [7]  65/14 296/4 296/5 296/6 296/9 301/9 302/2
**page** [16]  3/2 12/15 12/17 13/2 13/19 19/15 24/8 25/6 26/17 26/20 30/3 55/12 162/9 162/12 188/6 192/8
**pages** [3]  12/9 54/15 198/12
**paid** [12]  62/14 66/15 174/15 175/4 175/7 176/2 176/5 186/5 186/9 193/23 194/3 280/12
**pain** [4]  277/13 277/15 278/3 279/8
**Palms** [1]  102/1
**pan** [1]  80/18
**panic** [3]  103/11 111/21 259/8
**panicked** [1]  260/24
**pants** [2]  72/4 72/9
**paper** [5]  29/7 29/9 71/6 97/19 222/6

**P**

**paperwork [2]** 18/3 18/8
**paragraph [14]** 207/13 211/21
212/14 218/17 219/10 219/17 219/19
220/9 220/18 223/21 224/15 224/19
227/23 229/16
**paragraphs [1]** 140/20
**paramedics [4]** 118/21 119/11
121/10 239/19
**Pardon [1]** 67/13
**parents [3]** 46/15 48/12 49/3
**parents' [1]** 67/24
**PARK [84]** 1/6 1/7 2/10 2/10 4/6
8/1 8/17 9/17 16/22 17/5 34/9 34/10
37/7 44/21 48/15 100/24 113/11
113/22 122/16 122/18 124/4 125/15
127/20 128/6 129/13 130/7 131/4
131/18 132/8 132/19 134/7 135/10
136/1 138/12 139/2 139/17 140/11
141/18 142/4 142/11 143/12 143/16
144/11 145/3 145/16 145/22 147/20
149/2 150/17 150/19 159/16 160/3
165/6 168/6 170/15 171/13 171/20
175/12 175/12 179/4 179/7 182/11
184/13 184/16 184/22 225/1 225/6
225/9 232/13 232/14 232/19 233/1
233/5 233/8 275/23 292/8 294/17
295/11 297/7 301/3 302/8 306/16
315/6 315/7
**part [26]** 13/23 54/16 65/11 94/24
121/21 197/8 198/20 204/23 206/24
210/14 211/9 214/16 217/9 218/2
218/20 224/2 230/24 245/1 245/17
255/23 256/8 259/2 259/17 263/10
263/15 265/22
**participant [2]** 217/16 217/21
**participate [1]** 228/2
**participated [3]** 169/11 169/14
217/4
**particular [6]** 20/15 20/16 48/3
162/18 292/7 292/21
**particulars [2]** 49/10 49/12
**parties [3]** 206/23 207/9 316/17
**partnership [1]** 64/7
**parts [2]** 255/22 267/3
**party [1]** 108/6
**pass [2]** 205/9 205/10
**passed [1]** 176/24
**past [9]** 79/8 175/6 193/17 208/23
209/5 210/13 211/8 244/15 285/1
**Patrick [4]** 192/11 285/3 285/4
285/16
**pattern [3]** 258/17 262/21 268/14
**patting [2]** 260/14 260/16
**Paul [4]** 138/8 138/14 145/5 161/4
**Paulson [1]** 22/2
**pay [4]** 36/18 39/7 199/21 199/22
**paying [1]** 38/6
**payment [6]** 39/2 162/18 176/11
181/6 187/9 194/6
**payments [1]** 174/15
**pealed [1]** 115/1
**pediatrician [1]** 198/17
**penalty [2]** 179/24 180/4
**pending [6]** 25/10 32/7 187/19
192/17 200/8 277/16
**people [13]** 67/23 173/17 173/22
173/23 196/24 201/2 207/11 214/5
287/1 289/2 289/2 290/18 303/4
**per [4]** 63/1 180/19 180/20 180/21
**perceived [1]** 227/2
**percent [7]** 147/6 173/12 173/21
181/18 221/20 270/7 308/7

**perfect [1]** 190/6
**perhaps [3]** 44/4 285/21 290/19
**period [11]** 23/16 39/23 95/23 96/3
144/1 182/15 213/7 297/6 297/13
298/4 302/7
**periodically [2]** 144/4 186/17
**perking [1]** 55/21
**permission [1]** 275/24
**person [3]** 17/19 113/19 294/5
**persons [3]** 220/21 281/1 290/4
**pertaining [2]** 1/17 163/5
**PETER [4]** 2/12 115/15 154/21
205/16
**pharmacist [1]** 278/6
**pharmacy [2]** 30/17 31/5
**Phil [1]** 28/3
**phone [44]** 49/13 88/15 97/2 109/19
111/5 115/6 121/22 133/20 133/21
134/15 134/17 134/19 134/21 135/1
137/8 137/20 139/11 141/11 144/10
144/11 144/13 144/14 144/22 145/1
145/12 145/17 176/18 176/23 178/14
230/10 253/22 289/1 294/5 300/13
306/11 306/13 306/15 306/19 306/20
306/21 306/22 307/1 307/3 307/8
**phonetic [6]** 30/24 161/1 274/5
283/9 284/13 286/4
**photograph [1]** 152/13
**photographs [1]** 190/2
**physical [2]** 95/8 95/15
**physically [5]** 200/11 201/20 236/9
236/11 302/20
**physician [6]** 50/23 188/20 188/22
189/1 222/3 278/12
**pick [8]** 80/15 84/24 85/4 97/5 97/13
97/15 123/16 279/19
**picked [37]** 30/14 58/18 70/4 72/5
85/1 85/10 85/11 86/2 86/13 86/18
89/6 92/9 92/11 93/2 93/15 93/18
97/12 97/16 97/17 97/18 97/19 99/9
99/15 99/16 99/20 99/22 100/16
101/18 101/24 108/19 164/4 242/20
243/2 243/5 249/3 249/6 250/7
**picking [3]** 57/10 72/19 86/16
**picnic [1]** 90/2
**picture [3]** 168/7 206/9 223/19
**pictures [2]** 71/4 282/16
**pie [1]** 203/16
**piece [2]** 98/3 263/8
**pieces [3]** 203/16 203/18 233/12
**pill [1]** 53/12
**pills [5]** 277/7 277/8 277/9 278/24
279/1
**pinch [1]** 193/13
**Pine [2]** 283/16 283/18
**pinned [1]** 203/4
**pint [1]** 132/7
**pizzas [1]** 265/18
**place [21]** 20/1 23/10 24/22 26/23
39/10 57/3 58/14 59/12 59/23 60/16
60/17 81/10 91/22 104/22 143/20
165/14 165/14 203/10 207/9 244/6
315/15
**placed [6]** 89/19 131/4 142/3 194/17
292/7 297/18
**placement [1]** 250/16
**placing [1]** 297/14
**Plaines [1]** 20/5
**plaintiff [12]** 1/4 2/5 150/18 165/22
171/14 210/22 220/11 224/17 228/1
229/16 242/12 315/4
**plaintiff's [1]** 290/5
**plastic [3]** 149/15 150/9 309/16
**play [13]** 80/14 84/9 84/19 113/14

**played [36]** 113/7 113/15 137/11
137/18 138/2 149/9 150/22 152/10
153/1 154/1 154/14 158/23 159/4
165/19 166/5 171/22 231/6 245/5
245/13 256/16 259/6 259/16 259/24
260/22 261/4 261/14 261/23 262/17
263/2 263/3 263/6 264/1 264/10
265/1 266/6 267/14
**players [1]** 231/7
**playful [1]** 56/24
**playground [2]** 42/17 65/20
**playing [7]** 58/5 83/15 83/16 84/8
89/8 97/6 262/9
**plea [2]** 173/8 180/10
**please [12]** 4/20 23/19 54/19 55/3
58/16 118/22 127/18 162/9 166/23
182/9 206/3 242/18
**plunge [1]** 197/20
**point [44]** 43/20 60/15 72/11 80/20
80/23 87/7 98/10 102/12 106/18
111/14 112/3 114/8 118/11 118/18
119/6 122/20 129/1 129/6 133/17
134/1 135/22 138/15 139/7 140/7
141/22 142/15 157/18 157/19 159/1
160/20 176/9 178/6 183/4 196/12
212/17 236/24 239/7 240/4 248/5
258/12 262/21 300/6 308/19 308/22
**pointed [2]** 121/2 286/23
**poke [1]** 302/17
**poking [2]** 168/19 303/10
**police [95]** 1/7 1/9 2/10 2/16 18/9
27/22 29/4 29/19 34/4 34/5 100/22
100/24 108/2 115/17 121/14 121/20
121/24 122/5 122/18 122/21 124/4
125/13 126/18 128/6 128/19 128/21
129/13 130/7 130/14 131/4 131/18
132/8 132/12 132/19 134/6 134/7
134/19 135/10 136/1 138/12 139/2
140/12 141/18 142/5 142/12 143/12
143/15 143/16 144/11 145/3 145/16
145/22 146/13 146/16 149/2 150/20
157/2 160/4 168/6 170/17 171/13
179/4 179/7 182/11 184/13 184/22
205/10 205/21 208/6 225/1 225/6
225/9 225/22 232/13 232/14 233/1
233/5 233/8 233/21 274/18 275/23
291/2 292/8 294/17 295/11 297/7
298/16 299/8 300/17 301/3 302/8
306/16 313/9 315/7 315/9
**policy [1]** 86/24
**pool [3]** 44/17 65/17 65/19
**poor [1]** 22/24
**popping [2]** 27/20 71/11
**portion [36]** 137/10 137/17 138/1
149/8 150/10 150/21 152/9 152/24
153/24 154/3 154/13 158/22 159/3
165/18 166/4 166/18 167/1 171/21
245/4 245/12 256/15 259/5 259/15
259/23 260/21 261/3 261/13 261/22
262/16 263/11 263/20 263/24 264/24
266/5 267/13 310/18
**portray [1]** 113/24
**position [7]** 6/17 6/19 104/8 108/6
109/7 109/7 120/24
**positioned [4]** 76/19 92/12 124/11
153/15
**possession [1]** 30/9
**possibility [4]** 164/23 204/17 204/19
292/24
**possible [2]** 164/23 222/1
**possibly [1]** 306/4
**post [3]** 181/18 181/21 310/11

## P

**post-mortem [1]** 310/11
**posted [1]** 173/12
**potato [1]** 272/20
**potential [3]** 50/8 61/21 190/8
**pounds [2]** 201/23 280/7
**preceding [1]** 291/22
**precise [1]** 104/9
**precisely [1]** 62/23
**premises [4]** 27/6 77/12 87/23
277/21
**prepared [4]** 44/14 44/16 189/20
285/13
**prescreening [1]** 49/4
**prescribed [5]** 14/13 14/15 53/15
277/18 277/23
**prescription [3]** 31/3 31/7 277/24
**present [13]** 5/13 8/10 75/10 126/9
126/10 126/12 147/21 150/18 153/3
168/24 173/4 179/14 189/6
**Presently [1]** 280/7
**press [7]** 20/17 21/4 22/15 22/17
23/22 23/23 199/4
**pressed [1]** 272/5
**pressman [3]** 20/18 20/19 276/18
**pressured [1]** 238/24
**presumably [1]** 263/20
**presume [1]** 58/18
**pretty [6]** 7/7 55/11 114/4 164/6
277/23 300/17
**previous [2]** 13/21 59/18
**previously [3]** 140/15 205/15 240/7
**primarily [1]** 199/7
**primary [1]** 197/7
**prime [2]** 309/3 309/9
**print [5]** 19/24 21/16 21/17 21/18
21/24
**printed [1]** 49/8
**printer [3]** 19/11 20/16 197/17
**printing [1]** 197/19
**prior [31]** 11/9 11/11 12/7 35/10
37/15 37/16 46/9 47/9 91/9 97/21
98/7 98/14 98/14 111/7 114/17
114/19 122/21 127/15 127/20 128/16
138/11 139/1 139/12 139/15 140/10
145/2 158/10 222/21 233/1 235/5
291/12
**prison [3]** 25/23 75/8 75/8
**private [1]** 189/19
**privately [2]** 234/6 234/8
**privilege [1]** 181/3
**probabilities [1]** 272/6
**probable [6]** 172/21 173/1 179/13
220/11 224/20 227/24
**probably [33]** 11/3 17/9 19/23 25/1
49/2 51/24 61/14 62/16 63/16 75/18
75/18 91/15 92/24 93/14 157/7 180/4
186/18 190/18 261/6 261/24 262/3
262/20 264/6 264/17 264/18 264/20
264/22 265/4 265/6 269/7 272/23
301/22 308/11
**probation [5]** 28/8 31/13 31/17
31/21 32/6
**problem [11]** 36/14 36/15 36/16
53/19 87/17 119/12 121/17 121/19
185/18 266/24 267/1
**problems [5]** 15/22 202/7 221/5
221/21 241/16
**procedure [4]** 1/16 4/14 203/3 227/4
**proceed [1]** 193/8
**proceedings [2]** 9/22 141/4
**process [7]** 41/6 91/16 143/23
149/12 172/2 184/21 250/1

**processed [3]** 4/5 168/8 239/20
**produce [2]** 176/10 194/10
**produced [2]** 162/6 189/24
**professional [4]** 232/15 268/10
269/23 274/4
**profit [4]** 38/2 38/8 38/11 39/1
**progress [1]** 294/2
**progressed [1]** 155/4
**prompted [2]** 171/9 250/23
**proper [9]** 11/17 11/17 13/4 13/6
213/1 213/2 213/4 221/11 273/19
**properly [2]** 43/24 214/2
**proprietorship [1]** 64/7
**prosecution [2]** 218/9 218/12
**protocol [2]** 81/7 81/14
**provide [3]** 9/2 17/14 61/1
**provided [2]** 188/7 225/16
**Prozac [3]** 14/13 15/7 198/4
**psychiatrist [1]** 187/24
**psychologist [1]** 187/24
**public [7]** 1/18 144/11 286/15 288/10
315/24 316/4 316/24
**pulled [6]** 33/23 72/9 84/5 106/3
116/9 116/11
**punishment [1]** 34/20
**purports [1]** 137/2
**purpose [5]** 171/18 204/3 208/8
209/18 210/6
**purposes [9]** 54/16 112/15 150/15
153/18 158/20 159/6 163/13 165/21
177/2
**pursuant [2]** 1/15 4/11
**pursue [1]** 186/24
**pursued [1]** 287/2
**pursuits [1]** 17/1
**put [73]** 15/7 38/10 39/9 44/14 45/13
45/16 45/17 45/22 56/16 60/20 61/13
72/9 72/10 72/13 72/14 72/24 74/6
76/3 78/24 81/13 84/7 85/24 86/6
86/9 86/14 86/21 87/4 87/7 88/2
88/18 89/1 89/20 90/2 90/7 90/11
93/19 97/3 97/6 97/16 106/3 106/5
106/7 106/15 108/9 108/19 108/20
109/10 114/21 115/5 116/6 117/8
117/14 117/20 121/1 129/22 131/6
132/4 137/9 142/12 182/24 225/10
226/9 226/11 233/16 244/7 253/8
254/8 254/9 255/12 268/12 274/17
289/6 291/8
**putting [4]** 40/1 109/12 286/9
**puzzle [1]** 98/3

## Q

**qualifications [1]** 263/18
**quality [1]** 22/24
**quasi [1]** 293/14
**question [82]** 4/21 4/23 16/12 38/7
43/1 52/18 62/23 74/7 76/7 76/8
79/15 79/21 81/24 92/2 95/12 95/14
110/2 117/7 126/22 127/18 132/18
135/16 136/5 136/12 136/13 136/15
136/16 148/11 152/19 155/8 155/16
155/22 156/4 156/6 156/9 156/10
156/12 165/1 175/19 177/23 182/23
185/11 185/17 204/7 205/5 208/22
210/24 211/5 213/9 216/20 219/16
223/4 229/15 231/9 231/9 235/17
235/19 235/23 242/14 242/16 242/16
246/5 247/11 258/19 258/19 266/18
266/20 271/17 271/18 271/19 287/24
288/6 289/14 289/15 291/6 291/16
299/2 299/7 305/15 308/12 311/6

**questioned [7]** 33/24 142/21 143/2
143/5 143/6 296/23 308/6
**questioning [14]** 127/13 139/4 139/6
141/6 141/8 147/22 170/3 203/13
210/12 256/3 272/15 308/3 313/11
313/13
**questions [62]** 4/17 11/14 11/21
49/9 77/7 104/23 114/6 115/13
121/16 121/24 122/21 126/14 127/6
129/17 135/20 140/6 141/5 148/1
148/5 154/16 157/8 164/20 164/24
165/13 179/14 179/21 185/15 185/16
195/18 196/4 205/9 205/19 206/1
234/20 239/11 239/18 242/12 246/2
246/21 246/23 247/5 254/16 263/3
265/15 266/17 266/19 267/2 268/15
269/17 269/19 271/23 282/11 282/18
289/3 290/15 294/7 295/2 306/8
311/3 312/10 312/12 313/18
**quick [7]** 88/11 108/5 108/11 108/12
185/6 193/9 213/6
**quickly [2]** 88/9 119/20
**quite [1]** 162/20
**quote [1]** 220/19

## R

**railroad [2]** 32/18 32/20
**raise [2]** 190/21 283/5
**raised [2]** 155/24 283/5
**raiser [1]** 190/21
**ran [6]** 29/20 119/1 190/18 190/21
244/17 267/20
**Randolph [1]** 2/14
**rang [2]** 28/24 94/17
**rather [4]** 188/4 209/13 256/1
299/16
**reaching [1]** 270/9
**reaction [2]** 106/8 106/12
**read [34]** 41/2 42/13 140/20 141/1
156/11 156/13 206/16 209/7 235/23
235/24 242/18 242/19 265/23 315/13
**reading [2]** 24/10 316/12
**real [6]** 21/18 71/24 88/11 170/22
185/6 283/6
**realize [2]** 210/7 270/2
**realized [8]** 11/23 108/16 109/2
109/17 110/1 110/3 110/23 111/1
**really [35]** 22/5 41/16 43/2 43/5 43/5
55/14 59/5 81/1 99/4 104/17 110/12
119/16 121/5 128/2 168/15 174/7
179/16 180/5 183/20 201/5 211/12
211/13 252/9 256/6 269/19 273/18
280/8 299/2 304/2 304/4 304/4
304/17 309/22 310/22 313/16
**realtor [1]** 61/18
**rear [1]** 150/10
**reason [35]** 10/19 18/2 21/3 22/22
71/10 90/4 91/12 137/14 137/15
138/23 153/22 156/22 159/12 209/2
219/21 219/22 219/24 220/3 231/3
231/10 231/22 232/5 232/6 247/12
247/13 247/20 248/1 261/18 261/21
268/3 269/10 269/11 270/12 271/8
290/10
**reasons [8]** 10/15 20/11 20/12
182/21 213/24 231/16 269/9 285/19
**recall [128]** 18/20 26/10 30/15 31/16
33/4 38/17 43/9 54/18 56/1 58/11
58/17 59/9 60/6 60/9 60/22 67/11
67/18 67/23 70/9 70/10 75/3 75/9
77/3 79/3 79/20 85/5 85/9 90/5 92/15
92/18 95/20 97/24 98/11 104/17
105/3 105/4 105/7 110/12 110/12

**R**

recall... **[89]** 112/8 119/7 119/10 121/15 122/3 123/9 123/10 124/2 124/2 125/22 125/23 127/24 128/1 130/22 132/13 132/22 141/10 141/14 141/16 141/17 141/21 142/4 143/7 143/14 143/19 145/8 147/20 148/10 148/22 148/24 149/15 149/19 151/3 151/11 151/24 152/12 153/4 154/7 154/8 154/23 157/17 158/4 163/2 163/11 163/15 163/20 163/21 164/7 168/3 171/2 171/9 174/6 184/11 193/20 223/20 226/4 226/14 226/22 227/1 227/10 227/13 244/18 244/19 244/21 247/10 248/4 249/2 249/2 249/14 249/14 251/22 256/18 256/21 267/23 276/9 281/5 282/18 282/19 285/23 287/16 287/22 288/1 288/3 288/7 295/10 295/13 307/20 307/23 308/8

recalling **[2]** 157/5 157/6

receipt **[3]** 179/15 180/7 194/9

receipts **[2]** 176/11 194/5

receive **[5]** 31/11 33/3 34/19 276/22 276/24

received **[8]** 39/1 41/5 50/14 176/18 176/23 194/21 291/11 293/8

receiving **[2]** 23/5 23/6

recent **[1]** 15/12

recently **[1]** 15/15

Receptacle **[1]** 90/9

receptacles **[1]** 90/6

recess **[2]** 112/20 239/14

recipient **[2]** 113/11 113/12

recollect **[5]** 107/9 119/24 179/17 227/20 257/9

recollection **[21]** 20/1 25/15 73/17 115/10 132/15 138/4 148/7 149/4 149/13 152/4 152/5 152/20 154/10 166/7 183/23 206/12 245/3 245/18 259/1 287/13 296/24

recommended **[1]** 198/8

record **[62]** 4/10 4/20 5/6 10/1 12/14 14/17 50/4 52/7 54/16 101/13 101/22 102/1 102/14 102/18 111/17 112/15 113/6 115/15 118/3 133/12 133/15 136/20 136/21 150/15 153/18 156/13 157/11 157/12 157/14 158/20 159/6 165/21 171/12 171/19 177/3 179/12 180/7 185/16 189/8 204/13 235/24 239/15 242/19 245/6 262/7 263/10 263/14 264/8 265/9 266/10 266/11 266/13 266/14 289/20 289/22 289/23 294/15 295/3 296/2 296/11 298/11 316/10

recorded **[1]** 316/8

recorder **[1]** 27/20

recording **[3]** 113/8 115/4 261/19

records **[8]** 18/7 28/17 49/21 140/20 190/18 190/24 196/14 267/3

recreate **[1]** 81/10

recreational **[1]** 65/18

reduced **[1]** 316/9

reference **[4]** 59/19 195/20 212/4 275/6

referenced **[3]** 307/17 308/2 308/4

referring **[5]** 74/8 286/1 292/3 293/5 296/2

reflect **[7]** 4/10 12/24 25/7 59/23 176/11 194/5 196/7

reflected **[3]** 24/7 30/1 114/2

reflections **[1]** 300/3

refresh **[14]** 25/14 138/4 148/7

183/23 245/17 245/18 246/17 258/24 287/12

refreshed **[2]** 115/10 149/13

refreshes **[2]** 152/5 245/2

regard **[5]** 174/13 194/18 220/16 220/23 293/9

regarding **[6]** 58/19 69/4 94/13 179/14 186/16 313/6

regardless **[2]** 210/9 238/12

regards **[7]** 175/21 194/24 228/5 228/5 228/7 286/4 301/19

regular **[2]** 293/1 313/21

rehashing **[1]** 88/5

relate **[3]** 71/5 71/17 183/9

related **[2]** 58/19 70/19

relates **[1]** 284/24

relating **[2]** 192/9 285/4

relation **[2]** 44/8 131/17

relationship **[7]** 52/16 232/12 232/15 292/20 293/3 293/15 293/19

relative **[5]** 58/13 59/19 92/12 316/16 316/17

relax **[1]** 146/10

released **[5]** 160/3 160/6 160/10 279/17 279/17

relevant **[1]** 284/17

remain **[4]** 47/18 68/15 93/8 141/2

remember **[158]** 7/4 7/9 11/2 26/15 30/11 30/13 30/14 32/21 32/24 35/21 40/17 40/18 40/21 43/3 43/3 43/5 43/12 44/7 45/1 45/20 48/7 48/10 48/11 48/14 49/8 49/14 49/17 52/24 53/1 54/9 58/4 58/6 59/10 61/12 61/17 67/19 72/5 73/22 77/4 78/4 79/18 80/24 81/6 82/1 82/15 82/21 83/21 85/6 87/5 90/16 96/20 98/4 98/4 98/12 99/4 99/6 99/6 104/5 104/6 104/9 109/12 109/12 109/13 109/14 111/23 115/7 115/8 115/8 119/15 119/16 120/12 121/7 122/12 126/8 127/11 127/12 134/18 135/3 138/16 142/1 142/19 144/22 148/10 148/16 148/16 148/20 148/20 149/24 152/6 152/18 155/6 156/19 156/21 157/20 157/21 157/24 163/23 163/24 164/11 165/3 165/8 166/14 168/18 168/19 168/23 171/4 171/8 172/1 173/9 174/24 174/22 176/8 176/20 178/4 179/18 179/19 179/20 179/22 179/23 179/23 180/1 180/2 180/3 226/9 226/13 241/10 247/8 247/9 247/17 248/11 249/1 249/12 249/24 250/15 250/16 250/20 251/17 253/2 253/19 258/10 282/8 282/14 282/18 295/15 295/23 297/14 297/16 297/18 297/18 297/19 298/17 299/19 301/17 301/23 304/17 304/18 307/16 309/17

repeat **[10]** 4/21 16/19 32/15 58/16 127/18 154/17 169/12 225/15 229/15 235/22

repeated **[1]** 141/10

rephrase **[4]** 4/22 63/4 232/22 271/19

replayed **[2]** 166/19 167/2

report **[5]** 207/22 274/18 282/5 282/10 310/11

reporter **[4]** 1/20 5/2 156/11 206/5

reports **[2]** 206/16 220/20

represent **[5]** 4/16 26/13 31/9 76/2 161/17

representation **[2]** 181/16 196/13

representative **[1]** 6/18

represented **[5]** 40/24 178/19 186/4

representing **[1]** 310/8

request **[6]** 128/18 145/15 145/23 180/19 180/21 303/6

requested **[3]** 298/8 302/18 303/8

requests **[2]** 298/24 300/6

required **[2]** 42/8 62/3

requirements **[4]** 40/11 40/16 52/13 107/21

rescue **[14]** 18/23 107/4 108/4 108/15 109/21 111/7 116/1 116/3 116/6 116/17 116/19 116/23 118/12 118/18

research **[1]** 63/11

researching **[1]** 63/9

reserve **[1]** 313/20

resided **[2]** 5/18 37/9

residence **[2]** 35/16 43/8

resolve **[1]** 239/17

respect **[10]** 15/24 19/6 20/16 39/12 44/21 108/4 118/4 137/8 177/14 185/10

respected **[1]** 239/5

respectful **[1]** 185/11

respectfully **[1]** 99/4

respond **[1]** 138/14

responded **[2]** 264/4 264/6

response **[9]** 11/17 13/3 96/22 106/2 113/21 147/13 147/15 208/3 278/20

responses **[1]** 13/6

responsibility **[1]** 203/24

responsible **[2]** 73/2 275/14

responsive **[1]** 149/17

rest **[1]** 146/10

restrain **[1]** 236/8

result **[6]** 27/18 197/24 210/1 211/17 213/14 237/15

resulted **[1]** 213/10

results **[1]** 231/7

resuscitate **[2]** 163/18 167/16

resuscitation **[1]** 164/9

retail **[1]** 25/16

retain **[1]** 285/11

return **[2]** 185/11 266/16

returned **[1]** 138/17

returns **[1]** 195/16

review **[2]** 11/10 12/8

reviewed **[1]** 12/7

revive **[6]** 102/11 102/13 151/4 153/5 164/8 260/14

revoke **[1]** 194/16

Reyes **[2]** 188/17 188/18

RICK **[13]** 1/3 1/14 4/5 4/11 5/7 5/8 136/11 294/17 295/10 306/10 315/3 315/20 316/6

Ricky **[2]** 7/16 7/17

Riddick **[1]** 286/3

Ridge **[1]** 175/12

right **[141]** 5/3 5/23 6/20 9/10 11/23 15/3 29/12 29/16 29/17 29/19 32/7 33/13 34/2 34/7 36/19 37/10 38/8 38/23 39/4 42/6 47/5 50/13 51/6 52/1 52/6 52/24 55/7 55/16 56/16 56/22 57/1 62/12 64/1 64/1 64/18 68/14 68/23 73/18 78/9 81/19 82/18 83/21 84/2 84/18 84/21 85/1 85/2 85/7 86/2 93/3 93/4 99/14 100/1 100/4 100/8 100/23 101/1 101/15 102/2 107/2 107/19 109/16 109/19 111/1 111/5 111/5 117/24 121/15 121/17 125/10 126/2 128/14 131/21 131/22 132/3 133/11 135/17 135/22 139/12 141/2 141/4 144/10 145/9 150/10 151/1 152/12 154/2 154/17 157/8 160/13

**R**

right... [51] 161/23 165/4 170/14 173/14 175/10 175/13 177/18 177/19 184/19 185/18 185/22 190/6 191/3 191/5 196/10 196/22 200/3 200/9 204/9 223/9 236/7 241/11 244/3 246/12 246/18 247/16 255/10 267/8 269/2 272/21 276/16 282/21 282/22 283/24 289/3 289/19 295/18 295/21 296/14 296/21 296/24 297/5 298/3 299/18 300/21 301/13 302/5 304/20 305/9 307/6 311/22
rights [2] 231/24 275/10
ring [2] 106/3 106/15
road [5] 34/10 34/12 34/14 63/20 63/20
Robski [1] 283/9 283/10
Rodich [1] 284/13
role [4] 165/13 228/9 230/19 231/6
rolling [9] 160/9 160/11 160/20 165/6 165/9 172/5 177/18 179/5 244/14
romantic [1] 292/20
room [126] 11/11 57/12 57/14 57/15 57/23 73/10 74/10 74/7 74/8 74/12 74/16 74/17 75/21 75/23 76/5 76/17 76/22 76/23 78/21 78/22 78/23 82/11 82/13 83/13 83/13 84/7 88/10 88/10 88/13 88/20 89/7 90/4 90/5 90/14 91/19 92/8 95/1 95/3 96/13 97/5 100/6 100/11 100/12 101/7 107/1 110/17 110/18 122/2 130/2 131/5 131/7 131/8 131/8 131/11 131/13 131/16 131/24 132/5 132/11 133/10 134/7 134/9 134/22 135/2 135/5 135/12 135/24 136/19 137/2 137/3 141/19 141/20 142/3 142/6 142/9 142/12 142/20 142/24 143/3 143/5 143/9 147/18 150/17 155/3 170/4 171/15 171/20 188/20 188/22 206/10 226/10 228/13 234/24 235/1 235/3 240/8 242/12 245/7 247/14 253/9 253/18 254/13 254/15 255/9 268/1 268/10 269/22 270/1 272/20 273/2 273/5 273/6 277/22 287/17 291/8 298/5 298/7 299/20 302/13 302/14 302/24 303/7 303/10 303/19 307/6 308/4
rooms [1] 107/1
Roselle [7] 35/11 35/18 35/20 35/23 35/24 283/12 283/17
Rotche [1] 28/3
rough [2] 68/9 124/8
rougher [1] 151/13
roughly [15] 5/19 6/16 10/24 11/3 20/8 25/3 67/19 67/19 72/19 82/20 94/22 118/19 176/5 186/21 239/24
rouse [2] 257/12 313/4
routine [1] 281/17
routinely [1] 263/5
rug [1] 57/11
rules [5] 1/16 4/13 5/10 262/12 265/13
run [4] 31/23 178/1 208/12 209/9
run-ons [1] 178/1
running [2] 21/4 282/16
Russ [1] 4/15
RUSSELL [1] 2/6

**S**

S-H-E-R-B-E-R [1] 28/23
Sabel [2] 51/8 52/1
sad [5] 177/22 178/3 178/4 201/2

safe [1] 44/18
safety [1] 44/15
said [214]
sake [1] 258/20
sale [3] 38/2 39/2 61/13
salesman [1] 29/11
Sam [1] 171/11
Samantha [1] 7/18
same [46] 9/17 24/21 33/14 34/16 49/7 54/20 57/12 57/23 68/13 71/14 77/10 78/23 79/10 81/24 81/24 83/13 84/4 110/17 130/23 147/18 157/7 161/4 171/3 210/2 210/24 211/2 211/10 213/14 216/19 237/16 238/23 248/24 261/16 269/17 270/24 271/13 280/16 300/19 303/8 315/16
sandwich [1] 297/17
sanitary [1] 42/17
sat [12] 86/3 86/5 88/14 92/9 93/13 239/11 251/1 251/16 252/2 253/2 253/21 303/7
satisfied [2] 181/16 275/5
Saturday [8] 160/2 160/4 163/2 170/10 170/18 170/22 171/4 184/15
save [1] 111/2
saw [9] 80/21 82/24 118/6 170/24 244/23 310/23 310/23 312/16 312/19
say [79] 15/11 17/24 21/21 38/8 43/2 45/3 45/23 48/4 60/4 68/21 70/2 70/8 70/18 71/23 82/19 96/18 98/23 103/17 103/17 123/7 125/1 131/23 136/1 140/21 141/3 143/6 143/8 147/9 156/19 175/13 182/9 185/4 185/6 201/4 207/2 210/8 216/2 217/13 219/5 222/12 226/16 226/16 226/20 226/20 232/4 236/14 240/11 246/7 247/16 248/11 248/20 249/11 249/13 249/14 249/17 249/17 249/22 251/5 257/9 260/8 260/15 261/9 261/24 262/19 267/19 282/7 287/20 293/4 299/17 301/21 304/1 306/17 308/11 308/12 308/14 309/24 311/15 311/16 311/24
SAYETH [1] 314/1
saying [44] 79/16 101/4 101/5 112/9 148/16 153/6 153/10 153/11 153/12 153/12 157/24 164/11 166/21 171/4 179/23 180/2 204/22 204/24 204/24 207/3 209/7 209/23 210/10 212/13 222/6 227/1 227/13 229/24 230/4 230/5 230/6 230/9 246/8 249/14 251/4 258/13 263/13 276/9 282/4 288/20 304/18 305/4 309/17 309/21
says [14] 22/23 27/2 28/11 51/9 52/16 54/19 55/2 55/14 56/6 188/8 188/14 227/23 237/7 245/8
scared [6] 177/22 238/24 286/10 302/23 306/3 306/3
scene [2] 126/12 151/11
Schaumburg [4] 30/7 63/20 63/22 175/13
schedule [1] 200/9
Schick [1] 30/24
school [22] 10/4 10/18 16/8 17/2 19/8 40/2 57/20 58/10 73/18 74/4 80/18 81/20 84/1 84/4 285/3 288/18 281/18 282/23 283/20 283/22 283/24 284/3
Schrik [26] 18/18 51/4 66/12 149/17 176/16 177/21 197/24 207/15 207/19 218/18 219/11 284/15 286/13 288/16 290/12 290/24 291/23 292/3 292/21 292/24 293/5 293/9 293/14 293/19

295/24 309/9
Schrik's [3] 50/11 285/1 286/2
scoop [1] 114/13
scooped [2] 114/12 116/12
Scott [4] 12/19 12/21 12/24 193/2
screwed [1] 88/4
seal [1] 316/21
searching [1] 124/8
Sears [1] 26/6
seat [1] 131/1
second [33] 41/5 41/5 41/21 41/23 42/21 42/23 44/5 44/7 71/15 74/10 80/4 110/4 110/7 129/21 133/13 145/12 157/9 158/21 162/9 165/5 165/8 167/5 176/20 184/17 184/23 188/6 228/15 228/18 260/24 262/6 307/23 309/10
seconds [21] 84/21 97/11 137/1 138/20 150/16 153/19 159/7 171/19 245/9 245/16 259/4 259/14 259/19 260/20 261/12 261/17 265/4 267/12 267/21 296/3 301/17
Security [1] 9/24
see [63] 7/7 40/9 57/5 76/4 77/2 77/11 78/15 79/6 80/22 81/21 85/20 85/22 87/9 87/10 89/6 92/20 92/22 92/24 94/10 104/12 106/8 118/24 121/3 137/6 142/7 149/5 151/10 160/14 171/15 175/17 182/20 182/22 193/1 200/7 211/19 212/9 213/15 219/8 223/19 227/18 239/6 243/22 244/15 245/2 246/18 247/18 248/15 250/10 250/18 254/12 254/19 256/4 270/11 280/14 287/8 299/14 300/7 302/18 304/6 304/13 304/17 309/8 309/8
seeing [8] 70/19 80/3 115/7 141/17 154/7 171/24 246/17 254/3
seeking [1] 214/13
seem [2] 55/2 243/12
seemed [7] 56/23 79/11 214/7 243/9 243/10 243/12 270/24
seems [7] 55/8 151/6 151/7 200/21 245/23 245/23 258/17
seen [31] 13/9 14/20 15/23 29/20 47/14 47/15 51/11 68/11 68/13 68/14 69/8 72/3 77/16 77/17 78/2 118/5 154/22 159/13 160/19 183/7 222/4 233/20 243/24 244/5 254/11 255/15 256/9 259/18 280/15 287/6 306/24
segment [2] 157/12 301/20
segments [1] 113/18
segregation [1] 170/21
selected [2] 263/10 263/20
sell [3] 28/16 36/13 38/12
selling [2] 28/15 38/9
seminar [3] 16/20 17/1 18/14
seminars [1] 16/13
send [5] 41/3 41/4 41/19 161/24 178/11
sends [1] 113/17
Senior [1] 68/4
sent [8] 40/22 41/23 41/24 44/5 162/10 162/16 186/4 290/2
separate [3] 95/5 117/17 142/3
separated [3] 57/16 90/20 303/19
separates [1] 107/1
separation [1] 88/23
September [53] 4/18 9/15 14/4 15/24 18/18 37/16 44/2 44/8 46/9 50/14 50/18 61/14 62/9 66/1 67/3 67/16 69/2 69/22 73/9 159/22 161/21 163/1 164/18 172/4 177/12 178/6 178/15 182/7 182/10 194/13 225/1

**S**

**September... [22]** 225/23 226/5 227/16 227/19 228/22 245/10 245/11 247/22 248/5 259/3 273/18 279/4 281/1 290/13 290/13 290/21 291/4 291/5 291/9 291/12 294/18 307/22
**September 10th [4]** 159/22 163/1 164/18 307/22
**September 15th [9]** 182/7 182/10 225/1 225/23 226/5 227/16 227/19 228/22 291/12
**September 17th [2]** 161/21 177/12
**September 7th [1]** 50/14
**September 9th [22]** 4/18 9/15 14/4 15/24 44/2 46/9 66/1 67/3 67/16 69/22 178/15 245/10 245/11 248/5 259/3 279/4 281/1 290/13 290/21 291/4 291/5 294/18
**Sergeant [25]** 129/11 130/17 141/14 143/14 144/3 148/19 148/22 149/3 149/11 150/19 157/18 159/8 163/2 164/23 165/23 168/5 169/10 169/13 170/3 170/4 171/14 275/24 276/6 295/22 308/20
**series [2]** 4/17 108/12
**serious [2]** 186/22 274/21
**serve [1]** 28/4
**served [1]** 56/11
**serves [1]** 204/3
**service [3]** 6/18 62/12 190/16
**services [4]** 61/22 162/1 162/3 193/5
**SESSION [1]** 113/1
**set [7]** 65/20 84/9 168/14 173/10 215/18 218/21 316/20
**Seth [4]** 51/6 51/8 52/1 52/16
**setting [1]** 5/13
**seven [3]** 37/23 64/1 65/9
**seven years [1]** 37/23
**seventh [1]** 50/21
**shake [34]** 100/13 100/15 101/3 102/16 103/5 123/23 150/2 150/6 151/10 230/12 230/17 256/22 257/1 257/4 257/7 257/7 257/10 257/12 257/15 257/15 257/16 261/6 267/17 268/20 272/12 301/22 309/16 309/20 312/15 312/16 312/19 312/22 312/23 313/1
**shake's [1]** 124/7
**shaken [4]** 230/1 256/19 257/5 257/17
**shaking [18]** 100/19 102/9 102/15 102/16 103/19 124/3 150/24 152/12 152/17 152/18 152/19 155/10 155/20 163/17 164/9 167/17 180/14 268/23
**shaky [1]** 151/8
**shameful [1]** 166/10
**share [2]** 68/13 280/16
**she [221]**
**she'll [1]** 8/21
**she's [16]** 7/20 7/22 8/21 8/21 75/1 77/1 126/17 129/16 208/1 208/1 283/1 283/3 283/3 284/14 284/14 288/18
**shed [1]** 210/4
**Sheet [1]** 20/18
**Sherber [1]** 28/23
**Sherwin [7]** 12/19 12/21 12/24 193/2 193/3 193/15 193/19
**shift [4]** 20/9 20/13 22/5 44/16
**shocked [1]** 175/16
**shook [21]** 102/10 105/22 106/1 120/8 120/10 123/20 124/5 152/21 153/5 153/14 257/21 258/5 259/11

**shop [3]** 21/17 21/18 21/24
**shopping [1]** 57/8
**shops [1]** 19/24
**short [7]** 108/5 109/2 186/18 239/13 251/23 255/5 274/12
**Shorter [1]** 168/15
**Shorthand [1]** 1/20
**shortly [9]** 21/19 58/21 82/5 126/5 172/3 194/21 277/19 281/19 288/17
**shot [2]** 22/8 79/10
**shots [1]** 299/20
**should [12]** 107/3 200/7 203/6 214/12 222/12 224/6 234/10 269/11 270/10 272/23 275/14 289/18
**shoulder [8]** 93/19 94/8 97/17 150/11 241/1 241/2 248/16 253/24
**shouldn't [2]** 210/5 249/10
**show [15]** 12/4 50/6 112/13 136/24 140/14 148/4 149/1 151/18 168/7 188/4 206/9 214/6 245/6 267/11 296/22
**showed [8]** 18/4 124/17 132/14 161/18 164/12 223/8 303/18 307/19
**shower [1]** 72/10
**showing [6]** 113/7 162/5 255/13 259/2 268/18 301/20
**shown [3]** 215/9 301/15 307/20
**shows [3]** 150/24 151/1 151/21
**shut [1]** 92/22
**sic [4]** 62/11 66/9 156/23 245/8
**sick [8]** 71/24 86/18 96/21 200/18 202/6 250/24 281/21 303/22
**sicker [2]** 304/9 304/9
**side [12]** 34/9 34/10 59/10 59/11 103/20 103/23 103/24 151/2 151/21 152/1 196/23 223/7
**sideways [1]** 85/4
**sigh [1]** 96/23
**sign [11]** 13/17 38/19 41/3 41/19 45/17 45/22 51/11 86/22 140/10 256/4 304/15
**signature [1]** 313/20
**signed [9]** 13/12 13/16 38/20 39/9 39/10 42/2 140/18 235/10 239/10
**significant [2]** 277/13 277/15
**signing [6]** 29/6 42/4 42/12 141/11 145/9 316/13
**signs [3]** 45/16 70/19 141/17
**silent [1]** 141/2
**similar [5]** 163/21 164/1 254/2 303/11 310/5
**simplify [2]** 112/16 195/16
**simply [7]** 209/13 210/13 220/4 232/7 232/7 270/13 271/10
**since [11]** 9/19 13/24 15/19 15/20 15/24 92/6 93/16 195/3 201/24 262/24 283/5
**single [1]** 35/15
**single-family [1]** 35/15
**sir [38]** 5/9 10/13 11/8 15/14 15/16 16/2 16/4 16/7 19/18 20/21 22/13 23/7 25/11 83/5 101/24 104/2 120/6 128/17 129/5 129/24 134/23 135/11 135/22 154/11 155/8 157/17 159/9 178/16 182/19 183/14 191/9 192/21 195/6 196/16 196/21 273/16 280/4 306/14
**sit [10]** 133/8 227/6 227/9 235/12 236/4 247/18 250/23 252/3 253/23 308/15
**sitting [16]** 41/8 41/22 57/16 76/20 88/21 100/3 221/13 240/22 244/18

**situation [9]** 91/7 100/6 101/9 103/11 109/19 195/1 198/16 210/5 301/1
**six [10]** 7/22 13/2 23/17 23/18 37/23 37/23 37/24 65/9 184/9 272/18
**six months [1]** 23/18
**six years [2]** 37/23 37/24
**six-foot [1]** 272/18
**sketchy [1]** 75/2
**skill [1]** 20/15
**skip [1]** 261/15
**skipping [1]** 261/16
**slap [1]** 149/22
**slapping [4]** 260/5 260/9 260/12 260/15
**slash [1]** 57/15
**sleep [2]** 68/10 74/23
**sleeping [3]** 58/5 102/17 241/4
**sleepy [1]** 55/11
**slept [2]** 71/3 74/13
**slightest [4]** 257/10 257/12 268/20 272/12
**slip [1]** 296/2
**slow [1]** 98/13
**small [3]** 72/13 263/15 265/22
**smiley [1]** 55/23
**smoke [2]** 132/24 133/3
**snippet [1]** 263/5
**so [159]**
**social [2]** 9/24 187/24
**socialist [2]** 187/24 188/1
**socialist --social [1]** 187/24
**soft [1]** 108/22
**soiled [1]** 72/23
**sold [7]** 37/1 37/13 38/1 38/4 38/11 183/15 184/1
**sole [1]** 64/7
**soliciting [1]** 29/1
**some [62]** 13/23 20/12 24/1 36/4 36/13 48/6 51/22 52/20 54/17 55/11 55/19 71/10 72/14 77/6 88/8 90/4 97/21 110/8 116/4 122/9 132/7 133/17 134/1 137/7 138/14 141/22 142/15 146/10 146/23 154/16 157/17 157/20 170/10 173/21 195/18 195/21 196/4 202/9 204/22 205/18 222/9 234/20 240/5 255/13 255/19 255/20 284/11 285/4 286/23 287/14 290/3 295/22 296/19 297/17 298/8 298/9 302/16 302/22 307/18 308/19 308/21 308/22
**somebody [19]** 57/7 86/24 112/11 135/10 161/2 193/9 193/10 198/3 203/5 214/13 251/13 272/17 275/13 275/13 275/14 288/19 288/21 291/15 293/6
**somebody's [1]** 43/15
**someone [3]** 189/10 210/7 269/24
**someplace [1]** 233/23
**something [57]** 11/4 11/5 31/1 33/22 34/15 40/20 53/1 53/4 63/14 73/1 74/21 74/22 74/24 76/4 77/9 80/15 81/1 85/1 88/11 91/11 96/19 100/1 100/3 100/7 110/5 148/12 148/17 156/3 164/4 185/6 185/8 196/18 199/13 201/3 201/4 202/5 204/17 204/19 210/3 210/8 212/8 214/23 230/9 230/13 241/11 269/1 269/24 270/13 274/19 283/16 285/23 288/21 301/21 303/16 304/20 304/20 304/21
**something's [2]** 106/21 269/1

**S**

**sometime [3]** 162/21 296/16 301/3
**sometimes [3]** 77/6 185/13 270/8
**somewhat [4]** 102/19 103/11 201/19 250/22
**somewhere [9]** 30/24 32/23 36/4 51/18 73/22 142/16 174/3 233/24 234/3
**son [1]** 274/7
**soon [1]** 58/23
**sooner [1]** 272/23
**sorry [58]** 8/16 10/17 11/5 11/22 19/7 30/7 30/20 37/2 39/17 43/18 49/11 54/6 62/12 63/19 66/9 66/16 71/23 80/13 81/2 87/16 88/5 93/12 105/1 111/17 113/11 118/10 123/24 154/4 157/9 164/3 169/12 172/19 176/3 188/22 188/23 190/12 192/2 202/24 209/20 228/21 232/3 232/21 238/10 238/14 242/16 242/17 246/16 253/16 256/14 262/7 265/8 272/7 272/8 273/23 275/18 286/16 296/20 299/3
**sort [7]** 42/15 89/18 155/4 195/21 195/23 196/4 297/17
**sorts [3]** 140/5 184/5 222/6
**sought [4]** 186/6 187/11 197/10 197/22
**sound [4]** 107/15 182/3 185/16 260/5
**sounded [1]** 262/2
**sounds [9]** 79/22 83/3 85/15 94/2 105/16 161/23 182/5 182/6 302/5
**sources [1]** 290/18
**south [1]** 197/18
**speak [9]** 165/1 168/5 171/5 171/8 199/3 225/5 235/7 249/21 275/5
**speaking [7]** 141/10 145/8 213/8 226/4 226/14 281/24 299/8
**speaks [1]** 167/23
**special [2]** 42/15 52/13
**specialized [1]** 16/21
**specialty [1]** 15/2
**specific [10]** 69/3 81/1 81/2 119/22 129/6 160/13 166/21 167/13 181/4 185/10
**specifically [5]** 95/20 149/19 169/18 266/20 273/17
**specificity [1]** 163/13
**Spector [4]** 39/6 223/16 233/11 234/5
**speculate [2]** 125/2 309/22
**speculation [15]** 156/24 157/3 186/12 187/1 203/12 203/13 215/20 222/22 223/1 231/14 231/19 232/9 271/16 286/16 309/12
**speed [1]** 57/10
**spell [6]** 6/7 14/17 22/16 61/5 178/21 251/15
**spelled [1]** 41/1
**spelling [1]** 48/23
**spells [1]** 42/8
**spent [5]** 88/7 170/2 184/12 190/23 251/1
**spit [1]** 56/16
**spitting [1]** 56/15
**splitting [1]** 16/17
**spoke [15]** 55/1 64/15 74/9 139/19 144/23 164/22 168/22 168/24 170/20 221/2 225/8 225/9 225/11 232/3 268/17
**spot [1]** 229/11
**squad [1]** 129/22
**SS [1]** 316/1

**st [3]** 8/10 14/20 50/24
**stab [2]** 48/23 174/2
**stable [1]** 202/5
**stair [1]** 108/20
**staircase [1]** 108/19
**stairs [14]** 108/20 109/21 114/22 114/23 114/24 115/5 115/22 117/4 117/6 117/12 117/13 117/14 152/14 152/22
**stamp [2]** 55/13 301/17
**stamped [2]** 60/1 302/1
**stand [1]** 234/7
**standard [2]** 49/6 263/13
**standing [17]** 179/19 244/21 244/23 245/19 246/9 246/9 246/16 246/18 246/21 246/24 247/7 247/10 247/17 247/18 247/22 265/11 265/21
**stands [1]** 266/8
**Star [10]** 1/7 1/7 1/8 1/9 1/10 315/7 315/7 315/8 315/9 315/10
**stared [1]** 93/11
**start [8]** 1/8 1/9 20/1 97/6 258/15 302/11 315/8 315/9
**started [27]** 41/20 55/21 57/10 64/16 84/8 88/23 88/24 89/8 121/16 121/24 193/13 205/8 208/18 239/10 248/22 254/4 254/5 256/3 258/13 262/19 272/15 288/24 289/4 290/18 300/2 302/12 313/10
**starting [6]** 43/3 129/3 129/9 268/8 296/3 298/8
**starts [3]** 97/3 97/3 200/22
**state [45]** 1/8 1/19 1/20 2/12 2/16 5/5 25/23 40/12 64/13 100/24 103/15 106/18 110/21 114/1 115/17 122/23 122/23 130/1 130/6 130/8 134/6 135/10 136/1 138/12 139/2 140/12 143/15 145/3 146/13 146/16 150/19 156/10 170/17 205/10 205/21 207/14 210/23 218/15 218/23 229/16 246/10 276/3 315/8 316/1 316/5
**State's [12]** 179/24 180/12 202/8 202/9 202/10 202/16 203/19 285/20 285/22 286/14 286/21 288/9
**stated [3]** 267/16 278/22 301/2
**statement [17]** 61/1 61/7 64/22 64/23 128/23 155/13 162/21 163/20 163/21 164/1 186/7 186/7 186/10 286/2 288/8 296/19 302/2
**statements [3]** 141/20 189/20 223/9
**STATES [3]** 1/1 1/16 315/1
**stating [2]** 208/21 264/9
**station [43]** 126/18 126/24 127/21 128/4 128/6 128/8 128/13 128/19 128/21 129/13 129/13 129/17 130/7 130/14 130/18 131/4 131/18 131/20 132/4 132/8 132/19 132/20 141/18 142/5 142/12 143/12 143/17 144/12 157/2 158/9 160/4 171/13 179/8 225/1 225/6 225/22 226/8 226/9 227/16 291/11 297/10 300/18 302/13
**stationary [1]** 315/15
**stay [9]** 36/8 36/10 65/22 73/15 94/20 132/20 135/18 147/19 159/15
**stayed [1]** 36/2
**steal [1]** 33/22
**stenographically [1]** 316/8
**step [8]** 35/23 109/4 110/11 110/14 116/15 119/9 125/8 125/9
**stepfather [1]** 7/24
**stepped [2]** 73/23 251/14
**steps [3]** 100/8 116/21 119/9
**STEVE [4]** 1/9 205/22 220/14 315/9
**sticking [1]** 98/1

**sticks [1]** 186/5
**still [32]** 17/16 22/12 23/3 41/2 41/16 41/18 55/2 55/8 56/24 68/19 73/20 76/17 81/21 87/2 96/21 101/8 110/17 110/24 122/1 123/5 162/14 163/7 214/8 246/4 252/12 277/16 277/16 279/24 283/23 304/24 305/2 306/13
**stipulate [2]** 266/7 266/21
**stipulation [1]** 266/15
**stomach [14]** 79/12 79/13 85/8 99/24 115/7 200/16 200/22 201/22 202/3 202/6 246/12 255/7 297/24 298/1
**Stone [6]** 187/13 187/21 190/5 190/6 190/10 285/16
**stool [1]** 201/1
**stop [7]** 153/2 246/3 259/17 262/6 266/22 280/2 298/20
**stopped [8]** 51/10 119/3 245/15 251/3 262/2 267/21 272/23 281/21
**Stopping [1]** 265/3
**store [4]** 33/23 34/1 34/3 73/4
**stories [2]** 286/11 286/12
**straight [2]** 86/11 93/5
**straighten [1]** 93/6
**strategic [1]** 308/16
**strategically [1]** 268/13
**Stream [7]** 21/8 30/7 30/8 31/2 34/6 34/11 278/6
**street [13]** 1/21 2/3 2/7 2/14 34/2 34/16 34/17 47/13 119/2 183/1 282/23 283/17 283/18
**strep [3]** 53/21 54/1 70/6
**stress [1]** 218/24
**stretch [1]** 63/5
**stricken [1]** 111/21
**strike [12]** 23/6 51/3 145/20 191/1 222/17 228/3 232/20 241/13 247/5 248/4 269/10 271/19
**stroller [1]** 244/3
**strong [2]** 204/17 204/19
**strongest [1]** 304/1
**strongly [1]** 222/13
**struck [2]** 87/11 243/9
**struggled [1]** 313/2
**struggling [2]** 40/20 98/20
**Stuart [1]** 189/9
**stuck [4]** 114/10 114/12 121/4 304/24
**studies [1]** 18/16
**stuff [21]** 15/9 18/10 40/3 41/19 84/11 84/23 89/4 107/6 112/10 136/6 157/5 157/6 219/8 227/7 240/6 253/21 258/13 284/20 298/9 299/3 303/23
**stuffed [1]** 72/21
**stupid [1]** 106/2
**subject [1]** 38/15
**subpoenaed [1]** 190/23
**subscribe [1]** 315/16
**SUBSCRIBED [1]** 315/21
**subsequent [1]** 100/19
**subsequently [1]** 237/11
**substance [5]** 29/24 30/8 120/15 120/18 256/6
**Substantial [1]** 183/15
**substantive [1]** 237/12
**such [32]** 227/5 270/22 316/17
**sue [2]** 162/17 206/15
**suffer [1]** 210/5
**suffered [1]** 308/21
**suggested [2]** 53/15 246/24
**suing [1]** 208/24

## S

**Suite [3]** 1/21 2/3 2/8
**summarize [1]** 19/8
**summer [2]** 284/1 284/2
**summertime [1]** 284/6
**Sunday [2]** 160/14 184/15
**supermarket [1]** 45/17
**supervision [4]** 25/20 32/6 33/6
133/7
**supervisor [1]** 23/1
**supplement [1]** 290/6
**support [13]** 9/3 9/11 216/4 216/13
217/3 217/15 218/19 219/12 220/13
226/1 230/23 244/3 263/20
**supports [2]** 215/17 215/22
**suppose [1]** 262/10
**supposed [15]** 32/19 33/18 33/20
40/19 42/20 42/22 53/10 54/3 54/7
54/10 54/13 64/11 82/21 208/10
277/5
**supposedly [1]** 27/17
**sure [69]** 16/19 17/8 27/21 30/23
32/2 33/13 38/7 41/15 48/13 56/9
71/13 72/24 77/3 110/6 119/16
120/22 126/2 126/20 126/21 126/22
129/22 138/22 149/5 154/21 155/5
166/17 175/4 176/14 179/2 179/9
180/8 183/8 183/20 195/14 196/5
207/5 207/6 226/13 228/20 228/23
229/1 231/5 245/23 246/13 246/15
247/19 251/12 258/10 258/11 258/22
262/5 266/11 272/4 272/4 273/13
276/5 277/23 278/3 282/9 284/10
287/19 294/3 296/6 300/17 300/22
300/24 310/6 312/21 312/21
**surety [1]** 39/8
**surface [1]** 108/18
**surgeon [1]** 15/5
**surgery [1]** 24/17
**surmising [1]** 169/19
**surprised [3]** 164/12 164/15 246/18
**surrounding [2]** 27/1 32/14
**surveillance [1]** 286/9
**SUSAN [2]** 1/18 316/4
**SUSAN G [1]** 1/18
**suspect [3]** 291/22 309/3 309/9
**suspected [1]** 33/21
**suspicions [1]** 275/2
**suspicious [1]** 33/23
**swam [1]** 65/19
**swimming [1]** 44/17
**swish [2]** 121/4 121/5
**switch [1]** 193/3
**sworn [4]** 4/4 4/7 315/21 316/6
**sympathetic [1]** 96/23
**symptoms [3]** 18/22 112/6 200/23
**syndrome [3]** 256/19 257/6 257/18
**system [1]** 81/10

## T

**table [2]** 41/8 306/23
**Taft [8]** 10/5 10/5 10/10 10/14 10/16
16/8 17/2 19/7
**take [31]** 5/2 12/11 15/1 26/23 35/23
38/15 48/22 49/18 53/23 83/17 91/5
91/7 91/15 174/2 180/21 194/16
194/18 199/12 201/22 205/1 205/3
205/24 239/13 273/19 277/2 277/5
282/22 289/13 313/21 313/23 313/24
**taken [17]** 4/11 17/17 18/3 18/5 36/9
36/11 112/21 160/9 160/11 182/24
197/20 239/14 252/17 295/11 302/3
307/11 307/13

taking [16] 11/19 46/14 87/9 89/3
91/21 127/11 190/18 197/11 278/9
278/18 279/5 279/24 282/16 282/20
303/7 310/19
**talk [27]** 74/10 123/10 127/15 140/2
141/4 141/9 189/4 226/24 228/13
236/15 236/19 237/8 237/10 237/12
237/17 237/21 238/5 238/8 238/18
238/20 239/2 239/6 255/23 298/16
299/23 304/16 304/24
**talked [22]** 37/5 64/15 75/20 88/14
91/4 91/6 96/8 127/19 167/15 190/11
213/12 221/4 221/6 228/20 230/10
236/7 238/12 238/19 286/18 300/12
304/11 310/4
**talking [27]** 12/10 11/22 68/2 74/14
90/1 91/22 94/20 100/23 110/3 112/2
158/2 192/17 203/15 213/16 214/10
240/1 243/3 243/16 256/19 257/11
257/17 264/7 272/23 298/14 298/21
300/9 304/21
**tape [27]** 113/10 114/3 114/6 115/10
115/14 123/6 138/19 141/20 159/10
159/13 160/19 165/22 167/22 168/3
179/16 230/8 234/24 248/24 255/14
262/9 266/8 299/14 299/18 301/7
301/23 304/17 312/17
**taped [4]** 141/15 148/23 149/12
255/15
**tapes [5]** 190/2 266/22 266/23
266/24 267/1
**tardiness [1]** 10/20
**taught [4]** 18/21 18/23 106/10 109/1
**tax [4]** 62/19 62/22 195/16 196/14
**taxes [1]** 65/1
**Taylor [3]** 66/8 66/10 66/20
**TCF [1]** 63/16
**teaching [1]** 252/23
**team [1]** 285/6
**technique [1]** 20/15
**teething [2]** 106/3 106/15
**telephone [1]** 300/10
**tell [49]** 16/5 34/12 52/19 53/14
54/23 61/19 67/20 69/19 70/9 72/17
77/22 79/9 81/5 88/2 104/2 104/4
108/3 109/11 112/5 123/12 123/15
124/13 132/11 132/21 135/11 139/22
140/1 140/4 142/23 143/2 143/11
146/12 149/13 155/14 156/18 201/12
202/1 237/1 257/3 259/8 259/10
276/6 291/15 303/14 303/16 304/11
304/18 304/21 311/23
**telling [23]** 75/1 75/3 102/4 111/24
129/15 141/14 148/22 163/2 224/4
229/24 230/1 230/11 230/16 247/21
256/21 269/15 271/1 271/2 271/3
272/11 287/5 303/10 304/24
**temporarily [1]** 274/12
**ten [3]** 19/24 20/6 302/3
**tend [3]** 89/1 97/4 197/4
**tent [4]** 84/9 84/11 84/17 89/9
**term [7]** 18/23 23/17 29/7 69/1
124/8 131/14 275/20
**terminated [1]** 31/21
**terms [13]** 29/16 38/5 43/22 44/13
76/14 82/7 92/7 95/9 103/5 163/9
164/8 177/7 186/23
**terrible [3]** 163/4 163/10 163/19
**test [1]** 262/8
**testified [10]** 4/7 120/7 154/23
239/21 240/4 241/18 242/2 244/2
285/3 285/19
**testify [4]** 192/14 192/16 248/9
316/7

testimony [15] 12/12 27/7 139/13 155/18
156/2 173/1 209/16 209/17 209/19
210/17 210/19 215/11 257/23 258/1
298/17 316/10
**than [54]** 17/1 25/9 27/21 38/12 45/9
45/9 79/12 90/7 94/14 103/17 105/11
109/21 111/4 111/12 122/10 140/5
144/9 151/8 151/11 152/21 167/10
168/15 169/21 188/4 209/13 211/20
211/23 213/24 217/1 217/13 217/23
218/17 219/9 219/10 219/17 219/19
220/4 225/21 227/9 230/21 232/14
234/9 260/12 260/15 264/10 267/24
270/1 270/13 271/10 273/1 274/3
286/12 293/1 312/19
**Thank [9]** 136/22 171/2 205/12
232/23 276/10 279/22 294/9 311/4
311/5
**that [1286]**
**that's [229]**
**theft [5]** 25/16 25/24 26/9 35/3 35/7
**their [25]** 7/24 9/17 40/2 47/9 47/9
47/24 61/22 108/9 108/10 144/13
144/14 146/17 169/20 180/19 180/21
181/12 205/15 206/18 206/19 220/21
224/6 282/24 283/1 285/17 303/11
**them [82]** 9/3 12/12 13/17 25/14
29/11 31/5 40/1 40/2 40/21 40/22
42/13 48/14 49/19 62/4 65/15 67/24
74/3 81/9 84/9 84/10 84/11 89/3
91/15 91/16 98/2 108/10 110/17
111/24 112/5 119/15 123/11 123/12
123/15 123/16 123/19 123/22 124/1
124/12 124/15 124/17 132/21 140/2
140/4 141/1 145/24 162/20 174/12
174/15 175/7 175/22 181/12 183/9
186/20 190/4 194/7 194/8 194/10
194/10 194/11 194/11 194/18 194/21
203/8 206/17 214/6 224/4 224/5
229/24 237/17 237/21 239/7 246/2
268/15 269/24 282/23 291/15 293/1
293/21 297/14 300/18 304/11 313/13
**then [147]** 8/3 19/1 21/18 23/8
31/19 33/9 34/12 37/4 37/12 39/10
40/9 41/2 41/3 41/3 41/19 41/19
41/21 41/23 42/12 48/20 51/24 54/11
54/15 55/9 55/12 59/23 63/15 64/24
67/7 67/8 69/10 72/12 73/12 74/21
80/14 80/18 81/9 81/12 82/7 83/19
84/6 84/14 86/2 86/2 86/9 86/20
86/21 86/21 87/14 87/20 88/7 88/13
88/19 89/7 91/3 91/14 93/20 96/24
97/6 97/7 99/22 101/6 104/6 104/24
106/15 108/16 113/22 114/17 116/6
117/4 117/20 118/17 118/20 119/4
121/10 141/11 145/9 146/8 157/5
158/7 159/15 160/6 161/19 179/4
179/8 190/23 193/11 193/13 193/14
208/11 208/14 210/5 210/10 211/15
213/14 215/9 221/24 226/10 230/17
236/1 236/19 236/19 237/7 238/8
244/7 244/15 252/17 252/22 252/22
252/24 253/7 254/10 254/12 254/13
254/15 256/3 257/9 257/11 262/2
262/18 263/4 263/6 266/22 267/8
268/11 268/19 268/20 268/21 269/16
270/4 272/7 272/8 272/10 279/11
279/15 281/18 282/22 286/19 289/19
296/9 299/9 299/17 302/2 303/1
303/6 304/3 307/5
**theory [2]** 210/23 263/21
**there [229]**
**there's [4]** 248/15 271/2 271/2 271/3
**these [31]** 11/24 12/9 13/4 13/9 40/6

these... [26] 40/8 54/17 57/7 71/8 86/12 93/6 93/20 140/15 146/22 183/20 192/7 193/16 201/8 207/10 214/9 222/9 222/9 229/13 242/11 254/16 263/2 263/18 288/20 290/11 290/18 308/11
they [225]
they're [2] 73/3 237/22
thigh [2] 274/14 274/19
thin [1] 168/15
thing [33] 9/10 27/19 29/21 41/4 71/12 71/13 82/15 86/14 86/15 89/24 106/7 111/6 163/3 163/8 163/9 163/19 164/8 170/18 185/12 200/16 203/4 204/9 207/21 217/10 237/16 238/14 238/23 244/12 248/24 262/23 265/12 303/8 304/15
things [31] 40/6 49/13 51/22 58/22 86/12 93/6 93/7 112/4 129/18 158/3 177/1 196/1 201/2 203/2 208/20 214/9 214/11 215/7 222/9 256/11 263/4 265/22 272/3 285/21 288/10 288/20 289/10 302/7 303/20 306/4 306/5
think [115] 7/8 15/18 23/18 28/3 31/16 32/23 33/16 34/15 37/13 41/2 41/12 44/10 48/15 48/23 51/12 53/7 53/8 57/9 57/11 62/1 64/2 86/12 89/24 90/16 96/20 111/8 111/10 115/12 117/1 123/23 124/7 127/3 127/12 132/22 136/7 138/18 144/4 145/7 148/2 148/3 154/22 160/15 162/5 162/6 162/8 168/10 169/2 170/9 174/20 176/19 176/19 183/2 183/21 186/8 186/22 187/7 188/19 190/9 191/13 199/15 201/2 201/11 202/21 202/21 203/20 211/3 213/6 213/12 226/12 228/20 230/9 236/13 237/22 237/24 238/1 238/6 238/11 239/21 240/4 240/7 241/15 241/18 242/15 251/5 258/4 258/8 258/9 258/24 262/18 264/20 264/21 270/19 270/23 272/8 272/10 272/21 280/22 282/1 285/20 286/14 286/21 289/15 290/3 290/14 291/14 291/18 292/13 294/4 295/13 295/13 299/7 299/15 306/21 308/10 310/13
thinking [3] 30/21 150/5 270/7
thinks [1] 195/8
third [6] 22/5 73/7 145/12 145/14 145/14 192/24
this [278]
thorough [1] 213/5
those [33] 8/18 12/7 38/15 45/18 46/5 54/2 54/14 58/22 95/23 115/8 145/1 157/21 163/20 167/6 182/9 189/18 200/1 203/18 207/9 207/10 237/3 241/14 246/23 246/23 249/19 249/23 272/20 281/22 294/7 296/21 296/21 304/3 308/7
though [14] 55/20 66/15 75/24 79/16 82/4 108/7 126/22 127/6 129/3 176/9 186/17 236/13 274/3 311/4
thought [23] 16/18 29/7 40/7 51/12 57/5 100/2 126/3 129/20 131/9 166/15 206/6 234/10 238/10 249/24 253/16 256/13 262/19 275/9 275/17 298/19 300/21 304/6 309/15
thousand [1] 173/10
thousands [1] 47/23
threatening [1] 162/17
three [57] 5/21 5/22 6/15 7/12 7/15

7/20 9/2 10/16 26/9 33/16 34/1 43/9 43/10 43/12 43/13 43/17 43/23 43/24 44/12 50/20 54/15 66/14 67/10 71/8 81/2 84/6 91/8 103/7 103/7 105/21 108/12 114/6 120/8 133/6 140/21 144/24 145/1 145/5 183/4 184/13 200/7 259/20 264/4 264/6 264/17 264/18 264/21 265/6 266/4 269/4 269/5 273/20 279/12 280/3 291/21 294/16 294/18
three days [4] 50/20 71/8 184/13 291/21
three feet [1] 133/6
three years [4] 31/16 31/24 81/2 280/3
threshold [1] 87/9
threw [1] 72/22
throat [3] 53/22 54/1 70/6
through [22] 4/2 9/5 16/12 46/22 62/8 76/7 76/9 84/11 87/8 87/10 89/6 116/14 148/6 176/10 184/23 188/8 221/18 252/20 256/12 256/13 258/23 269/24
Throughout [1] 184/21
throw [4] 56/14 57/11 72/23 93/24
throwing [2] 105/14 303/23
thrown [1] 191/18
thud [2] 57/6 244/15
Thursday [7] 56/2 56/3 56/18 58/18 60/2 71/20 71/24
ticket [1] 29/20
tile [1] 57/1
tilt [2] 108/9 108/10
tilting [1] 109/13
time [277]
times [35] 20/11 37/13 75/19 75/20 103/4 103/6 105/21 120/8 146/4 146/4 146/22 168/19 185/1 211/1 243/24 251/11 258/21 259/20 264/3 264/5 264/7 264/17 264/19 264/21 265/6 266/4 269/4 269/5 271/1 277/5 277/7 278/18 297/12 298/6 306/24
tint [1] 120/14
title [3] 6/17 184/3 188/3
Tobin [2] 172/19 172/21
today [25] 11/9 14/10 55/3 55/9 56/23 58/24 72/19 119/18 156/19 157/2 201/14 214/17 221/13 244/18 247/9 247/16 263/2 269/21 284/8 287/21 295/19 295/23 298/14 301/18 309/20
today's [2] 13/8 294/19
TODD [2] 1/8 315/8
together [6] 80/19 95/3 146/11 207/1 220/10 253/3
told [84] 5/10 15/8 33/17 51/24 52/23 53/1 58/24 69/7 70/5 72/15 74/13 74/20 74/22 74/23 74/24 75/5 75/18 114/16 114/17 120/22 121/6 123/16 124/15 126/17 127/16 128/5 128/15 131/13 135/21 140/2 140/7 142/6 142/8 142/8 143/4 149/11 155/2 155/9 155/15 156/14 156/16 207/6 207/7 215/5 215/6 221/14 221/18 221/19 221/20 225/15 226/23 230/8 233/10 236/18 237/5 237/10 237/16 237/16 237/20 238/11 238/23 247/21 252/22 255/24 259/19 264/16 269/3 272/1 272/3 282/2 282/11 282/14 282/15 291/2 292/11 292/23 292/24 293/7 299/9 299/10 299/23 301/6 304/6 313/13
tomorrow [6] 135/19 237/5 256/1 299/16 303/3 304/14

tone [2] 111/20 111/23
tonight [2] 36/8 74/13
too [14] 17/21 21/5 65/18 72/10 99/4 140/3 165/7 180/1 188/1 195/12 266/1 267/17 297/24 309/17
took [31] 18/8 27/17 45/5 49/4 56/24 57/3 58/14 58/23 59/12 59/23 60/16 60/17 70/14 71/3 88/11 108/2 108/23 108/23 119/20 124/16 134/19 143/19 179/3 207/9 238/20 249/7 275/12 279/3 303/19 306/22 307/15
top [3] 14/23 56/6 61/17
toppled [1] 57/11
total [3] 144/22 184/14 294/18
totally [3] 147/11 204/2 216/18
touch [3] 103/1 154/8 262/1
touched [9] 154/4 155/10 257/22 258/6 264/4 264/16 264/18 265/6 269/7
touching [1] 150/5
Tough [1] 7/5
tour [1] 51/15
toward [1] 167/9
towards [14] 39/2 88/24 92/13 92/14 92/19 121/2 174/2 183/17 207/4 209/13 220/1 231/18 252/15 252/16
towel [1] 85/17
town [2] 28/18 179/2
toy [1] 73/3
track [2] 77/8 90/23
tracks [2] 32/19 32/20
training [9] 16/21 16/22 17/4 17/19 18/11 42/10 44/24 45/6 111/11
transaction [1] 61/20
transcribed [1] 262/24
transcript [3] 265/10 315/14 315/17
transpired [8] 60/7 60/21 97/8 119/22 121/18 123/12 132/21 142/11
transpiring [1] 111/22
transport [2] 165/11 276/7
transported [4] 130/6 130/17 160/20 179/8
traumatic [1] 270/1
treated [1] 16/3
treatment [6] 59/20 59/20 197/22 198/14 198/20 199/9
trespass [3] 32/10 32/17 35/6
trespassing [1] 33/16
tried [18] 11/20 21/16 21/16 22/10 22/14 80/14 80/14 81/17 110/22 112/11 121/4 123/17 151/4 153/5 183/8 257/12 278/11 278/15
trouble [7] 11/1 11/6 70/19 87/6 157/5 157/6 300/23
true [9] 14/10 156/21 207/8 247/3 248/2 272/2 276/2 315/16 316/10
truly [5] 61/8 113/24 151/14 151/14 222/11
trust [2] 190/19 294/20
truth [6] 70/9 88/2 99/5 247/21 269/15 316/7
truthful [1] 271/23
try [20] 80/7 82/4 102/11 102/13 106/8 107/3 108/14 108/16 109/4 114/8 133/8 185/9 198/1 216/12 232/22 239/17 242/2 278/5 278/14 281/4
trying [38] 17/20 17/22 33/22 37/8 40/20 68/10 86/3 99/1 99/3 99/4 102/15 112/2 112/4 153/16 164/3 164/5 164/15 170/24 185/10 191/12 197/16 210/18 212/13 214/5 215/16 216/7 216/11 220/5 232/7 242/15

**T**

trying... **[8]** 266/1 271/10 271/12 271/23 281/5 299/4 305/8 306/7
tub **[2]** 72/8 72/9
Tuesday **[1]** 59/24
turn **[5]** 120/23 131/22 250/18 250/19 268/22
turned **[20]** 28/16 34/17 79/20 89/9 161/19 165/5 176/22 177/15 179/5 179/7 182/10 184/17 225/3 225/10 225/16 225/19 225/23 226/5 228/24 230/22
turning **[2]** 200/22 305/13
TV **[6]** 83/15 92/13 92/19 93/11 93/12 93/13
Twenty **[1]** 6/15
twice **[4]** 52/24 54/7 75/9 148/3
two **[43]** 7/23 8/18 9/20 12/9 48/4 57/20 58/7 76/15 78/13 83/15 83/18 86/12 88/8 103/7 107/1 110/19 110/22 113/18 122/10 140/21 151/16 163/20 178/10 183/4 186/16 189/18 192/23 194/23 200/7 215/22 222/21 266/4 269/4 272/19 273/11 274/3 278/3 279/3 291/21 294/13 298/6 305/14 312/11
two days **[1]** 194/23
two years **[2]** 186/16 294/13
Tylenol **[4]** 53/6 53/7 53/8 71/11
type **[3]** 9/2 20/16 41/4
typewriting **[1]** 316/9
typically **[1]** 281/14

**U**

uh **[6]** 5/1 5/1 5/19 77/16 104/1 123/21
uh-uh **[1]** 5/1
uhm **[63]** 8/21 27/2 30/19 33/13 44/14 45/13 47/7 47/17 49/6 56/8 57/15 58/21 60/22 61/14 61/14 61/19 63/3 71/10 76/20 77/24 80/4 84/14 85/10 89/24 92/8 98/16 101/18 103/16 114/10 114/20 121/14 123/7 125/2 125/10 129/3 131/6 131/6 139/4 143/7 148/2 151/6 163/7 173/9 173/18 174/20 178/7 182/22 194/4 201/21 207/21 213/20 221/18 228/8 233/12 233/15 246/7 248/22 286/2 286/17 287/11 300/16 300/17 302/10
Ultimately **[1]** 309/23
unable **[3]** 181/18 181/19 181/20
uncomfortable **[2]** 146/9 303/20
unconscious **[1]** 206/6
under **[29]** 12/18 14/7 14/10 29/14 43/8 57/18 67/12 67/14 67/14 93/9 129/2 129/5 135/5 135/8 135/11 135/13 135/22 136/2 136/16 157/18 157/21 158/9 158/11 158/12 159/8 250/13 262/12 287/2 301/6
underground **[1]** 183/1
understand **[17]** 4/21 13/15 29/6 81/3 105/5 179/15 180/6 184/4 185/21 206/4 210/18 212/17 214/18 216/7 219/8 279/22 309/2
understanding **[29]** 32/5 38/24 40/15 44/4 51/1 52/10 60/16 90/21 120/9 131/17 137/4 138/21 153/20 154/5 171/16 172/10 181/14 196/16 202/9 202/13 202/15 202/19 203/17 203/18 257/6 267/5 275/17 284/14 310/2
understands **[1]** 210/23
understood **[5]** 4/23 165/15 165/16

unemployed **[3]** 21/10 21/12 196/20
unemployment **[4]** 23/5 23/6 23/13 23/15
unfair **[1]** 264/11
unfortunately **[1]** 99/6
uniform **[3]** 122/12 125/23 168/14
union **[1]** 20/20
unit **[3]** 143/16 146/13 207/12
UNITED **[1]** 1/1 1/16 315/1
unless **[5]** 18/24 90/4 168/7 202/3 223/19
Unlicensed **[1]** 195/11
unlimited **[1]** 181/2
unnecessary **[1]** 211/1
Unregulated **[1]** 195/10
unresponsive **[2]** 86/16 123/17
unresponsiveness **[1]** 234/19
unsettled **[1]** 200/18
unstable **[1]** 183/3
until **[26]** 16/12 28/8 36/3 54/11 76/9 83/1 92/2 98/9 110/2 115/9 146/12 147/17 251/3 252/5 252/5 252/7 253/21 254/1 256/3 267/20 270/20 270/20 296/22 296/23 301/7 311/21
untruthful **[1]** 247/7
unusual **[1]** 294/4
up **[127]** 4/18 4/20 19/9 23/19 29/7 30/14 55/21 56/14 57/10 58/18 61/13 62/24 63/3 65/20 70/4 72/4 72/5 72/20 80/14 80/15 82/8 82/13 83/9 83/17 83/20 84/9 84/24 85/1 85/4 85/5 85/11 86/2 86/13 86/16 86/18 87/4 88/4 88/4 88/9 89/1 89/6 91/1 91/2 91/16 92/9 92/11 93/2 93/15 93/18 93/24 95/1 96/1 97/5 97/12 97/13 97/15 97/16 97/17 97/18 97/20 99/9 99/15 99/16 99/20 99/22 100/16 101/19 101/24 102/1 105/14 106/6 108/19 109/10 109/12 109/15 115/7 117/12 118/17 123/16 129/18 160/19 161/19 164/5 180/4 183/13 188/11 193/14 193/14 200/20 200/21 200/21 208/4 208/9 214/3 214/12 220/11 220/14 220/21 222/8 224/6 238/22 239/3 240/6 240/24 242/20 243/2 243/5 249/4 249/7 250/7 252/20 253/20 254/2 277/9 278/23 279/19 282/6 284/20 289/4 296/22 300/3 303/6 303/18 303/23 310/15 310/15 311/6
updates **[1]** 303/11
upgraded **[1]** 178/18
upon **[6]** 9/13 36/12 196/12 219/14 293/11 310/19
upped **[1]** 225/13
upping **[1]** 177/8
upset **[9]** 114/4 233/16 233/20 234/9 250/24 270/6 275/20 302/15 302/21
upstairs **[1]** 72/8
Upwards **[1]** 280/21
us **[8]** 104/5 178/10 189/19 192/14 283/4 303/10 303/19 306/10
usage **[3]** 65/18 137/8 139/11
use **[10]** 25/14 38/10 63/19 81/8 134/24 195/9 217/20 237/3 237/4 249/19
used **[14]** 59/2 65/1 141/3 157/21 167/4 193/6 193/10 193/11 193/16 193/18 201/24 249/20 251/6 284/18
useful **[1]** 136/7
uses **[1]** 49/7
using **[1]** 137/20
usual **[1]** 154/5

usually **[4]** 97/6 97/15 279/3 287/18
utilized **[1]** 61/22

**V**

V-R-E **[1]** 20/3
vague **[1]** 127/1
vaguely **[3]** 96/20 148/15 168/18
vagueness **[1]** 167/21
validity **[1]** 266/8
various **[5]** 20/9 184/24 185/1 185/4 185/4
vehicle **[7]** 129/9 130/21 130/23 275/23 276/1 276/4 276/7
venture **[1]** 181/2
Verbal **[1]** 71/6
verbally **[1]** 158/12
verbatim **[1]** 164/6
verbiage **[1]** 178/7
version **[1]** 200/18
very **[38]** 12/19 15/21 40/3 68/17 68/17 68/18 71/1 79/13 79/13 79/13 97/14 97/24 109/2 110/24 110/24 119/20 157/24 172/3 194/21 198/1 198/1 198/2 200/18 200/18 200/18 200/18 202/6 203/6 204/17 204/18 238/24 263/15 277/19 281/19 287/19 299/3 302/15 313/4
Vesselinovich **[3]** 161/10 173/6 193/7
vibrations **[1]** 151/11
Vicodin **[13]** 30/10 31/6 277/1 277/2 277/18 278/1 278/2 278/5 278/9 278/14 278/19 279/5 279/24
victim **[2]** 293/2 293/2
Victimization **[2]** 143/16 146/13
video **[84]** 27/20 112/13 112/15 132/14 137/10 137/17 137/20 138/1 138/19 139/11 141/15 141/20 148/23 149/1 149/8 149/12 150/16 150/21 150/24 151/14 152/9 152/24 153/24 154/13 154/17 154/22 155/9 157/13 158/22 159/3 159/10 159/13 160/19 164/17 165/18 165/22 166/4 166/19 167/2 167/10 170/20 170/23 171/10 171/13 171/21 245/1 245/4 245/7 245/8 245/12 245/15 245/18 255/14 255/15 256/15 258/24 259/2 259/5 259/15 259/23 260/17 260/21 261/3 261/13 261/16 261/22 262/9 262/16 263/24 264/24 265/3 266/5 267/13 267/21 268/9 269/3 286/9 295/19 295/23 296/11 301/7 306/24 309/2 312/17
videos **[1]** 295/4
Vienna **[1]** 25/23
vigorously **[1]** 312/15
village **[9]** 1/6 2/10 22/3 22/19 28/18 42/16 44/21 63/21 315/6
Villanueva **[20]** 139/17 147/24 149/16 150/12 150/18 153/3 154/3 160/19 163/3 164/24 165/22 170/1 170/7 171/6 171/14 218/5 230/8 303/18 307/14 311/12
VILLANUEVA **[5]** 1/7 139/8 145/3 147/21 315/7
violate **[1]** 231/23
violation **[2]** 28/12 28/19
violations **[1]** 29/22
virtue **[1]** 153/20
visible **[1]** 310/17
visit **[2]** 199/17 199/18
visited **[1]** 60/23
visually **[2]** 68/14 280/15
vocal **[1]** 105/16

**V**

voice **[7]** 4/20 23/19 111/20 111/23 113/19 114/3 300/3
voluntarily **[10]** 9/9 114/9 177/15 179/4 225/3 225/19 225/23 228/24 230/22 235/12
volunteer **[1]** 136/6
vomit **[1]** 121/7

**W**

wage **[1]** 197/7
wages **[2]** 195/22 196/3
wait **[16]** 16/12 32/15 32/15 32/15 76/9 86/10 92/2 123/2 123/4 123/23 143/22 146/12 185/7 257/11 311/17 313/9
waited **[1]** 303/21
waiting **[3]** 146/14 147/17 303/12
waived **[1]** 316/13
waiver **[8]** 140/10 140/17 140/23 141/12 145/9 235/10 239/11 256/4
wake **[3]** 200/20 200/21 200/21
Wal **[5]** 33/17 33/20 34/13 34/23 35/4
Wal-Mart **[5]** 33/17 33/20 34/13 34/23 35/4
walk **[13]** 38/5 77/17 101/6 101/8 118/21 132/24 133/4 243/22 243/23 243/24 244/1 244/5 244/9
walked **[12]** 38/16 57/9 58/23 79/8 83/1 87/8 92/8 118/13 184/2 184/6 234/24 244/7
walking **[5]** 33/22 80/2 244/5 244/19 252/20
wall **[2]** 92/14 133/8
want **[68]** 10/1 12/11 12/23 25/14 30/2 33/8 38/7 38/13 38/15 40/5 40/8 41/2 41/17 41/18 42/14 52/18 72/20 72/23 73/2 76/10 86/10 89/3 95/19 104/4 104/4 104/9 104/19 146/10 160/13 166/15 171/5 180/21 181/6 183/3 193/8 200/23 203/7 205/1 205/10 214/7 236/4 239/2 239/17 250/4 256/12 262/3 265/15 266/9 266/15 266/20 266/21 266/21 285/22 286/15 287/16 288/9 298/1 299/23 304/23 304/23 305/4 305/5 305/5 305/6 306/6 311/21 312/3 312/5
wanted **[29]** 18/6 35/1 40/4 40/6 41/14 55/22 72/24 80/13 100/5 100/5 121/5 140/3 202/21 202/21 236/5 237/5 252/10 286/22 298/1 299/12 299/23 299/23 300/22 300/23 303/1 303/4 304/5 308/2 313/14
wanting **[2]** 258/20 269/18
wants **[1]** 195/17
warrant **[6]** 225/10 225/12 225/14 225/16 225/18 227/24
was **[1113]**
was played **[13]** 245/5 245/13 256/16 259/6 259/16 259/24 261/4 261/14 261/23 262/17 264/1 265/1 267/14
was taken **[1]** 112/21
washer **[4]** 72/14 72/22 72/23 73/1
wasn't **[79]** 8/5 18/10 22/6 29/2 32/19 38/11 56/17 66/15 71/1 75/23 76/4 76/6 77/4 77/4 79/18 80/13 85/11 93/1 98/18 98/19 98/20 98/20 98/21 104/2 109/3 111/2 111/2 116/23 121/5 126/2 129/8 168/15 173/19 181/10 181/11 193/11 203/7 207/7 207/8 222/8 222/8 224/8

238/8 239/3 242/21 246/13 246/15 247/17 248/18 251/13 255/3 258/9 260/12 269/19 270/19 272/2 272/3 272/18 278/13 279/8 286/24 287/1 287/2 296/23 298/6 299/24 300/4 303/9 308/15 308/16 311/10 311/14 311/17 311/18
watch **[10]** 40/9 43/15 43/17 46/18 84/3 245/22 246/8 255/22 256/6 299/18
watched **[12]** 93/12 155/8 246/11 255/19 255/20 255/21 256/1 256/5 256/8 268/9 295/18 299/14
watching **[13]** 40/8 147/2 147/5 151/6 152/16 157/13 228/13 246/12 247/11 255/4 295/23 301/17 301/23
wave **[5]** 248/17 248/19 249/10 249/18 250/19
waved **[4]** 248/14 249/7 249/10 249/12
way **[48]** 7/1 11/9 19/8 21/11 34/19 35/8 41/14 45/1 49/2 55/17 61/12 63/8 69/16 79/20 85/7 92/14 116/13 119/2 119/21 120/17 138/18 146/17 148/9 148/10 153/18 175/11 177/20 189/24 197/11 201/13 209/7 209/8 210/1 210/15 213/15 229/22 233/19 236/23 244/14 244/24 246/17 257/9 258/10 260/12 266/2 269/13 274/22 303/12
ways **[1]** 167/19
we **[129]** 4/22 9/13 9/23 10/1 11/23 12/6 12/10 19/3 23/24 32/20 36/1 37/5 50/8 60/24 63/23 68/13 72/1 73/23 73/24 74/1 75/19 75/20 81/4 81/15 81/21 87/18 88/5 90/1 91/9 91/15 93/5 93/6 95/3 112/16 113/5 113/8 115/9 115/14 128/7 129/17 138/17 146/5 146/14 147/17 148/5 150/14 154/15 154/16 154/22 155/8 157/13 158/2 159/13 162/5 162/8 167/15 170/20 170/24 171/13 187/15 189/8 189/18 190/11 190/18 190/23 193/1 194/11 194/11 196/9 196/18 200/1 203/20 205/7 205/8 208/17 213/12 213/16 214/5 214/5 214/6 221/4 223/6 223/7 223/8 223/8 223/9 226/18 226/24 228/20 229/12 230/14 245/15 248/14 253/2 255/13 260/23 261/11 262/11 262/11 263/2 264/9 265/12 265/13 265/21 266/10 266/22 270/24 280/16 285/13 285/13 285/16 288/24 294/12 295/1 295/3 295/3 295/5 295/18 299/18 302/16 303/7 303/8 303/9 303/10 307/18 310/4 312/16 312/19 313/20
we'll **[14]** 5/24 11/15 19/3 39/11 112/17 135/18 148/4 149/5 162/23 163/17 171/15 266/11 294/13 294/15
we're **[42]** 9/14 12/1 13/19 56/20 69/22 91/9 91/10 91/10 91/11 91/12 91/13 92/6 95/19 95/21 103/9 105/3 113/6 135/16 147/17 149/1 150/15 164/17 165/21 171/12 176/9 201/14 245/6 259/2 259/13 259/18 260/19 261/15 261/15 262/9 263/9 264/9 266/1 267/11 283/6 295/7 303/12 305/24
weak **[1]** 97/14
Wednesday **[3]** 55/1 55/6 310/20
week **[19]** 21/16 22/10 46/20 46/21 62/12 62/14 63/1 63/8 94/15 94/16 160/1 161/22 200/10 221/21 221/22

weekdays **[1]** 65/14
weeks **[5]** 14/13 46/11 47/15 200/7 279/12
weigh **[3]** 201/24 280/4 280/6
weight **[1]** 242/21
weird **[1]** 86/24
well **[70]** 7/7 11/3 12/1 14/13 15/8 15/18 18/21 21/15 21/18 34/9 48/3 52/16 59/4 63/4 64/10 68/16 72/17 74/2 86/21 87/18 90/14 103/15 108/16 109/18 124/18 127/4 129/16 129/18 147/16 157/6 157/23 158/1 158/3 160/9 167/18 171/24 178/4 180/17 186/21 191/1 195/9 203/1 222/1 222/20 228/2 230/7 232/3 233/14 236/4 237/7 237/22 246/8 252/9 253/13 257/11 257/15 260/16 262/6 266/16 267/8 268/8 268/21 268/22 269/13 275/19 287/8 292/16 301/16 302/12 303/18
well-being **[1]** 127/4
well-equipped **[1]** 109/18
went **[86]** 16/5 18/24 31/5 32/18 33/18 34/3 36/2 36/3 39/2 47/17 59/1 70/3 72/8 80/12 80/17 81/18 81/20 82/13 83/1 84/4 84/6 84/20 84/24 85/3 86/21 87/20 88/4 88/7 88/16 89/5 89/7 91/13 93/2 95/1 100/4 100/6 100/8 106/2 109/19 115/2 116/10 116/17 119/1 121/11 123/16 124/18 131/23 142/22 146/5 150/3 154/6 178/7 178/9 180/17 183/5 183/17 208/20 214/4 215/3 233/19 240/5 242/2 249/10 252/2 252/16 253/2 253/7 253/13 253/20 254/10 254/12 254/13 254/15 257/9 268/19 270/24 277/19 277/22 279/10 281/7 282/4 299/17 302/13 302/20 303/7 303/9
were **[294]**
weren't **[15]** 33/20 47/7 64/20 95/24 129/22 193/4 215/7 238/21 270/9 292/12 298/15 298/24 300/5 300/6 301/6
West **[1]** 2/14
whack **[1]** 269/1
what **[491]**
what's **[39]** 12/4 21/24 35/20 101/10 106/18 110/21 113/7 119/12 125/20 127/9 128/9 130/1 139/5 140/14 162/5 167/10 167/11 188/5 190/16 200/14 200/15 217/8 219/17 219/19 222/16 222/17 222/18 229/8 229/19 230/4 230/7 230/19 263/1 263/1 268/6 283/8 283/15 287/8 305/9
whatever **[13]** 39/1 80/18 107/5 183/3 194/17 201/12 202/19 208/8 248/16 252/10 263/13 265/15 304/13
whatsoever **[1]** 219/21
Wheaton **[3]** 28/11 28/18 179/2
when **[338]**
where **[117]** 6/5 6/9 7/23 8/16 9/15 10/3 12/3 14/19 19/20 21/6 22/18 23/20 25/24 26/7 26/23 30/6 31/21 34/7 35/9 35/23 36/5 42/7 48/12 51/20 54/19 58/3 58/4 58/7 58/9 59/9 63/6 63/11 63/17 70/14 73/21 73/23 75/14 75/21 76/2 76/3 76/4 76/19 76/24 78/20 78/24 80/22 81/21 82/9 83/8 83/9 83/11 89/18 90/10 90/24 91/18 92/15 94/23 96/13 99/16 103/9 106/23 108/19 110/16 114/23 117/5 117/7 117/10 117/11 118/11 120/9

## W

**where... [47]** 121/23 127/9 127/16 127/21 131/16 133/5 142/22 144/23 148/4 150/2 150/6 152/7 153/13 153/14 164/1 166/10 168/17 170/24 172/5 179/1 196/23 199/2 207/22 234/2 240/20 246/9 248/21 249/1 253/8 253/10 253/12 254/9 254/23 255/4 255/23 255/23 258/12 258/21 263/17 283/11 283/13 292/8 297/9 300/9 302/12 307/20 309/8
**WHEREOF [1]** 316/20
**Whereupon [48]** 4/1 12/13 50/2 112/18 112/20 113/2 113/15 133/14 136/18 137/10 137/17 138/1 149/8 150/21 152/9 152/24 153/24 154/13 156/13 157/10 158/22 159/3 165/18 166/4 166/18 167/1 171/21 235/24 239/14 242/19 245/4 245/12 256/15 259/5 259/15 259/23 260/21 261/3 261/13 261/22 262/16 263/24 264/24 266/5 266/12 267/13 289/21 294/22
**whether [21]** 70/15 98/13 120/2 130/10 148/11 149/11 209/17 209/18 211/16 238/12 245/18 269/4 291/10 292/6 292/20 296/4 298/16 298/20 305/6 313/7 313/9
**which [43]** 12/5 19/15 26/18 26/18 30/18 34/5 37/4 39/5 53/11 55/12 59/10 60/1 63/19 69/21 73/7 79/19 85/7 114/1 135/22 137/1 151/4 152/17 163/16 171/3 180/16 195/3 199/8 207/8 215/8 223/15 225/11 251/6 263/6 263/11 263/15 263/20 272/11 272/13 278/4 292/10 294/19 301/9 301/20
**whichever [1]** 213/14
**while [28]** 43/21 49/23 74/5 86/7 88/9 89/2 93/11 97/10 97/22 110/2 110/10 110/14 132/17 135/1 135/4 135/11 143/16 150/11 164/19 183/7 186/18 243/3 252/3 253/5 271/14 273/11 275/12 302/18
**whining [13]** 98/5 248/12 248/13 248/22 251/5 251/7 251/8 251/11 251/12 251/12 251/15 251/20 251/22
**whiny [1]** 281/21
**who [110]** 5/20 14/15 17/18 17/19 18/8 23/1 27/3 27/4 27/5 27/13 28/2 28/20 37/11 37/20 39/24 40/21 47/2 48/6 56/12 58/8 61/16 61/21 65/3 66/9 66/24 67/23 74/1 75/10 87/10 87/21 88/22 100/21 105/2 105/2 121/20 126/3 126/3 126/17 129/11 131/11 137/23 138/5 138/7 143/6 146/19 160/24 168/9 168/10 168/12 168/24 173/17 173/23 175/6 177/2 178/18 180/12 180/20 187/13 188/14 188/18 188/19 189/19 189/15 190/10 190/11 191/10 192/13 193/1 194/3 198/8 206/13 206/21 206/24 207/6 207/7 207/11 217/11 221/2 222/4 223/17 225/8 226/11 228/11 228/13 231/5 231/6 231/6 231/7 231/7 252/18 252/19 254/5 254/5 269/23 269/24 278/15 283/2 284/13 285/15 287/4 289/2 289/5 289/17 289/18 290/4 290/23 293/6 305/7 307/15 312/3
**who's [4]** 61/3 228/13 272/18 307/3
**whoever [1]** 40/19
**whole [18]** 19/11 91/19 94/14 126/19 158/8 163/6 182/16 184/21

**whom [1]** 223/13
**whose [1]** 46/2
**why [70]** 20/9 20/10 22/4 33/20 47/20 58/22 60/13 70/4 71/3 75/1 87/11 88/20 94/7 100/2 116/24 142/22 147/15 155/5 180/15 180/23 181/6 193/3 202/15 203/19 206/15 208/8 208/11 208/13 208/13 208/23 209/11 209/11 209/11 219/5 230/17 245/23 246/14 247/11 247/19 251/1 252/8 257/3 258/15 269/11 269/17 270/11 270/22 272/5 278/14 279/7 279/18 280/2 280/11 282/20 286/24 287/1 287/2 287/3 287/3 287/3 287/7 288/4 289/13 297/23 298/19 299/7 304/7 309/2 313/3
**wife [43]** 5/21 23/9 37/21 39/23 65/5 122/20 124/23 125/11 125/14 127/9 128/22 129/12 129/20 130/23 132/5 132/10 132/20 132/23 134/21 135/4 135/12 135/24 137/3 141/22 142/3 142/13 142/15 160/14 161/8 161/9 169/2 173/20 184/3 184/7 197/6 197/7 288/18 290/19 297/9 302/14 303/19 304/3 307/5
**wife's [5]** 5/24 134/18 306/19 307/7 307/8
**wiggling [1]** 78/3
**will [20]** 1/19 23/24 76/10 141/7 149/3 149/5 171/15 194/11 265/12 265/13 265/17 266/7 268/20 270/1 294/19 313/20 313/21 313/23 316/5 316/24
**William [1]** 10/5
**win [1]** 202/20
**wind [1]** 51/3
**window [2]** 118/24 254/12
**wipe [1]** 114/8
**wish [1]** 141/8
**withdraw [1]** 161/21
**withdrew [1]** 161/20
**within [5]** 1/18 48/4 221/23 280/16 290/6
**without [5]** 43/16 63/9 197/6 220/11 289/12
**witness [8]** 3/2 4/4 4/6 113/2 212/19 316/11 316/14 316/20
**witnessed [1]** 293/1
**witnesses [3]** 285/10 285/11 285/13
**woman [2]** 8/2 27/5
**wonder [1]** 129/3
**Woodfield [1]** 26/8
**word [14]** 59/2 124/8 164/7 166/21 168/23 180/3 195/9 217/20 251/6 260/3 265/4 270/11 275/8 313/2
**words [14]** 54/2 59/4 104/13 157/21 167/4 167/7 178/9 184/2 237/3 237/4 242/1 249/20 249/20 249/23
**work [24]** 8/14 19/5 19/20 21/7 21/20 22/4 22/20 22/24 23/21 39/22 39/23 40/5 52/3 73/5 73/6 89/3 108/16 123/18 142/18 279/9 279/10 279/14 279/18 293/24
**worked [9]** 19/15 19/24 20/2 20/6 21/16 21/18 22/1 189/10 285/17
**worker [2]** 175/15 187/24
**Worker's [3]** 24/2 24/19 276/15
**working [7]** 22/6 39/24 51/17 65/8 111/4 182/8 276/17
**works [2]** 6/6 23/9
**world [1]** 201/6
**worry [1]** 59/5

**worse [2]** 304/12 304/12
**worst [1]** 306/5
**would [121]** 5/5 9/24 10/24 17/6 25/6 30/2 31/23 31/24 34/12 36/5 46/23 49/18 49/21 50/1 50/8 56/3 57/20 60/1 62/18 62/22 63/11 63/12 63/12 65/3 65/8 65/10 65/11 65/15 65/22 69/13 70/18 78/23 81/7 82/19 87/16 97/11 102/16 103/16 103/17 104/17 104/17 122/2 125/1 125/8 126/23 131/23 132/14 144/3 144/6 148/7 150/7 160/1 163/22 164/14 174/6 174/6 174/21 175/21 176/21 178/8 181/2 186/23 194/5 195/13 198/17 200/1 208/8 208/17 208/18 208/20 212/16 212/19 213/4 213/6 217/20 222/14 222/19 230/14 234/13 234/13 234/16 234/18 245/2 246/11 256/1 260/14 260/15 263/20 273/16 281/14 281/17 281/19 287/12 288/8 288/9 290/5 290/6 293/23 294/4 294/5 295/13 297/3 297/3 297/4 298/16 299/16 301/9 302/1 302/2 302/17 303/13 303/14 303/16 306/10 307/22 308/14 309/3 310/14 312/7 312/22 313/2
**wouldn't [18]** 18/24 56/15 97/14 116/10 126/21 129/14 156/22 164/11 164/14 164/15 185/4 213/5 225/16 237/11 288/10 291/14 309/20 312/23
**wow [1]** 299/15
**wrecking [1]** 201/6
**write [1]** 207/14
**writes [1]** 207/23
**writing [4]** 57/7 60/17 60/20 244/13
**written [2]** 61/7 233/24
**wrong [26]** 37/14 80/16 85/1 100/1 100/4 100/7 106/21 130/11 148/15 163/3 163/7 163/9 163/18 164/4 164/8 184/10 200/14 200/15 204/9 209/13 243/17 258/10 271/4 272/9 286/22 287/5
**wronged [1]** 275/12
**wrongful [4]** 169/11 169/15 220/15 224/2
**wrongfully [1]** 207/4
**wrote [1]** 174/24

## Y

**yard [2]** 44/18 65/20
**yawning [2]** 68/8 68/9
**yeah [85]** 10/16 11/19 11/19 13/11 13/16 13/18 14/2 15/8 17/13 21/23 26/14 30/17 32/11 33/16 36/9 41/23 51/16 56/9 58/21 59/8 60/23 68/4 71/10 71/20 73/6 76/18 78/23 80/8 84/3 85/19 90/13 90/15 101/19 102/8 102/11 104/1 104/1 104/3 104/3 110/20 112/2 114/24 115/6 116/8 127/8 129/21 131/9 141/1 146/23 147/1 166/24 170/23 173/21 177/6 177/13 179/19 182/22 184/4 184/15 186/21 187/2 193/6 193/22 194/4 195/3 197/9 197/20 222/1 239/24 240/3 240/6 243/24 243/24 246/9 248/11 258/4 258/5 259/9 260/18 274/19 274/19 275/7 282/7 311/14 313/15
**year [23]** 5/19 10/24 11/2 23/15 29/14 32/2 32/21 35/9 35/13 35/13 35/14 39/16 62/22 67/12 67/14 67/14 186/19 186/20 199/5 199/6 277/3 277/4 279/15

# Y

**years [21]**  6/14 6/15 9/1 9/12 10/10
15/13 16/8 24/23 25/1 25/2 31/16
31/24 37/23 37/23 37/24 81/2 175/15
186/16 278/7 280/3 294/13
**yelled [1]**  87/1
**Yellow [1]**  198/12
**yellowish [1]**  120/15
**yes [414]**
**yet [2]**  37/5 280/13
**you [1942]**
**you're [102]**  11/23 14/10 16/17
16/17 23/5 24/6 28/16 32/5 33/10
40/19 41/1 41/13 43/16 68/2 77/7
78/13 79/16 80/24 82/9 90/1 101/4
101/13 101/13 102/4 102/4 102/18
111/10 129/5 130/6 131/17 135/22
136/2 136/9 137/20 137/23 153/10
156/2 156/3 157/21 158/3 158/5
169/15 169/19 182/5 184/3 195/24
196/15 196/20 196/23 197/23 199/3
199/10 201/5 208/2 208/10 208/21
208/23 209/11 209/18 209/23 210/2
210/2 210/10 210/17 211/1 212/13
216/8 217/14 219/18 221/10 230/9
230/11 230/14 235/18 236/19 236/21
237/8 251/10 257/11 260/23 262/9
262/14 263/7 263/11 263/16 263/19
264/9 264/11 264/12 265/19 268/18
271/3 271/4 272/11 273/7 273/12
286/20 290/1 293/5 296/20 300/8
309/21
**you've [3]**  81/3 120/7 218/5
**young [2]**  9/20 9/23
**younger [1]**  13/24
**your [397]**
**yours [8]**  46/2 46/24 47/6 47/8 68/19
173/16 175/14 175/18
**yourself [15]**  31/9 58/20 109/8 114/7
137/3 177/15 179/5 182/11 185/14
225/3 225/19 225/23 226/5 228/24
230/22

# Z

**zillion [1]**  271/1