1

1    IN THE UNITED STATES DISTRICT COURT FOR THE
         NORTHERN DISTRICT OF ILLINOIS
2               EASTERN DIVISION

3    RICK ALEMAN,                )
                                 )
4               Plaintiff,       )
                                 )
5            -vs-                )   No. 07 C 5049
                                 )
6    VILLAGE OF HANOVER PARK,    )
     et al.,                     )
7                                )
                Defendants.      )
8

9            The deposition of ALBERT HASSON,

10   M.D., called for examination, pursuant to the

11   Federal Rules of Civil Procedure for the United

12   States District Courts pertaining to the taking of

13   depositions for the purpose of discovery, taken

14   before Suzanne Burke, a notary public within and

15   for the County of Will and State of Illinois, and

16   a Certified Shorthand Reporter in the State of

17   Illinois, at 19 East Schaumburg Road, Schaumburg,

18   Illinois, on the 16th day of December, 2008, A.D.,

19   commencing at the hour of 1:55 o'clock p.m.

20

21

22

23

24

2

1      APPEARANCES:

2              Mr. Daniel P. Kiss
               (Law Offices of Lawrence V. Jackowiak)
3              20 North Clark Street, Suite 1700
               Chicago, Illinois  60602
4              (312) 795-9595,

5                  appeared on behalf of the plaintiff;

6              Mr. Michael Hartigan
               (Hartigan & O'Connor)
7              20 North Clark Street, Suite 1250
               Chicago, Illinois  60602
8              (312) 201-8880,

9                  appeared on behalf of the defendants
                   Village of Hanover Park, et al.;
10
               Mr. Peter C. Koch
11             Assistant Attorney General
               State of Illinois
12             100 West Randolph Street
               Chicago, Illinois  60601
13             (312) 814-6534,

14                 appeared on behalf of the
                   Illinois State Police defendants;
15
               Ms. Julie A. Ramson
16             (McKenna Storer)
               33 North LaSalle Street, Suite 1400
17             Chicago, Illinois  60602
               (312) 558-3900,
18
                   appeared on behalf of the deponent.
19                         ----------

20

21

22

23

24

3

1                           I N D E X

2

       WITNESS:                                    PAGE

3
       ALBERT HASSON, M.D.

4
       Examination By Mr. Hartigan              4

5      Examination By Mr. Koch                 31
       Examination By Mr. Kiss                 39

6      Further Examination By Mr. Hartigan     47
       Further Examination By Mr. Kiss         48

7

8                        E X H I B I T S

9
       DEPOSITION EXHIBIT NOS.                     PAGE

10
                     1 & 2                         4

11                     3                          28
                       4                          31

12                          _____

13

14

15

16

17

18

19

20

21

22

23

24

4

1                (Documents marked as Hasson

2                 Deposition Exhibit Nos. 1 and 2

3                 for identification.)

4            MR. HARTIGAN:  Swear in the witness.

5               (Witness sworn.)

6            MR. HARTIGAN:  This is the discovery

7   deposition of Dr. Albert Hasson taken pursuant to

8   subpoena and continued with the assistance of

9   Dr. Hasson's attorney, Julie Ramson.

10             ALBERT HASSON, M.D.,

11   called as a witness herein, having been first duly

12   sworn, was examined and testified as follows:

13                EXAMINATION

14   BY MR. HARTIGAN:

15     Q.  Dr. Hasson, my name is Mike Hartigan.  I

16   represent the Village of Hanover Park and a number

17   of police officers that have been named in a

18   Federal Civil lawsuit brought by Rick Aleman,

19   whose attorney is also present here today.

20           Have you given a deposition before?

21     A.  Yes.

22     Q.  Okay.  When was the last time you gave a

23   deposition?

24     A.  About two years ago.

5

1          Q.    Let me just remind you of the ground

2     rules that generally cover all depositions.

3               And before I do that, I just want to

4     say this deposition is being taken pursuant to the

5     Federal Rules of Civil Procedure, the local Rules

6     of the Northern District of Illinois, and the

7     Federal Rules of Evidence.

8               Doctor, understand that I am not a

9     medical doctor.  I may ask you questions that do

10    not make sense to you or may be difficult to

11    answer.  If you answer any question I pose to you

12    here today, I'll assume that you understood it.

13    If you need me to rephrase any question, I'll be

14    happy to do that.  Please answer audibly.  Try not

15    to shake your head or shrug your shoulders, which

16    is common in conversation.

17              Ultimately this will be transcribed

18    into a transcript and could be read to a jury, so

19    it's important that you answer the questions

20    audibly, so that everyone can hear.  Try to let my

21    question get out before you answer, try not to

22    speak over me.  That way it will be a clean

23    record.  Okay?

24          A.    Sounds good.

1        Q.    And if you need to take break, if you

2    need to answer a page or a phone call or anything

3    of that nature, we can always go off the record.

4    Okay?

5        A.    Okay.

6        Q.    All right.  Can you state and spell your

7    name for the record, please?

8        A.    Albert Hasson, A-l-b-e-r-t H-a-s-s-o-n.

9        Q.    And we are currently at Northwest

10    Pediatrics, SC, is that correct?

11        A.    That's correct.

12        Q.    And this is your practice?

13        A.    Correct.

14        Q.    Do you practice out of this location

15    alone?  Do you have any partners?

16        A.    This is my only location, and I'm a solo

17    practitioner.

18        Q.    Was that the case back in September 2005,

19    that you were a solo practitioner?

20        A.    Yes, it was.

21        Q.    And you were also practicing out of this

22    location here at 19 East Schaumburg Road in

23    Schaumburg, Illinois?

24        A.    Yes.

7

1       Q.    We have previously marked as Hasson

2   Deposition Exhibit 1 your curriculum vitae which

3   consists of one page.  Doctor, I trust that your

4   CV is current and up to date?

5       A.    Yes, it is.

6       Q.    After reviewing it, is there anything

7   that you wish to add?

8       A.    No.

9       Q.    You are a board certified pediatrician?

10      A.    Yes, I am.

11      Q.    How long have you been so certified?

12      A.    Since 1987.

13      Q.    And how long have you practiced medicine

14   in the State of Illinois?

15      A.    Since 1985.

16      Q.    And it appears as though you've been at

17   this location that we're here at today since

18   December of 1998 to the present?

19      A.    That's correct.

20      Q.    You currently have hospital privileges at

21   Alexian Brothers Medical Center in Elk Grove

22   Village?

23      A.    There.  I have there, and at Saint

24   Alexius Medical Center.

8

1        Q.    In Hoffman Estates?

2        A.    Right.

3        Q.    Okay.  Doctor, did you review any records

4  prior to today's deposition?

5        A.    Yes, I did.

6        Q.    And what did you review?

7        A.    The records of Joshua Schrik.

8        Q.    I have previously handed to you Group

9  Exhibit 2.  Can you tell me that those are all the

10  records covering Joshua Schrik that were in your

11  possession?

12       A.    Yes, these are all the records that are

13  in my possession.

14       Q.    Prior to reviewing those -- well, strike

15  that.

16             When did you review those records?

17       A.    This morning.

18       Q.    Prior to reviewing those records this

19  morning, did you have an independent recollection

20  of Joshua Schrik?

21       A.    Yes, yes, I did.

22       Q.    Was it largely stemming from the incident

23  where ultimately Joshua Schrik died, or was there

24  something else that reminded you of Joshua Schrik

9

1       that you reviewed those records?

2           A.   It was mainly the incident.

3           Q.   When did you first begin seeing Joshua

4       Schrik and acting as his pediatrician?

5           A.   I don't recall offhand, but I see that

6       the first entry was when he was two months old.

7           Q.   And that would have been on

8       November 23rd, 2004?

9           A.   Right.

10          Q.   And you're looking from page 3 of Group

11      Exhibit 2, is that right?

12          A.   Yes, I am.

13          Q.   Okay.  When does an infant begin seeing a

14      pediatrician?  Is there some sort of time frame,

15      like, after two months, three months?

16          A.   Often the pediatrician sees the baby in

17      the hospital the day after they're born or right

18      when they're born, and then usually I see them in

19      the office at one week old or anywhere from one

20      week old to one month old.

21          Q.   But this is the first time that you have

22      ever seen Joshua Schrik, fair?

23          A.   When he was two months old, yes.

24          Q.   Do you know if any other pediatrician had

1    seen Joshua Schrik before November 23, 2004?

2        A.   I assume that one did, but I'm not aware

3    of who they would be.

4        Q.   Do you know how it is that Joshua Schrik

5    came to be your patient?

6        A.   No.  I know that the parents chose to

7    bring him to me.

8        Q.   Now, staying on page 3 of Group Exhibit

9    2, everything in the left column are your general

10   observations of, in this case, Joshua, and that's

11   all documented, correct?

12       A.   Correct.

13       Q.   Were you aware of any --

14            MR. KOCH:  Which page?

15   BY MR. HARTIGAN:

16       Q.   Were you made aware of any complications

17   with the birth of Joshua Schrik?

18       A.   No, I wasn't.

19       Q.   What was the purpose of the visit on

20   November 23rd, 2004?

21       A.   A healthy baby checkup.

22       Q.   Did you note any problems or issues with

23   Joshua's health on that day anyway?

24       A.   He had a mild first degree hypospadias

1    that I elected to observe.

2         Q.    What is a first degree hypospadias?

3         A.    It's where the opening of the urethra is

4    not at the end of the penis, but is near the end

5    of the penis.

6         Q.    Any other issues that are noted in your

7    first visit with Joshua?

8         A.    No.

9         Q.    We'll keep going.  The next visit appears

10    to be November 30th, 2004?

11         A.    That was actually a phone call.

12         Q.    What is recorded there, Doctor, if you

13    can read that into the record?

14         A.    Sure.  The nurse took a phone call

15    describing cold symptoms, no temperature, nasal

16    symptoms.  And the mother was instructed to use

17    one drop of normal saline each nare or nostril

18    with suctioning, and the baby was eating well and

19    Tylenol was suggested as needed.  And the mother

20    verbalized understanding.

21         Q.    So the baby had a cold on or about

22    November 30th, 2004, that was treated?

23         A.    That's correct.

24         Q.    And the child was not brought in that

1   day?

2     A.  Correct.

3     Q.  The next note, if we're going down this

4   right column here on page 3 of Group Exhibit 2,

5   January 14th, 2005, is that an office visit?

6     A.  That's also a phone call where I

7   prescribed Polytrim ophthalmic drops, one bottle,

8   one to two drops to be given in each eye three

9   times a day for five days, and the nurse called

10   that in to one of the pharmacists to treat a case

11   of pink eye.

12     Q.  Okay. The next stamp there looks like

13   January 19th, 2005?

14     A.  Correct.

15     Q.  Is that an office visit?

16     A.  That was a four-month well baby checkup.

17     Q.  During that January 19th, 2005 visit, was

18   anything noted by yourself regarding this child of

19   significance?

20     A.  Everything seemed to be normal at that

21   visit. The baby still had the first degree

22   hypospadias, and the baby was finishing up using

23   the eye drops.

24     Q.  Looking at page 2 of Group Exhibit 2,

13

1        March 16th, 2005, is that an office visit?

2            A.    That's another well baby six-month

3    checkup.

4            Q.    Okay.  Could you read just what is

5    written there?

6            A.    Sure.

7            Q.    Underneath that time stamp all the way

8    down?

9            A.    It has the baby's height, weight, and

10   head circumference.  And that the baby is drinking

11   Similac formula, 40 ounces per day, eating cereal

12   in the morning, eating lunch and dinner, and

13   eating all different fruits, vegetables, and some

14   meats, a little yogurt.  And the bowel movements

15   are one to two a day, sleeping nine hours at

16   night, napping two to three times a day.  No

17   allergies and no medical symptoms.

18           Q.    And then the next two lines?

19           A.    That's signed by the nurse.

20                 The next two lines, physical exam,

21   normal assessment well.  And then Pediatrix is the

22   name of a combination vaccine that was given.

23           Q.    Thanks, Doctor.  Is your handwriting

24   shown on any of what you just read, or is that all

14

1      your nurse's handwriting?

2         A.   The nurses is up to the JS initials, and

3      then mine is where it says PE - NL.  PE normal,

4      that's mine.

5         Q.   Okay.

6         A.   And then the next line is mine, also.

7         Q.   How much time would you typically spend

8      with a child like Joshua Schrik when doing a

9      wellness exam whether it be the four month or the

10     six-month exam?

11        A.   Usually it's 15 minutes, often 20 minutes

12    if it's the first baby that the mother has had.

13        Q.   Do you have an understanding that this

14    was the first baby that the mother in this

15    instance has had?

16        A.   Yes.

17        Q.   Okay.  If she has any questions, she

18    would take the time to ask you those questions?

19        A.   Correct.

20        Q.   And would you answer them?

21        A.   Correct.

22        Q.   Do you have any independent recollection

23    of the mother of Joshua Schrik?

24        A.   Yes.  My recollection was that she was a

1      responsible mother.

2          Q.    What makes you say that, that she was a

3      responsible mother?

4          A.    It was her attitude toward wanting to

5      know how to take care of the baby and asking me

6      about different symptoms the baby had, that she

7      showed the normal concern that I would expect.

8      And she also followed the baby's developmental

9      stages and was trying to teach the baby new

10     skills.  And the way that I would outline to her,

11     what the baby is supposed to be doing at that age,

12     and she would respond to what he was trying to --

13     the new skills he was trying to develop.

14         Q.    When you gave her instructions as far as

15     how to take care of her child, say, for pink eye

16     or any other condition, did she follow

17     instructions?

18         A.    I felt that she did.  I felt that she

19     followed the instructions that I gave her, yes.

20         Q.    All right.  We'll come back to her.  I

21     just want to go through the remaining visits to

22     your office, and we'll move to the next one, which

23     appears to be June 13th, 2005?

24         A.    Correct.

16

1        Q.    And this is an office visit, right?

2        A.    Yes.  This was a well visit at eight and

3    three-quarters months, which is usually when we

4    see the baby at about nine months.  And it has the

5    baby's weight, height, and head circumference.

6    And then the fact that his diet consisted of table

7    food and baby food, water and juice.  He used tap

8    water with fluoride, and that he was drinking

9    Enfamil with iron as his formula, 16 ounces per

10    day.  And his bowel movements were twice a day.

11    And he was sleeping nine to ten hours at night and

12    had two naps of one to two hours each.  Then

13    concerns were none and medications none.  Then the

14    physical exam I put is normal.  Assessment was

15    that the baby was well, and we did a routine blood

16    test that we do, and he had a hemoglobin of 12.9

17    which is normal.

18        Q.    When it's noted concerns by your nurse

19    and it's reflected zero, are those the concerns of

20    the mother regarding the child or of the nurse

21    regarding the child?

22        A.    It's concerns of the mother.

23        Q.    Okay.  So everything checked out as far

24    as this child, at least, as of June 13th, 2005

1    health wise?

2         A.   Correct.

3         Q.   All right.  The next visit September 8th,

4    2005.  At this time was this an eleven-month

5    visit?

6         A.   That this was a sick visit.  In other

7    words, the baby was brought in because of an

8    illness.  And it says that the baby weighed 22

9    pounds 4 ounces with his clothes on.  His

10   temperature was normal.  And he had been seen at

11   the Northwest Community Hospital Treatment Center

12   two days before that on September 6th, with an

13   otitis, which is an ear infection with fever.  And

14   he was on Amoxicillin antibiotic, and he was still

15   waking up at night tugging at his right ear.  And

16   so they were bringing him in to have me recheck

17   his ear to see if the antibiotic was working.

18                  And then the medications he was

19   taking was Amoxicillin, Motrin, and Tylenol.  And

20   then I have the physical exam had normal tympanic

21   membranes, his pharynx was red, his throat was red

22   and he was teething molars.  And the rest of his

23   exam was normal except that he had a bruise on his

24   right part of his forehead.

18

1          Assessment was pharyngitis, which is

2     like a sore throat caused by a virus, viral

3     pharyngitis.  And my plan was to observe him and

4     to finish the Amoxicillin.

5          Q.   Okay.  I want to go back up.  At this

6     time September 8th, 2005, Joshua is eleven months

7     old, correct?

8          A.   Correct.

9          Q.   The nurse that observed Joshua that day,

10    what is her name or his name, or can you tell?

11         A.   I can't tell.

12         Q.   Well, did you have more than one nurse

13    working in your office on September -- or in

14    September 2005?

15         A.   I don't recall, I don't recall.

16         Q.   If I were to request that you look, would

17    there be a way that you can do that?

18         A.   I could, yes.

19         Q.   Okay, all right.  In this office anyway,

20    the nurse is the first person to see the patient

21    before you go into meet with the patient, correct?

22         A.   That's correct.

23         Q.   And how much time would the nurse

24    typically spend with the patient prior to when the

19

1      patient is ready to see you?

2          A.    Five to ten minutes.

3          Q.    Now, the nurse in this instance took

4      Joshua's temperature, which came out to be 97.1

5      degrees, is that correct?

6          A.    Correct.  Under the arm.

7          Q.    Okay.

8          A.    Axillary temperature.

9          Q.    Did you review any records from Northwest

10     Community Hospital Treatment Center generated as a

11     result of that September 6th visit?

12         A.    No, I didn't.

13         Q.    Did any physicians contact you regarding

14     that visit on September 6th?

15         A.    No.

16         Q.    At the time that you saw Joshua on

17     September 8th, 2005, he was actively taking

18     Amoxicillin, Motrin, and Tylenol?

19         A.    That's correct.

20         Q.    You did not prescribe any of those

21     medications, correct?

22         A.    I don't usually prescribe Motrin and

23     Tylenol.  I usually tell the parents they can give

24     it to the child as needed, whenever they need to,

20

1    even just for teething pain or if they have a

2    fever or if they seem to be in pain.

3         Q.   Are you critical of the fact that Joshua

4    had been previously prescribed Amoxicillin,

5    Motrin, and Tylenol?

6         A.   No, I'm not.

7         Q.   So you -- or when your nurse, I should

8    say, checked Joshua's ears on that day, they

9    appeared normal?

10        A.   The nurse doesn't check their ears.  Only

11   I check their others.

12        Q.   Okay.  So the ears to you anyway appeared

13   normal?

14        A.   Correct.

15        Q.   You did not see any evidence of an ear

16   infection?

17        A.   Correct.

18        Q.   But Joshua had been previously prescribed

19   Amoxicillin to treat an ear infection.  That was

20   your understanding?

21        A.   That's correct.

22        Q.   But you did detect some redness in the

23   throat possibly caused by a sore throat?

24        A.   I felt that it was probably caused by

21

1   post-nasal drip, mucous dripping down his throat.

2       Q.   So your plan at that time was to continue

3   the Amoxicillin, finish that out, right?

4       A.   Correct.

5       Q.   Okay.  And then Motrin, Tylenol as

6   needed?

7       A.   Correct.

8       Q.   Do you recall whether or not Joshua --

9   well, strike that.

10          Who brought Joshua to your office on

11  September 8th, 2005, do you recall?

12      A.   As I recall, it was the mother and two

13  grandparents.

14      Q.   Do you recall if the mother's boyfriend

15  or husband, if you didn't know the relationship,

16  also, was present?

17      A.   I don't recall, but I remember that he

18  did come to many of the visits.

19      Q.   On the prior visit, do you know, would

20  the mother usually come alone with her child?

21      A.   Usually she would come alone, but I

22  believe that her boyfriend -- that the father of

23  the baby came on some of those visits.

24      Q.   Did you check Joshua's eyes on

22

1    September 8th, 2005?

2         A.    Yes.    That's just a normal part of the

3    physical exam that I always do.

4         Q.    Are your findings noted anywhere in these

5    records?

6         A.    No.

7         Q.    If you had detected something abnormal

8    with Joshua's eyes, would that have been noted?

9         A.    Yes, it would have.

10        Q.    Are you familiar with petechial

11   hemorrhaging?

12        A.    I've never seen a case, but I know of it.

13        Q.    If you had seen that in Joshua's eyes on

14   September 8th, 2005, would you have noted it?

15             MR. KISS:    Objection, speculation.

16   BY THE WITNESS:

17        A.    I have seen petechia in the skin, but I

18   have never seen cases of retinal petechia,

19   petechia in the retina, but I have seen cases of

20   petechia in the skin, and I would have noticed it

21   that day if it had been there.

22   BY MR. HARTIGAN:

23        Q.    And aside from noticing it, would you

24   have noted it in your records?

23

1       A.    Yes.

2       Q.    And that is not noted as of -- within

3   your September 8th, 2005 entry, correct?

4       A.    Correct.

5       Q.    If the child had been unresponsive during

6   the physical examination or lethargic, would you

7   have noted that?

8       A.    Yes.

9       Q.    Do you recall whether or not the mother

10  here expressed any concerns to either your nurse

11  or yourself other than the fact that the child had

12  had fever or an ear infection?

13      A.    If she had expressed other concerns, they

14  would have been noted.

15      Q.    The fever, at least, as of September 8th,

16  2005, had resolved, correct?

17      A.    Correct.

18      Q.    Okay.  The next note is the following day

19  on September 9th, 2005, correct?

20      A.    Correct.

21      Q.    Is that your handwriting, Doctor?

22      A.    Yes, it is.

23      Q.    What is written there?

24      A.    Taken to Saint Alexius Medical Center for

24

1    lethargy, apnea, diagnosed subdural hematoma with

2    retinal hemorrhages.

3         Q.   How is it that you learned that this

4    child was taken to that hospital?

5         A.   I received a phone call, but I don't

6    remember who the phone call was from.  But that my

7    office was called.

8         Q.   That's the Saint Alexius in Hoffman

9    Estates?

10        A.   Correct.

11        Q.   Where you have privileges, correct?

12        A.   Correct.

13        Q.   Did you upon receiving that phone call go

14   to that hospital?

15        A.   Yes, I went to the hospital and went to

16   the emergency room and talked to the emergency

17   room physician that was taking care of the baby.

18        Q.   Do you recall the name of any physicians

19   that you spoke with that day?

20        A.   No, I don't.

21        Q.   Do you recall a Dr. Batesky,

22   B-a-t-e-s-k-y?

23        A.   No.

24        Q.   Do you recall Dr. Jeraldo Reyes?

25

1         A.    Yes.

2         Q.    Was that the physician that you spoke

3  with?

4         A.    I believe it was.

5         Q.    Do you recall what, if anything,

6  Dr. Reyes said to you or what you said to him?

7         A.    I asked him how the baby was doing, and

8  he said that he was sending the baby for some

9  tests, and that he thought that there were retinal

10  hemorrhages.

11         Q.    Do you recall anything else that

12  Dr. Reyes stated to you?

13         A.    No.

14         Q.    Do you recall Dr. Reyes stating as to

15  whether or not he believed this child had suffered

16  from shaken baby syndrome?

17         A.    I don't recall.

18         Q.    Okay.  Do you recall that phrase, namely,

19  shaken baby syndrome, coming up at all on

20  September 9th, 2005, upon your arrival to the

21  hospital?

22         A.    I don't remember hearing that phrase.

23         Q.    How much time do you recall spending with

24  Dr. Reyes?

26

1      A.   About two minutes.

2      Q.   And after finishing with Dr. Reyes, what

3    did you do?

4      A.   I believe I returned to my office.

5      Q.   Did you have a --

6      A.   Although I spoke to the Hannover police

7    at some point, also.  I think it might have been

8    that same day.

9      Q.   While at the hospital on September 9th,

10   2005, did you see the mother, Danielle Schrik,

11   present?

12     A.   Yes, I did.

13     Q.   Did you have a chance to speak with her?

14     A.   Yes.

15     Q.   Do you recall what, if anything, she said

16   to you?

17     A.   I don't recall, no.  I remember that she

18   showed appropriate concern, I would say.

19     Q.   Do you recall whether any law enforcement

20   individuals were present at the hospital upon your

21   arrival?

22     A.   I believe that I spoke to police officers

23   at the hospital that same -- at that time.

24     Q.   After going through these records, it

27

1    appears as though you saw Joshua on five

2    occasions, is that correct?

3        A.    That's correct.

4        Q.    And on all those five occasions, do you

5    recall Joshua's mother being present?

6        A.    Yes.

7        Q.    During those five occasions, did you ever

8    suspect that the mother of this child was ever

9    physically abusing her child?

10       A.    No, I did not.

11       Q.    Had anyone ever contacted your office or

12   otherwise suggested that this mother was abusing

13   her child and that something should be done about

14   it?

15       A.    No.

16       Q.    I want to show you a photograph.  It is a

17   photocopy.  We'll mark it after you've had a

18   chance to take a look at it.

19                  Doctor, do you recognize the

20   individual depicted in this photograph?

21       A.    I believe that was Joshua Schrik.

22       Q.    And looking at the background here, does

23   this appear to be your office?

24       A.    Definitely.

28

1          MR. HARTIGAN:  Okay.  We'll mark this as

2      3.

3                    (Document marked as Hasson Deposition

4                    Exhibit No. 3 for identification.)

5      BY MR. HARTIGAN:

6          Q.   Doctor, there was testimony from an

7      individual named Seth Sable that he took this

8      picture at your office on September 8th, 2005.  Do

9      you recall anybody taking pictures of Joshua on

10     that day in your presence?

11         A.   I don't recall that.

12         Q.   Did Joshua have good energy on

13     September 8th, 2005, that you can recall?

14         MR. KISS:  Objection, vague.

15     BY MR. HARTIGAN:

16         Q.   You can answer.

17         A.   He did.  He seemed to have normal energy

18     to me.

19         Q.   Do you recall whether Joshua was crying

20     at all on September 8th, 2005, during this office

21     visit?

22         A.   I don't recall.

23         Q.   Do you recall if Joshua was eating

24     normally as of September 8th, 2005?

29

1      A.    I assume that he was.

2      Q.    Now, you last saw Joshua on

3   September 8th, 2005, is that right?

4      A.    Correct.

5      Q.    You did not see him at the hospital?

6      A.    Correct.

7      Q.    And the final note is when your office

8   was notified that Joshua had passed away on

9   September 14th, 2005?

10      A.    Correct.

11      Q.    Or -- okay.  All right.

12      A.    The note says that he expired the night

13   before I wrote that note.  I wrote the note on the

14   day of the 14th, and he expired on the 13th at

15   8:02.

16      Q.    Do you recall being contacted by Sergeant

17   Carl Leski of the Hanover Park Police Department

18   at your office?

19      A.    I don't recall that.

20      Q.    Okay.  I'm reading from a report

21   completed by my client Sergeant Leski, and I want

22   to ask you if what is reported is accurate.  Okay?

23      A.    Okay.

24      Q.    It's reported that you saw Joshua on

30

1    September 8th, 2005, and that you did not see any

2    sign of an ear infection, is that true?

3       A.   That's correct.

4       Q.   It's also reported that you felt that

5    Joshua may have had a viral infection, is that

6    true?

7       A.   Yes.

8       Q.   It's also reported that you said that

9    Joshua did not have a fever, but did have redness

10    in his throat and was crabby, is that right?

11       A.   Yes.

12       Q.   It's reported that you said that you told

13    the mother to continue with the Amoxicillin, is

14    that true?

15       A.   Yes.

16       Q.   Finally it's noted that you stated that

17    Joshua looked great, and looked great is in

18    quotation marks, and you could provide no reason

19    why Joshua would collapse, is that true?

20       A.   That's true.

21       Q.   In any of the opinions that you've

22    expressed here today, have they all been expressed

23    to a reasonable degree of medical certainty?

24       A.   Yes.

31

1      Q.   Doctor, I'm going to defer to counsel for

2  the other police officers who have some follow-up

3  questions for you.

4      A.   Okay.

5           MR. KOCH:   Thanks.

6                    EXAMINATION

7  BY MR. KOCH:

8      Q.   Good afternoon, Doctor.  My name is Peter

9  Koch, K-o-c-h, and I'm an Assistant Attorney

10  General.  And I'm counsel for three Illinois State

11  Police officers who are Defendants in this

12  lawsuit, Joseph Metche (phonetic), Steve Cardona,

13  and Jerry Fallon.

14           I'd like to start by marking as an

15  Exhibit a police report, if you could mark that

16  the next number.

17           (Document marked as Hasson Deposition

18             Exhibit No. 4 for identification.)

19  BY MR. KOCH:

20      Q.   Doctor, before I hand this to you, let me

21  ask, do you recall a Sergeant Cardona from the

22  Illinois State Police interviewing you?

23      A.   I remember talking to some policemen, but

24  I don't remember their names.

32

1        Q.   Okay.  Do you recall one of them being

2    from the Illinois State Police?

3        A.   I can't recall.

4        Q.   Okay.  Where did the interview occur as

5    best you can recall?

6        A.   In a room at the hospital that was used

7    as a conference room.

8        Q.   And was that on the day of September 9th?

9        A.   I'm not positive, but I believe that it

10   was.

11       Q.   Okay.  You earlier testified that you

12   visited the hospital and saw the mother Danielle

13   Schrik there?

14       A.   Yes.

15       Q.   Did you visit the hospital at any other

16   time subsequent to the 9th?

17       A.   I believe that I did, but I'm not

18   positive of the exact dates.  I think I went there

19   the next day and possibly the day after that,

20   also.

21       Q.   Okay.  I'm going to show you what's been

22   marked as Deposition Exhibit No. 4.  This is not

23   a -- the cover sheet is a report, is an

24   investigative report, completed by Sergeant

33

1    Cardona.  Attached to that first page are some

2    documents that Sergeant Cardona indicates that he

3    obtained from your office.  Could you tell me if

4    you recognize what the attachments are?

5        A.    Yes.  That is a copy of Joshua Schrik's

6    medical chart from my office.

7        Q.    And to the best of your recollection, is

8    this a complete copy of the medical documents that

9    you had in Joshua's file on that date?

10       A.    Yes, it is.

11       Q.    Okay.  On the page that's marked ISP

12   00015, the second to last page of the exhibit.

13       A.    Okay.

14       Q.    There is a copy of I think what is

15   Joshua's medical chart that you were answering

16   questions about.

17       A.    Yes.

18       Q.    Is that correct?

19       A.    Yes, it is.

20       Q.    Okay.  The last entry in this -- on this

21   sheet appears to be 9/9/05, and there is a mention

22   of Joshua -- this is your handwriting, correct, at

23   the bottom, 9/9/05?

24       A.    That's correct.

34

```
 1          Q.   Okay.  There's mention of a subdural
 2     hematoma, but I don't see a reference to retinal
 3     hemorrhage.
 4          A.   That's correct.
 5          Q.   How do you explain that difference?
 6          A.   I probably wrote -- I probably added onto
 7     that entry on the 14th when I wrote that he had
 8     expired.
 9          Q.   And would you have added that after
10     speaking with someone at the hospital?
11          A.   Yes.
12          Q.   Okay.  Do you know who you might have
13     obtained -- who you may have learned the news
14     about the retinal hemorrhaging from?
15          A.   I believe it was Dr. Reyes, the emergency
16     room doctor that I talked to.
17          Q.   Okay.  I'd like to read to you some of
18     the investigative report's contents, and I'd like
19     you to tell me if you believe it fairly and
20     accurately characterized the information that you
21     provided to Sergeant Cardona.  It states,
22     "Dr. Hasson stated Danielle Schrik brought Joshua
23     to his office in Schaumburg on September 8, 2005
24     at approximately 2:45 p.m."  Is that an accurate
```

1    summary of what you told the police?

2          A.   You mean that paragraph?

3          Q.   Well, I'd just like to go sentence by

4    sentence if you don't mind.

5          A.   Yes, that sentence was correct.

6          Q.   Okay.  The report further states,

7    "Dr. Hasson was told by Danielle Joshua woke up

8    with a 103 degree temperature on Tuesday,

9    September 6, 2005.  Danielle had taken Joshua to

10   the Northwest Community Hospital 24 hour Urgent

11   Care Center, 519 South Roselle Road, Schaumburg,

12   Illinois."  Is that an accurate characterization

13   or summary of what you told the police?

14         A.   Correct.

15         Q.   The report goes on, "Danielle indicated

16   Joshua was diagnosed with an ear infection.

17   Danielle was given a prescription for amoxicillin,

18   told to give Joshua Tylenol for the fever and was

19   released.  Dr. Hasson noticed a bruise on the

20   forehead which he indicated looked new.  Danielle

21   told him Joshua had fallen at the sitters."  Is

22   that an accurate description of what you told the

23   police?

24         A.   Yes.

1        Q.   "Dr. Hasson examined Joshua finding the

2     ears to be clear of any infection.  He found no

3     problems with the eyes, the pupils responded

4     normal.  He examined the throat and found some

5     redness."  Do you recall telling the police that?

6         A.   No, but that sounds like what I would

7     have said.

8         Q.   Okay.  There's nothing in that summary

9     that you take exception to?

10        A.   Correct.

11        Q.   "Dr. Hasson indicated Joshua was acting

12    'normal,' he had no suspicion of any problems with

13    the bump on the forehead.  Dr. Hasson's diagnoses

14    was Joshua had a standard viral infection and he

15    told Danielle to continue with the prescribed

16    medication.  Dr. Hasson could add nothing further

17    at this time the interview was concluded."  Do you

18    have any reason to disagree with that

19    characterization -- or that summary of --

20        A.   No, no, I agree --

21        Q.   Excuse me.  Let me finish with my

22    question.  Do you have any reason to disagree with

23    that summary of the interview you had with the

24    police?

37

1      A.    No, I don't.

2      Q.    Okay.  Now, in this summary, Sergeant

3  Cardona indicates that you had said that the

4  pupils responded normal.  Do you recall Sergeant

5  Cardona asking the question about the pupils?

6      A.    I don't recall that, no.

7      Q.    Okay.  Do you have any reason to doubt

8  that he asked you about the pupils and that you

9  answered that they had responded normal?

10     A.    I have no reason to doubt that.

11     Q.    Okay.  Sitting here today, do you have

12  any independent recollection of whether you

13  examined Joshua's pupils on September 8th?

14     A.    It's my normal practice to examine every

15  baby's pupils, because I'm right in front of their

16  face and I'm examining their ears and their

17  throat.  And I'm very close to them, and I always

18  examine their pupils at this time.

19     Q.    So you have no doubt that --

20     A.    I have no doubt that I examined his

21  pupils and that they were normal.

22     Q.    Okay.  Thank you.  Having just heard me

23  read from the report, does the report give an

24  accurate summary of the information you would have

38

1    provided the police when they interviewed you?

2         A.   Yes.

3         Q.   Okay.  Is there anything about -- any

4    other information you had that you recall telling

5    the police that's not in this report?

6         A.   No, there isn't.

7         Q.   Okay.  Other than speaking to the police

8    and giving this information, do you recall

9    speaking to anyone from the Illinois State Police

10   at any other time?

11        A.   I don't, no.

12        Q.   Attached to the report are the medical

13   records.  You didn't have those with you when you

14   went to the hospital, did you?

15        A.   That's correct, I did not have them with

16   me.

17        Q.   Okay.  So do you recall anyone from the

18   Illinois State Police coming to your office here

19   in Schaumburg and picking them up later?

20        A.   I believe that happened, yes.

21        Q.   Do you recall who picked them up?

22        A.   No.

23        Q.   Do you know what day that occurred?

24        A.   No, I don't.

1    Q.   Okay.   Would it be fair to say that it

2    occurred before Joshua died given that the

3    notation of his death is not listed on the medical

4    chart attached to the report?

5    A.   That would probably be correct.

6    Q.   Okay.   So probably sometime before the

7    13th?

8    A.   Between the 9th and the 13th.

9    Q.   Okay.   Now, the report is dated 9/12.

10   You don't have any reason to doubt that it

11   occurred on or before the 12th?

12   A.   Correct.

13        MR. KOCH:   Okay.   Thank you.   I have no

14   further questions.

15                     EXAMINATION

16   BY MR. KISS:

17   Q.   Doctor, I have a few questions.   Again,

18   my name is Dan Kiss.   I met you earlier.   I'm one

19   of the lawyers for the plaintiff Rick Aleman.

20             And forgive me if you already told

21   us, Doctor, but how much time did you spend with

22   Joshua Schrik on the last visit you had with him

23   on September 8th, 2005?

24   A.   It was probably about 20 minutes.

40

1    Q.    Okay.  Doctor, do you have any

2    specialized training in either diagnosing or

3    recognizing shaken baby syndrome?

4    A.    No, I don't.

5    Q.    In your career, have you ever treated a

6    baby for symptoms of shaken baby syndrome, to your

7    knowledge?

8    A.    I have not.

9    Q.    Do you have any specialized training in

10   identifying children who have suffered from abuse?

11   A.    I have normal training, but not

12   specialized training.

13   Q.    Okay.  And can you elaborate a little bit

14   for me what you mean by normal training in that

15   category?

16   A.    I have the training that would be

17   considered normal for a normal general pediatrics

18   residency.

19   Q.    And it might take me a minute to locate

20   your CV, but can you remind me when was your

21   residency?

22   A.    From 1982 to 1985.

23   Q.    Okay.  So no other training other than

24   what you would have learned sometime during that

41

1    period of 1982 to 1985?

2        A.    That's correct.

3        Q.    Okay.  Could you describe to me what

4    symptoms you might see if an infant was suffering

5    from brain edema?

6        A.    It would be a change to their mental

7    status, consisting of lethargy or irritability or

8    crying, which could progress to vomiting and apnea

9    or stopping breathing or a seizure.  Also changes

10   in their pupil sizes or their coordination or

11   generally their fine motor function.

12       Q.    All right.  Could fever be a symptom of

13   brain edema in a child?

14       A.    Not to my knowledge.

15       Q.    Within a reasonable degree of medical

16   certainty, can you estimate what is a range for

17   the onset of any of those symptoms you mentioned

18   after an injury would occur that would cause brain

19   edema?

20             MR. HARTIGAN:  Object to form.  Calls for

21   speculation.

22                   You can answer.

23   BY THE WITNESS:

24       A.    About 24 hours.

42

1     BY MR. KISS:

2          Q.   Could it be longer than 24 hours?

3               MR. HARTIGAN:  Objection.

4     BY THE WITNESS:

5          A.   To my knowledge, it could be any time in

6     the seven days after a brain injury there could be

7     symptoms of brain edema.

8     BY MR. HARTIGAN:

9          Q.   Okay.  To your knowledge, have you ever

10    treated a child, though, who was suffering from

11    brain edema?

12         A.   I did that treatment in my residency.

13         Q.   Okay.

14         A.   Only.

15         Q.   And I don't expect you to recall an exact

16    number, but can you estimate about how many

17    children, if it was more than one, that you

18    treated for brain edema during your residency?

19         A.   Probably about five.

20         Q.   Okay.  You mentioned in your notes that

21    you noted that Joshua Schrik was crabby when you

22    saw him on September 8th, correct?

23         A.   Yes.

24         Q.   Could that have been a possible symptom

43

1     of brain edema?

2              MR. HARTIGAN:  Objection, speculation,

3         form, foundation.

4                   You can answer.

5              MR. KOCH:  Join the objection.

6     BY THE WITNESS:

7         A.    I felt that his crabbiness was

8     appropriate to the amount of teething that he had

9     and to his throat infection.

10    BY MR. HARTIGAN:

11        Q.    All right.  And I did understand that

12    when you stated that earlier, but my question is:

13    Could that crabbiness have been a symptom of brain

14    edema?

15             MR. HARTIGAN:  Same objection.

16                   You can answer.

17    BY THE WITNESS:

18        A.    It could have been.

19    BY MR. HARTIGAN:

20        Q.    If you had been informed that the child

21    may have sustained a brain injury prior to being

22    taken to you on September 8th, 2005, how would

23    your care have been different?

24             MS. RAMSON:  I'm going to object to that.

44

1    I think that calls for speculation, and it's

2    overly vague.  The kind of brain of injury, that

3    runs the gamut from a bump on the head to severe

4    trauma.

5              I would suggest that you not answer

6    that until you have more detail of exactly what

7    you're looking for.

8              MR. HARTIGAN:  I'll join in the object.

9              MR. KOCH:  Also, I'll join in the

10   objection.

11             MR. KISS:  Well, it seems I'm in the

12   minority.

13   BY MR. KISS:

14       Q.   But, Doctor, as vague as that question

15   is, you may have already picked up on the fact

16   that I, too, am not a medical expert, can you

17   please answer the question as best as you can?

18             MS. RAMSON:  No, I'm going to object.  I

19   think it is too vague.  Define brain injury for

20   him in a way he can answer.

21   BY THE WITNESS:

22       A.   I refuse to answer the question.

23             MR. KISS:  Are you directing -- I just

24   need to make the record clear, counsel.

45

1          MR. KOCH:  He answered.

2     BY MR. HARTIGAN:

3          Q.   Well, Doctor, you answer.  Then I'll

4     address your counsel's objection.

5          MS. RAMSON:  Okay.  What is it you said?

6     BY THE WITNESS:

7          A.   I refuse to answer the question.

8          MS. RAMSON:  Okay.  I'm not trying to be

9     difficult.  I'm not instructing him.

10          MR. KISS:  You're allowed to be.

11          MS. RAMSON:  But I'm not instructing him

12     not to answer it in general.  I'm just saying this

13     is too vague.  It can be anything from something

14     minor to a huge brain injury.  Just define it down

15     a bit.  That's all.

16          MR. KISS:  Fair enough, counsel.

17     BY MR. KISS:

18          Q.   All right.  Doctor, if you had been told

19     that the child had been shaken or slapped in such

20     a way that brain swelling may have started before

21     he was brought to you on September 8th, how would

22     your care have been different?

23          MS. RAMSON:  Go ahead.

24

46

1    BY THE WITNESS:

2        A.   It would not have been that different.

3    It would not have been different.

4    BY MR. KISS:

5        Q.   Okay.  Again, obviously we're dealing in

6    a hypothetical here, but can you suggest any ways

7    in which it would have been different?

8        A.   I would have done the same examination if

9    I had been told that as the examination that I

10   did.

11       Q.   All right.  Would you have taken any

12   different action?  I understand you would have

13   done the same examination, but after your

14   examination was finished, would you have done

15   anything differently?

16       A.   I would have only taken a different

17   action if the baby's physical examination would

18   have been different.  In other words, if I had

19   examined the baby and been told that and the baby

20   had presented with a physical exam that he did

21   present with, I wouldn't have done any other tests

22   or any other investigation.

23            MR. KISS:  All right.  Thank you, Doctor.

24   I have no further questions.

47

1    MR. HARTIGAN: Just some follow-ups, and

2    we'll wrap it up.

3                    FURTHER EXAMINATION

4    BY MR. HARTIGAN:

5        Q.   Doctor, did you ever meet with any of the

6    attorneys that were representing Mr. Aleman during

7    the criminal pendency charges that were brought

8    against him?

9        A.   I did not.

10       Q.   Okay.  Were you ever contacted by any

11   attorneys for Mr. Aleman?

12       A.   I don't recall being contacted.

13       Q.   Were you even aware that criminal charges

14   had been brought against Mr. Aleman in Joshua's

15   death?

16       A.   I read it in the newspaper.

17       Q.   Going back to questions by opposing

18   counsel, you indicated a number of symptoms that

19   you believe to be consistent with brain edema.

20   Did you detect any of those symptoms during your

21   visit with Joshua on September 8th, 2005?

22       A.   I detected the symptom of irritability

23   which I felt was due to his teething and his

24   throat infection.  And his irritability was not

48

1    severe enough to warrant investigation of a brain

2    injury.

3         Q.   Can you state to a reasonable degree of

4    medical certainty as to whether Joshua was

5    suffering from brain edema on September 8th, 2005?

6              MS. RAMSON:   I'll object.   I think that

7    may call for some speculation.

8                        But answer if you can.

9    BY THE WITNESS:

10        A.   I believe that he wasn't.

11   BY MR. HARTIGAN:

12        Q.   Can you state to a reasonable degree of

13   medical certainty that Joshua's fever had resolved

14   as of your visit with him on September 8th, 2005?

15        A.   Yes.

16             MR. HARTIGAN:   Okay.   That's all the

17   follow-up I have.

18             MS. RAMSON:   Anything else?

19             MR. KOCH:   No further questions.

20                      FURTHER EXAMINATION

21   BY MR. KISS:

22        Q.   I have a brief follow-up based on that,

23   Doctor.

24                      You just stated that you believe

49

1     that whatever symptoms you saw in Joshua Schrik on

2     September 8th, 2005, were not indicating brain

3     edema, is that correct?

4          A.   That's correct.

5          Q.   Okay.  Is it possible that he was

6     suffering from brain edema and you didn't realize

7     it?

8          A.   Yes.

9          MR. KISS:  Thank you.  That's all I have.

10               DEPOSITION CONCLUDED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

50

```
 1      STATE OF ILLINOIS  )
                           )  SS:
 2      COUNTY OF W I L L  )

 3                I, Suzanne Burke, CSR No.

 4      084-002573, a notary public in and for the County

 5      of Will and State of Illinois, do hereby certify

 6      that ALBERT HASSON, M.D. was duly sworn to testify

 7      the whole truth, and that the foregoing deposition

 8      was recorded stenographically by me and was

 9      reduced to typewriting by me, and that the said

10      deposition constitutes a true record of the

11      testimony given by said witness.

12                I further certify that the reading

13      and signing of said deposition was waived by the

14      witness and his attorney.

15                I further certify that I am not a

16      relative or employee or attorney or counsel of any

17      of the parties, or a relative or employee of such

18      attorney or counsel, or financially interested

19      directly or indirectly in this action.

20                IN WITNESS WHEREOF, I have hereunto

21      set my hand and affixed my seal of office at

22      Chicago, Illinois, this _29th_ of December, A.D.,

23      2008.

24
        Notary Public             Illinois
```

"OFFICIAL SEAL"
SUZANNE BURKE
COMMISSION EXPIRES 12/03/09

**'**

'normal [1] - 36:12

**0**

00015 [1] - 33:12
07 [1] - 1:5
084-002573 [1] - 50:4

**1**

1 [3] - 3:10, 4:2, 7:2
100 [1] - 2:12
103 [1] - 35:8
12.9 [1] - 16:16
1250 [1] - 2:7
12th [1] - 39:11
13th [5] - 15:23, 16:24, 29:14, 39:7, 39:8
1400 [1] - 2:16
14th [4] - 12:5, 29:9, 29:14, 34:7
15 [1] - 14:11
16 [1] - 16:9
16th [2] - 1:18, 13:1
1700 [1] - 2:3
19 [2] - 1:17, 6:22
1982 [2] - 40:22, 41:1
1985 [3] - 7:15, 40:22, 41:1
1987 [1] - 7:12
1998 [1] - 7:18
19th [2] - 12:13, 12:17
1:55 [1] - 1:19

**2**

2 [8] - 3:10, 4:2, 8:9, 9:11, 10:9, 12:4, 12:24
20 [4] - 2:3, 2:7, 14:11, 39:24
2004 [5] - 9:8, 10:1, 10:20, 11:10, 11:22
2005 [34] - 6:18, 12:5, 12:13, 12:17, 13:1, 15:23, 16:24, 17:4, 18:6, 18:14, 19:17, 21:11, 22:1, 22:14, 23:3, 23:16, 23:19, 25:20, 26:10, 28:8, 28:13, 28:20, 28:24, 29:3, 29:9, 30:1, 34:23, 35:9, 39:23, 43:22, 47:21, 48:5, 48:14, 49:2
2008 [2] - 1:18, 50:23
201-8880 [1] - 2:8
22 [1] - 17:8

**23** [1] - 10:1
23rd [2] - 9:8, 10:20
24 [3] - 35:10, 41:24, 42:2
28 [1] - 3:11
2:45 [1] - 34:24

**3**

3 [6] - 3:11, 9:10, 10:8, 12:4, 28:2, 28:4
30th [2] - 11:10, 11:22
31 [2] - 3:5, 3:11
312 [4] - 2:4, 2:8, 2:13, 2:17
33 [1] - 2:16
39 [1] - 3:5

**4**

4 [6] - 3:4, 3:10, 3:11, 17:9, 31:18, 32:22
40 [1] - 13:11
47 [1] - 3:6
48 [1] - 3:6

**5**

5049 [1] - 1:5
519 [1] - 35:11
558-3900 [1] - 2:17

**6**

6 [1] - 35:9
60601 [1] - 2:12
60602 [3] - 2:3, 2:7, 2:17
6th [3] - 17:12, 19:11, 19:14

**7**

795-9595 [1] - 2:4

**8**

8 [1] - 34:23
814-6534 [1] - 2:13
8:02 [1] - 29:15
8th [23] - 17:3, 18:6, 19:17, 21:11, 22:1, 22:14, 23:3, 23:15, 28:8, 28:13, 28:20, 28:24, 29:3, 30:1, 37:13, 39:23, 42:22, 43:22, 45:21, 47:21, 48:5, 48:14, 49:2

**9**

9/12 [1] - 39:9
9/9/05 [2] - 33:21, 33:23
97.1 [1] - 19:4
9th [6] - 23:19, 25:20, 26:9, 32:8, 32:16, 39:8

**A**

abnormal [1] - 22:7
abuse [1] - 40:10
abusing [2] - 27:9, 27:12
accurate [5] - 29:22, 34:24, 35:12, 35:22, 37:24
accurately [1] - 34:20
acting [2] - 9:4, 36:11
action [3] - 46:12, 46:17, 50:19
actively [1] - 19:17
Ad [2] - 1:18, 50:22
add [2] - 7:7, 36:16
added [2] - 34:6, 34:9
address [1] - 45:4
affixed [1] - 50:21
afternoon [1] - 31:8
age [1] - 15:11
ago [1] - 4:24
agree [1] - 36:20
ahead [1] - 45:23
al [2] - 1:6, 2:9
Albert [7] - 1:9, 3:3, 4:7, 4:10, 6:8, 50:6
Aleman [6] - 1:3, 4:18, 39:19, 47:6, 47:11, 47:14
Alexian [1] - 7:21
Alexius [3] - 7:24, 23:24, 24:8
allergies [1] - 13:17
allowed [1] - 45:10
alone [3] - 6:15, 21:20, 21:21
amount [1] - 43:8
Amoxicillin [8] - 17:14, 17:19, 18:4, 19:18, 20:4, 20:19, 21:3, 30:13
amoxicillin [1] - 35:17
answer [19] - 5:11, 5:14, 5:19, 5:21, 6:2, 14:20, 28:16, 41:22, 43:4, 43:16, 44:5, 44:17, 44:20, 44:22, 45:3, 45:7, 45:12, 48:8

answered [2] - 37:9, 45:1
answering [1] - 33:15
antibiotic [2] - 17:14, 17:17
anyway [3] - 10:23, 18:19, 20:12
apnea [2] - 24:1, 41:8
appear [1] - 27:23
Appearances [1] - 2:1
appeared [6] - 2:5, 2:9, 2:14, 2:18, 20:9, 20:12
appropriate [2] - 26:18, 43:8
arm [1] - 19:6
arrival [2] - 25:20, 31:9
aside [1] - 22:23
Assessment [2] - 16:14, 18:1
assessment [1] - 13:21
assistance [1] - 4:8
Assistant [2] - 2:11, 31:9
assume [3] - 5:12, 10:2, 29:1
attached [1] - 39:4
Attached [2] - 33:1, 38:12
attachments [1] - 33:4
attitude [1] - 15:4
attorney [5] - 4:9, 4:19, 50:14, 50:16, 50:18
Attorney [2] - 2:11, 31:9
attorneys [2] - 47:6, 47:11
audibly [2] - 5:14, 5:20
aware [4] - 10:2, 10:13, 10:16, 47:13
Axillary [1] - 19:8

**B**

baby [31] - 9:16, 10:21, 11:18, 11:21, 12:16, 12:21, 12:22, 13:2, 13:10, 14:12, 14:14, 15:5, 15:6, 15:9, 15:11, 16:4, 16:7, 16:15, 17:7, 17:8, 21:23, 24:17, 25:7, 25:8, 25:16, 25:19, 40:3, 40:6, 46:19
baby's [5] - 13:9, 15:8,

16:5, 37:15, 46:17
background [1] - 27:22
based [1] - 48:22
Batesky [2] - 24:21, 24:22
begin [2] - 9:3, 9:13
behalf [4] - 2:5, 2:9, 2:14, 2:18
best [3] - 32:5, 33:7, 44:17
Between [1] - 39:8
birth [1] - 10:17
bit [2] - 40:13, 45:15
blood [1] - 16:15
board [1] - 7:9
born [2] - 9:17, 9:18
bottle [1] - 12:7
bottom [1] - 33:23
bowel [2] - 13:14, 16:10
boyfriend [2] - 21:14, 21:22
brain [19] - 41:5, 41:13, 41:18, 42:6, 42:7, 42:11, 42:18, 43:1, 43:13, 43:21, 44:2, 44:19, 45:14, 45:20, 47:19, 48:1, 48:5, 49:2, 49:6
break [1] - 6:1
breathing [1] - 41:9
brief [1] - 48:22
bring [1] - 10:7
bringing [1] - 17:16
Brothers [1] - 7:21
brought [8] - 4:18, 11:24, 17:7, 21:10, 34:22, 45:21, 47:7, 47:14
bruise [2] - 17:23, 35:19
bump [2] - 36:13, 44:3
Burke [2] - 1:14, 50:3

**C**

Cardona [7] - 31:12, 31:21, 33:1, 33:2, 34:21, 37:3, 37:5
care [5] - 15:5, 15:15, 24:17, 43:23, 45:22
Care [1] - 35:11
career [1] - 40:5
Carl [1] - 29:17
case [4] - 6:18, 10:10, 12:10, 22:12
cases [2] - 22:18, 22:19
category [1] - 40:15

caused [3] - 18:2, 20:23, 20:24
Center [6] - 7:21, 7:24, 17:11, 19:10, 23:24, 35:11
cereal [1] - 13:11
certainty [4] - 30:23, 41:16, 48:4, 48:13
Certified [1] - 1:16
certified [2] - 7:9, 7:11
certify [3] - 50:5, 50:12, 50:15
chance [2] - 26:13, 27:18
change [1] - 41:6
changes [1] - 41:9
characterization [2] - 35:12, 36:19
characterized [1] - 34:20
charges [2] - 47:7, 47:13
chart [3] - 33:6, 33:15, 39:4
check [3] - 20:10, 20:11, 21:24
checked [2] - 16:23, 20:8
checkup [3] - 10:21, 12:16, 13:3
Chicago [5] - 2:3, 2:7, 2:12, 2:17, 50:22
child [20] - 11:24, 12:18, 14:8, 15:15, 16:20, 16:21, 16:24, 19:24, 21:20, 23:5, 23:11, 24:4, 25:15, 27:8, 27:9, 27:13, 41:13, 42:10, 43:20, 45:19
children [2] - 40:10, 42:17
chose [1] - 10:6
circumference [2] - 13:10, 16:5
Civil [3] - 1:11, 4:18, 5:5
Clark [2] - 2:3, 2:7
clean [1] - 5:22
clear [2] - 36:2, 44:24
client [1] - 29:21
close [1] - 37:17
clothes [1] - 17:9
cold [2] - 11:15, 11:21
collapse [1] - 30:19
column [2] - 10:9, 12:4
combination [1] - 13:22
coming [2] - 25:19,

38:18
commencing [1] - 1:19
common [1] - 5:16
Community [3] - 17:11, 19:10, 35:10
complete [1] - 33:8
completed [2] - 29:21, 32:24
complications [1] - 10:16
concern [2] - 15:7, 26:18
concerns [6] - 16:13, 16:18, 16:19, 16:22, 23:10, 23:13
concluded [1] - 36:17
Concluded [1] - 49:10
condition [1] - 15:16
conference [1] - 32:7
considered [1] - 40:17
consisted [1] - 16:6
consistent [1] - 47:19
consisting [1] - 41:7
consists [1] - 7:3
constitutes [1] - 50:10
contact [1] - 19:13
contacted [4] - 27:11, 29:16, 47:10, 47:12
contents [1] - 34:18
continue [3] - 21:2, 30:13, 36:15
continued [1] - 4:8
conversation [1] - 5:16
Cook [1] - 50:24
coordination [1] - 41:10
copy [3] - 33:5, 33:8, 33:14
correct [30] - 6:10, 6:11, 7:19, 10:11, 11:23, 18:7, 18:21, 18:22, 19:5, 19:19, 19:21, 20:21, 23:3, 23:16, 23:19, 24:11, 27:2, 27:3, 30:3, 33:18, 33:22, 33:24, 34:4, 35:5, 38:15, 39:5, 41:2, 42:22, 49:3, 49:4
Correct [25] - 6:13, 10:12, 12:2, 12:14, 14:19, 14:21, 15:24, 17:2, 18:8, 19:6, 20:14, 20:17, 21:4, 21:7, 23:4, 23:17, 23:20, 24:10, 24:12, 29:4, 29:6, 29:10, 35:14, 36:10, 39:12

counsel [7] - 31:1, 31:10, 44:24, 45:16, 47:18, 50:16, 50:18
counsel's [1] - 45:4
County [4] - 1:15, 50:2, 50:4, 50:24
Court [1] - 1:1
Courts [1] - 1:12
cover [2] - 5:2, 32:23
covering [1] - 8:10
crabbiness [2] - 43:7, 43:13
crabby [2] - 30:10, 42:21
criminal [2] - 47:7, 47:13
critical [1] - 20:3
crying [2] - 28:19, 41:8
Csr [1] - 50:3
current [1] - 7:4
curriculum [1] - 7:2
Cv [2] - 7:4, 40:20

## D

Dan [1] - 39:18
Daniel [1] - 2:2
Danielle [9] - 26:10, 32:12, 34:22, 35:7, 35:9, 35:15, 35:17, 35:20, 36:15
date [2] - 7:4, 33:9
dated [1] - 39:9
dates [1] - 32:18
days [3] - 12:9, 17:12, 42:6
dealing [1] - 46:5
death [2] - 39:3, 47:15
December [3] - 1:18, 7:18, 50:22
defendants [2] - 2:9, 2:14
Defendants [2] - 1:7, 31:11
defer [1] - 31:1
Define [1] - 44:19
define [1] - 45:14
Definitely [1] - 27:24
degree [8] - 10:24, 11:2, 12:21, 30:23, 35:8, 41:15, 48:3, 48:12
degrees [1] - 19:5
Department [1] - 29:17
depicted [1] - 27:20
deponent [1] - 2:18
deposition [9] - 1:9, 4:7, 4:20, 4:23, 5:4, 8:4, 50:7, 50:10,

50:13
Deposition [7] - 3:9, 4:2, 7:2, 28:3, 31:17, 32:22, 49:10
depositions [2] - 1:13, 5:2
describe [1] - 41:3
describing [1] - 11:15
description [1] - 35:22
detail [1] - 44:6
detect [2] - 20:22, 47:20
detected [2] - 22:7, 47:22
develop [1] - 15:13
developmental [1] - 15:8
diagnosed [2] - 24:1, 35:16
diagnoses [1] - 36:13
diagnosing [1] - 40:2
died [2] - 8:23, 39:2
diet [1] - 16:6
difference [1] - 34:5
different [10] - 13:13, 15:6, 43:23, 45:22, 46:2, 46:3, 46:7, 46:12, 46:16, 46:18
differently [1] - 46:15
difficult [2] - 5:10, 45:9
dinner [1] - 13:12
directing [1] - 44:23
directly [1] - 50:19
disagree [2] - 36:18, 36:22
discovery [2] - 1:13, 4:6
District [4] - 1:1, 1:1, 1:12, 5:6
Division [1] - 1:2
Doctor [20] - 5:8, 7:3, 8:3, 11:12, 13:23, 23:21, 27:19, 28:6, 31:1, 31:8, 31:20, 39:17, 39:21, 40:1, 44:14, 45:3, 45:18, 46:23, 47:5, 48:23
doctor [2] - 5:9, 34:16
Document [2] - 28:3, 31:17
documented [1] - 10:11
Documents [1] - 4:1
documents [2] - 33:2, 33:8
done [5] - 27:13, 46:8, 46:13, 46:14, 46:21
doubt [5] - 37:7, 37:10, 37:19, 37:20,

39:10
down [4] - 12:3, 13:8, 21:1, 45:14
Dr [18] - 4:7, 4:9, 4:15, 24:21, 24:24, 25:6, 25:12, 25:14, 25:24, 26:2, 34:15, 34:22, 35:7, 35:19, 36:1, 36:11, 36:13, 36:16
drinking [2] - 13:10, 16:8
drip [1] - 21:1
dripping [1] - 21:1
drop [1] - 11:17
drops [3] - 12:7, 12:8, 12:23
due [1] - 47:23
duly [2] - 4:11, 50:6
during [6] - 23:5, 28:20, 40:24, 42:18, 47:6, 47:20
During [2] - 12:17, 27:7

## E

ear [8] - 17:13, 17:15, 17:17, 20:15, 20:19, 23:12, 30:2, 35:16
ears [5] - 20:8, 20:10, 20:12, 36:2, 37:16
East [2] - 1:17, 6:22
Eastern [1] - 1:2
eating [5] - 11:18, 13:11, 13:12, 13:13, 28:23
edema [12] - 41:5, 41:13, 41:19, 42:7, 42:11, 42:18, 43:1, 43:14, 47:19, 48:5, 49:3, 49:6
eight [1] - 16:2
either [2] - 23:10, 40:2
elaborate [1] - 40:13
elected [1] - 11:1
eleven [2] - 17:4, 18:6
eleven-month [1] - 17:4
Elk [1] - 7:21
emergency [3] - 24:16, 34:15
employee [2] - 50:16, 50:17
end [2] - 11:4
energy [2] - 28:12, 28:17
Enfamil [1] - 16:9
enforcement [1] - 26:19
entry [4] - 9:6, 23:3,

33:20, 34:7
**Estates** [2] - 8:1, 24:9
**estimate** [2] - 41:16, 42:16
**et** [2] - 1:6, 2:9
**Evidence** [1] - 5:7
**evidence** [1] - 20:15
**exact** [2] - 32:18, 42:15
**exactly** [1] - 44:6
**exam** [8] - 13:20, 14:9, 14:10, 16:14, 17:20, 17:23, 22:3, 46:20
**Examination** [10] - 3:4, 3:5, 3:5, 3:6, 3:6, 4:13, 31:6, 39:15, 47:3, 48:20
**examination** [7] - 1:10, 23:6, 46:8, 46:9, 46:13, 46:14, 46:17
**examine** [2] - 37:14, 37:18
**examined** [6] - 4:12, 36:1, 36:4, 37:13, 37:20, 46:19
**examining** [1] - 37:16
**except** [1] - 17:23
**exception** [1] - 36:9
**Excuse** [1] - 36:21
**Exhibit** [12] - 3:9, 4:2, 7:2, 8:9, 9:11, 10:8, 12:4, 12:24, 28:4, 31:15, 31:18, 32:22
**exhibit** [1] - 33:12
**expect** [2] - 15:7, 42:15
**expert** [1] - 44:16
**expired** [3] - 29:12, 29:14, 34:8
**explain** [1] - 34:5
**expressed** [4] - 23:10, 23:13, 30:22
**eye** [4] - 12:8, 12:11, 12:23, 15:15
**eyes** [4] - 21:24, 22:8, 22:13, 36:3

### F

**face** [1] - 37:16
**fact** [4] - 16:6, 20:3, 23:11, 44:15
**Fair** [1] - 45:16
**fair** [2] - 9:22, 39:11
**fairly** [1] - 34:19
**fallen** [1] - 35:21
**Fallon** [1] - 31:13
**familiar** [1] - 22:10
**far** [2] - 15:14, 16:23

father [1] - 21:22
**Federal** [4] - 1:11, 4:18, 5:5, 5:7
**felt** [6] - 15:18, 20:24, 30:4, 43:7, 47:23
**fever** [8] - 17:13, 20:2, 23:12, 23:15, 30:9, 35:18, 41:12, 48:13
**few** [1] - 39:17
**file** [1] - 33:9
**final** [1] - 29:7
**Finally** [1] - 30:16
**financially** [1] - 50:18
**findings** [1] - 22:4
**fine** [1] - 41:11
**finish** [3] - 18:4, 21:3, 36:21
**finished** [1] - 46:14
**finishing** [2] - 12:22, 26:2
**first** [12] - 4:11, 9:3, 9:6, 9:21, 10:24, 11:2, 11:7, 12:21, 14:12, 14:14, 18:20, 33:1
**Five** [1] - 19:2
**five** [5] - 12:9, 27:1, 27:4, 27:7, 42:19
**fluoride** [1] - 16:8
**follow** [5] - 15:16, 31:2, 47:1, 48:17, 48:22
**follow-up** [3] - 31:2, 48:17, 48:22
**follow-ups** [1] - 47:1
**followed** [2] - 15:8, 15:19
**following** [1] - 23:18
**follows** [1] - 4:12
**food** [2] - 16:7
**foregoing** [1] - 50:7
**forehead** [3] - 17:24, 35:20, 36:13
**forgive** [1] - 39:20
**form** [2] - 41:20, 43:3
**formula** [2] - 13:11, 16:9
**foundation** [1] - 43:3
**four** [2] - 12:16, 14:9
**four-month** [1] - 12:16
**frame** [1] - 9:14
**front** [1] - 37:15
**fruits** [1] - 13:13
**function** [1] - 41:11

### G

**gamut** [1] - 44:3
**General** [2] - 2:11, 31:10

general [3] - 10:9, 40:17, 45:12
**generally** [2] - 5:2, 41:11
**generated** [1] - 19:10
**given** [6] - 4:20, 12:8, 13:22, 35:17, 39:2, 50:11
**grandparents** [1] - 21:13
**great** [2] - 30:17
**ground** [1] - 5:1
**Group** [5] - 8:8, 9:10, 10:8, 12:4, 12:24
**Grove** [1] - 7:21

### H

**hand** [2] - 31:20, 50:21
**handed** [1] - 8:8
**handwriting** [4] - 13:23, 14:1, 23:21, 33:22
**Hannover** [1] - 26:6
**Hanover** [4] - 1:6, 2:9, 4:16, 29:17
**happy** [1] - 5:14
**Hartigan** [26] - 2:6, 2:6, 3:4, 3:6, 4:4, 4:6, 4:14, 4:15, 10:15, 22:22, 28:1, 28:5, 28:15, 41:20, 42:3, 42:8, 43:2, 43:10, 43:15, 43:19, 44:8, 45:2, 47:1, 47:4, 48:11, 48:16
**Hasson** [18] - 1:9, 3:3, 4:1, 4:7, 4:10, 4:15, 6:8, 7:1, 28:3, 31:17, 34:22, 35:7, 35:19, 36:1, 36:11, 36:16, 50:6
**Hasson's** [2] - 4:9, 36:13
**head** [4] - 5:15, 13:10, 16:5, 44:3
**health** [2] - 10:23, 17:1
**healthy** [1] - 10:21
**hear** [1] - 5:20
**heard** [1] - 37:22
**hearing** [1] - 25:22
**height** [2] - 13:9, 16:5
**hematoma** [2] - 24:1, 34:2
**hemoglobin** [1] - 16:16
**hemorrhage** [1] - 34:3
**hemorrhages** [1] -

24:2, 25:10
**hemorrhaging** [2] - 22:11, 34:14
**hereby** [1] - 50:5
**herein** [1] - 4:11
**hereunto** [1] - 50:20
**Hoffman** [2] - 8:1, 24:8
**Hospital** [3] - 17:11, 19:10, 35:10
**hospital** [15] - 7:20, 9:17, 24:4, 24:14, 24:15, 25:21, 26:9, 26:20, 26:23, 29:5, 32:6, 32:12, 32:15, 34:10, 38:14
**hour** [2] - 1:19, 35:10
**hours** [5] - 13:15, 16:11, 16:12, 41:24, 42:2
**huge** [1] - 45:14
**husband** [1] - 21:15
**hypospadias** [3] - 10:24, 11:2, 12:22
**hypothetical** [1] - 46:6

### I

**identification** [3] - 4:3, 28:4, 31:18
**identifying** [1] - 40:10
**Illinois** [23] - 1:1, 1:15, 1:17, 1:18, 2:3, 2:7, 2:11, 2:12, 2:14, 2:17, 5:6, 6:23, 7:14, 31:10, 31:22, 32:2, 35:12, 38:9, 38:18, 50:1, 50:5, 50:22, 50:24
**illness** [1] - 17:8
**important** [1] - 5:19
**incident** [2] - 8:22, 9:2
**independent** [3] - 8:19, 14:22, 37:12
**indicated** [4] - 35:15, 35:20, 36:11, 47:18
**indicates** [2] - 33:2, 37:3
**indicating** [1] - 49:2
**indirectly** [1] - 50:19
**individual** [2] - 27:20, 28:7
**individuals** [1] - 26:20
**infant** [2] - 9:13, 41:4
**infection** [11] - 17:13, 20:16, 20:19, 23:12, 30:2, 30:5, 35:16, 36:2, 36:14, 43:9, 47:24
**information** [4] - 34:20, 37:24, 38:4,

38:8
**informed** [1] - 43:20
**initials** [1] - 14:2
**injury** [7] - 41:18, 42:6, 43:21, 44:2, 44:19, 45:14, 48:2
**instance** [2] - 14:15, 19:3
**instructed** [1] - 11:16
**instructing** [2] - 45:9, 45:11
**instructions** [3] - 15:14, 15:17, 15:19
**interested** [1] - 50:18
**interview** [3] - 32:4, 36:17, 36:23
**interviewed** [1] - 38:1
**interviewing** [1] - 31:22
**investigation** [2] - 46:22, 48:1
**investigative** [2] - 32:24, 34:18
**iron** [1] - 16:9
**irritability** [3] - 41:7, 47:22, 47:24
**Isp** [1] - 33:11
**issues** [2] - 10:22, 11:6

### J

**Jackowiak** [1] - 2:2
**January** [3] - 12:5, 12:13, 12:17
**Jeraldo** [1] - 24:24
**Jerry** [1] - 31:13
**Join** [1] - 43:5
**join** [2] - 44:8, 44:9
**Joseph** [1] - 31:12
**Joshua** [51] - 8:7, 8:10, 8:20, 8:23, 8:24, 9:3, 9:22, 10:1, 10:4, 10:10, 10:17, 11:7, 14:8, 14:23, 18:6, 18:9, 19:16, 20:3, 20:18, 21:8, 21:10, 27:1, 27:21, 28:9, 28:12, 28:19, 28:23, 29:2, 29:8, 29:24, 30:5, 30:9, 30:17, 30:19, 33:5, 33:22, 34:22, 35:7, 35:9, 35:16, 35:18, 35:21, 36:1, 36:11, 36:14, 39:2, 39:22, 42:21, 47:21, 48:4, 49:1
**Joshua's** [12] - 10:23, 19:4, 20:8, 21:24, 22:8, 22:13, 27:5,

33:9, 33:15, 37:13, 47:14, 48:13
**Js** [1] - 14:2
**juice** [1] - 16:7
**Julie** [2] - 2:15, 4:9
**June** [2] - 15:23, 16:24
**jury** [1] - 5:18

### K

**keep** [1] - 11:9
**kind** [1] - 44:2
**Kiss** [18] - 2:2, 3:5, 3:6, 22:15, 28:14, 39:16, 39:18, 42:1, 44:11, 44:13, 44:23, 45:10, 45:16, 45:17, 46:4, 46:23, 48:21, 49:9
**knowledge** [4] - 40:7, 41:14, 42:5, 42:9
**Koch** [13] - 2:10, 3:5, 10:14, 31:5, 31:7, 31:9, 31:19, 39:13, 43:5, 44:9, 45:1, 48:19

### L

**largely** [1] - 8:22
**Lasalle** [1] - 2:16
**last** [5] - 4:22, 29:2, 33:12, 33:20, 39:22
**Law** [1] - 2:2
**law** [1] - 26:19
**Lawrence** [1] - 2:2
**lawsuit** [2] - 4:18, 31:12
**lawyers** [1] - 39:19
**learned** [3] - 24:3, 34:13, 40:24
**least** [2] - 16:24, 23:15
**left** [1] - 10:9
**Leski** [2] - 29:17, 29:21
**lethargic** [1] - 23:6
**lethargy** [2] - 24:1, 41:7
**line** [1] - 14:6
**lines** [2] - 13:18, 13:20
**listed** [1] - 39:3
**local** [1] - 5:5
**locate** [1] - 40:19
**location** [4] - 6:14, 6:16, 6:22, 7:17
**look** [2] - 18:16, 27:18
**looked** [3] - 30:17, 35:20
**Looking** [1] - 12:24
**looking** [3] - 9:10, 27:22, 44:7
**looks** [1] - 12:12

**lunch** [1] - 13:12

### M

**March** [1] - 13:1
**mark** [3] - 27:17, 28:1, 31:15
**marked** [4] - 4:1, 7:1, 28:3, 31:17, 32:22, 33:11
**marking** [1] - 31:14
**marks** [1] - 30:18
**Mckenna** [1] - 2:6
**Md** [4] - 1:10, 3:3, 4:10, 50:6
**mean** [2] - 35:2, 40:14
**meats** [1] - 13:14
**Medical** [3] - 7:21, 7:24, 23:24
**medical** [12] - 5:9, 13:17, 30:23, 33:6, 33:8, 33:15, 38:12, 39:3, 41:15, 44:16, 48:4, 48:13
**medication** [1] - 36:16
**medications** [3] - 16:13, 17:18, 19:21
**medicine** [1] - 7:13
**meet** [2] - 18:21, 47:5
**membranes** [1] - 17:21
**mental** [1] - 41:6
**mention** [2] - 33:21, 34:1
**mentioned** [2] - 41:17, 42:20
**met** [1] - 39:18
**Metche** [1] - 31:12
**Michael** [1] - 2:6
**might** [4] - 26:7, 34:12, 40:19, 41:4
**Mike** [1] - 4:15
**mild** [1] - 10:24
**mind** [1] - 35:4
**mine** [3] - 14:3, 14:4, 14:6
**minor** [1] - 45:14
**minority** [1] - 44:12
**minute** [1] - 40:19
**minutes** [5] - 14:11, 19:2, 26:1, 39:24
**molars** [1] - 17:22
**month** [6] - 9:20, 12:16, 13:2, 14:9, 14:10, 17:4
**months** [7] - 9:6, 9:15, 9:23, 16:3, 16:4, 18:6
**morning** [3] - 8:17, 8:19, 13:12

**mother** [18] - 11:16, 11:19, 14:12, 14:14, 14:23, 15:1, 15:3, 16:20, 16:22, 21:12, 21:20, 23:9, 26:10, 27:5, 27:8, 27:12, 30:13, 32:12
**mother's** [1] - 21:14
**motor** [1] - 41:11
**Motrin** [5] - 17:19, 19:18, 19:22, 20:5, 21:5
**move** [1] - 15:22
**movements** [2] - 13:14, 16:10
**mucous** [1] - 21:1

### N

**name** [8] - 4:15, 6:7, 13:22, 18:10, 24:18, 31:8, 39:18
**named** [2] - 4:17, 28:7
**namely** [1] - 25:18
**names** [1] - 31:24
**napping** [1] - 13:16
**naps** [1] - 16:12
**nare** [1] - 11:17
**nasal** [2] - 11:15, 21:1
**nature** [1] - 6:3
**near** [1] - 11:4
**need** [5] - 5:13, 6:1, 6:2, 19:24, 44:24
**needed** [3] - 11:19, 19:24, 21:6
**never** [2] - 22:12, 22:18
**new** [3] - 15:9, 15:13, 35:20
**news** [1] - 34:13
**newspaper** [1] - 47:16
**next** [11] - 11:9, 12:3, 12:12, 13:18, 13:20, 14:6, 15:22, 17:3, 23:18, 31:16, 32:19
**night** [4] - 13:16, 16:11, 17:15, 29:12
**nine** [3] - 13:15, 16:4, 16:11
**Nl** [1] - 14:3
**none** [2] - 16:13
**normal** [23] - 11:17, 12:20, 13:21, 14:3, 15:7, 16:14, 16:17, 17:10, 17:20, 17:23, 20:9, 20:13, 22:2, 28:17, 36:4, 37:4, 37:9, 37:14, 37:21, 40:11, 40:14, 40:17
**normally** [1] - 28:24

**North** [3] - 2:3, 2:7, 2:16
**Northern** [2] - 1:1, 5:6
**Northwest** [4] - 6:9, 17:11, 19:9, 35:10
**Nos** [2] - 3:9, 4:2
**nostril** [1] - 11:17
**notary** [2] - 1:14, 50:4
**Notary** [1] - 50:24
**notation** [1] - 39:3
**note** [7] - 10:22, 12:3, 23:18, 29:7, 29:12, 29:13
**noted** [12] - 11:6, 12:18, 16:18, 22:4, 22:8, 22:14, 22:24, 23:2, 23:7, 23:14, 26:6, 42:21
**notes** [1] - 42:20
**nothing** [2] - 36:8, 36:16
**noticed** [2] - 22:20, 35:19
**noticing** [1] - 22:23
**notified** [1] - 29:8
**November** [5] - 9:8, 10:1, 10:20, 11:10, 11:22
**number** [4] - 4:16, 31:16, 42:16, 47:18
**nurse** [13] - 11:14, 12:9, 13:19, 16:18, 16:20, 18:9, 18:12, 18:20, 18:23, 19:3, 20:7, 20:10, 23:10
**nurse's** [1] - 14:1
**nurses** [1] - 14:2

### O

**o'clock** [1] - 1:19
**O'connor** [1] - 2:6
**Object** [1] - 41:20
**object** [4] - 43:24, 44:8, 44:18, 48:6
**Objection** [4] - 22:15, 28:14, 42:3, 43:2
**objection** [4] - 43:5, 43:15, 44:10, 45:4
**observations** [1] - 10:10
**observe** [2] - 11:1, 18:3
**observed** [1] - 18:9
**obtained** [2] - 33:3, 34:13
**obviously** [1] - 46:5
**occasions** [3] - 27:2, 27:4, 27:7
**occur** [2] - 32:4, 41:18

**occurred** [3] - 38:23, 39:2, 39:11
**offhand** [1] - 9:5
**office** [22] - 9:19, 12:5, 12:15, 13:1, 15:22, 16:1, 18:13, 18:19, 21:10, 24:7, 26:4, 27:11, 27:23, 28:8, 28:20, 29:7, 29:18, 33:3, 33:6, 34:23, 38:18, 50:21
**officers** [4] - 4:17, 26:22, 31:2, 31:11
**Offices** [1] - 2:2
**Often** [1] - 9:16
**often** [1] - 14:11
**old** [6] - 9:6, 9:19, 9:20, 9:23, 18:7
**one** [16] - 7:3, 9:19, 9:20, 10:2, 11:17, 12:7, 12:8, 12:10, 13:15, 15:22, 16:12, 18:12, 32:1, 39:18, 42:17
**onset** [1] - 41:17
**opening** [1] - 11:3
**ophthalmic** [1] - 12:7
**opinions** [1] - 30:21
**opposing** [1] - 47:17
**otherwise** [1] - 27:12
**otitis** [1] - 17:13
**ounces** [3] - 13:11, 16:9, 17:9
**outline** [1] - 15:10
**overly** [1] - 44:2

### P

**Page** [2] - 3:2, 3:9
**page** [10] - 6:2, 7:3, 9:10, 10:8, 10:14, 12:4, 12:24, 33:1, 33:11, 33:12
**pain** [2] - 20:1, 20:2
**paragraph** [1] - 35:2
**parents** [2] - 10:6, 19:23
**Park** [4] - 1:6, 2:9, 4:16, 29:17
**part** [2] - 17:24, 22:2
**parties** [1] - 50:17
**partners** [1] - 6:15
**passed** [1] - 29:8
**patient** [5] - 10:5, 18:20, 18:21, 18:24, 19:1
**Pe** [2] - 14:3
**pediatrician** [5] - 7:9, 9:4, 9:14, 9:16, 9:24
**pediatrics** [1] - 40:17

Pediatrics [1] - 6:10
Pediatrix [1] - 13:21
pendency [1] - 47:7
penis [2] - 11:4, 11:5
per [2] - 13:11, 16:9
period [1] - 41:1
person [1] - 18:20
pertaining [1] - 1:12
petechia [4] - 22:17, 22:18, 22:19, 22:20
petechial [1] - 22:10
Peter [2] - 2:10, 31:8
pharmacists [1] - 12:10
pharyngitis [2] - 18:1, 18:3
pharynx [1] - 17:21
phone [7] - 6:2, 11:11, 11:14, 12:6, 24:5, 24:6, 24:13
phonetic [1] - 31:12
photocopy [1] - 27:17
photograph [2] - 27:16, 27:20
phrase [2] - 25:18, 25:22
physical [7] - 13:20, 16:14, 17:20, 22:3, 23:6, 46:17, 46:20
physically [1] - 27:9
physician [2] - 24:17, 25:2
physicians [2] - 19:13, 24:18
picked [2] - 38:21, 44:15
picking [1] - 38:19
picture [1] - 28:8
pictures [1] - 28:9
pink [2] - 12:11, 15:15
Plaintiff [1] - 1:4
plaintiff [2] - 2:5, 39:19
plan [2] - 18:3, 21:2
Pm [2] - 1:19, 34:24
point [1] - 26:7
police [13] - 4:17, 26:6, 26:22, 31:2, 31:15, 35:1, 35:13, 35:23, 36:5, 36:24, 38:1, 38:5, 38:7
Police [7] - 2:14, 29:17, 31:11, 31:22, 32:2, 38:9, 38:18
policemen [1] - 31:23
Polytrim [1] - 12:7
pose [1] - 5:11
positive [2] - 32:9, 32:18
possession [2] - 8:11,

8:13
possible [2] - 42:24, 49:5
possibly [2] - 20:23, 32:19
post [1] - 21:1
post-nasal [1] - 21:1
pounds [1] - 17:9
practice [3] - 6:12, 6:14, 37:14
practiced [1] - 7:13
practicing [1] - 6:21
practitioner [2] - 6:17, 6:19
prescribe [2] - 19:20, 19:22
prescribed [4] - 12:7, 20:4, 20:18, 36:15
prescription [1] - 35:17
presence [1] - 28:10
present [7] - 4:19, 7:18, 21:16, 26:11, 26:20, 27:5, 46:21
presented [1] - 46:20
previously [4] - 7:1, 8:8, 20:4, 20:18
privileges [2] - 7:20, 24:11
problems [3] - 10:22, 36:3, 36:12
Procedure [2] - 1:11, 5:5
progress [1] - 41:8
provide [1] - 30:18
provided [2] - 34:21, 38:1
public [2] - 1:14, 50:4
Public [1] - 50:24
pupil [1] - 41:10
pupils [8] - 36:3, 37:4, 37:5, 37:8, 37:13, 37:15, 37:18, 37:21
purpose [2] - 1:13, 10:19
pursuant [3] - 1:10, 4:7, 5:4
put [1] - 16:14

## Q

quarters [1] - 16:3
questions [11] - 5:9, 5:19, 14:17, 14:18, 31:3, 33:16, 39:14, 39:17, 46:24, 47:17, 48:19
quotation [1] - 30:18

## R

Ramson [10] - 2:15, 4:9, 43:24, 44:18, 45:5, 45:8, 45:11, 45:23, 48:6, 48:18
Randolph [1] - 2:12
range [1] - 41:16
read [7] - 5:18, 11:13, 13:4, 13:24, 34:17, 37:23, 47:16
reading [2] - 29:20, 50:12
ready [1] - 19:1
realize [1] - 49:6
reason [8] - 30:18, 36:18, 36:22, 37:7, 37:10, 39:10
reasonable [4] - 30:23, 41:15, 48:3, 48:12
received [1] - 24:5
receiving [1] - 24:13
recheck [1] - 17:16
recognize [2] - 27:19, 33:4
recognizing [1] - 40:3
recollection [5] - 8:19, 14:22, 14:24, 33:7, 37:12
record [6] - 5:23, 6:3, 6:7, 11:13, 44:24, 50:10
recorded [2] - 11:12, 50:8
records [12] - 8:3, 8:7, 8:10, 8:12, 8:16, 8:18, 9:1, 19:9, 22:5, 22:24, 26:24, 38:13
red [2] - 17:21
redness [3] - 20:22, 30:9, 36:5
reduced [1] - 50:9
reference [1] - 34:2
reflected [1] - 16:19
refuse [2] - 44:22, 45:7
regarding [4] - 12:18, 16:20, 16:21, 19:13
relationship [1] - 21:15
relative [2] - 50:16, 50:17
released [1] - 35:19
remaining [1] - 15:21
remember [7] - 21:17, 24:6, 25:22, 26:17, 31:23, 31:24
remind [2] - 5:1, 40:20
reminded [1] - 8:24

rephrase [1] - 5:13
report [12] - 29:20, 31:15, 32:23, 32:24, 35:6, 35:15, 37:23, 38:5, 38:12, 39:4, 39:9
report's [1] - 34:18
reported [5] - 29:22, 29:24, 30:4, 30:8, 30:12
Reporter [1] - 1:16
represent [1] - 4:16
representing [1] - 47:6
request [1] - 18:16
residency [4] - 40:18, 40:21, 42:12, 42:18
resolved [2] - 23:16, 48:13
respond [1] - 15:12
responded [2] - 36:3, 37:4, 37:9
responsible [2] - 15:1, 15:3
rest [1] - 17:22
result [1] - 19:11
retina [1] - 22:19
retinal [5] - 22:18, 24:2, 25:9, 34:2, 34:14
returned [1] - 26:4
review [4] - 8:3, 8:6, 8:16, 19:9
reviewed [1] - 9:1
reviewing [3] - 7:6, 8:14, 8:18
Reyes [7] - 24:24, 25:6, 25:12, 25:14, 25:24, 26:2, 34:15
Rick [3] - 1:3, 4:18, 39:19
Road [3] - 1:17, 6:22, 35:11
room [5] - 24:16, 24:17, 32:6, 32:7, 34:16
Roselle [1] - 35:11
routine [1] - 16:15
Rules [4] - 1:11, 5:5, 5:7
rules [1] - 5:2
runs [1] - 44:3

## S

Sable [1] - 28:7
Saint [3] - 7:23, 23:24, 24:8
saline [1] - 11:17
saw [7] - 19:16, 27:1,

29:2, 29:24, 32:12, 42:22, 49:1
Sc [1] - 6:10
Schaumburg [7] - 1:17, 6:22, 6:23, 34:23, 35:11, 38:19
Schrik [19] - 8:7, 8:10, 8:20, 8:23, 8:24, 9:4, 9:22, 10:1, 10:4, 10:17, 14:8, 14:23, 26:10, 27:21, 32:13, 34:22, 39:22, 42:21, 49:1
Schrik's [1] - 33:5
seal [1] - 50:21
second [1] - 33:12
see [12] - 9:5, 9:18, 16:4, 17:17, 18:20, 19:1, 20:15, 26:10, 29:5, 30:1, 34:2, 41:4
seeing [2] - 9:3, 9:13
seem [1] - 20:2
sees [1] - 9:16
seizure [1] - 41:9
sending [1] - 25:8
sense [1] - 5:10
sentence [3] - 35:3, 35:4, 35:5
September [36] - 6:18, 17:3, 17:12, 18:6, 18:13, 18:14, 19:11, 19:14, 19:17, 21:11, 22:1, 22:14, 23:3, 23:15, 23:19, 25:20, 26:9, 26:8, 28:13, 28:20, 28:24, 29:3, 29:9, 30:1, 32:8, 34:23, 35:9, 37:13, 39:23, 42:22, 43:22, 45:21, 47:21, 48:5, 48:14, 49:2
Sergeant [8] - 29:16, 29:21, 31:21, 32:24, 33:2, 34:21, 37:2, 37:4
set [1] - 50:21
Seth [1] - 28:7
seven [1] - 42:6
severe [2] - 44:3, 48:1
shake [1] - 5:15
shaken [5] - 25:16, 25:19, 40:3, 40:6, 45:19
sheet [2] - 32:23, 33:21
Shorthand [1] - 1:16
shoulders [1] - 5:15
show [2] - 27:16, 32:21

showed [2] - 15:7, 26:18
shown [1] - 13:24
shrug [1] - 5:15
sick [1] - 17:6
sign [1] - 30:2
signed [1] - 13:19
significance [1] - 12:19
signing [1] - 50:13
Similac [1] - 13:11
sitters [1] - 35:21
Sitting [1] - 37:11
six [2] - 13:2, 14:10
six-month [2] - 13:2, 14:10
sizes [1] - 41:10
skills [2] - 15:10, 15:13
skin [2] - 22:17, 22:20
slapped [1] - 45:19
sleeping [2] - 13:15, 16:11
solo [2] - 6:16, 6:19
someone [1] - 34:10
sometime [2] - 39:6, 40:24
sore [2] - 18:2, 20:23
sort [1] - 9:14
Sounds [1] - 5:24
sounds [1] - 36:6
South [1] - 35:11
speaking [3] - 34:10, 38:7, 38:9
specialized [3] - 40:2, 40:9, 40:12
speculation [5] - 22:15, 41:21, 43:2, 44:1, 48:7
spell [1] - 6:6
spend [3] - 14:7, 18:24, 39:21
spending [1] - 25:23
Ss [1] - 50:1
stages [1] - 15:9
stamp [2] - 12:12, 13:7
standard [1] - 36:14
start [1] - 31:14
started [1] - 45:20
State [12] - 1:15, 1:16, 2:11, 2:14, 7:14, 31:10, 31:22, 32:2, 38:9, 38:18, 50:1, 50:5
state [3] - 6:6, 48:3, 48:12
States [2] - 1:1, 1:12
states [2] - 34:21, 35:6

stating [1] - 25:14
status [1] - 41:7
staying [1] - 10:8
stemming [1] - 8:22
stenographically [1] - 50:8
Steve [2] - 31:12
still [2] - 12:21, 17:14
stopping [1] - 41:9
Storer [1] - 2:16
Street [4] - 2:3, 2:7, 2:12, 2:16
strike [2] - 8:14, 21:9
subdural [2] - 24:1, 34:1
subpoena [1] - 4:8
subsequent [1] - 32:16
suctioning [1] - 11:18
suffered [2] - 25:15, 40:10
suffering [4] - 41:4, 42:10, 48:5, 49:6
suggest [2] - 44:5, 46:6
suggested [2] - 11:19, 27:12
Suite [3] - 2:3, 2:7, 2:16
summary [7] - 35:1, 35:13, 36:8, 36:19, 36:23, 37:2, 37:24
supposed [1] - 15:11
suspect [1] - 27:8
suspicion [1] - 36:12
sustained [1] - 43:21
Suzanne [2] - 1:14, 50:3
Swear [1] - 4:4
swelling [1] - 45:20
sworn [3] - 4:5, 4:12, 50:6
symptom [4] - 41:12, 42:24, 43:13, 47:22
symptoms [11] - 11:15, 11:16, 13:17, 15:6, 40:6, 41:4, 41:17, 42:7, 47:18, 47:20, 49:1
syndrome [4] - 25:16, 25:19, 40:3, 40:6

**T**

table [1] - 16:6
tap [1] - 16:7
teach [1] - 15:9
teething [4] - 17:22, 20:1, 43:8, 47:23
temperature [5] -

11:15, 17:10, 19:4, 19:8, 35:8
ten [2] - 16:11, 19:2
test [1] - 16:16
testified [2] - 4:12, 32:11
testify [1] - 50:6
testimony [2] - 28:6, 50:11
tests [2] - 25:9, 46:21
three [5] - 9:15, 12:8, 13:16, 16:3, 31:10
three-quarters [1] - 16:3
throat [10] - 17:21, 18:2, 20:23, 21:1, 30:10, 36:4, 37:17, 43:9, 47:24
today [5] - 4:19, 5:12, 7:17, 30:22, 37:11
today's [1] - 8:4
took [3] - 11:14, 19:3, 28:7
toward [1] - 15:4
training [7] - 40:2, 40:9, 40:11, 40:12, 40:14, 40:16, 40:23
transcribed [1] - 50:9
transcript [1] - 5:18
trauma [1] - 44:4
treat [2] - 12:10, 20:19
treated [4] - 11:22, 40:5, 42:10, 42:18
Treatment [2] - 17:11, 19:10
treatment [1] - 42:12
true [6] - 30:2, 30:6, 30:14, 30:19, 30:20, 50:10
trust [1] - 7:3
truth [1] - 50:7
Try [2] - 5:14, 5:20
try [1] - 5:21
trying [4] - 15:9, 15:12, 15:13, 45:8
Tuesday [1] - 35:8
tugging [1] - 17:15
twice [1] - 16:10
two [14] - 4:24, 9:6, 9:15, 9:23, 12:8, 13:15, 13:16, 13:18, 13:20, 16:12, 17:12, 21:12, 26:1
Tylenol [7] - 11:19, 17:19, 19:18, 19:23, 20:5, 21:5, 35:18
tympanic [1] - 17:20
typewriting [1] - 50:9
typically [2] - 14:7, 18:24

**U**

Ultimately [1] - 5:17
ultimately [1] - 8:23
Under [1] - 19:6
Underneath [1] - 13:7
understood [1] - 5:12
United [2] - 1:1, 1:11
unresponsive [1] - 23:5
up [14] - 7:4, 12:22, 14:2, 17:15, 18:5, 25:19, 31:2, 35:7, 38:19, 38:21, 44:15, 47:2, 48:17, 48:22
ups [1] - 47:1
urethra [1] - 11:3
Urgent [1] - 35:10

**V**

vaccine [1] - 13:22
vague [5] - 28:14, 44:2, 44:14, 44:19, 45:13
vegetables [1] - 13:13
verbalized [1] - 11:20
Village [4] - 1:6, 2:9, 4:16, 7:22
viral [3] - 18:2, 30:5, 36:14
virus [1] - 18:2
visit [21] - 10:19, 11:7, 11:9, 12:5, 12:15, 12:17, 12:21, 13:1, 16:1, 16:2, 17:3, 17:5, 17:6, 19:11, 19:14, 21:19, 28:21, 32:15, 39:22, 47:21, 48:14
visited [1] - 32:12
visits [3] - 15:21, 21:18, 21:23
vitae [1] - 7:2
vomiting [1] - 41:8
vs [1] - 1:5

**W**

waived [1] - 50:13
waking [1] - 17:15
warrant [1] - 48:1
water [2] - 16:7, 16:8
ways [1] - 46:6
week [2] - 9:19, 9:20
weighed [1] - 17:8
weight [2] - 13:9, 16:5
wellness [1] - 14:9
West [1] - 2:12
Whereof [1] - 50:20

whole [1] - 50:7
wise [1] - 17:1
wish [1] - 7:7
Witness [12] - 3:2, 4:5, 22:16, 41:23, 42:4, 43:6, 43:17, 44:21, 45:6, 46:1, 48:9, 50:20
witness [4] - 4:4, 4:11, 50:11, 50:14
woke [1] - 35:7
words [2] - 17:7, 46:18
wrap [1] - 47:2
written [2] - 13:5, 23:23
wrote [4] - 29:13, 34:6, 34:7

**Y**

years [1] - 4:24
yogurt [1] - 13:14
yourself [2] - 12:18, 23:11

**Z**

zero [1] - 16:19

ALBERT HASSON, MD, FAAP

NORTHWEST PEDIATRICS, SC
19 E. Schaumburg Road
Schaumburg, IL 60194
(847) 895-9800

## CV of Albert Hasson MD FAAP

**Address:** 4139 Terri-lyn Lane
Northbrook, Illinois 60062-4938

## PEDIATRICIAN

**Experience:**

1985-PRESENT — Private practice physician in general pediatrics at Northwest Pediatrics, SC, 19 E Schaumburg Rd, Schaumburg, IL 60194 from 12/98 until present
Location of office from 7/85 until 12/98 was Northwest Pediatrics SC, 490 W Lake St, Roselle, IL 60172

1982-1985 — Combined internship/residency in general pediatrics at Loyola University Medical Center, Maywood, IL

**Education:**

1979-1982 — MD degree at University of Illinois Medical Center, Chicago, IL

1977-1982 — BA degree in Biology and Psychology at Northwestern University, Evanston, IL

**Place of Birth:** Chicago. IL       **SSN:** ████████

**Professional Organizations:**

Fellow of the American Academy of Pediatrics

**Certification:**

American Board of Pediatrics November, 1987
exempt from recertification

**Staff Privileges:**

Alexian Bros Medical Center, Elk Grove Village, IL
1985-Present
St Alexius Medical Center, Hoffman Estates, IL
1986-1992 and 2001-present



Hasson
DEPOSITION EXHIBIT
1   ED
12-16-08

# Vaccine Administration Record

| Patient Name | Joshua Schrik |
|---|---|

Birth Date _____

Record # _____

Clinic Name/Address

**Albert Hasson MD FAAP**
19 E Schaumburg Rd
Schaumburg, IL 60194
(847) 895-9800

I have received vaccine information material from the Centers for Disease Control and Prevention and have read, or have had explained to me, information about the vaccines listed below. I have had a chance to ask questions that were answered to my satisfaction. I believe I understand the benefits and risks of these vaccines and ask that the vaccine(s) listed below be given to the person named above for whom I am authorized to make this request.

| Vaccine* | Date Given m/d/y | Age | Site† | Source of Vaccine (F,S,P)‡ | Vaccine Manufacturer | Vaccine Lot Number | Vaccine Information Materials Publ. Date | Signature of Vaccine Administrator | Signature of Parent/Guardian |
|---|---|---|---|---|---|---|---|---|---|
| DTaP 1 or DT | 11/23/04 | 2mo | LT | | SKB Pediary | 21924A2 — VFC | | ✗ — | ✗ |
| DTaP 2 or DT | 1/19/05 | 4mo | LT | | SKB Pediary | 21924A2 VFC | | ✗ — | ✗ |
| DTaP 3 or DT | 3/16/05 | 6mo | RT | | SKB pediary | 21924A2 — VFC | | ✗ | |
| DTaP 4 or DT | | | | | | | | | |
| DTaP 5 or DT | | | | | | | | | |
| PnuCon 1 | | | | | | | | | |
| PnuCon 2 | | | | | | | | | |
| PnuCon 3 | | | | | | | | | |
| PnuCon 4 | | | | | | | | | |
| Hib 1 | 11-23-04 | 2mo | RT | ActHib | Merck | UE177A — VFC | | ✗ — | ✗ |
| Hib 2 | 1-19-05 | 4mo | RT | Act Hub | Merck | UE177AA — VFC | | ✗ | ✗ |
| Hib 3 | | | | | | | | | |
| Hib 4 | | | | | | | | | |
| IPV 1 | 11-23-04 | 2mo | LT | | SKB Pediary | 21924A2 — VFC | | ✗ | |
| IPV 2 | 1-19-05 | 4mo | LT | | SKB Pediary | 21924A2 — VFC | | ✗ | |
| IPV 3 | 3-16-05 | 6mo | RT | | SKB pediary | 21924A2 — VFC | | ✗ | |
| IPV 4 | | | | | | | | | |
| MMR 1 | | | | | | | | | |
| MMR 2 | | | | | | | | | |
| Hep B 1 | 11-23-04 | 2mo | LT | | SKB Pediary | 21924A2 — VFC | | ✗ | |
| Hep B 2 | 1-19-05 | 4mo | LT | | SKB Pediary | 21924A2 — VFC | | ✗ | |
| Hep B 3 | 3-16-05 | 6mo | RT | | SKB pediary | 21924A2 — VFC | | ✗ | |
| Var 1 | | | | | | | | | |
| Var 2 | | | | | | | | | |
| Td | | | | | | | | Hasson | |
| TT | | | | | | | | | |
| PnuPS | | | | | | | | | |

DEPOSITION EXHIBIT
2 TO
12-16-08 JO

* Abbreviations for vaccines based on AAP listing, p. 1071, *Pediatrics*, vol. 103, no. 5, May 1999
†Site Legend
RA = Right Arm    RT = Right Thigh
LA = Left Arm     LT = Left Thigh
‡F = Federal, S = State, P = Private

©2000 Wyeth-Ayerst Laboratories

Printed in U.S.A.

June 2000    06461-00

Hasson Group #2

Brought to you as a courtesy of

*Prevnar*™
Pneumococcal 7-valent Conjugate Vaccine
(Diphtheria CRM₁₉₇ Protein)

Joshua Schrik

MAR 1 6 2005    6mo          9/14/05 expired last night 8:02

HT 26½"    WT-17#10oz    HC 45½

Drinks similac 40oz /day, eats cereal
in AM, lunch + dinner, eats all fruits,
vegetables + some meats. little yogurt
BM 1-2 day's. Sleeps 9° night. Naps
2-3x/day. Allergies ∅, MEDS P ∅
PE- wnl
Ⓐ well  Ⓟ Pediarix #3 given ∅
                      af

        JUN 1 3 2005
8¾ mo
WT 19# 11 oz    HT 28¾"    HC 47.0 cm
diet: table + baby food
p/juice: tap H2O c Fe, juice
milk: Enfamil c Fe 16 oz/d
bm: 2x/day
sleep: 9-10hrs noc  2 naps 1-2 hrs
seizures: ∅
dev: ∅
PE-n
Ⓐ well  Ⓟ Hemoglobin 13.9
                af

      SEP 0 8 2005    11 mo
22# 4oz c clothes    T 97.1 ax
seen Ravenswood TX Center
16 c otitis  fever - an
Amoxil - still up @ noc
tugging @ ear
meds: Amoxil, Motrin Tylenol
PE-nl T'n's, pharynx red, teething molars
   rest n/l x bruise @ forehead
Ⓐ pharyngitis viral
Ⓟ Observe     finish amox
        af
9/9/05 taken to SAMC for lethargy,
   apnea. Dx subdural hematoma c
       retinal hemorrhage     af

2

Name: Joshua Schock    Birth Date: 9-22-04

NOV 23 2004  2 MO. OLD

| | | |
|---|---|---|
| Height 22¾ Weight 10# 2oz Temperature | BM 2-3 day  Sleeps: 10° night c | |
| Head H.C. 40cm | 2 feeding at night.  Naps: 3x Day - | |
| Eyes | 1½-2 each  into 0,  Allergies 0, MEDS | |
| Ears | | |
| Nose | FH - OCA, OOM, many OM | |
| Mouth | | |
| Teeth | SH - lives c mom + grandmother | |
| Vitamin/fluoride supplement needed: Yes ☐ No ☐ | grandmother smokes. [single | |
| Throat | mom, defnd involved] | |
| Neck | | |
| Chest | well | |
| Heart | fine hypospadias | |
| Lungs clean | pediarix #1  VFC  given | |
| | HIB #1 | |
| Abdomen soft c masses | VFC | |
| | 11/30/04 COLD ex. 0 Temp. Nasal ex | |
| Genitalia circ, testes ll mild 1° hypospadias | instructed to use  gtt NS each | |
| Extremities | nare c bulb ony,  Eating well Tylenol | |
| | PRN Verbalizes understanding | |
| Skin | 1/19/05 polytrim opth drops #1 bottle | |
| Back | 1-2 drops each eye TID 5d | |
| Adenopathy | Rx called in 630-630-0002 | |
| Deep reflexes | | |
| Superficial reflexes | JAN 19 2005  4 mo — well | |
| Nuchal rigidity | H + 25"  W + 15# 5oz  HC = 43¾ | |
| Posture | Infant 30-36 oz day. Rice | |
| Development | cereal. BM 1-2 day  Sleeps. | |
| Nourishment | 7° in cot +  Naps 2-3 day  MEDS - polyte | |
| Vitamin supplement used: Yes ☐ No ☐ | Eyes improving c drops. | |
| Blood count | | |
| Urinalysis  2 MO. OLD | PE - nl hypospadias 1° | |
| Born at SAMC  7#, 19" - Full-Term | well | |
| Vag. delivery. 0 Birth problem | pediarix #2 ②  VFC | |
| Breast fed. 3-4 x day. weaning. | HIB #2 ® | |
| Enfamil lipil 24oz (aprox) 0 Foods | | |

1990. 1997 Mead Johnson & Company, Evansville, Indiana 47721 U.S.A.

3

# BOYS BIRTH TO 36 MONTHS
**WEIGHT FOR AGE &**
**LENGTH FOR AGE**

NAME Joshua Schrik      RECORD # 9-22-04



| Date | Age in Months | Recumbent Length | Weight | Head Circumference |
|------|---------------|------------------|--------|--------------------|
|      |               |                  |        |                    |
|      |               |                  |        |                    |
|      |               |                  |        |                    |

| Date | Age in Months | Recumbent Length | Weight | Head Circumference |
|------|---------------|------------------|--------|--------------------|
|      |               |                  |        |                    |
|      |               |                  |        |                    |
|      |               |                  |        |                    |

Department of Health, Education, and Welfare, Public Health Service
Health Resources Administration. National Center for Health Statistics, and Center for Disease Control

BOYS: BIRTH TO 36 MONTHS
HEAD CIRCUMFERENCE FOR AGE &
WEIGHT FOR LENGTH

NAME Joshua Chirk

RECORD #



Distributed by
**Mead Johnson**
N U T R I T I O N A L S

Maker of:
Enfamil®, Lacto*free*®, ProSobee® and Nutramigen®
Formulas for Baby's First Year and Beyond
Pregestimil®, Infalyte®, Poly-Vi-Flor®, and Tri-Vi-Sol®

5

Please print or type

Illinois Department of Public Health
## Patient Eligibility Screening Record
Vaccines for Children (VFC) Plus Program

Date: 11/23/04

Patient: _Schrik_____ _Joshua_____ _A_.
Last Name            First Name            MI

Date of Birth: 9/22/04

Parent/Guardian/
Individual of Record: _Schrik_____ _Jennifer_____ _D_.
Last Name            First Name            MI

Provider: NORTHWEST PEDIATRICS, S.C.
~~10 E. SCHAUMBURG ROAD~~
SCHAUMBURG, IL 60194

A record must be kept in the health care provider's office that reflects the status of all children 18 years of age or younger, who receive immunization through the VFC Plus Program. The record may be completed by the parent, guardian or individual of record, or by the health care provider. This same record may be used for all subsequent visits as long as the child's eligibility status has not changed. While verification of response is not required, it is necessary to retain this or a similar record for each child receiving vaccine.

The parent or guardian has stated that this child qualifies for vaccination through the Vaccines for Children (VFC) Plus Program because he or she (check only one box):

(a)     Is enrolled in Medicaid            ☐

(b)     Does not have health insurance       ☒

(c)     Is American Indian or Alaskan Native    ☐

(d)     Is underinsured (health insurance <u>does</u>
not pay for immunizations)*          ☐

*Persons with immunization coverage after deductibles or co-payments DO NOT qualify
The above eligibility status information was provided by me to my child's health care provider.

_____      11/22/04
Signature of Parent or Legal Guardian           Date

A record of all children 18 years of age or younger who receive VFC Plus vaccines must be kept in the health care provider's office. The record may be completed by the parent, guardian, individual of record, or by the health care provider. The same record will satisfy the requirements for subsequent vaccinations, as long as the child's eligibility status has not changed. While verification of responses is not required, it is necessary to retain this record for each VFC Plus eligible child receiving vaccine.

NORTHWEST PEDIATRICS, SC

ALBERT HASSON, MD, FAAP
IRINA TROSMAN, MD

19 EAST SCHAUMBURG ROAD
SCHAUMBURG, ILLINOIS 60194
TELEPHONE: (847) 895-9800

*RECEIPT OF NOTICE OF PRIVACY PRACTICES FORM*

I _Jennifer Schik_ _(parent or legal guardian)_, hereby
acknowledge receipt of the physician's Notice of Privacy Practices. The Notice of
Privacy Practice provides detailed information about how the practice may use and
disclose my confidential information.

I understand that the physician has reserved the right to change his or her privacy
practices that are described in the Notice. I also understand that a copy of any Revised
Notice will be provided to me or made available upon my request.

Signed _Jennifer D. Schik_     date _11/23/04_

Children's names: _Joshua Schik_

_"DANIELLE"_

7

**NORTHWEST PEDIATRICS**

DATE 11/23/04

1. Child's **FULL LEGAL NAME** Joshua A. Schrik
   Birth date 9/22/04

2. Names of **other** children in family and birth dates

   _____

   _____

3. Does your child have any allergies? Yes _____ No _____ Don't know X
   Please list allergies and Medications taken: _____

   _____

4. Name & phone number to call in case of emergency. **Other than parents.**
   Nancy Schrik                           phone # 630-855-0633 oe
   Relationship to patient Grandmother          cell # 630-936-1357

   Parent's marital status _____ married _____ divorced X single _____ widowed

5. **Full name of person RESPONSIBLE FOR BILLS**

   Jennifer D. Schrik          social sec. # 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

   **COMPLETE ADDRESS** 249 Jervey Lane

   TOWN Bartlett          ZIP CODE 60103

   PHONE # 630 855-0633          relationship to patient mother

   ***********************************************************************

   Patient's home address (**if same as above, leave blank**)

   _____ TOWN _____

   ZIP CODE _____ phone number w/area code _____

   **PLEASE TURN OVER**

8

The following questions must be answered COMPLETELY If we are filing your insurance, CLAIMS CANNOT BE SUBMITTED without required information.

**Primary** Insurance plan name _____

POLICY HOLDERS NAME: _____

BIRTH DATE_____(of policy holder)

insurance group # _____ CO-PAY $_____

SOCIAL SECURITY # _____

INSURANCE EFFECTIVE DATE _____
NAME OF
EMPLOYER/COMPANY_____
ADDRESS_____PHONE# (___) _____

MOTHER'S NAME & BIRTH DATE_____

FATHER'S NAME & BIRTH
DATE_____

******Please be aware, if there is another person responsible for bills, you will have to make billing arrangements, Due to computer billing limitations, only **one** name can appear on the account, and that name will be the insurance policy holder if we are filing insurance claims. Monthly Statements will also go to the policy holder.

READ CAREFULLY:

All co-pays are due at time of service or there will be a $5 fee to bill you. Failure to comply with insurance contracts or office policy, will result in your plan not being accepted by this office. Any accounts over 90 days old that are not brought current will be sent to a collection agency and future appointments will be denied. There will be a charge for any appointments missed without a call to cancel. **You are responsible for notifying us of any changes in address, phone number, insurance plans, etc.** There will be a $5 fee to re-file insurance claims if you have not updated us on current insurance information and we are filing with outdated information. There will be a fee of $5 to re-file insurance claims more than once.

Signature parent or legal guardian___Jennifer D. Schill_____

9

**ILLINOIS STATE POLICE**
*Division of Administration*

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I, _Jennifer Danille Schrik_ DOB: _9/3/82_

SSN: _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_ Address: _249 Jervey Ln, BARTLETT, IL_

_____ ,do hereby authorize full disclosure of all medical records concerning
myself and minor children in my custody to any duly authorized agent of the Illinois State Police,
whether the said records are of a private, public, or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of any and all medical
records pertaining to medical treatment that may have been performed by or may pertain to services rendered
to myself and minor children in my custody by hospitals, clinics, physicians, dentists, and the U.S. Veteran's
Administration.

I have read and fully understand the contents of this "Authorization for Release of Medical
Information".

Names of my children:

_JOSHUA A. SCHRIK_ DOB: _9/22/04_

_____ DOB: _____

_____ DOB: _____

Signature _Jennifer Danille Schrik_ Date _9/9/05_

Witness _Ufr Cat #126 (HPPD)_ Date _9/9/05_



Hasson

DEPOSITION
EXHIBIT
3
12-16-08

# ILLINOIS STATE POLICE
## INVESTIGATIVE REPORT

JUVENILE

| File#: | Reporting/Incident Date(s): | Reporting Agent(s): | ID#: | Dictated/LEAD #: |
|---|---|---|---|---|
| 05 17491 CH | 09/09/05 thru 09/10/05 | Cardona    # 3213 | | |

| Title: | Case Agent:  ID#: | Office: | Typed | Date: |
|---|---|---|---|---|
| Joshua Schrik    (JS) | Cardona    # 3213 | Z-1 CH | sjc | 09/12/05 |

Purpose:

To document the interview of Doctor Hasson

On September 9, 2005, at approximately 9:03 a.m., the Hanover Park Police Department (HPPD), received a 911 call from 1434 Laurie Lane, Hanover Park, Illinois. The caller RICK ALEMAN, M/W, DOB: 10-02-68, operated an unlicensed day care facility out of his residence. ALEMAN told the 911 operator that the victim, JOSHUA SCHRIK, (JS), M/W, DOB: 09-22-04, was having difficulty breathing. Moments later, ALEMAN reported SCHRIK had stopped breathing. The Hanover Park Fire Department (HPFD), transported SCHRIK to Saint Alexius Hospital, 1555 Barrington Road, Hoffman Estates, Illinois. At approximately 10:30 a.m., HPPD requested the assistance of the Illinois State Police, Child Victimization Unit.

On Friday, September 9, 2005, Reporting Agent (R/A), Sgt. Cardona along with HPPD Detective Todd Carlson interviewed Doctor Albert Hasson at St. Alexius Hospital in Hoffman Estates, Illinois. Dr. Hasson has a private practice, Northwest Pediatrics, 19 East Schaumburg Road, Schaumburg, Illinois, TX: 847-895-9800, and is currently Joshua's pediatrician. The following is a summary and not verbatim of the interview.

Dr. Hasson stated Danille Schrik brought Joshua to his office in Schaumburg on September 8, 2005 at approximately 2:45 pm. Dr. Hasson was told by Danille, Joshua woke up with a 103 degree temperature on Tuesday, September 6, 2005. Danille had taken Joshua to the Northwest Community Hospital 24 hour Urgent Care Center, 519 South Roselle Road, Schaumburg, Illinois. Danille indicated Joshua was diagnosed with an ear infection, Danille was given a prescription for amoxicillin, told to give Joshua Tylenol for the fever and were released. Dr. Hasson noticed a bruise on the forehead which he indicated looked new. Danille told him Joshua had fallen at the sitters. Dr. Hasson examined Joshua finding the ears to be clear of any infection. He found no problems with the eyes, the pupils responded normal. He examined the throat and found some redness. Dr. Hasson indicated Joshua was acting "normal", he had no suspicion of any problems with the bump on the forehead. Dr. Hasson's diagnoses was Joshua had a standard viral infection and he told Danille to continue with the prescribed medication. Dr. Hasson could add nothing further at this time the interview was concluded.

On Saturday, September 10, 2005, R/A went to Northwest Pediatrics, 19 East Schaumburg Road, Schaumburg, Illinois with a signed medical release from Danille Schrik and obtained a copy of Joshua's medical records (see attached).

ATTACHMENTS:
Copy of Joshua's medical records from Northwest Pediatrics consisting of six pages

Hasson

DEPOSITION
EXHIBIT
4
12-16-08

Dissemination:

This document contains neither recommendations nor conclusions of the Illinois State Police.
It and its contents are not to be disseminated outside your agency.

493-0117

ISP 4-3 (02/02)

ISP: 00017

# BOYS BIRTH TO 36 MONTHS
WEIGHT FOR AGE &
LENGTH FOR AGE

NAME _Joshua Schrik_        RECORD # _9-22-04_



| Date | Age in Months | Recumbent Length | Weight | Head Circumference | | Date | Age in Months | Recumbent Length | Weight | Head Circumference |
|------|---------------|------------------|--------|--------------------|---|------|---------------|------------------|--------|--------------------|
|      |               |                  |        |                    | |      |               |                  |        |                    |
|      |               |                  |        |                    | |      |               |                  |        |                    |
|      |               |                  |        |                    | |      |               |                  |        |                    |

Department of Health, Education, and Welfare, Public Health Service
Health Resources Administration, National Center for Health Statistics

ISP:00011

9-22 e

# BOYS: BIRTH TO 36 MONTHS

HEAD CIRCUMFERENCE FOR AGE &
WEIGHT FOR LENGTH

NAME Joshua Chrik    RECORD #



Distributed by
**Mead Johnson**
NUTRITIONALS

Maker of:
Enfamil®, Lactofree®, ProSobee® and Nutramigen®
Formulas for Baby's First Year and Beyond
Pregestimil®, Infalyte®, Poly-Vi-Flor®, and Tri-Vi-Sol®

ISP: 00012    12

L-849-11-94

Please print or type

Illinois Department of Public Health
# Patient Eligibility Screening Record
### Vaccines for Children (VFC) Plus Program

Date: 11/23/04

Patient: Schrik                 Joshua                 A
         Last Name              First Name             MI

Date of Birth: 9/22/04

Parent/Guardian/
Individual of Record: Schrik        Jennifer        D
                      Last Name     First Name      MI

Provider: NORTHWEST PEDIATRICS, S.C.
          10 E. SCHAUMBURG ROAD
          SCHAUMBURG, IL 60194

A record must be kept in the health care provider's office that reflects the status of all children 18 years of age or younger, who receive immunization through the VFC Plus Program. The record may be completed by the parent, guardian or individual of record, or by the health care provider. This same record may be used for all subsequent visits as long as the child's eligibility status has not changed. While verification of response is not required, it is necessary to retain this or a similar record for each child receiving vaccine.

**The parent or guardian has stated that this child qualifies for vaccination through the Vaccines for Children (VFC) Plus Program because he or she (check only one box):**

(a)   Is enrolled in Medicaid                         ☐

(b)   Does not have health insurance                  ☒

(c)   Is American Indian or Alaskan Native            ☐

(d)   Is underinsured (health insurance does
      not pay for immunizations)*                     ☐

*Persons with immunization coverage after deductibles or co-payments DO NOT qualify
The above eligibility status information was provided by me to my child's health care provider.


Jennifer D Schrik                                    11/22/04
Signature of Parent or Legal Guardian                Date

A record of all children 18 years of age or younger who receive VFC Plus vaccines must be kept in the health care provider's office. The record may be completed by the parent, guardian, individual of record, or by the health care provider. The same record will satisfy the requirements for subsequent vaccinations, as long as the child's eligibility status has not changed. While verification of responses is not required, it is necessary to retain this record for each VFC Plus eligible child receiving vaccine.

ISP:00013                13

# Vaccine Administration Record

Patient Name: _Joshua Schick_

Birth Date: _____

Record #: _____

Clinic Name/Address: _____

I have received vaccine information material from the Centers for Disease Control and Prevention and have read, or have had explained to me, information about the vaccines listed below. I have had a chance to ask questions that were answered to my satisfaction. I believe I understand the benefits and risks of these vaccines and ask that the vaccine(s) listed below be given to the person named above for whom I am authorized to make this request.

| Vaccine* | Date Given m/d/y | Age | Site† | Source of Vaccine (F,S,P)‡ | Vaccine Manufacturer | Vaccine Lot Number | Vaccine Information Materials Publ. Date | Signature of Vaccine Administrator | Signature of Parent/Guardian |
|---|---|---|---|---|---|---|---|---|---|
| DTaP 1 or DT | 11/23/04 | 2mo | LT | Pediarix SKB | 21924A2 – VFC | | | X | — |
| DTaP 2 or DT | 1/19/05 | 4mo | LT | Pediarix SKB | 21924A2 VFC | | | X | — |
| DTaP 3 or DT | 3/16/05 | 6mo | RT | Pediarix SKB | 21924A2 – VFC | | | X | |
| DTaP 4 or DT | | | | | | | | | |
| DTaP 5 or DT | | | | | | | | | |
| PnuCon 1 | | | | | | | | | |
| PnuCon 2 | | | | | | | | | |
| PnuCon 3 | | | | | | | | | |
| PnuCon 4 | | | | | | | | | |
| Hib 1 | 11-23-04 | 2mo | RT | ActHib | Merck | UE177A – VFC | | X | — |
| Hib 2 | 1-19-05 | 4mo | RT | Act Hib | Merck | UE177AA – VFC | | X | — |
| Hib 3 | | | | | | | | | |
| Hib 4 | | | | | | | | | |
| IPV 1 | 11-23-04 | 2mo | LT | Pediarix SKB | 21924A2 – VFC | | | X | |
| IPV 2 | 1-19-05 | 4mo | LT | Pediarix SKB | 21924A2 – VFC | | | X | |
| IPV 3 | 3-16-05 | 6mo | RT | Pediarix SKB | 21924A2 – VFC | | | X | |
| IPV 4 | | | | | | | | | |
| MMR 1 | | | | | | | | | |
| MMR 2 | | | | | | | | | |
| Hep B 1 | 11-23-04 | 2mo | LT | Pediarix SKB | 21924A2 – VFC | | | X | |
| Hep B 2 | 1-19-05 | 4mo | LT | Pediarix SKB | 21924A2 – VFC | | | X | |
| Hep B 3 | 3-16-05 | 6mo | RT | Pediarix SKB | 21924A2 – VFC | | | X | |
| Var 1 | | | | | | | | | |
| Var 2 | | | | | | | | | |
| Td | | | | | | | | | |
| TT | | | | | | | | | |
| PnuPS | | | | | | | | | |

* Abbreviations for vaccines based on AAP listing, p. 1071, *Pediatrics*, vol. 103, no. 5, May 1999

† Site Legend
RA = Right Arm     RT = Right Thigh
LA = Left Arm      LT = Left Thigh

‡ F = Federal, S = State, P = Private

Brought to you as a courtesy of

*Prevnar*™
Pneumococcal 7-valent Conjugate Vaccine
(Diphtheria CRM₁₉₇ Protein)

14

Joshua Schrik

MAR 16 2005  6mo

HT 26½"  WT 17# 10oz  HC 45½

Drinks similac 4oz/day, eats cereal
in AM, lunch + dinner, eats all fruits,
vegetables + some meats. Little yogurt
BM 1-2/day. Sleeps 9° at night. Naps
2-3x/day. Allergies: ∅, meds ∅
PE - nl
Ⓐ well Ⓟ Pediarix #3 given ∅
                    af

JUN 13 2005

8¾ mo
WT 19# 11oz  HT 28¾"  HC 47.0 cm
diet: table & baby food
H2O/juice: tap H2O & Fl, juice
milk: Enfamil & Fe 16oz/d
BM: 2x/day
Sleep: 9-10 hrs noc  2 naps 1-2 hrs
seizures: ∅
meds: ∅
PE - nl
Ⓐ well Ⓟ Hemoglobin 13.9
                    af

SEP 08 2005  11 mo
22# 4oz & clothes  T 97.1 ax
seen Sacrament Tx Center
? & otitis, fever - on
amox - still up @ noc
tugging @ ear
eats amox, returns Tylenol
PE - nl TMs, pharynx red, teething molars
    rest nl & bruise Ⓡ forehead
Ⓐ Pharyngitis viral
Ⓟ Observe, finish amox

9/9/05 taken to SAMC for lethargy,
    apnea Dx subdural hematoma
                    af

Name: Joshua Scheck  Birth Date: 9-22-04

NOV 2 3 2004  2 MO. OLD

| | |
|---|---|
| Height 22¾ Weight 12# 2oz Temperature | BM 2-3 day. Sleeps: 10" night c̄ |
| Head H.C 40cm | 2 feedings/night. Naps: 3x/day - |
| Eyes PERRLA, OOM | 1½-2° each. vit ⊕, Allergies ⊕, MEDS ⊖ |
| Ears nl | |
| Nose nl | FH - ⊕CA, ⊕DM, many OM |
| Mouth nl | |
| Teeth | SH - lives c̄ mom + grandmother. |
| Vitamin/fluoride supplement needed: Yes ☐ No ☐ | grandmother smokes. (single |
| Throat nl | mom, dad not involved) |
| Neck | |
| Chest | R well |
| Heart no murmur | L ⊖ renie hypospadias |
| Lungs clean | pediarix #1 } VFC |
| | HIB #1 } given |
| | mom declines prevnar |
| Abdomen soft ⊝ masses | VFC |
| | nl |
| Genitalia circ, testes ↓↓ mild 1° hypospadias | 11/30/04 1000: Cold sx, ⊖ Temp. Nasal sx |
| Extremities nl | instructed to use ↑ gtt NS each |
| | nare c̄ suctioning. Eating well. Tylenol |
| Skin nl | PRN Verbalizes understanding |
| Back nl | 1/4/05 polytrim opth drops #1 bottle |
| Adenopathy | 1-2 drops each eye TID 5d |
| Deep reflexes | Rx called in 630-830-0082 |
| Superficial reflexes | JAN 10 2005 4 mo - well. |
| Nuchal rigidity | H + 25"  W + 15# 5oz HC - 43¾ |
| Posture | Enfamil 30-36 oz/day, Rice |
| Development | cereal. BM 1-2 day. Sleeps |
| Nourishment | 7" night. Naps 2-3 day. MEDS - polytr |
| Vitamin supplement used: Yes ☐ No ☐ | eyes improving c̄ drops. |
| Blood count | |
| Urinalysis 2 MO. OLD | pt - nl hypospadias 1° |
| Born at SAMC 7# 19" Full-Term | R well |
| vag delivery. ⊖ Birth problem | L pediarix #2 ① } VFC given |
| Breast fed. 3-4 x/day weaning. | HIB #2 (L) |
| Enfamil Lipil 24oz (aprox) ⊖ foods | nl |