**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICK ALEMAN,                          )
    Plaintiff,                        )
    -vs-                              )  No. 07 C 5049
VILLAGE OF HANOVER PARK;              )
HANOVER PARK POLICE OFFICERS          )
CAROL LUSSKY, Star 12; ERIC           )
VILLANUEVA, Star 9; TODD CARLSON,     )
Star 128; JOHN DOSSY, Star 48;        )
ILLINOIS STATE POLICE OFFICERS        )
JOSEPH MICCI, Star 3566, STEVEN       )
CARDONA, Star 3213; and GERY          )
FALLON, Star 4060,                    )
    Defendants.                       )

The deposition of JENNIFER DANIELLE
SCHRIK, called for examination pursuant to subpoena and
the Federal Rules of Civil Procedure for the United
States District Courts pertaining to the taking of
depositions, before SUSAN G. BRADTKE, a notary public
within and for the County of Will and State of
Illinois, and a Certified Shorthand Reporter of the
State of Illinois, No. 084-001564, at Suite 1250, 20
North Clark Street, Chicago, Illinois, on the 20th day
of January, 2009, at the hour of 1:0 p.m.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

**Page 2**

APPEARANCES:

    MR. LOUIS MEYER
    LAW OFFICES OF LAWRENCE JACKOWIAK
    20 North Clark Street
    Suite
    Chicago, IL 60602

        on behalf of the Plaintiff;

    MR. MICHAEL HARTIGAN
    HARTIGAN & O'CONNOR
    20 North Clark Street
    Suite 1250
    Chicago, IL 60602

        on behalf of the Defendants,
        Hanover Park Police Department and
        Village of Hanover Park;

    MS. LISA MADIGAN
    ATTORNEY GENERAL OF THE STATE OF ILLINOIS, by
    MR. PETER KOCH
    Assistant Attorney General
    100 West Randolph Street
    12th Floor
    Chicago, IL 60601

        on behalf of the Defendants, Illinois State Police
        Officers.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

**Page 3**

I N D E X

WITNESS                                          PAGE

JENNIFER DANIELLE SCHRIK

    Examination By Mr. Hartigan ................    4

    Examination By Mr. Koch ....................  116

    Examination By Mr. Meyer ...................  118

    Examination By Mr. Koch ....................  140

    Examination By Mr. Meyer ...................  142

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

**Page 4**

        (Witness sworn.)

        JENNIFER DANIELLE SCHRIK,

called as a witness herein, after having been first
duly sworn, was examined and testified as follows:

        EXAMINATION

BY MR. HARTIGAN:

    Q    This is the subpoenaed discovery deposition
of Daniel Jennifer Schrik taken pursuant to subpoena
and also pursuant to the local rules for the Northern
District of Illinois, Federal Rules of Evidence and
Federal Rules of Civil Procedure.

        Miss Schrik, can I call you Danielle today?

    A    Hmm-hmm.

    Q    I represent the Village of Hanover Park,
Officers Lussk, Carlson and Villanueva in a civil
rights action by Mr. Rick Aleman who is represented by
Mr. Meyer.

        You're here today because you have been
identified as a witness who may have information
pertinent to this matter.

        You have not given a deposition before; is
that correct?

    A    That's correct.

    Q    Let me give you just a run down of what this

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

5

1  is going to involve, and you and I spoke beforehand
2  today where I gave you the grounds rules and I want to
3  do that on the record, okay?
4        I'll be asking you questions that are being
5  taken down by the court reporter to my left.  Please
6  allow me to ask my question in its entirety, when I'm
7  finished, the other attorneys here may have questions
8  of you, and please extend the same courtesy to them.
9        Try not to speak over any of us.  Wait for
10  the question to be fully, before answering, and please
11  answer audibly and loudly.  Try not to shrug your
12  shoulders, nod your head.
13        Again everything will be typed up into what's
14  called a transcript which could be read before a jury.
15        If you need to take a break for any reason,
16  if you need to go off the record, I know this may be
17  difficult for you here today, we can always do that and
18  take as much time as you need.  There is no, no race
19  here, okay.
20        This -- this is not an interrogation, it's a
21  deposition.  We are just looking to find out what you
22  know.
23        If you don't understand a question that I
24  have asked of you, or other attorneys have asked of

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

6

1  you, ask us to rephrase the question.  If you answer,
2  we'll assume that you understood the question, okay?
3        A    Yes.
4        Q    These are standard rules that apply to
5  everybody and they need to be announced.
6        Can you state and spell your name for the
7  record?
8        A    Jennifer, J-E-N-N-I-F-E-R, Danielle,
9  D-A-N-I-E-L-L-E, Schrik, S-C-H-R-I-K.
10        Q    I think initially the order was mixed up as
11  far as your name.  You go by Danielle; is that correct?
12        A    My middle name, yes.
13        Q    What's your date of birth, Danielle?
14        A    9/13/82.
15        Q    What is your Social Security number?
16        A    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.
17        Q    And you are here because of a subpoena that
18  was issued to your home address, correct?
19        A    Correct.
20        Q    You have not been compensated for your
21  appearing here today by my law firm; is that correct?
22        A    No.
23        Q    What is your current home address, Danielle?
24        A    6720 Mallard Court, Unit D, as in David, 2,

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

7

1  Bartlett, Illinois, 60103.
2        Q    How long have you lived at that address in
3  Bartlett?
4        A    October 24, '08.
5        Q    Do you have any plans of moving from that
6  address in the next year and a half?
7        A    No.
8        Q    Is that an apartment?
9        A    Yes.
10        Q    Do you live there with anybody?
11        A    No.
12        Q    Do you have a cell phone?
13        A    Yes.
14        Q    Would you mind giving us your cell phone
15  number in the event that we have to get in touch with
16  you and you are not reachable?
17        A    630-204-1818.
18        Q    Prior to that Bartlett address that you just
19  gave us, where did you reside?
20        A    At my mother's.  249 Jerzey Lane, Bartlett,
21  Illinois, 60103.
22        MR. KOCH:   What was the street again?
23        THE WITNESS:   J-E-R-Z-E-Y Lane.
24  BY MR. HARTIGAN:

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

8

1        Q    How long did you live at that address?
2        A    For about a month and a half.  Since the
3  beginning of September, 2008.
4        Q    We'll keep working backwards.  Prior to
5  residing with your mother, were you in Arizona?
6        A    Yes, correct.
7        Q    What was your address?
8        A    1737 South Price Road, Unit 207, Tempe,
9  Arizona, 85201.
10        Q    I'm sure you're missing the weather.
11        A    Right now, yes.
12        Q    How long did you live at that address?
13        A    I lived there since -- it was June of '08.
14  Prior to that, it was 945 West Broadway, in Mesa,
15  Arizona, and I don't know the zip off the top of my
16  head.
17        Q    Your residence dates there?
18        A    Since April 31, or I'm sorry, March 31.
19        Q    Of '08?
20        A    Correct.
21        Q    And who did you live at that address with on
22  Broadway?
23        A    My boyfriend at the time, Jason Barker.
24        Q    And then who did you live at the 1737

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

11

1  address?
2  A  Jason Barker and my brother, Elliott Bollin
3  (phonetic).
4  Q  This is your half brother?
5  A  Correct.
6  Q  When you vacated the 1737 address, where did
7  your brother move to?
8  A  I moved out. They still were staying there.
9  Q  I see. But I thought you just indicated that
10  Jason lived with you at that Broadway address?
11  A  He did.
12  Q  Did he go back and forth between the two?
13  A  No, Jason and I had left the Broadway address
14  and got a bigger apartment at the 1737 once my brother
15  had moved in with us.
16  Q  To your knowledge, does your brother still
17  live at the 1737 address?
18  A  No.
19  Q  Do you know where he resides?
20  A  South Elgin, Illinois.
21  Q  Do you have any level of communication with
22  Elliott?
23  A  Not currently.
24  Q  Was there a falling out between the two of

1  A  Only from what has been said between family
2  members and I.
3  Q  How long did you date Jason? From November
4  '05 until when?
5  A  To about September of '08. Till I moved.
6  Q  Okay. Let's go one more. Prior to moving to
7  Arizona, taking up residence at 945 West Broadway,
8  where were you living?
9  A  At my mother's, 249 Jerzey Lane.
10  Q  What time frame is that now?
11  A  I had lived there from October 31st until
12  March 31st.
13  Q  October 31st of?
14  A  '07. Until March 31st, 08.
15  Q  Now that we're on the topic of residences,
16  you lived with your mother in September of '05,
17  correct?
18  A  Correct.
19  Q  How long had you been living with your mother
20  prior to this occurrence in September of 2005?
21  A  Since January of '04.
22  Q  After the occurrence on September 9th, 2005,
23  did you stop living with your mother?
24  A  Not until two weeks after my son had passed.

10

1  you?
2  A  He's currently trying to sue my mother.
3  Q  Is that for custody issues?
4  A  Yes.
5  Q  How old is he?
6  A  18.
7  Q  Why did you move out to Arizona, is there
8  work out there?
9  A  No. My boyfriend -- warmer weather and my
10  boyfriend was already out there.
11  Q  That's Jason?
12  A  Yes.
13  Q  Where did you meet Jason?
14  A  He's actually from Bartlett, Illinois.
15  Mutual friends.
16  Q  When did you begin dating Jason?
17  A  Uhm, November of 2005.
18  Q  I take it you have no communications with
19  Jason currently?
20  A  No.
21  Q  Do you know where he resides?
22  A  Scottsdale, Arizona.
23  Q  Do you know if he has knowledge regarding the
24  occurrence involving Joshua and Rick Aleman?

12

1  Q  Which takes us to what, late September?
2  A  Third week of September. Somewhere around
3  there.
4  Q  Tell us about what happened such that you
5  left your mother's home two weeks after Joshua passed?
6  A  After Joshua had passed, my mother had fired
7  me and we had some disagreements as far as how she had
8  reacted to the whole incident with Joshua, and I had
9  left and gone to my cousins' house.
10  Q  Now, your mother testified that she kicked
11  you out of the house, is that true?
12  A  That is correct.
13  Q  Was your mother upset with you with respect
14  to anything?
15  A  She was just upset in general. Pretty much
16  at the world.
17  Q  Now, you moved to your cousins' home in
18  Elmhurst?
19  A  Correct.
20  Q  What were their names?
21  A  Jenna and Lindie Schrik.
22  Q  These are your mother's sister's daughters?
23  A  My mother's brother's daughters.
24  Q  How long did you live with Jenna and Lindie?

15

1   A   Three months.
2   Q   Did you live there for free?
3   A   No.
4   Q   What was your rent?
5   A   $500 a month.
6   Q   Were you paying Joshua's medical bills at
7   that time?
8   A   Trying to.
9   Q   Approximately how much medical did Joshua
10  accumulate for his hospital stay?
11  A   Around $90,000.
12  Q   Does some of that amount remain unpaid today?
13  A   No, it's been cleaned off in bankruptcy.
14  Q   You filed bankruptcy?
15  A   Correct.
16  Q   When was that?
17  A   It was September of '07.
18  Q   Did you have an attorney represent you?
19  A   Yes.
20  Q   Do you know who it was?
21  A   James Engel.
22  Q   Can you spell that?
23  A   E-N-G-E-L.
24  Q   Where is he out of?

1   A   About a year and a half.
2   Q   Were you approximately at the time now where
3   you go back to your mother's house?
4   A   Correct.
5   Q   And then to Arizona?
6   A   Yes.
7   Q   So we have covered all your residences at
8   least from --
9   A   Since that time.
10  Q   Okay.  What's your highest level of
11  education?
12  A   High school graduate.
13  Q   What high school was that?
14  A   Bartlett.
15  Q   What year did you graduate?
16  A   2001.
17  Q   Did you go four years through or take a break
18  at all?
19  A   No, four years through.
20  Q   Any education beyond graduating?
21  A   I attended ECC for a semester.
22  Q   What's ECC?
23  A   Elgin Community College.  Sorry.
24  Q   That's fine.  When did you begin at ECC?

14

1   A   Hanover Park.
2   Q   And that bankruptcy matter has since been
3   closed?
4   A   Yes.
5   Q   After the three months with Lindle and Jenna,
6   which takes us to what, late '05, where did you move
7   to?
8   A   It was actually January of '06.  That's when
9   I had moved out.
10  Q   Where did you move to?
11  A   Prairie Station Apartments in Hanover Park.
12  Q   Who did you live there with?
13  A   Myself.
14  Q   How long did you live there?
15  A   Approximately six months.
16  Q   Okay.  Approximately June, 2006.  Where did
17  you go after that?
18  A   I moved in with Seth Sable.
19  Q   How long did you live with Seth?
20  A   Two, three weeks.
21  Q   And then what happened?
22  A   I had moved out and got another apartment and
23  lived with Adam Smith, my roommate.
24  Q   How long did you live with Adam?

16

1   A   Fall of 2001.
2   Q   So right after graduation?
3   A   Right.
4   Q   You only attended one semester there?
5   A   Yes.
6   Q   All right.  Lead us through after leaving
7   Elgin Community College, did you enter the work force?
8   A   I was already working when I was attending
9   Elgin Community College.
10  Q   Where were you working?
11  A   ABC Property Management.
12  Q   Where are they located?
13  A   Schaumburg.
14  Q   How long did you work for them?
15  A   I honestly don't know.
16  Q   I don't need the exact date.
17  A   Probably like six to nine months, around
18  there.
19  Q   What was your title over at ABC Property
20  Management?
21  A   Property manager.
22  Q   Is that a property located in Hanover Park,
23  Bartlett?
24  A   It was a number of associations.

19

```
1     Q    Condominium associations?
2     A    Correct.
3     Q    After leaving ABC Property, where did you go?
4     A    I believe I went to Midwest Brokerage
5   Service.  It's an insurance company.
6     Q    Why did you leave ABC?
7     A    It's a very stressfull job being a property
8   manager and it was hard for me to -- to attend the
9   board meetings at night and work full days and I wanted
10  more of a nine to five job.
11    Q    You weren't fired, were you?
12    A    No.
13    Q    Midwest Brokerage Service, where are they
14  located?
15    A    Arlington Heights.
16    Q    And what were your duties and
17  responsibilities there?
18    A    I was a customer service rep.
19    Q    How long did you work there?
20    A    About six or seven months.
21    Q    Do you have, in terms of a chronology area,
22  what years and months?
23    A    It was in 2003.  I left in August of '03.  I
24  started in February of '03, or approximately then.
```

18

```
1     Q    Sure.  In August of '03, did you find work
2   elsewhere?
3     A    Yes.  I went back into property management
4   working for somebody else.  I worked for American
5   Community Management.
6     Q    And were you let go from Midwest Brokerage or
7   did you voluntarily resign?
8     A    I -- yes, I voluntarily resigned.
9     Q    What did you do for American Community
10  Management?
11    A    I was assistant property manager.
12    Q    Where were they located?
13    A    Schaumburg.
14    Q    And how long did you work there?
15    A    Till April of '04.
16    Q    Why did you leave American?
17    A    I was fired because I was pregnant.
18    Q    Did you have a supervisor there?
19    A    Yes.
20    Q    What was his or her name?
21    A    Ed Page.
22    Q    Common spelling?
23    A    Yes.  P-A-G-E.
24    Q    Did you file any type of lawsuit against
```

```
1   American?
2     A    No.  I just lost my job and I didn't have any
3   money.
4     Q    Was that a full-time job?
5     A    Yes.
6     Q    Let's keep going down the line until we get
7   to the present day.  Where were working after that?
8     A    I was on unemployment.
9     Q    For how long?
10    A    Until I had my son, which was in September.
11  After that, I had started working for my mother for
12  Genesis Management.
13    Q    So approximately until September of 2004, you
14  were on unemployment?
15    A    Hmm-hmm.
16    Q    Yes?
17    A    Yes.
18    Q    When did you begin with Genesis Management?
19    A    I'd say shortly after September 22nd of '04.
20    Q    September 22nd being Joshua's birthday?
21    A    Correct.  Within, I would say, three weeks,
22  four weeks after he was born I started working for my
23  mom.
24    Q    Is this the first time you began working for
```

20

```
1   your mother?
2     A    No.
3     Q    Had you worked for her in like a part-time
4   capacity?
5     A    Yes.
6     Q    Was this while you were in high school?
7     A    Yes.
8     Q    Was this the first time you worked for your
9   mother after going to high school?
10    A    Yes.
11    Q    Had you been gainfully employed since
12  graduating high school?
13    A    No.
14    Q    When were you not working?
15    A    I don't remember the specific dates.
16    Q    Other than the stint of unemployment.
17    A    There was a couple months here and there, but
18  I don't remember the exact dates.
19    Q    For Genesis Management, which your mother
20  owns, what was she having you do?
21    A    Answering phone calls, running documents to
22  board members and to the accountant's office, handling
23  and attending board meetings with her, assisting with
24  any documents she needed written, such as, you know,
```

21

```
1    letters and...
2        Q    She ran her business out of the Jerzey Lane
3    home?
4        A    That's correct.
5        Q    That's always been the case?
6        A    Correct.
7        Q    You worked out of that office?
8        A    That's correct.
9        Q    Where was the business office in relation to
10   the home, within the home I should say?
11       A    It's in one of the bedrooms.
12       Q    Did you and your mother share the same office
13   space?
14       A    Office, correct.
15       Q    How long did you work for your mother at
16   Genesis Management?
17       A    Until about two weeks after my son had passed
18   away.
19       Q    You indicated earlier that she fired you?
20       A    Correct.
21       Q    Have you worked for her in any capacity since
22   then?
23       A    No.
24       Q    Let's stay on the topic of employment then.
```

22

```
1    After leaving your mother's business two weeks after
2    Joshua's passing, where did you work?
3        A    I worked for the Law Offices Elliott
4    Heidelberger.
5        Q    Where are they located?
6        A    Hanover Park.
7        Q    Is that where Seth works?
8        A    No, he works for his mother.
9        Q    I see.
10       A    I heard that name somewhere.
11       Q    When did you work for that law office?
12       A    I worked for them from October till September
13   of '07.
14       Q    What were those dates again?
15       A    I believe -- hold on. What year are we in?
16       Q    Late '05?
17       A    '05, I worked from '05 until '06. My
18   apologies, September of '06.
19       Q    October of '05 to September of '06?
20       A    Correct.
21       Q    What did you do for them?
22       A    I was a paralegal.
23       Q    And why did you leave that place?
24       A    He was slowing down, he was starting to
```

23

```
1    retire, and he had to let me go with a severance
2    package.
3        Q    So now we're in September of '07, did you
4    find employment elsewhere?
5        A    Yes, within 30 days I found employment with
6    Sullivan and Associates, an insurance company.
7        Q    Where are they located out of?
8        A    Bartlett.
9        Q    What were you doing?
10       A    I was a commercial CSR.
11       Q    How long did you work out of that location?
12       A    I worked there until April of '07.
13       Q    Why did you leave there?
14       A    I was let go.
15       Q    And now we are approaching a time where you
16   moved to Arizona.
17       A    No, I actually was on unemployment until I
18   had moved out of the apartment and moved back into my
19   mother's house, and then once I moved back into my
20   mother's house, I worked for Insurance Correlators out
21   of Elgin. Same thing, commercial CSR.
22       Q    What's dates did you work for them,
23   approximately?
24       A    From December, probably about December 1st to
```

24

```
1    about the end of March. Till I left for Arizona.
2        Q    December '07 to March '08?
3        A    Hmm-hmm.
4        Q    Yes?
5        A    Yes.
6        Q    And did you find work in Arizona?
7        A    Within the first 30 days, yes.
8        Q    What was that?
9        A    I worked for AEZ Tech Finders (phonetic).
10   They are a recruiting firm.
11       Q    When did you work for them?
12       A    I worked for them beginning of May, 2008 till
13   the time that I left, August 2008.
14       Q    You left because you came back to Chicago?
15       A    Correct.
16       Q    Why did you come back to Chicago?
17       A    Uhm, it wasn't working out with Jason Barker
18   and my brother.
19       Q    Okay.
20       A    I didn't have anywhere else to go.
21       Q    Your mother invited you back?
22       A    Correct.
23       Q    Did she offer to put you up or did you ask?
24       A    No, my mom offered to put me up to get me
```

25

```
1   out -- to get me out of Arizona.
2       Q    So from approximately August 2008 to late
3   October 2008, you were living with your mother?
4       A    Correct.
5       Q    Are you working right now?
6       A    Yes.
7       Q    What's your employment?
8       A    Vanguard Community Management.
9       Q    What do you do for Vanguard?
10      A    I'm a property manager.
11      Q    How long have you been with them?
12      A    Since September 22, '08.
13      Q    Do you have a supervisor there?
14      A    Yes.
15      Q    What's his or her name?
16      A    Liz Foley.
17      Q    Where are they located?
18      A    Schaumburg.
19      Q    Aside from your high school and that one
20  semester at ECC, had you taken any formal schooling in
21  any type of learning institute?
22      A    I obtained my property and casualty license
23  for insurance.
24      Q    When was that?
```

26

```
1       A    February of '06, I believe.
2       Q    Okay.  Anything else?
3       A    No.
4       Q    Do you have any intention to resume your
5   schooling?
6       A    Yes.  I have to take continuing education for
7   my current position.
8       Q    How about going back to college?
9       A    Oh, absolutely.
10      Q    Have you ever been convicted of a felony?
11      A    No.
12      Q    Have you ever been convicted of a misdemeanor
13  that involved a crime -- crimes that involve fraud,
14  dishonesty or deceit?
15      A    No.
16      Q    Have we covered all of your places of
17  residence and employment from the current date,
18  September 2005, to the present?
19      A    Yes.
20      Q    We have covered your education in full?
21      A    Yes.
22      Q    Did you review any documents, videos,
23  statements, photographs to prepare yourself for today's
24  deposition?
```

27

```
1       A    No.
2       Q    Did you speak with anybody regarding your
3   appearing here today for your deposition other than
4   people within my office for coordination?
5       A    Yes.
6       Q    Who?
7       A    My mother, my current boyfriend.
8       Q    What's his name?
9       A    Vince Hohol.
10      Q    How long have you been dating Vince Hohol?
11      A    A couple months.
12      Q    You just told him essentially that you were
13  coming downtown?
14      A    Right.
15      Q    Anybody else that you told
16      A    My best friend.  Crystal Gruchalski.
17      Q    Spell that, please.
18      A    G-R-U-C-H-A-L-S-K-I.
19      Q    I never heard that name before.  Has she been
20  a long time friend of yours?
21      A    15 years.
22      Q    Okay.  Where does Crystal Gruchalski live?
23      A    Lisle.
24      Q    If I wanted to get in touch with Crystal,
```

28

```
1   would you have contact information for me?
2       A    Yes.
3       Q    Anybody else outside of those three people?
4       A    No.
5       Q    And you met with me prior to today's
6   deposition?
7       A    Correct.
8       Q    We discussed what a deposition involved?
9       A    Yes.
10      Q    And we discussed the background in this case?
11      A    Correct.
12      Q    Have you ever given a formal written
13  statement that you have seen?
14      A    Not to my knowledge.
15      Q    You met with two Assistant State's Attorneys
16  when the Aleman criminal charges were pending, do you
17  recall that?
18      A    Yes.
19      Q    Do you recall giving a statement that was
20  recorded to your knowledge?
21      A    Yes.
22      Q    Have you ever seen the video taped version of
23  your statement?
24      A    No.
```

29

```
1      Q    Was it ever offered to you, a copy?
2      A    No.
3      Q    Were you ever promised that you would be
4  given a copy?
5      A    No.
6      Q    While the Aleman criminal charges were
7  pending, you were never interviewed by any of
8  Mr. Aleman's defense attorneys, fair?
9      A    No.
10     Q    I guess when I say fair, fair that you were
11  not interviewed by any of Mr. Aleman's criminal defense
12  attorneys?
13     A    Yes, that's correct.
14     Q    Just to clarify that. Let's talk about
15  Joshua a little bit. I know this is going to be hard
16  for you, and my instructions stand. If you need to go
17  off the record, we can do that.
18          What was his date of birth?
19     A    9/22/04.
20     Q    Where was he born?
21     A    St. Alexis Hospital, Hoffman Estates.
22     Q    And this was your first child?
23     A    Yes.
24     Q    This was your only child?
```

31

```
1      A    Correct.
2      Q    Did your mother assume any type of motherly
3  role to Joshua?
4      A    No.
5      Q    Did she ever ask to help out?
6      A    No, no. Other than your typical grandmother
7  stuff.
8      Q    What do you mean by that?
9      A    She would buy obviously gifts for, you know,
10  his birthday and stuff like that, obviously, but
11  nothing -- nothing above and beyond.
12     Q    Joshua was born a healthy baby?
13     A    Correct.
14     Q    Prior to this occurrence in the week of
15  September 9, 2005, had Joshua ever been sick that he
16  needed to be hospitalized?
17     A    No, never.
18     Q    Aside from routine checkups with your
19  pediatrician, Dr. Hasson, had he ever been ill to the
20  point that he needed to see a physician?
21     A    No.
22     Q    Has Dr. Hasson always been Joshua's
23  pediatrician?
24     A    Always.
```

30

```
1      A    Yes.
2      Q    The father's name is?
3      A    Richard Straube, S-T-R-A-U-B-E.
4      Q    How did you meet Mr. Straube, were you dating
5  him?
6      A    Yes.
7      Q    How long did you date Mr. Straube?
8      A    Uhm, about eight or nine months.
9      Q    Well, when in relationship to Joshua's birth?
10     A    We had broken up in February of '04, so we
11  dated from about July of '03 to February of '04.
12     Q    Mr. Straube was not a part of Joshua's life,
13  is that fair to say?
14     A    Correct.
15     Q    Now, did you ever seek any paternity finding
16  with respect to Mr. Straube?
17     A    No, I did not.
18     Q    Did you ever speak child support from
19  Mr. Straube?
20     A    No.
21     Q    Was any offered voluntarily?
22     A    No.
23     Q    And you were living with your mother when
24  Joshua was born?
```

32

```
1      Q    Now, the week of September 9th, 2005, is the
2  first time that Joshua was seriously ill?
3      A    Yes.
4      Q    Before we get into that we -- we want to ask
5  you about an occurrence that took place up in
6  Wisconsin. Do you know what I'm talking about?
7      A    Yes.
8      Q    Okay. My records indicate that this
9  occurrence took place on August 27, 2005, which is a
10  Saturday.
11          Does that sound correct to you?
12     A    Yes.
13     Q    And approximately 10:20 p.m. does that sound
14  correct to you?
15     A    Yes.
16     Q    You have no reason to disagree with any of
17  those?
18     A    No, no, I do not.
19     Q    Tell us about what happened on August 27,
20  2005, and if I have to interrupt you, I apologize, but
21  try to tell us as best you can.
22          I'm sorry. I just want to make -- without
23  waiving any objection to the relevance of this, which I
24  do have, I want to ask you these questions. It may
```

35

```
1   come that I may make just a brief commentary about
2   relevance before asking you the questions, but I'm not
3   waiving that objection.  That being said, can you tell
4   us what occurred on that day?
5       A    There was a conflict between myself, Seth and
6   Richard Straube, Junior.  There was some arguing going
7   between Seth and Richard.  Richard's father, who is
8   Richard Straube, Senior, had come up and also started
9   arguing.  I was present but not arguing back.
10           Seth told me since I was not a homeowner of
11  the complex that I needed to go back to the studio
12  apartment, and I turned around and I walked away, and
13  at that particular time, I don't know what had occurred
14  afterwards.
15      Q    Had you been drinking any alcoholic beverages
16  on that day?
17      A    Yes.
18      Q    Were you intoxicated?
19      A    No.
20      Q    Was Seth drinking?
21      A    Yes.
22      Q    Alcohol?
23      A    Yes, hmm-hmm.
24      Q    To your knowledge how about the Straubes?
```

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

35

```
1       Q    Is that unincorporated?
2       A    Yes.
3       Q    That was the Racine County Sheriff's Police?
4       A    Correct, correct.
5       Q    Do you recall the nature of the charges
6   brought against you?
7       A    I believe it was battery actually.
8       Q    Was that against senior?
9       A    Correct.
10      Q    And any other charges against you?
11      A    Not -- not that I remember.
12      Q    How about against Seth?
13      A    I believe he got a disorderly conduct or
14  something similar to that.
15      Q    While all this is occurring is Joshua in the
16  studio?
17      A    Yes, he was sleeping.
18      Q    Were you able to monitor Joshua by way of
19  walkie-talkie?
20      A    Actually, Seth's mother was watching him.
21      Q    Inside the studio?
22      A    Correct.
23      Q    She didn't leave him alone?
24      A    No.
```

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

34

```
1       A    Yes.
2       Q    Just for clarity let's call one senior and
3   one junior?
4       A    Okay.
5       Q    You were not a homeowner in this complex?
6       A    Yes.
7       Q    It was Seth that was?
8       A    Correct.
9       Q    Does his mother own the house?
10      A    She had another unit.  He had one and his
11  mother had another.
12      Q    By coincidence, the Straubes also lived in
13  this complex?
14      A    Yes.  Senior owned a unit.
15      Q    Okay.  Did they learn of this unit through
16  Seth or vice-versa?
17      A    No.
18      Q    Just worked out that way?
19      A    Yes.
20      Q    You were arrested?
21      A    Correct.
22      Q    And that was by Burlington PD, correct?
23      A    I believe it was actually Racine, but I'm not
24  sure.
```

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

36

```
1       Q    What was the outcome of the charges that were
2   brought against you and Seth?
3       A    They were -- were dropped.
4       Q    Do you know why they were dropped?
5       A    The witnesses, junior and senior, did not
6   attend any of the court dates.
7       Q    Okay.  Did you do any type of time in the
8   county jail before you posted bail?
9       A    No, not other than what was originally when I
10  was booked.
11      Q    Okay.  After you were released, did you go
12  back to the home in Burlington or to Chicago?
13      A    We went back to the home in Burlington.
14      Q    Did you stay there for the weekend?
15      A    Until the following Sunday, until we went
16  home sometime Sunday afternoon.
17      Q    Now we're in the week of Memorial Day.
18      A    That should bring us into the week of
19  Memorial Day.
20      Q    You stayed all through the week?
21      A    No, no, we had gone home that Sunday.
22      Q    The 28th of August.  Then you went back to
23  work?
24      A    That weekend we went back up to the lake.
```

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

37

```
1       Q     Okay.  How was Joshua's health during the
2  week prior to Sunday, September 4th, 2005?
3       A     Normal.
4       Q     When you say, "normal," what is normal
5  because we don't know.
6       A     It was not -- it was just regular, walking,
7  walking around, playing.  He hadn't -- he hadn't
8  started speaking yet so he wasn't speaking, but I don't
9  know, just a typical one year old, you know.
10      Q     Was he fairly energetic?
11      A     Yeah.
12      Q     That takes us up to September 4th, which is a
13 Sunday, do you recall what you did that day?
14      A     Yes, we had gone from the Burlington lake
15 house to Elmhurst to visit with some of my relatives.
16      Q     What time did you arrive at your relatives
17 home on Sunday?
18      A     Possibly around 2:00 o'clock.
19      Q     Just you Joshua and Seth?
20      A     Correct.
21      Q     Were these the same nieces in Elmhurst?
22      A     Yes.
23      Q     They recently had moved to this location?
24      A     Correct.
```

39

```
1       Q     Did you do that?
2       A     No, they didn't have one in the house yet.
3       Q     Did someone suggest that you to take Joshua
4  to the doctor or hospital?
5       A     No.
6       Q     Did you remain at the party?
7       A     For a little while, until we left.
8       Q     What time do you think you left?
9       A     Probably about 7:30, 8:00 o'clock.
10      Q     Did you go back to Burlington?
11      A     Correct.
12      Q     That was to finish up the Memorial Day
13 weekend?
14      A     Yes, and get the rest of our stuff that was
15 there.
16      Q     During the ride up to Wisconsin, how was
17 Joshua?
18      A     He slept.
19      Q     Anything else regarding Joshua on that Sunday
20 that you can recall?
21      A     No.
22      Q     Now we're on Monday, September 5th, you're
23 now in Burlington, Wisconsin.
24      A     Hmm-hmm.
```

38

```
1       Q     How many people were in attendance at this
2  party?
3       A     Possibly around 12, give or take.
4       Q     This is -- this is all family?
5       A     Correct.
6       Q     What's the first thing you that remember
7  about the party as this relates to Joshua?
8       A     Extremely hot in the house, their air
9  conditioning was off, it was broken.
10      Q     How does that pertain to Joshua?
11      A     Well, at first, we weren't sure if it was
12 causing him to be warm or if he actually had a fever.
13      Q     When did you first notice Joshua was warm?
14      A     When I picked him up from a nap.  He was
15 sleeping in my cousin's bedroom, which he usually goes
16 down for an afternoon nap.  When I had gone in to get
17 him after he woke up, he was very warm.
18      Q     What time was this about?
19      A     Probably around four.
20      Q     What did you do when you picked him up and
21 noticed that he was warm or hot?
22      A     Took him to my mom.
23      Q     What did she say?
24      A     He feels warm, we should get a thermometer.
```

40

```
1       Q     Yes?
2       A     Yes.
3       Q     How was Joshua that morning?
4       A     You could tell he did not feel well.  He was
5  a little warm but not running a fever.  We had gone to
6  the grocery store to get some Tylenol, but he was
7  eating, didn't have any symptoms of diarrhea, vomiting,
8  anything like that.  Whatever it was, maybe it was
9  little bug.
10      Q     He was eating, though?
11      A     Yes.
12      Q     What did you feed him, generally, at this
13 time in his life?
14      A     Little pieces of chicken or hot dog.  I mean
15 people food, but just, obviously, cut very small.
16      Q     Would he eat three times a day at this time?
17      A     Yes.
18      Q     What did you feed him for breakfast
19 typically?
20      A     Oatmeal.
21      Q     Anything that you can recall that would lead
22 you to say that you could tell he was not feeling well
23 other than he was warm?
24      A     He was a lot calmer.  He would lay and watch
```

41

1  TV which usually he wouldn't have the patience to lay
2  down that long.
3      Q    Was Joshua teething at this time?
4      A    Yes.
5      Q    Do you know if that gave him any level of
6  pain, obviously?
7      A    That's another reason why we had gotten the
8  Tylenol. If he was feeling pain, at least that would
9  help, that's what the doctor instructed.
10     Q    Did Dr. Hasson ever tell you --
11     A    He told me to give him a certain doseage of
12 liquid Tylenol and, you know, hopefully that would help
13 with his pain, if he had any.
14     Q    Did you speak to Dr. Hasson that Monday?
15     A    No, I did not. This is just previously with
16 his checkup.
17     Q    Sure. And you left Wisconsin that evening,
18 is that right?
19     A    Yes, early evening.
20     Q    Joshua's condition changed, had it gotten
21 better, worse?
22     A    Same.
23     Q    And you go back to the home on Jerzey Lane?
24     A    Correct.

43

1      A    I woke up. My son was sleeping in bed with
2  me. He was very warm to the touch, so I had
3  immediately brought him upstairs and knocked on my
4  mom's bedroom door and explained to her that he had a
5  fever and I didn't know who to do.
6          She asked what the fever was, and then once I
7  told her it was over a hundred, she said to take him to
8  the emergency room, and I proceeded to call Seth on my
9  cell phone on the way to the emergency room and he said
10 that there was one right down the street and he would
11 be happy to come with me.
12     Q    Did you use like a baby thermometer?
13     A    Yes.
14     Q    That's where you determined that his fever
15 was over a hundred degrees?
16     A    Correct, correct.
17     Q    You met Seth at the emergency room?
18     A    Yes.
19     Q    Do you recall the same of the facility where
20 you took Josh?
21     A    St. Alexis Medical Center I believe.
22     Q    Is that in Schaumburg?
23     A    Yes. Correct.
24     Q    Do you recall the names of any doctors that

42

1      Q    Do you drop Seth off prior to going home?
2      A    He dropped me off.
3      Q    And do you recall if your mother saw Joshua
4  at all on Monday?
5      A    No, I do not.
6      Q    You do not recall?
7      A    I don't recall.
8      Q    Do you know what time you got home?
9      A    Usually, we got home about between 7:00 and
10 8:00 o'clock.
11     Q    Do you know what time your mother usually
12 goes to sleep?
13     A    It would depend.
14     Q    On what?
15     A    How much she had to drink.
16     Q    Did your mother have a drinking problem at
17 that time?
18     A    At that time.
19     Q    She doesn't now?
20     A    No, she does not.
21     Q    Is she in AA?
22     A    No.
23     Q    Now, we're on Tuesday, September 6th. Tell
24 us what you recall.

44

1  treated Joshua that day?
2      A    No, I do not.
3      Q    Do you recall -- do you recall a Dr. Thomas?
4      A    No.
5      Q    Do you recall what diagnosis was reached with
6  respect to Joshua?
7      A    They said that he had an ear infection.
8      Q    Both ears?
9      A    They didn't say whether it was both or not.
10     Q    Was Joshua given some form of medication?
11     A    Amoxicillin.
12     Q    Had he ever taken that before?
13     A    No.
14     Q    Any other medications?
15     A    No.
16     Q    And how was the amoxicillin to be given?
17     A    It was through a liquid, so orally.
18     Q    Did you have any concerns whether Joshua
19 could take amoxicillin that you expressed to the
20 doctor?
21     A    No, not to my knowledge, he didn't have any
22 allergies or anything.
23     Q    Okay. And upon leaving the hospital with
24 Joshua and Seth, he had arrived, right?

45

1  A  Hmm-hmm.

2  Q  Where did you go?

3  A  I had gone back to my house on Jerzey. My

4  mom's.

5  Q  Were you supposed to have worked that day?

6  A  I was.

7  Q  Did you go to work at all?

8  A  No.

9  Q  Was that because Joshua was ill?

10  A  Yes.

11  Q  And you stayed in the home with Josh all day?

12  A  Yes.

13  Q  And my understanding is that your place

14  within the residence is in the basement?

15  A  Correct.

16  Q  It's a finished basement, obviously?

17  A  Yes.

18  Q  And that is where you and Josh stayed?

19  A  Correct.

20  Q  Throughout your entire time living with your

21  mother?

22  A  That's correct.

23  Q  What if -- strike that. When you began

24  giving Joshua the amoxicillin, did you see any

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

---

46

1  improvement in his condition?

2  A  He didn't seem to -- to have an ear

3  infection. The fever had gone down.

4  Q  How was his energy level?

5  A  Still very low. You could tell that he was

6  still under the weather.

7  Q  Was he eating that day?

8  A  Yes.

9  Q  Did he have a good appetite?

10  A  No.

11  Q  Not that day?

12  A  Not that day.

13  Q  But he did eat?

14  A  But he did eat, yeah. Just that he didn't

15  finish as quickly as he usually did.

16  Q  Did Joshua sleep with you typically during

17  this time or did he have a crib still?

18  A  He still was in a crib. It depended if he

19  would wake up in the middle of the night. There were

20  times that I did take him in the bed with me because

21  then I could guarantee that he would sleep through the

22  night.

23  Q  This Tuesday night, did he sleep with you, do

24  you remember?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

---

47

1  A  Probably, I don't recall, but probably due to

2  the fact that he was sick.

3  Q  Is there anything else that we haven't

4  discussed regarding Joshua's condition this Tuesday,

5  September 6, 2005?

6  A  No.

7  Q  Let's go to the next date. What was Joshua's

8  condition like the following morning, Wednesday,

9  September 7th, 2005?

10  A  It was still a little -- obviously the energy

11  level was still a little low. You could tell he was

12  still fighting off whatever he had, but definitely not

13  anywhere near where he was a couple days prior.

14  Q  Had the fever -- well, strike that. Do you

15  recall taking Joshua's temperature that morning?

16  A  I didn't, just because he didn't feel warm.

17  He wasn't crying or anything like that. Didn't give me

18  any indication that I needed to.

19  Q  Had he been crying the day prior to

20  Wednesday, September 7th?

21  A  No, but you could tell he was fussy. Didn't

22  want to be left alone. Wanted to be held.

23  Q  He wasn't like that that Wednesday?

24  A  No.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

---

48

1  Q  Did you feel comfortable taking him to Rick

2  Aleman's home?

3  A  Yes.

4  Q  That would be the first day that you took

5  Joshua to Rick Aleman's home, correct?

6  A  Correct.

7  Q  Had you ever met Rick Aleman prior to

8  September 7th?

9  A  Yes. I had gone to just do an inspection of

10  his house and Seth had already gone over there and

11  spoke with him. He said he wanted me to go over there

12  as well, just to check out his home.

13  Q  What did you think of the day care center

14  which was run out of his home?

15  A  Uhm, it was very organized.

16  Q  What did you think of Rick?

17  A  He seemed very nice.

18  Q  When do you think you went to do this initial

19  inspection in terms of dates?

20  A  I believe it was that Friday prior to.

21  Either Thursday or Friday. It was toward the end of

22  the week, the prior week.

23  Q  Prior to the Labor Day weekend?

24  A  Correct.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

49

```
1       Q      Did you perform any type of background check
2   on Rick Aleman?
3       A      I did not.
4       Q      Did you ask anyone else to do it on your
5   behalf?
6       A      Seth was going to.
7       Q      Do you know if he did?
8       A      To my knowledge, he did not.
9       Q      Did you ask Rick any questions, at all, sort
10  of like an interview when you first met him?
11      A      Yeah, I did.
12      Q      What did you ask him?
13      A      I asked him why he was a stay-at-home dad.
14      Q      What did he say?
15      A      He said because he loved kids so much and he
16  wanted to get out of the printing business.
17      Q      Anything else that you recall?
18      A      No.
19      Q      So Wednesday, September 7th, is the second
20  time that you entered Rick's home?
21      A      Yes.  Correct.
22      Q      Did you have to pay him prior to taking
23  Joshua?
24      A      Yes.
```

51

```
1   you feel as though he was comprehending them?
2       A      Yes.
3       Q      Did he express any concerns regarding his
4   ability to care for Joshua as he was ill?
5       A      Not at all.
6       Q      You were confident leaving Joshua with
7   Mr. Aleman?
8       A      Yes.
9       Q      What time did you pick Joshua up that
10  Wednesday?
11      A      5:15.
12      Q      You get off work at five?
13      A      Correct.
14      Q      When you arrived at Aleman's home at 5:15,
15  that Wednesday, you picked -- you went entered Rick's
16  home?
17      A      Yes.
18      Q      You picked Joshua up?
19      A      Yes.
20      Q      Did you ask him how the day went?
21      A      Yes.
22      Q      Did he express anything to you?
23      A      He said that he was just very sleepy during
24  the day, that he slept in the baby swing for a good
```

50

```
1       Q      Did you enter his home to do so during that
2   initial interview?
3       A      No, I gave the check to Seth to go ahead and
4   drop off to him so that I could reserve my babysitting
5   spot.
6       Q      That Wednesday, what time did you drop Joshua
7   off at Rick's home?
8       A      About 8:15.
9       Q      And you start work at what time?
10      A      8:30.
11      Q      And your mother's home is how far from Rick's
12  in terms of minutes?
13      A      12.
14      Q      Now, when you dropped Joshua off this
15  Wednesday for the first time, did you instruct Rick as
16  far as Joshua's condition?
17      A      Yes.
18      Q      What did you tell him?
19      A      I gave him the Amoxicillin, and I instructed
20  him according to the label on the bottle of how many,
21  you know, how much he needed, when he needed it.  I
22  didn't bring him any food at that particular time
23  because Rick Aleman supplied the food.
24      Q      When you gave Rick these instructions, did
```

52

```
1   portion of the day but had indicated to me that he was
2   not fussy and was a good baby.
3       Q      Did he say whether he was eating at all?
4       A      I believe he did tell me that he ate a little
5   but not much.
6       Q      Now, while Rick is in -- while Joshua is in
7   Rick's care, is Rick only feeding Joshua a lunch?
8       A      Yes.
9       Q      Because you would feed him breakfast and
10  dinner?
11      A      And dinner, yes.
12      Q      And that was something that you had reached
13  an agreement with Rick about, you understood that?
14      A      Correct.
15      Q      When you took Joshua back to your home that
16  Wednesday, what did you observe about him, if anything?
17      A      Just that he was, you know, still low energy
18  but -- and, you know, obviously he just wanted to be
19  held that night.  He was very cuddly.
20      Q      And Joshua is not normally cuddly?
21      A      Yes.  Usually he's -- he's running around and
22  very active.
23      Q      Did you feel his forehead that day?
24      A      Yes, he didn't seem to have a fever.
```

53

1    Q   Did he eat dinner that Wednesday?

2    A   Yes.

3    Q   And did Joshua sleep with you that Wednesday

4   night?

5    A   Yes, he did.

6    Q   Do you know if your mother, Nancy, observed

7   Joshua at all that Wednesday?

8    A   I believe she was with him while -- when I

9   brought him home, we had dinner and then he had gone to

10   bed probably about 7:30.

11    Q   Is that the time he normally goes to bed?

12    A   Usually he went to bed about 8:30, but I

13   figured since he had been sick the last couple of days

14   that maybe he was just a little sleepy and went to bed

15   a little early.

16    Q   Now you didn't go to bed at that time, right?

17    A   No.

18    Q   You put him in his crib and take him out of

19   the crib and you sleep with him on the bed?

20    A   No. I would only take him out of the crib if

21   he would actually wake up. Otherwise, if I did go to

22   bed at 8:30, I would just lay down with him.

23    Generally, I wouldn't do that just because he

24   would want to stay up.

---

55

1    Q   Your mom would get mad at you, right?

2    A   Yes.

3    Q   You would always do that, right?

4    A   Always.

5    Q   What time did you take Joshua to Rick's home

6   that Thursday, same time as before?

7    A   Yes, around the time time. Around eight,

8   maybe a little before or after.

9    Q   When you dropped Joshua off at Rick's home

10   that Thursday morning, did you give him any other

11   instruction or status regarding Joshua conditions?

12    A   Told him I would be picking Joshua up early

13   due to the fact I needed to take him to the

14   pediatrician to follow up after the emergency room

15   visit.

16    Q   That was Dr. Hasson, the pediatrician?

17    A   Yes.

18    Q   What time was the appointment?

19    A   I believe it was 1:30.

20    Q   Dr. Hasson is officed in Schaumburg, correct?

21    A   Yes.

22    Q   What time do you come back that morning to

23   pick up, or that day I should say, to pick up Joshua?

24    A   I came back around 1:00 o'clock.

---

54

1    Q   Anything else about Joshua that you recall

2   that Wednesday night?

3    A   No.

4    Q   We'll keep going down the line.

5    A   Can I get a drink of water?

6   MR. HARTIGAN: Let's take a short recess.

7         (Whereupon, a recess was taken.)

8   MR. HARTIGAN: Back on.

9   BY MR. HARTIGAN:

10    Q   Danielle, we left off on Thursday, September

11   8th, 2005, and my question is how was Joshua condition

12   that morning?

13    A   Uhm, still energy a little low, but he did

14   eat his breakfast of oatmeal. He was sitting, watching

15   his TV show, playing with some toys on the floor.

16    Q   Was this in the basement?

17    A   Correct.

18    Q   When you're done feeding Joshua, do you clean

19   up after yourself?

20    A   Yes.

21    Q   You do the dishes?

22    A   Yes, correct.

23    Q   You don't leave any in the sink, do you?

24    A   No.

---

56

1    Q   And did you come alone?

2    A   No, I came with Seth.

3    Q   Why did Seth come with you that day?

4    A   He wanted to go to the doctor with Josh.

5    Q   Do you know why?

6    A   Just -- he was trying to be a father.

7    Q   Were you and Seth fairly serious as far as

8   the relationship at this time?

9    A   Yes.

10    Q   Is this the first time Seth had ever come

11   with you to a doctor's appointment with Joshua?

12    A   Yes.

13    Q   Now, when you pick up Joshua at Rick Aleman's

14   home what, if anything, do you discover?

15    A   He had a lump on his head the size of a golf

16   ball.

17    Q   What side? If you don't recall, that's okay.

18    A   I don't recall.

19    Q   You recall it being a golf ball sized lump?

20    A   Yes, it was huge.

21    Q   Now, did you go to Rick's home or did Seth?

22    A   I did.

23    Q   And what -- when you observed your son, what,

24   if anything, was said?

59

1     A     He had explained to me that my son had
2 fallen.
3     Q     He meaning who?
4     A     Rick had explained to me that my son had
5 fallen while pushing a shopping cart which ran into a
6 rug which short stopped him and caused him to fall and
7 hit the ceramic tile which caused the bump.
8     Q     When did this fall occur in relation to your
9 arrival?
10    A     He said it happened 20 minutes prior.
11    Q     When you arrived at Aleman's home, where was
12 Joshua, if you remember?
13    A     I don't recall.
14    Q     When you had come to Aleman's home and it was
15 only that Wednesday and Thursday, would you let
16 yourself in?
17    A     No.
18    Q     You rang the doorbell?
19    A     Yes.
20    Q     Joshua was pushing a cart that Thursday?
21    A     That's what I was told.
22    Q     Given his level of energy that you had told
23 us about, were you surprised to hear that?
24    A     It didn't click in until afterwards. At

1 Joshua's biological father but, yeah, he offered to --
2 to explain what had happened just for the fact that I
3 think he was afraid that Seth might have thought he
4 deliberately did something.
5     Q     Do you know if Rick ever spoke to Seth about
6 this occurrence?
7     A     Not to my knowledge.
8     Q     Now when you picked up Joshua to take him
9 back to the vehicle, do you recall how he was reacting
10 to you?
11    A     Well, I was holding him. I carried him to
12 the car. Just happy to see me, but that was usual.
13    Q     Did he make any sounds or anything like that?
14    A     No, but he wasn't talking at the time either.
15 He was a pretty quiet baby.
16    Q     That was for his -- for as long as he had
17 been alive?
18    A     Yes, yes.
19    Q     Now, when you get back to the vehicle, you
20 and Seth then go to the pediatrician?
21    A     I had gone several houses down where Seth had
22 lived and waited in the driveway with Josh and called
23 Seth from my cell, and he came down, got in the car and
24 we left.

58

1 first I thought, well, you know, he's -- he must be
2 feeling better. He did just start walking probably
3 within the last three weeks, so I thought okay, maybe
4 he's a little unstable. It's possible. He's a boy.
5 They tend to be a little more rough, so I really didn't
6 think much of it till afterwards.
7     Q     Afterwards being when?
8     A     After Josh had passed.
9     Q     So you had no reason to disbelieve what
10 Mr. Aleman was telling you about the nature of Joshua's
11 fall on that Thursday?
12    A     None whatsoever.
13    Q     Were you happy to hear that he was pushing a
14 cart and that he was somewhat energetic?
15    A     Really I didn't think anything. All I
16 thought about was, I saw the lump. Obviously, I was
17 concerned, but we were on our way to the doctor, so
18 there is no better place to go.
19    Q     Was Rick apologetic about the injury to
20 Joshua?
21    A     Extremely.
22    Q     Given this was his second day?
23    A     Yeah. I mean he even offered to speak with
24 Seth, you know. He didn't realize that Seth was not

60

1     Q     And you had your appointment with Dr. Hasson,
2 right?
3     A     Hmm-hmm.
4     Q     Yes?
5     A     Yep.
6     Q     What was Dr. Hasson's findings with respect
7 to Joshua?
8     A     He -- he didn't think that he had an ear
9 infection. He thought that he had some kind of viral
10 infection, but to keep him on the Amoxicillin due to
11 the fact that it will kill whatever virus he does have.
12      I asked him about the bump. He said that he
13 didn't seem like it was anything that, you know, I
14 should rush him to the emergency room, or he would have
15 a concussion of any sort.
16      He said I might want to give him some Tylenol
17 just for the pain, because he will probably have a
18 headache, but other than that, he seemed like
19 everything was okay. Everything was going well.
20    Q     Did Joshua still have a fever at this time?
21    A     No, he did not.
22    Q     Do you recall Dr. Hasson, or his nurse,
23 examining Joshua eyes?
24    A     The doctor did. He did a regular check up.

61

```
1      Q    Do you recall Seth taking a picture of Joshua
2  during that visit?
3      A    Yes.
4      Q    Joshua was holding a stethoscope, I believe,
5  is that correct?
6      A    Yes, that's correct.
7      Q    Why did Seth take a picture of Josh?
8      MR. MEYER:   Objection.  Speculation.
9  BY MR. HARTIGAN:
10     Q    You can answer.
11     A    He thought it was cute that he was playing
12  with the stethoscope.
13     Q    How was Joshua behaving during this doctor's
14  visit?
15     A    Uhm, just kind of interested in what his
16  surroundings were.  Definitely interested in the
17  popsicle thing that the doctor gave him to play with.
18  That's about it.
19     Q    All right.  After this doctor's appointment
20  is finished, do you go back to the Jerzey Lane home?
21     A    No, I went back to Seth's house.
22     Q    Did you stay there for awhile?
23     A    I did.
24     Q    And then you returned to your mother's home?
```

63

```
1  energy was a little low.  She had noticed that the bump
2  on his head was obviously very large.  She instructed
3  me to -- told me to give him some Tylenol, which I had
4  already done, so I -- I advised her that it was already
5  done.
6          She was just very surprised to see this bump
7  on his head.
8      Q    Okay.  What else happens?  Lead us through.
9      A    I believe we had some dinner, sat with Josh
10  at the kitchen table for a little while.  Again, he was
11  very cuddly, clingy, sat with my mom and I until he
12  fell asleep which then, in turn, we went downstairs and
13  put him down in his crib.
14     Q    Now is Josh sitting in a high chair at the
15  kitchen table?
16     A    No, he was sitting in our laps.
17     Q    You were holding Josh while you were eating?
18     A    No, we were done eating.  This is just -- we
19  were socializing at the kitchen table, and I was
20  holding him and my mom was holding him as well.
21     Q    Your mother testified to an occurrence that
22  happened around dinner time that evening where you
23  grabbed Joshua and took him downstairs after he was
24  whining, or crying, do you recall that?
```

62

```
1      A    That's correct.
2      Q    What time is this now?
3      A    I would say around 6:00.
4      Q    And your mother is home at this time?
5      A    That's correct.
6      Q    And is this dinner time?
7      A    Correct.
8      Q    How does that typically work, do you share
9  that responsibility with your mother?
10     A    Not typically.
11     Q    Well, who does?
12     A    Usually, we kind of make our own thing unless
13  we were making something special or it was large enough
14  that the both of us could easily eat then, obviously,
15  we had dinner together.  Otherwise, Josh and I had
16  dinner and she would have dinner either before or after
17  I was there.
18     Q    You would normally make food for Joshua?
19     A    Always, yeah.
20     Q    Tell us what happens when you come home at
21  around 6:00 o'clock and find your mother in the house
22  that Thursday?
23     A    Uhm, we just came home, my mom, obviously,
24  was happy to see Josh.  She had noticed, obviously, his
```

64

```
1      A    No.
2      Q    What time did Josh go to sleep that Thursday?
3      A    I would say probably about 7:00, 7:15.
4      Q    So earlier than normal?
5      A    Yes.
6      Q    And he's sleeping -- he's put to sleep in
7  your bed?
8      A    No, in his crib.
9      Q    Sorry, in the crib.
10          Do you sleep with him that night?
11     A    I believe he actually woke up in the middle
12  of the night and I had taken him and let him sleep next
13  to me until he would go back to sleep.
14     Q    Josh would eat at all that evening?
15     A    No.  No, I don't believe so, but I can't
16  recall.
17     Q    Well, you said two things.  Let's just be
18  clear.
19     A    I don't recall.  To be honest, I'm not
20  entirely sure.
21     Q    Okay.  That's a perfectly acceptable answer.
22     A    I can't remember.
23     Q    It doesn't help for you to speculate for
24  anyone here.
```

65

1       What do you recall about Joshua's condition,
2 physical condition, that evening, if anything?
3    A   Other than the bump on his head, I mean,
4 obviously, he just seemed -- you could tell, obviously,
5 he had hurt his head, you know. He had gone back to
6 being, like I said, clingy, laying in your arms.
7       My mom was scared that, you know, he had a
8 concussion, but I advised her that, you know, I talked
9 to the doctor, and he said that, you know, it was
10 nothing to worry about. Obviously, keep an eye on him
11 but, you know, just give him some Tylenol.
12    Q   Was Joshua crying at all that night that you
13 recall?
14    A   Not that I remember.
15    Q   Now we are at Friday morning, which is our
16 occurrence date.
17    A   Okay.
18    Q   You wake up that morning. Do you believe
19 that Joshua is in bed with you?
20    A   Hmm-hmm.
21    Q   Yes?
22    A   Yes.
23    Q   Lead us through your pre-work routine in
24 terms of prior to dropping off Joshua?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

67

1    A   That was the routine that we did that Friday
2 morning, but that was generally the routine we would
3 always do.
4    Q   I want to go back just a little bit.
5       How many stairs are there leading up to the
6 upstairs, if you remember?
7    A   10 or 12.
8    Q   Quite a few?
9    A   Yes.
10    Q   Could Joshua go up and down the stairs?
11    A   No, because there was a gate blocking off the
12 first stair.
13    Q   Even if there wasn't a gate, could he go up
14 and down the stairs?
15    A   Probably not.
16    Q   Have you ever seen him do that?
17    A   Uh-hmm.
18    Q   No?
19    A   No.
20    Q   Now, you put the TV on for him to watch and
21 you said he was playing with his toys, right?
22    A   Yes.
23    Q   Was he on the floor?
24    A   Yes. There was a -- there is shelves on the

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

66

1    A   Every morning I woke up about 6:30. I didn't
2 leave Josh alone, so I would always take him, when I
3 took a shower, that's the time I would give him a bath
4 at the same time. I had one of those infant chairs
5 that he would sit in while taking a bath and shower.
6       I bought him downstairs after we were done
7 showering. I got him ready first so he could walk
8 around.
9    Q   The shower is upstairs?
10    A   Correct. We went back downstairs, got him
11 ready. There is a gate on the stairs so he can't leave
12 without me moving the gate.
13       I put on the TV for him to watch. While he
14 was watching TV and playing with his toys, I just got
15 ready to go to work.
16       After I was finished getting ready, I went
17 upstairs, made him his oatmeal, went downstairs, fed
18 him his juice and his oatmeal. After I was finished
19 with that, I brought it upstairs, cleaned the dishes,
20 went back downstairs, and I grabbed his stuff and we
21 left.
22    Q   Now, the routine that you just expressed to
23 all of us just now, was this what you recall doing that
24 Friday morning, or had you given us a general routine?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

68

1 bottom floor, and all his toys were stacked in the
2 shelves so he would come and pull them out, play with
3 them on the ground.
4       I had a TV going with his Elmo's World, so he
5 would be fascinated by that as well.
6    Q   Did he have a chair that he would sit in as
7 well?
8    A   Yes, it was next to my rocking chair.
9    Q   Do you recall if he was seated in that chair
10 that Friday morning while you were getting ready?
11    A   Yes.
12    Q   He was as well?
13    A   Yes.
14    MR. HARTIGAN: Do you want tissues? Let's take a
15 break.
16       (Whereupon, a recess was taken.)
17 BY MR. HARTIGAN:
18    Q   Back on.
19       Joshua did eat his oatmeal that morning?
20    A   Yes.
21    Q   He drank his juice?
22    A   Yes.
23    Q   And you cleaned up the dishes?
24    A   Yes.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

69

```
1        Q      Was your mother awake at all during all of
2   this that Friday morning?
3        A      No.
4        Q      What time did you leave to take him to Rick's
5   that Friday morning?
6        A      Around 8:00 o'clock.
7        Q      Now, you arrived at approximately what,
8   quarter after?
9        A      Yes.
10       Q      Now, when you arrived at Aleman's home, do
11  you knock on the door, ring the doorbell?
12       A      Knock or ring the doorbell, I don't recall.
13  One of the two.
14       Q      Rick lets you in?
15       A      Hmm-hmm.
16       Q      Yes?
17       A      Yes.
18       Q      And as you entered the home, who, if anyone,
19  aside from Rick, is present?
20       A      There was another man there with children, I
21  don't recall what his name was.
22       Q      Can you describe him?
23       A      Heavier set man, short, very nice. And I
24  remember the car had license plates, South Carolina
```

71

```
1        Q      Where did you put Josh?
2        A      Rick took him from my arms to hold him.
3        Q      And when Rick did that, did Joshua make any
4   sounds?
5        A      He -- he gave the indication of wanting to go
6   back to me. (Indicating.)
7        Q      When you do that, you need to express for the
8   record what you mean.
9        A      He was grabbing his hands towards me and
10  basically indicating that he wanted to be back in my
11  arms and not in Rick's.
12       Q      Was he making suggestions with his arms and
13  hands?
14       A      Yes.
15       Q      Did he cry out at all?
16       A      Not that I can recall.
17       Q      Did Rick give Joshua back to you?
18       A      Yes, he did.
19       Q      So you are now holding Joshua for a second
20  time in Rick's home?
21       A      Correct.
22       Q      And for how long did you do that?
23       A      I actually brought him into the living room
24  and sat down on the couch with Josh to try to get him
```

70

```
1   license plates.
2        Q      Do you recall a name Adam Mahalik?
3        A      Sounds very familiar.
4        Q      Do you believe that was the gentleman?
5        A      Yes.
6        Q      Had you ever seen Mr. Mahalik before this
7   morning?
8        A      I may have, passing through, but not that I
9   can recall.
10       Q      Did you speak to Mr. Mahalik?
11       A      Not that I can recall.
12       Q      Where was Mr. Mahalik when you arrived at
13  Aleman's home?
14       A      He was in the kitchen slash living room area,
15  speaking with Rick.
16       Q      Did Rick and Mr. Mahalik acknowledge you when
17  you went in the home?
18       A      Yes.
19       Q      Did you discuss anything with either of those
20  two men?
21       A      No.
22       Q      Were you holding Joshua when you entered the
23  room or was he walking alongside you?
24       A      I was holding him.
```

72

```
1   comfortable in the environment while Rick was getting
2   his girls ready for school.
3        Q      Where was Mr. Mahalik at this time?
4        A      He was in the kitchen area. I couldn't see
5   him.
6        Q      How long did you remain on the couch with
7   Josh?
8        A      I would say for about five minutes or so.
9        Q      And then what happens?
10       A      Another gentleman came in to drop off a
11  child, and at that time, since there was kind of a
12  distraction, I chose that was the time for me to leave
13  since he, Joshua, was paying more attention to who was
14  coming in, who was leaving in the living room area, so
15  it was a good time for me to quietly go without him
16  noticing.
17       Q      Now, had Mr. Mahalik left by the time this
18  other gentleman came?
19       A      I don't recall.
20       Q      That's fine. As you're exiting Aleman's
21  home, where is Mr. Aleman?
22       A      He was in the -- in the living room slash
23  kitchen area, in that entryway, and I believe he was
24  actually brushing his daughter's hair trying to get
```

73

1  them ready for school.
2      Q    When you make your exit, what do you do with
3  Joshua?
4      A    I had left him on the couch.
5      Q    When you walked away from Joshua, leaving him
6  on the couch, did he make any sounds or noises?
7      A    No, he wasn't paying attention due to the
8  fact there was commotion going on right in front of
9  him.
10     Q    When you say, "commotion," are there other
11 children playing?
12     A    There was other children, there was the other
13 gentleman that had just come in and then also Rick
14 Aleman with his two daughters.
15     Q    Did the other gentleman that had just come
16 in, and just for the sake of the record, I think we can
17 all agree it was Mr. Gutman, did he begin playing with
18 the children on the floor?
19     MR. MEYER:  I wouldn't agree to that
20 characterization of who came in.
21 BY MR. HARTIGAN:
22     Q    Do you know the person who came in, do you
23 know who that is?
24     A    I didn't know any of their names.  They

75

1      Q    Did you speak with him?
2      A    No.
3      Q    Did you speak with Rick as you were leaving
4  his home?
5      A    I had just kind of indicated that I was going
6  to leave.  When I did that, I just pointed towards the
7  door and gave him a nod and went out the door so that
8  he was aware that I was leaving, but I didn't want to
9  say it out loud for the fact that Josh would hear and
10 realize that I was leaving.
11     Q    Rick was not holding Joshua as you left his
12 home?
13     A    No, he was on the living room couch.
14     Q    And that is the last time that you saw Joshua
15 before seeing him at the hospital?
16     A    Yes.
17     Q    You do not recall speaking to either of the
18 two gentlemen that entered Rick the home?
19     A    No.
20     Q    Approximately how long did you remain in
21 Aleman's home from your entry to exit?
22     A    I would say 10 to 15 minutes.
23     Q    Did you give Rick any additional instructions
24 regarding Joshua's condition?

74

1  weren't ever introduced to me as this is Mr. So and So.
2  So I didn't know who was who.
3      MR. HARTIGAN:  Let's go off the record.
4                  (Whereupon, a discussion was had
5                  off the record.)
6      MR. HARTIGAN:  Back on.
7  BY MR. HARTIGAN:
8      Q    The second person that came in, do you have
9  any reason to disagree that it was Carl Gutman?
10     A    To my knowledge, no, I wouldn't know it
11 was but I --
12     Q    Can you describe him?
13     A    No.
14     Q    African-American, white?
15     A    No, definitely Caucasian.
16     Q    Tall, short?
17     A    A little bit taller than the first gentleman,
18 not as heavy set.
19     Q    Light hair, dark hair?
20     A    I think he had light hair, whether he had
21 glasses or bald, I don't know.
22     Q    So as you're exiting Aleman's home, this
23 other gentleman is entering or had already entered?
24     A    Had already entered.

76

1      A    No.
2      Q    Any update?
3      A    No.
4      Q    What was the atmosphere like in the Aleman
5  home during the 10 to 15 minutes you were there?
6      A    Chaotic.
7      Q    What do you recall, if anything, about Rick
8  during the 10 or 15 minutes that you were there?
9      A    Just I remember him, he was rushing to try to
10 get his girls -- to get everybody ready to get to
11 school on time.
12     Q    You leave Aleman's home and go back to Jerzey
13 Lane where you were working?
14     A    Yes.
15     Q    When is the first time you learned that
16 something had happened in Aleman's home?
17     A    It was when Aleman had called me at work, at
18 the 249 address, and had indicated that Josh had
19 stopped breathing and that he had called the paramedics
20 and that I needed to call him quickly.
21     Q    What time was this call made to you from Mr.
22 Aleman?
23     A    Approximately 9:00, 9:15.
24     Q    Did you go straight to Aleman's home or to

77

1    the hospital?

2        A   I had gotten in my car and got on my cell

3    phone, called Seth, since he was a few houses down, and

4    I said you need to get over here because he could get

5    over there faster.  He called me back within a couple

6    minutes and said they have already taken him to the

7    hospital.  Just go straight there.

8        Q   You said he called me back, you're referring

9    to Seth now?

10       A   Seth called me back and said just go straight

11    to the hospital, they have already taken Josh there.

12       Q   So you did not go to Aleman's home that

13    morning?

14       A   No, I did not.  Other than when I dropped

15    Josh off.

16       Q   All right.  Do you know if Seth went to

17    Aleman's home that morning, or did he go right to the

18    hospital?

19       A   No, I believe he went to Aleman's home,

20    that's why he knew that Joshua was no longer there.

21       Q   I see.  This was St. Alexis Hospital?

22       A   Correct.

23       Q   When you arrived at the hospital, what do you

24    do?

78

1       A   I went up to the front desk and explained

2    that my son was taken to the emergency room.  They

3    immediately put me in a waiting room and told me that a

4    doctor would be there shortly.

5       Q   How long did you wait in the ER prior to a

6    doctor coming to discuss what happened with you?

7       A   Probably about 20, 25 minutes.

8       Q   During the 20, 25 minutes that you're in the

9    emergency room waiting, do other people start to

10    arrive?

11       A   Yes.  I called my mom to inform her what

12    had -- what I knew what had happened because I had left

13    so abruptly.  I told her that she needed to get to the

14    hospital because I didn't know what was going on.

15          Seth was in the meantime on the phone with

16    his mom telling her she needed to come here, too.

17       Q   So your mother arrives?

18       A   Yes.  And Seth mother's arrives as well.

19       Q   And Seth?

20       A   Hmm-hmm.

21       Q   Yes?

22       A   Hmm-hmm.

23       Q   Yes?

24       A   It was Seth, Seth's mother, myself and my

79

1    mother.

2       Q   The four of you were there?

3       A   Yes.

4       Q   At some point a physician enters the room?

5       A   Yes.

6       Q   Do you recall the name of any doctors that

7    you spoke with?  I know it was chaotic.

8       A   If I heard the name, I would, but not off the

9    top of my head.  He was the main pediatric doctor for

10    the hospital.

11       Q   Do you recall speaking to a Dr. Biteski

12    (phonetic) at all?

13       A   I think he was either the brain doctor or the

14    eye doctor.  There was a few doctors.

15       Q   How about a Dr. Reyes?

16       A   That's the doctor that came in to talk to me.

17       Q   What did Dr. Reyes tell you about Joshua's

18    condition when he first spoke to you?

19       A   All he could tell me was that my son was very

20    sick, but he didn't know why.

21       Q   This is about 20, 25 minutes after your

22    arrival?

23       A   Yes.

24       Q   And did he not spend a whole lot of time with

80

1    you because he was attending to Joshua?

2       A   Exactly.  He didn't know -- he didn't really

3    have anything to tell me at that time, except for he

4    knew it was -- it was serious.

5       Q   Okay.  And you remained in the emergency

6    room?

7       A   Yeah.

8       Q   Did any law enforcement police personnel

9    begin arriving?

10       A   I believe so, yes.

11       Q   Do you know when, in relation to your arrival

12    at the emergency room, that police began arriving?

13       A   I would say probably about an hour.

14       Q   Did you have that initial discussion with Dr.

15    Reyes, assuming that it was Dr. Reyes, prior to the

16    police arriving?

17       A   Yes.

18       Q   Did you have any other conversations with

19    physicians prior to the police arriving?

20       A   There was a few physicians in the emergency

21    room.  Some of them I understand they were, I don't

22    know if they were brain surgeons or brain doctors, I

23    don't know, because they had approached me and asked me

24    if I needed to do emergency work on him.

81

1    Q    Did you give Dr. Reyes any type of history
2  regarding Joshua?
3    A    I asked him if this was in regards to the
4  bump on his head.
5    Q    What did Dr. Reyes say?
6    A    He said I don't know.
7    Q    Did Dr. Reyes ask you how Joshua had been
8  feeling that morning or days prior?
9    A    Yeah, and I said that he was fine, but I did
10 indicate that he had that large bump on his head the
11 day prior, but I had taken him to the regular
12 pediatrician and he said that he would be okay.
13   Q    Did you tell that to Dr. Reyes that Joshua
14 had been ill with either an ear infection, viral
15 infection or fever?
16   A    Not at that time.  He didn't ask.  He was
17 just asking questions and I just gave him answers.
18   Q    Sure.  Did you speak to any nurses that took
19 a history of Joshua that they could get from you?
20   A    Probably at some point in time, but I really
21 don't recall when.  It could have been after, you know,
22 everything had kind of settled at first.
23   Q    Okay.  What -- what happened next after you
24 speak with Dr. Reyes and then you believe that the

83

1    A    Yes.
2    Q    When was that?
3    A    It was sometime during, I'd say like
4  February, March of '04.
5    Q    What was that for?
6    A    Driving on a suspended license.
7    Q    Anything else?
8    A    No, that was it.
9    Q    Do you recall who arrested you from the
10 Hanover Park Police Department?
11   A    No, not at all.
12   Q    All right.  When you met with Detective
13 Carlson, you said he asked you some basic questions, is
14 that right?
15   A    Yes.
16   Q    Where did you meet with him in relation to
17 the hospital?
18   A    There was a vacant area on the pediatrics
19 floor where there weren't any nurses or anything, and
20 he had taken me there because it was quiet.
21   Q    It was just the two of you?
22   A    Correct.
23   Q    How much time did you and he spend talking?
24   A    About 15 minutes.

82

1  police arrive approximately an hour after your arrival?
2    A    That's when he approached me and said that
3  they needed to do emergency brain surgery to release
4  the pressure in my son's head.
5    Q    And this was Dr. Reyes or now somebody else?
6    A    It was Dr. Reyes and another doctor that I
7  don't recall their name.
8    Q    Do you recall a Dr. Raj?
9    A    Sounds familiar.
10   Q    You obviously agreed to that procedure?
11   A    Absolutely.
12   Q    And this procedure takes place and while
13 that's ongoing, what happens in the emergency room that
14 you can recall?
15   A    In the meantime, I believe that's when
16 Detective Carlson had come and just asked me a few
17 basic questions, and that was about it.
18   Q    Now, Detective Carlson, you understand, is a
19 Hanover Park police detective?
20   A    Yes.
21   Q    Had you ever met him before this morning?
22   A    No.
23   Q    Had you ever been arrested by the Hanover
24 Police Department before this occurrence date?

84

1    Q    Now, were you the first person that Detective
2  Carlson began speaking with to your knowledge?
3    A    I don't know who he began with.  I was the
4  first person at the hospital that he began speaking
5  with, that I saw.
6    Q    That's what I actually meant.  To your
7  knowledge, you were the first person at the hospital
8  that he spoke with?
9    A    Yes.  Yes.
10   Q    Do you know that he subsequently interviewed
11 your mother, Seth and Barbara?
12   A    Not that I saw.
13   Q    You knew that it happened?
14   A    Yes.
15   Q    Do you know if he questioned them in that
16 same room?
17   A    No, I don't.
18   Q    Okay.  Do you recall Detective Carlson asking
19 you if you have ever struck, hit or violently spanked
20 Joshua?
21   A    Yes.
22   Q    Did you deny that?
23   A    Yes.
24   Q    Did you tell Detective Carlson at all about

85

1  Joshua's overall condition, health wise, during that
2  week prior to --
3      A    Yes.
4      Q    Did Detective Carlson tell you that Rick
5  Aleman was in custody at that time but that he was
6  being questioned at that time?
7      A    That he -- I do recall that he said he was
8  being questioned, but whether or not he said he was
9  arrested, I don't remember.
10     Q    Okay. Your concern, obviously, is not with
11 Mr. Aleman at that time?
12     A    I mean at that point in time I didn't know --
13 I was just concerned with my son.
14     Q    Okay. I'm going to read from Detective
15 Carlson's report with the understanding that you have
16 never seen it. I want to verify that what's reported
17 is accurate.
18     MR. MEYER:   Which report?
19     MR. HARTIGAN:   I don't have the Bates number.
20     MR. MEYER:   Just tell me the date of the report
21 is.
22     MR. HARTIGAN:   The date of the report is 9/23/05.
23     MR. MEYER:   It's a two-page report?
24     MR. HARTIGAN:   Yeah.

86

1      MR. MEYER:   I have it.
2      MR. HARTIGAN:   Okay.
3  BY MR. HARTIGAN:
4      Q    Detective Carlson asked you to tell him what
5  had happened that morning, fair?
6      A    Yes.
7      Q    You indicated to him that you dropped off
8  Joshua at Aleman's home at 8:00 o'clock to 8:15 a.m.
9  for day care, correct?
10     A    Correct.
11     Q    You told Detective Carlson that Joshua had
12 been sick all week?
13     A    Yes.
14     Q    You told him that on Tuesday of that week
15 Joshua had a 103-degree fever?
16     A    Correct.
17     Q    You told him you had been giving Joshua
18 Amoxicillin and Motrin since that time?
19     A    Children's Motrin, yes, correct.
20     Q    And this Friday morning, Joshua was being
21 fussy but not screaming or crying for you, correct?
22     A    Correct.
23     Q    And while at home, Joshua was laying and
24 watching television prior to going to Aleman's home,

87

1  correct?
2      A    Correct.
3      Q    You told Detective Carlson about Joshua
4  falling that Thursday, September 8th, at Aleman's home?
5      A    Correct.
6      Q    And that when you picked Joshua up that
7  Thursday at 2:15, 2:30 p.m. Aleman told you that Joshua
8  had fallen 20 minutes prior, correct?
9      A    Correct.
10     Q    Moving down on the report it's indicated that
11 you told Detective Carlson you had been taking your
12 child, Joshua, to Rick's home since Tuesday, is that
13 right?
14     A    Right. Well, since Wednesday.
15     Q    But on Tuesday because Joshua --
16     A    The check --
17     Q    Hold on. On Tuesday because Joshua was sick,
18 you just dropped off Joshua's paperwork to Rick but
19 didn't have Rick watch Joshua.
20     A    Yes.
21     Q    On Wednesday, that was the first day Joshua
22 spent at Rick's home?
23     A    Yes. Correct.
24     Q    Joshua had not had any other injuries

88

1  recently, is that right?
2      A    Yes.
3      Q    He saw Dr. Hasson on Thursday at 2:45 p.m,
4  does that sound accurate?
5      A    Yes, correct.
6      Q    And you related to Detective Carlson what you
7  discussed with us earlier, what happened that Thursday
8  evening at the Jerzey address?
9      A    Yes.
10     Q    Namely, the dinner that you had had with your
11 mother and that you had to go to the store to pick up
12 cheese. Do you recall telling Detective Carlson that?
13     A    Something like that.
14     Q    Sure. Okay. It's reported in Carlson's
15 report that you had ever hit, spanked, shook, or
16 physically harmed Joshua before and you answered no to
17 each question. Do you recall doing that?
18     A    Correct.
19     Q    It's reported that if Joshua went to grab
20 something, you would tell him no, and that's in
21 quotation marks, and Joshua would put his hand down and
22 walk away. Do you recall telling him that?
23     A    Yes.
24     Q    You believe you spent about 15 minutes with

89

1  Detective Carlson?

2      A   Yes, around that time.

3      Q   Okay.  After your Interview with Detective

4  Carlson, what happens next In the emergency room?

5      A   I really don't remember.  I believe I went

6  back to -- to the -- to the waiting room to wait for

7  him because I think he was probably still In the

8  surgery, but I really don't remember.

9      Q   Did you have any subsequent discussions with

10  Dr. Reyes that day?

11      A   I don't remember.

12      Q   Did any physicians ever relate to you that

13  Joshua's Injuries were Indicative of or consistent with

14  shaken baby syndrome?

15      A   No, not until Saturday.

16      Q   Did you spend that Friday In the emergency

17  room the whole night?

18      A   Yes.

19      Q   You slept there?

20      A   Hmm-hmm.

21      Q   Yes?

22      A   Yes.

23      Q   Did Seth remain with you the whole time?

24      A   Yes.

91

1          Do you have any reason to disagree with that?

2      A   No.

3      Q   All right.  We'll move on to Saturday.

4          You're still at the hospital, correct?

5      A   Hmm-hmm.

6      Q   Correct?

7      A   Yes.

8      Q   It's also reported that you speak with again

9  Carlson and Cardona at approximately 11:15 that

10  morning.  Do you have any reason to disagree with that?

11      A   No.

12      Q   It's also so reported that -- I'm sorry.

13  Following along here, I'm going on 9/19/05, data

14  report.  I don't know the dates.

15      MR. MEYER:  Which?

16      MR. HARTIGAN:  One page by Carlson.

17      MR. MEYER:  It says on 9/10?

18      MR. HARTIGAN:  Yes.

19  BY MR. HARTIGAN:

20      Q   It's reported that Seth and Barbara Sable

21  were present for the conversation between yourself,

22  Carlson and Cardona.

23          Do you have any reason to disagree with that?

24      A   No.

90

1      Q   Do you recall any other conversations with

2  physicians that Friday, other than what you told us

3  with Dr. Reyes?

4      A   No, they did not have anything for me.

5      Q   Same for law enforcement personnel, aside

6  from your meeting with Detective Carlson, do you recall

7  speaking with any other law enforcement personnel that

8  Friday?

9      A   I don't know which day it was on, but I did

10  speak with an Illinois State Police, with Detective

11  Carlson, but I don't recall If it was Friday or

12  Saturday.

13      Q   Now, did you ever observe Detective Carlson

14  speaking to the medical doctors?

15      A   He was In front of me while he was speaking

16  to them.

17      Q   Did you overhear what was said?

18      A   He was asking about Joshua's condition.

19      Q   What was your understanding of Detective

20  Carlson's role In terms of this occurrence?

21      A   I believed he was just investigating.

22      Q   It's reported that you are reInterviewed by

23  Detective Carlson and a Master Sergeant Steven Cardona

24  at approximately 3:10 p.m. that Friday.

92

1      Q   Do you recall Rick telling you about an

2  accident Involving Joshua's diaper and that Rick had to

3  give Joshua a bath and wash his suffed monkey?

4      A   I do.

5      Q   When did that happen In that week?

6      A   I believe that happened Wednesday, the first

7  day that he was there.

8      Q   Okay.  Do you have the diaries that Rick

9  complied regarding Joshua?

10      A   No, I do not.

11      Q   Did you give them to someone?

12      A   I gave them to the police department as

13  evidence.

14      Q   Okay.  Was that the only time that you met

15  with law enforcement personnel that Saturday,

16  September 10th?  That you can recall.

17      A   I don't remember.

18      Q   Do you recall what, if anything, the doctors

19  were telling you regarding Joshua's condition that

20  Saturday?

21      A   I believe It was Saturday evening Is when Dr.

22  Reyes had Informed me and Seth and Dr. Carlson (sic)

23  was In the room as well, that the -- the reason why my

24  son was In the shape that he was was due to the fact of

93

1 baby shaken syndrome.

2     Q    Shaken baby syndrome?

3     A    Yes, sorry.

4     Q    That's okay. Is this the first time that you

5 heard the phrase, namely, shaken baby syndrome?

6     A    Yes.

7     Q    Had you ever heard of that before?

8     A    Just on the news.

9     Q    Did Dr. Reyes explain to you, who, if

10 anybody, he thought may have been responsible for these

11 injuries?

12     A    Yes.

13     Q    What did he say?

14     A    The babysitter.

15     Q    When he told you this, did you wonder how he

16 arrived at this conclusion?

17     A    Yeah. He told me that the damage had

18 occurred within the last 24 hours.

19     Q    Aside from yourself and Mr. Aleman, did

20 anybody else have custody of Rick Aleman (sic) prior to

21 his arrival in the emergency room?

22     A    Can you repeat the question?

23     Q    Can you read it back? Sorry.

24           (Whereupon, the record was read.)

94

1     MR. HARTIGAN: I'll withdraw the question. I'm

2 getting tired myself. I'll strike the question and

3 reask it.

4 BY MR. HARTIGAN:

5     Q    Aside from yourself and Rick Aleman, are you

6 aware of anybody that had sole custody of Joshua within

7 the 24 hours prior to Joshua's arrival at the emergency

8 room?

9     A    No.

10     Q    Do you recall anything else that Dr. Reyes

11 said to you during that conversation with him Saturday

12 evening?

13     A    Just my son was very sick.

14     Q    Did you remain at the hospital that night as

15 well?

16     A    Yes.

17     Q    Did you speak with anybody from the

18 Department of Children and Family Services, we call it

19 DCFS either on September 9th or 10th?

20     A    Uhm, I believe Booker, Booker showed up at

21 the hospital. I didn't have a lengthy conversation

22 just because I was concerned with my son's health and

23 told him I would have to talk to him at a different

24 time.

95

1     Q    Do you remember what day this was, whether it

2 would be Friday or Saturday?

3     A    No, I don't.

4     Q    All right. We'll go on to Sunday then.

5     It's reported that you met with Detective

6 Carlson and he informed you of the Illinois Victim

7 Compensation Fund for medical expenses, do you recall

8 him telling you about that?

9     A    Hmm-hmm.

10     Q    Yes?

11     A    Yes.

12     Q    The date of the report is 9/19/05 authored by

13 Carlson. Do you remember meeting with any other law

14 enforcement personnel that September 11, 2005?

15     A    No.

16     Q    Do you recall what, if anything, doctors were

17 telling you regarding Joshua that Sunday?

18     A    That the outlook was looking grim.

19     Q    Is this still Dr. Reyes?

20     A    Yes.

21     Q    At some point you learn that charges had been

22 brought against Rick Aleman?

23     A    Yes. On what day though, I don't remember.

24 Yes, I remember distinctly that they told me because I

96

1 was wondering why Rick hadn't called to find out how

2 Joshua doing.

3     Q    You stayed at the hospital that night, too?

4     A    Yes. I never left the hospital.

5     Q    That following Monday, it's reported that

6 Detective Carlson and Investigator Booker met with you

7 at the hospital at approximately 3:15 in the afternoon,

8 do you recall that?

9     A    I don't recall, but it's very possible that.

10     Q    You have no reason to disagree?

11     A    I have no reason to disagree.

12     Q    To your knowledge, is it the first time that

13 you have a formal interview with the Investigator

14 Booker?

15     A    Yes.

16     Q    It's also reported that you had decided to

17 remove Joshua from life support and that you will do so

18 either the following day or the day after. Do you

19 recall telling the officers that?

20     A    After it, yes.

21     Q    All right. And again, you stayed at the

22 hospital that September 12th throughout the night,

23 right?

24     A    Yes.

97

1    MR. HARTIGAN:  If you want to take a break.
2    THE WITNESS:  I'm okay.
3    MR. HARTIGAN:  We're now at Monday,
4  September 13th.
5  BY MR. HARTIGAN:
6    Q    Tuesday, September 13th, excuse me, this is
7  the day that Joshua passes away, correct?
8    A    Correct.
9    Q    Did you speak to Dr. Reyes at all that day
10 regarding any of Dr. Reyes' conclusions about Joshua?
11   A    Yes.
12   Q    What -- what did you learn from him?
13   A    I asked him what he would do if it was his
14 own child, and he said that based on the brain damage
15 that Joshua had inflicted, he would never ever be off
16 life support.
17   Q    Had Dr. Reyes' opinions changed about who
18 inflicted the harm on Joshua?
19   A    Not at all.
20   Q    And you made the decision on that day?
21   A    Yeah.  Sure
22   Q    All right.  When you met with Carlson and
23 Booker at the hospital, did you get the impression that
24 Detective Carlson was protecting you?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

99

1    Q    He attended the funeral as well?
2    A    Yes.
3    Q    Was Detective Carlson, to your knowledge, the
4  primary person investigating this death?
5    A    Yes.
6    Q    Only because it's been raised in this
7  litigation, did you ever develop any type of
8  relationship with Detective Carlson outside of a
9  professional one?
10   A    Not at all.
11                (Whereupon, an Adelle Nicholas from
12                 Mr. Jackowiak's office entered the
13                 deposition room.)
14   Q    Did you ever view the taped interrogation of
15 Rick?
16   A    I tried.
17   Q    What do you mean you tried?
18   A    I tried to watch it, but I got through about
19 five minutes of it and I couldn't watch it anymore.
20   Q    Who provided it to you?
21   A    Jim Costello.
22   Q    Was that in relation to the civil suit that
23 you brought?
24   A    Correct.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

98

1    A    No.
2    Q    Did Detective Carlson ever instruct you and/
3  or your mother not to speak to anybody aside from
4  Hanover Park Police?
5    A    Not that I can recall.
6    Q    Now, after Joshua passed and after the more
7  serious criminal charges were brought against Mr.
8  Aleman, did you still maintain some level of
9  communication with the Hanover Park Police Department?
10   A    Uhm, after Joshua had passed, no, not that I
11 I can recall.
12   Q    Did Detective Carlson call you to give you a
13 status regarding any developments with respect to the
14 investigation?
15   A    Not from what I remember.  He just gave me
16 the -- the -- it was like a 1-800 number or something
17 that you can check to see what's going on with the case
18 or whether he has been released from jail.
19   Q    Okay.
20   A    And some counsellors to talk to from Cook
21 County.
22   Q    Did Detective Carlson attend the wake of
23 Joshua?
24   A    Yes.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

100

1    Q    Going back to your time at the hospital,
2  during those days that you were there, and nights, did
3  you ever tell any of the nurses about Joshua's health
4  condition during the week prior to his admission?
5    A    Uh-uh.
6    Q    No, you did not?
7    A    Not unless they had asked, but I can't
8  recall.
9    Q    I'm going to jump around here a little and I
10 apologize.  Who is Luddie, L-U-D-D-I-E, Campbell?
11   A    That's my mom's boyfriend at the time.
12   Q    At the time of the occurrence?
13   A    Correct.
14   Q    Was he living with your mother?
15   A    No.
16   Q    When -- strike that.
17        Was he dating your mother when Joshua was
18 born?
19   A    No.
20   Q    When did he enter your life, in terms of his
21 dating your mother?
22   A    I'd say around May of '05.
23   Q    So it's fair so say that Luddie only knew
24 Joshua for about half his life?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

101

1    A    Yeah.

2    Q    How often would Luddie, L-U-D-D-I-E, I

3  believe, come to your mother's home in a given week?

4    A    Probably five, six times.

5    Q    Would he stay overnight?

6    A    Occasionally.

7    Q    Mr. -- well strike that.

8        Are you aware that Mr. Campbell gave a

9  recorded statement to Barry Spector?

10   A    Yes.

11   Q    How did you come to learn about that?

12   A    Luddie told me.

13   Q    Are you close at all with him?

14   A    I was.

15   Q    Prior to this occurrence you were?

16   A    Right.

17   Q    You learned that he gave a statement

18  obviously?

19   A    Yes.

20   Q    When in relation to giving the statement did

21  he tell you about it?

22   A    I had asked him if he had spoken to anybody

23  because the courts had indicated that they were

24  finished investigating, and when I had heard that these

102

1  people were trying to talk to certain friends and

2  family of mine, it was very clear to me that it was not

3  the State that was questioning them.

4    Q    You understood Aleman's criminal defense

5  attorneys were doing this?

6    A    I assumed, yes.

7    Q    Mr. Campbell told Aleman's criminal defense

8  attorneys about an incident where you struck Joshua in

9  the head over some Cheerios, do you recall this

10  incident?

11   A    Not at all.

12   Q    I believe his statement indicated that it

13  occurred in July of 2005, do you still do not recall

14  the incident?

15   A    Not at all.

16   Q    He also stated that you struck Joshua on the

17  hands too hard all the time, is that true?

18   A    No.

19   Q    And where does Mr. Campbell currently reside,

20  if you know?

21   A    I don't.

22   Q    And your mother is no longer involved with

23  him, right?

24   A    No.

103

1    Q    Do you know the circumstances surrounding

2  that?

3    A    No.

4    Q    When was the last time you spoke with him?

5    A    I would say probably 8 to 12 months ago.

6    Q    Now, you're aware that your mother also gave

7  a statement to Spector, are you?

8    A    Yes.

9    Q    She was also deposed in relation to this

10  case, you're aware of that, right?

11   A    Yes.

12   Q    She testified, and this may be hard to hear

13  but I have to ask you.  She testified that you

14  threatened her not to come to court when the Aleman

15  criminal matter was pending or you would kill her, is

16  that true?

17   A    No.

18   Q    You're aware that your mother believes that

19  you killed Joshua?

20   A    I think my mom's confused.

21   Q    Are you aware she has that belief still?

22   A    I'm not sure.

23   Q    When you say, "she's confused," what do you

24  mean?  By the way, although I'm asking you these

104

1  questions, just for the record, I'm not waiving any

2  relevance objections, but I need to ask you now, why is

3  it that you think that your mother believes this?

4    A    I think my mom doesn't know who it is, to be

5  honest.  I don't think my mom knows whether it was

6  myself, whether it was Rick Aleman, whether it was Seth

7  Sable.  I don't think she knows who it was, and I think

8  she's very distraught.

9    Q    Do you think it's unusual, though, that

10  you're living with your mother during the time in which

11  she believes you killed her grandson?

12   A    She didn't think that at first.  It wasn't

13  until she had kicked me out.

14   Q    Then you resumed residing with her sometime

15  thereafter, right?

16   A    After Josh had passed?

17   Q    Right.

18   A    Yes.

19   Q    I'm just trying to understand.  It's --

20  it's -- I mean, it's unusual.

21   A    We just don't discuss the case.

22   Q    All right.  What is your relationship with

23  your mother currently?

24   A    Good.

105

1    Q    When you talk, how often?
2    A    Every day.
3    Q    Your mother testified that you punched her
4    such that she had a fractured jaw after you got in
5    trouble for having a party at her home.  Do you
6    remember that?
7    A    No.
8    Q    Are you aware that your mother met with
9    Detective Carlson around the time that the criminal
10   charges against Rick Aleman were dropped?
11   A    Yes.
12   Q    Do you know why she met with him?
13   A    She was telling them that she received an
14   anonymous letter stating that they were going after the
15   wrong person.
16   Q    Did you ever see that letter?
17   A    No, I did not.
18   Q    Your mother tell you what had occurred during
19   this meeting with Detective Carlson?
20   A    She and I never discussed what happened.
21   Q    Are you aware that it was your mother that
22   believed that both you and Detective Carlson were
23   developing a romantic relationship during the course of
24   this investigation?

107

1    medical expenses; is that correct?
2    A    Yes.
3    Q    Whose idea was it to do that?
4    A    Seth.
5    Q    And that was established at Bank One, now
6    Chase, correct?
7    A    Correct.
8    Q    Do you recall issues coming up with respect
9    to the funds that were deposited into this fund at
10   around the time that Aleman's criminal case was
11   pending?
12   A    Yes.
13   Q    Did you ever use any of the funds deposited
14   into this memorial fund for your own personal use?
15   A    Yes.
16   Q    For what purposes did you expend monies
17   deposited into this fund?
18   A    Living expenses, such as rent, any -- the
19   bills that I needed to pay, I was out of work.
20   Q    Some of the money made payable to you?
21   A    Correct.
22   Q    Again, I'm not waiving any relevance
23   objections to this, but did you buy yourself a vehicle
24   with the money that was in this fund?

106

1    A    No, I did not.
2    Q    You obviously deny that?
3    A    Absolutely.
4    Q    Were you happy that Detective Carlson was
5    present at the wake and funeral of your child to
6    support you?
7    A    I really didn't pay any attention.
8    Q    Okay.  There was a question posed to your
9    mother during her deposition, and again I'm not waiving
10   any relevancy objection, regarding a trip to Sycamore
11   where you said to your mother and Luddie, "Don't be
12   surprised if you come back and see Joshua in a coffin."
13        Do you recall saying that to them?
14   A    Not at all.
15   Q    Going back to that Friday morning at Aleman's
16   home, did you ever see Joshua lying on the floor in a
17   blanket, sleeping?
18   A    Can you repeat the question?
19   Q    That Friday morning at Aleman's home when you
20   dropped off Joshua, did you ever put him on the floor
21   or wrap him in a blanket where he was sleeping?
22   A    Not on the floor, he was on the couch.
23   Aleman's floor was dirty.
24   Q    A memorial fund was established for Joshua's

108

1    A    Not that I can recall.
2    Q    Okay.  You were not working at the time in
3    which this fund was created, correct?
4    A    Correct.
5    Q    Now, you met -- we talked earlier about your
6    meeting with the State's Attorney's and a recording
7    indicates that this meeting took place on November 2nd,
8    2006.  Do you have any reason to disagree with that
9    date?
10   A    No.
11   Q    Why is it that you met with these two
12   Assistant State's Attorney's, do you recall?
13   A    They had asked me to.
14   Q    It was their idea?
15   A    Hmm-hmm.
16   Q    Yes?
17   A    Yes.
18   Q    Had you been going to court prior to this
19   November 2nd, 2006 meeting when Aleman's charges were
20   being heard?
21   A    Yes.
22   Q    You did not testify before the grand jury, is
23   that right?
24   A    No.

109

```
1    Q    When you attended court, were there quite a
2  few people present?
3    A    Yes.
4    Q    It's my understanding that there was people
5  on one side for Rick and people on the other side for
6  yourself, is that about accurate?
7    A    Yes.
8    Q    Who, if I was interested in learning, was on
9  your side?
10   A    I had Dawn Finzel (phonetic) who was the
11 Godmother. I had her two parents. My parents. I had
12 my two cousins, Jenna and Lindie with my Aunt Betty.
13 Seth Sable with his mother. That's all I can remember
14 off the top of my head.
15   Q    Now, Betty is your mother's sister?
16   A    In-law.
17   Q    Where does Dawn Finzel reside?
18   A    St. Charles.
19   Q    Do you have her contact information?
20   A    Yes, I do.
21   Q    Did this -- this occurrence cause some
22 divisiveness between your family?
23   A    Yes.
24   Q    Such that some were on your side and some
```

111

```
1    A    After the charges were dropped?
2    A    Oh, no, no, no, no. Then before the charges
3  were dropped. That was the last meeting I had with
4  them.
5    Q    Were these in person these meetings?
6    A    Yes.
7    Q    Were they closer in time to the occurrence or
8  closer in time to the time in which the charges were
9  dropped that you met with them?
10   A    They met with me a few times during the whole
11 trial, or during the whole court thing.
12   Q    Did they ever ask you questions regarding
13 your personal background any prior convictions?
14   A    Yes.
15   Q    Anything of that nature?
16   A    Yes, yes.
17   Q    Did they ever ask you regarding Joshua's
18 health condition during the week prior to the
19 occurrence?
20   A    Yes.
21   Q    And you told them that?
22   A    Yes.
23   Q    Who is Ryan Crane?
24   A    Good friend of mine.
```

110

```
1  were on the Aleman side?
2    A    It was more some were on my mom's side, some
3  were on my side.
4    Q    Now, you had never seen that video taped
5  interview of yourself, right?
6    A    No.
7    Q    Were you upset when you learned that the
8  criminal charges against Rick Aleman were dropped?
9    A    Yeah.
10   Q    Do you -- with the understanding that you're
11 not an attorney, but based upon your interacting with
12 the State's Attorney's Office, have an understanding
13 why the criminal charges were dropped?
14   A    They felt they didn't have substantial enough
15 evidence to -- to be sure that they could convict him
16 and it would stick.
17   Q    Did you ever speak or meet with any Assistant
18 State's Attorney's aside from this meeting on
19 November 2nd, 2006?
20   A    Yes.
21   Q    When was that?
22   A    I don't remember.
23   Q    Was it before or after?
24   A    Probably after.
```

112

```
1    Q    C-R-A-N-E, is that correct?
2    A    Yes.
3    Q    Did he ever care for Joshua?
4    A    Yes.
5    Q    Adam Smith, is he still a friend of yours?
6    A    Yes.
7    Q    Did he ever care for Joshua?
8    A    Yes.
9    Q    And what's your father's name?
10   A    Alexander Winter.
11   Q    You have no relationship with him?
12   A    No.
13   Q    When was the last time you spoke to him?
14   A    I don't even remember.
15   Q    Did you ever believe that law enforcement
16 personnel was investigating you in the death of Joshua?
17   A    Absolutely.
18   Q    What led you to believe that?
19   A    I was the last person to be with Josh, other
20 than Rick Aleman, and they had no choice but to
21 investigate me.
22   Q    Did you ever suspect that the State's
23 Attorney's Office was looking into you as a possible
24 suspect, too?
```

113

```
1        A    Yes.
2        Q    Were you upset with the way in which the
3   State's Attorney's Office handled the prosecution of
4   this case?
5        A    Yes.
6        Q    Is your understanding that the shaking of
7   Joshua occurred after Carl Gutman and Adam Mahalik had
8   left Mr. Aleman's home?
9        MR. MEYER:  Objection, foundation.
10       MR. HARTIGAN:  You can answer.
11       THE WITNESS:  Can you repeat the question?
12       MR. HARTIGAN:  Can you read it back, please?
13              (Whereupon, the record was read.)
14       THE WITNESS:  No.
15  BY MR. HARTIGAN:
16       Q    Do you have any idea when the shaking of
17  Joshua took place while he was in the custody of Rick
18  Adelman?
19       MR. MEYER:  Objection, speculation.
20       MR. HARTIGAN:  You can answer.
21       THE WITNESS:  It was to my belief that it happened
22  within the last 24 hours from September 9th.
23  BY MR. HARTIGAN:
24       Q    Do you know if -- strike that.
```

*PATTI BLAIR COURT REPORTERS, P.C.*
*(312) 782-8376*

115

```
1   Sable and his mother, Barbara; is that correct?
2        A    Correct.
3        Q    What was the outcome of the civil suit that
4   you brought against Rick Aleman, do you remember?
5        A    Dropped it.
6        Q    Do you know why?
7        A    Because he doesn't have anything.
8        Q    I take it that you have not spoken to Mr.
9   Aleman after the charges were dropped?
10       A    No.
11       Q    Did you speak to him at all while the charges
12  were pending?
13       A    I was instructed not to.
14       Q    By whom?
15       A    Everyone, State's Attorney, the police
16  department, everybody.
17       Q    So the last time you spoke to Rick was that
18  Friday?
19       A    When he called me.
20       Q    Okay.  As you sit here today, do you hold an
21  opinion that Rick killed your son?
22       A    Absolutely.
23       Q    Did you ever, in the 11 months that Joshua
24  was on this earth, strike him?
```

*PATTI BLAIR COURT REPORTERS, P.C.*
*(312) 782-8376*

114

```
1            You were told about Mr. Gutman and Mr.
2   Mahalik's observations of Joshua when you met with the
3   State's Attorneys on November 2nd, 2006.  Do you
4   remember that?
5        A    Correct.
6        Q    Okay.  Had you ever heard that before, that
7   being the observations of these two gentlemen?
8        A    No.  Not that I can recall.
9        Q    I trust that you did not speak with either of
10  those two individuals at any point?
11       MR. MEYER:  Objection.
12       THE WITNESS:  No.
13       MR. MEYER:  Asked and answered.
14       THE WITNESS:  No.
15  BY MR. HARTIGAN:
16       Q    Do you have any knowledge as to whether
17  either of those two individuals are friends with Mr.
18  Aleman?
19       A    I believe so.
20       Q    Were you upset that the State's Attorney was
21  not interviewing witnesses that would have been
22  favorable to you?
23       A    Yes.
24       Q    And two of those witnesses would include Seth
```

*PATTI BLAIR COURT REPORTERS, P.C.*
*(312) 782-8376*

116

```
1        A    No.
2        Q    Anyone that would say otherwise, you would
3   disagree with?
4        A    I'm sorry, can you repeat the question?
5        Q    Anyone that would say otherwise, you would
6   disagree with?
7        A    Absolutely.
8        Q    Do you think you were a good mother?
9        A    Yes.
10       Q    Did you get any help in mothering from your
11  mother.
12       A    Other than advice?
13       Q    Yes.
14       A    Nothing.  And the roof over my head.
15       Q    She testified that she offered to help raise
16  Joshua, but you declined and said that you wanted to do
17  it on your own, is that true?
18       A    No, that's completely untrue.
19       MR. HARTIGAN:  That's all I have got for you right
20  now.  The other attorneys may follow.
21              EXAMINATION
22  BY MR. KOCH:
23       Q    Danielle, as I introduced myself earlier,
24  I'm Peter Koch, and I'm one of the attorneys for the
```

*PATTI BLAIR COURT REPORTERS, P.C.*
*(312) 782-8376*

117

1  Illinois State Police defendants.
2          You testified that you recall speaking with
3  Master Sergeant Steve Cardona of the Illinois State
4  Police, correct?
5      A    Hmm-hmm, yes.
6      Q    Now, you answered some questions about what
7  you had told Officer Carlson on that first day, Friday,
8  at the hospital when he and you went to kind of a
9  vacant area, and Mr. Hartigan went over it with you
10  what you told Officer Carlson.
11          Later that day when you spoke with Officer
12  Carlson and -- and Master Sergeant Cardona, did you
13  tell the two of them basically what you had told
14  Officer Carlson previously that day?
15      A    Yes.
16      Q    Sitting here today, do you recall telling
17  Officer Cardona anything else?
18      A    No, just that Joshua was the light of my
19  life.
20      Q    Do you believe that what you told Officer
21  Carlson you also told to Master Sergeant Cardona?
22      A    Yes.
23      Q    Did you ever meet an Illinois State Police
24  Officer named Gery Fallon?

118

1      A    I don't remember.
2      Q    Do you recall meeting an Illinois State
3  Police Officer named Joseph Micci?
4      A    I met an Illinois State officer, but
5  honestly, I would be able to tell him if it was him if
6  I saw a picture, but I don't remember the name.
7      Q    Where would you have met this -- well,
8  actually, let me strike that.
9          Are you talking about an Illinois State
10  Police officer other than Steve Cardona?
11      A    I don't think so. I believe that's the one
12  that I recall that I spoke with him and Detective
13  Carlson.
14      Q    So that's the one Illinois State Police
15  officer that you recall meeting?
16      A    Correct.
17  MR. KOCH:  I don't have any further questions.
18  MR. MEYER:  I just have a few.
19              EXAMINATION
20  BY MR. MEYER:
21      Q    You were working at ABC in 2002?
22      A    Correct.
23      Q    And were you fired from ABC?
24      A    I was -- it was a mutual letting -- I mean we

119

1  had left on good terms.
2      Q    Was your boss Terry Shiro (phonetic)?
3      A    Correct.
4      Q    Do you hold an opinion of Mr. Shiro?
5      A    Yes.
6      Q    What is your opinion of Mr. Shiro?
7      A    I don't like him.
8      Q    And then did you start back at ABC in
9  February of '05 right around when Joshua was born?
10      A    I don't remember, but -- I don't remember the
11  dates, but yes, I did work for him again but I don't
12  recall what dates they were.
13      Q    Were you fired again a second time?
14  MR. HARTIGAN:  Objection to relevance.
15  MR. KOCH:  Objection, misstates prior testimony.
16  MR. HARTIGAN:  Go ahead.
17  THE WITNESS:  Yes, I was let go.
18  BY MR. MEYER:
19      Q    Now, your natural father is Alexander Winter;
20  is that correct?
21      A    That's correct.
22      Q    Do you recall taking Joshua out to visit Alex
23  in South Carolina?
24      A    Yes.

120

1      Q    Do you recall an incident where you violently
2  pulled Joshua out of a stroller and Alex had to take
3  him away from you?
4      A    No, I did not.
5      Q    Are you aware that Alex spoke to an
6  investigator and reported such an incident?
7      A    Yes, I was made aware.
8      Q    It's your testimony that that never happened?
9      A    Correct.
10      Q    Alex made that up?
11      A    Correct.
12      Q    Do you know who Doreen Delfaco (phonetic) is?
13      A    Delfaco?  Yes, she's a friend of my mother's.
14      Q    Was she also a Godmother to Joshua?
15      A    No.
16      Q    Do you recall an incident where you pushed
17  Joshua to the floor in front of Doreen?
18      A    No.
19      Q    If Doreen said she observed that, that would
20  also be a lie?
21      A    Doreen was not around very much.
22      Q    That would also be a lie -- my question was
23  that would be a lie if she said that?
24      A    Correct.

120

```
1       Q    Now, at one point you said that your mother
2   may be confused as to what happened to Joshua?
3       A    Correct.
4       Q    You said she's not aware of who might have
5   hurt Joshua; correct?
6       A    Yes.
7       Q    You mentioned at one point Seth may have been
8   one to have injured Joshua?
9       A    She has thought that, not I.
10      Q    When you were up in Wisconsin at Burlington,
11  was Seth ever alone with Joshua?
12      A    I don't remember.
13      Q    Do you know if Barbara was ever alone with
14  Joshua?
15      A    Yes.
16      Q    The altercation between Seth, yourself, and
17  the Straubes, did that involve who the father was of
18  Joshua?
19      MR. HARTIGAN:   Objection to relevance.
20      THE WITNESS:  Yes.
21  BY MR. MEYER:
22      Q    Do you recall what was being said between the
23  two of you?
24      A    I was actually asked to leave the situation,
```

123

```
1       THE WITNESS:  Yes.
2   BY MR. MEYER:
3       Q    As a result of that conviction, were you ever
4   ordered to take anger management classes?
5       MR. HARTIGAN:   Standing objection.
6       THE WITNESS:  Yes.
7   BY MR. HARTIGAN:
8       Q    How many courses did you have to take in
9   anger management?
10      A    It was only one course with community
11  service.
12      Q    Did you have to spend any time in jail?
13      A    No.
14      Q    Were you only convicted of one incident with
15  Jill Rodick or was it more than one?
16      A    I don't remember.  It was an ongoing
17  situation.
18      Q    Now, does your mother have security cameras
19  around her house?
20      A    Yes.
21      Q    Do you know what the purpose of those
22  security cameras are?
23      A    She's extremely paranoid.
24      Q    Had you ever damaged your mother's home?
```

122

```
1   and what was discussed after I had left, I don't know.
2   I don't know.  It was just whatever Seth had told me
3   which was hearsay.
4       Q    You were not on the scene when the police
5   arrived?
6       A    No.
7       Q    Did you ever see Seth push one of the police
8   officers?
9       A    No.
10      Q    Now, besides your arrest for driving on a
11  suspended license, have you ever been arrested again?
12      A    Yes.
13      Q    How many times?
14      A    I don't recall.  A few.
15      Q    Have you ever been convicted of any of the
16  arrests?
17      MR. HARTIGAN:   Objection, asked and answered.
18      THE WITNESS:  Yes.
19  BY MR. MEYER:
20      Q    What have you been convicted of?
21      A    I don't know what the legal term was, but it
22  was for fighting with a girl.
23      Q    Is that Jill Rodick (phonetic)?
24      MR. HARTIGAN:   Objection to relevance.
```

124

```
1       A    No.
2       Q    Do you know whether or not those cameras are
3   up there to protect her from you?
4       A    No.
5       Q    Now, how did you meet Richard Straube?
6       A    Through mutual friends.
7       Q    Did you meet him up at the lake house?
8       A    Yes.
9       Q    Was that when you were going up to the lake
10  house with Seth at the time?
11      A    Seth and a couple other friends that we all
12  had.  It was a group of people from Illinois that had
13  all gone up there.
14      Q    Were you dating Seth at the time that you met
15  Richard?
16      A    Hmm-hmm.
17      Q    Is that a yes?
18      A    Yes.
19      Q    Did you break up with Seth and start dating
20  Richard?
21      A    Yes.
22      Q    And after you became pregnant, Richard didn't
23  want to have anything to do with you, correct?
24      A    Correct.
```

125

```
1       Q    So you went back to Seth?
2       A    Not right after, no.
3       Q    Sometime after, you went back to Seth?
4       A    Correct.
5       Q    You guys, when did you approximately break up
6   with Seth the last time?
7       A    July of, I believe it was 2006.
8       Q    At any time while you were dating Seth --
9       A    No, wait. Correct, correct.
10      Q    2006?
11      A    Yes.
12      Q    At any time during your relationship with
13  Seth, did he ever become physical with you?
14      A    Yes.
15      Q    Did you ever observe Seth become physical
16  with Josh?
17      A    No.
18      Q    Seth ever become physical with you in front
19  of Joshua?
20      A    No.
21      Q    Did you ever call the police on Seth?
22      A    No.
23      Q    Is it your opinion that Seth had a bad
24  temper?
```

127

```
1   week?
2       A    No.
3       Q    So that would not be true?
4       A    Correct.
5       Q    Now, on that Thursday, September 8th when you
6   woke up that morning, you said you put Joshua in the
7   rocking chair?
8       A    No, in his Elmo chair.
9       Q    He wasn't lying on the ground watching
10  television?
11      A    The Elmo chair is a styrofoam covered chair
12  that sits on the floor.
13      Q    And you fed him breakfast?
14      A    Correct.
15      Q    And there is no kitchen in the basement,
16  correct?
17      A    No.
18      Q    No refrigerator in the basement?
19      A    No.
20      Q    No sink in the basement?
21      A    No.
22      Q    You had to go upstairs, brought the breakfast
23  down, and then and after that, you brought it back up
24  and washed the dishes?
```

126

```
1       MR. HARTIGAN:  Objection to relevance.
2       THE WITNESS:  Yes.
3   BY MR. MEYER:
4       Q    During the investigation, did any of the
5   police officers ever ask you about Seth becoming
6   physical with you?
7       A    Yes.
8       Q    And what officers asked you about that?
9       A    I don't remember.
10      Q    What did you tell the officers?
11      A    I told them that there were times, yes, there
12  was a physical, physical fight.
13      Q    Now, do you know if they asked you about this
14  before or after Mr. Aleman was already charged?
15      A    That I don't remember.
16      Q    Now, you recall dealing with Investigator
17  Booker, correct?
18      A    Yes.
19      Q    Do you recall whether or not Detective
20  Carlson, or Investigator Cardona told you not to speak
21  to Investigator Booker?
22      A    No, I don't.
23      Q    Do you recall telling Investigator Booker
24  that Joshua had not been eating since Tuesday of that
```

128

```
1       A    Correct. Correct.
2       Q    And then you arrived at Mr. Aleman's house
3   between 8:00 and 8:15?
4       A    Correct.
5       Q    You believe there was already a parent there
6   at that time?
7       A    Correct.
8       Q    You stayed for approximately 10 to
9   15 minutes?
10      A    Correct.
11      Q    You left about 8:10 and possibly 8:30?
12      A    I would say around then.
13      Q    As you were leaving, another parent arrives?
14      MR. HARTIGAN:  You know Louis, you said Thursday.
15      MR. MEYER:  I was talking about Thursday night.
16  I'm going into the morning.
17      MR. HARTIGAN:  I wasn't sure.
18      MR. KOCH:  Are you talking about Thursday morning?
19      MR. MEYER:  Thursday night.
20      MR. KOCH:  I'm sorry.
21      MR. HARTIGAN:  Just to clarify that.
22      MR. MEYER:  That Friday morning, you arrived
23  between 8:00 and 8:15.
24      THE WITNESS:  Yes.
```

BY MR. MEYER:

Q    You stayed for approximately 10 to 15 minutes?

A    Hmm-hmm.

Q    Is that yes?

A    Yes.

Q    When you arrived, there was already one parent dropping off a child, correct?

A    Yes.

Q    As you were leaving another parent had already arrived?

A    Correct.

Q    Was that first parent that was there still there?

A    I don't remember.

Q    And when you left, did you ever go up to Joshua and say good-bye?

A    Uh-uh, no.

Q    Was Joshua sleeping at that time?

A    No.

Q    Do you recall telling the parent that Joshua had been up all night and he's sleepy?

A    No.

Q    That would not be true?

---

A    Correct.

Q    Now, on that Thursday night when you came back from the Sables' home you were helping your mother prepare dinner?

A    Correct.

Q    At one point she sent you to the store to get some cheese?

A    I don't remember.

Q    And did Joshua eat dinner with you guys?

A    Uhm, I don't remember if he had eaten dinner with us, or if he had eaten dinner beforehand.

Q    Where would Joshua have eaten dinner beforehand?

A    He would have eaten at the house. I just don't know whether it was before or after, or even if he had dinner at all that night. I don't -- I don't remember it at all.

Q    While you and your mother were eating, Joshua was up with you guys, correct?

A    Yes.

Q    Where was he sitting?

A    In the -- in the -- it's a -- just like a bouncy chair.

Q    Now, prior to Joshua becoming sick that week,

---

he was an active child, correct?

A    Yes.

Q    He was walking at that time?

A    Yes.

Q    He was full of energy, correct?

A    Correct.

Q    This entire week since that Sunday before Labor Day he started becoming ill, correct?

A    Yes.

Q    He had an on and off fever?

A    Yes.

Q    You were first told by the doctor at the ER on that Tuesday he had an ear infection?

A    Yes.

Q    And then that Thursday, you took him to his regular pediatrician; correct?

A    Yes.

Q    He said that Joshua either never had an ear infection or it already cleared up?

A    Yes.

Q    Do you recall -- that's Dr. Hasson, correct?

A    Yes.

Q    Do you recall him saying that Joshua had some redness in his throat?

---

A    No, I don't recall him saying that.

Q    He thought that Joshua might be suffering from some type of virus?

A    Viral infection, correct.

Q    When Joshua saw Dr. Hasson, he was never given a CAT scan, correct?

A    No.

Q    Never given an MRI?

A    No.

Q    What type of food was Joshua eating at this time?

MR. HARTIGAN:    Objection, asked and answered. We have gone over all of this. Go ahead and answer.

THE WITNESS:    He was on baby food and just started eating people food but, obviously, cut very small, mild.

BY MR. MEYER:

Q    And it's -- now Mr. Aleman provided you with diaries for every time Joshua was there?

A    With the exception of Friday, yes.

Q    He also had pictures of Joshua?

A    Yes.

Q    In all of the pictures, Joshua was sleeping?

A    I don't remember.

135

```
1      Q    Had you ever seen Joshua previously fall as
2   he had walked?
3      A    I'm sure I did, but I don't recall a specific
4   time.
5      Q    Do you recall telling investigators that,
6   that you had seen Joshua fallen previously?
7      A    No, I don't remember.
8      Q    What time did Joshua normally wake up?
9      A    When I did, 6:30.
10     Q    Would Josh wake you up or did you wake him
11  up?
12     A    I don't -- it flip-flopped.
13     Q    Now, when you left Mr. Aleman's house on that
14  Friday, was Joshua bundled up in that blanket on the
15  couch?
16     A    He had his blankie with him. I don't think
17  he was bundled up, but he was sitting on the couch with
18  his blankie and his monkey.
19     Q    Now, do you recall when you set up the
20  memorial fund receiving money from the Hanover Park
21  Police Department?
22     MR. HARTIGAN:  Objection to relevance.
23     THE WITNESS:  No.
24
```

134

```
1   BY MR. MEYER:
2      Q    I don't have an extra exhibit so I'm just
3   going to show her. I'm going to place a check that we
4   have received as part of the memorial fund here. It
5   doesn't have a Bates stamp number on here, but it says
6   Fraternal Order of Police, Lodge 36, Hanover Park, the
7   Joshua Alexander Schrik Fund. Do you recall receiving
8   this check?
9      A    Honestly, I got a handful of checks. I
10  didn't -- to be honest, Seth helped me, so whether
11  that, I saw it, no, I don't remember.
12     Q    Okay. Now, for the memorial fund you and
13  Seth created a flyer?
14     A    Seth and me wrote it.
15     Q    The money was to be used for Joshua's medical
16  expenses, correct?
17     A    And to help me.
18     Q    Did it say the leftover would be donated to
19  some type of research on shaken babies?
20     A    If there was, yes.
21     Q    Do you know if any money was turned over to
22  that foundation?
23     A    Actually, there was 200 some odd dollars that
24  was donated to the hospital, St. Alexis.
```

136

```
1      Q    Do you know how much or at one time, what was
2   the most amount of money?
3      MR. HARTIGAN:  Objection, relevance.
4      THE WITNESS:  I don't remember.
5   BY MR. MEYER:
6      Q    Do you recall how much money you used for
7   your personal use?
8      A    No.
9      Q    Could it have been over $11,000?
10     A    I don't even think that the memorial fund was
11  over that, but I don't know.
12     Q    Now as you sit here today, do you have any
13  reason to believe why your mother would make up an
14  incident the night before Joshua was injured?
15     MR. HARTIGAN:  Objection.
16     THE WITNESS:  She was extremely upset with the
17  fact of losing her son. She had been rushed to an
18  emergency room the day of his wake for overdosing on
19  sleeping pills.
20  BY MR. MEYER:
21     Q    She was upset that Joshua had died, correct?
22     A    Yes.
23     Q    At that point, Mr. Aleman was in prison
24  charged with murder, correct?
```

136

```
1      A    Correct.
2      Q    But at the same time as Mr. Aleman is charged
3   with murder, your mother believes that you may have
4   been involved in Joshua's injury, correct?
5      MR. HARTIGAN:  Objection, calls for speculation.
6      THE WITNESS:  I don't know.
7   BY MR. MEYER:
8      Q    I know Mr. Hartigan asked you about some
9   things that your mother testified to at her deposition.
10  One of which she believes you possibly might be in
11  denial of what happened to Joshua.
12     Has she ever told you that?
13     A    No.
14     Q    And just so we are clear, at no point during
15  Joshua's 11 months, did you ever use any physical force
16  on Joshua?
17     A    Absolutely not.
18     Q    Do you recall seeing Detective Carlson at the
19  funeral?
20     A    Yes.
21     Q    Did you speak with him?
22     A    I believe so.
23     Q    Did he ever hold your hands at any point?
24     A    I don't remember.
```

137

1    Q    Now did you have a meeting with the State's
2  Attorneys when they were going to drop the charges?
3    A    Yes, I did.
4    Q    Do you recall any conversations regarding
5  information that was incorrectly given to the doctors?
6    A    Can you repeat the question?
7    Q    Sure.  Do you recall that meeting with the
8  State's Attorneys when they were talking to you about
9  dropping the charges, did it ever come up that someone
10 may have provided misinformation to some of the
11 doctors?
12   A    No.
13   Q    That meeting with the State's Attorneys, was
14 Seth Sable there?
15   A    Correct.
16   Q    Do you know if Seth had any separate meetings
17 with the State's Attorneys?
18   A    I believe he did, but I'm not sure.
19   MR. MEYER:   If I could have one second.
20         (Whereupon, a recess was taken.)
21   MR. MEYER:   Back on the record.
22 BY MR. MEYER:
23   Q    Danielle, do you ever recall your mother
24 threatening to take Joshua away from you?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

139

1  officer.
2    Q    Did he read your Miranda rights?
3    A    No, he did not.
4    Q    Did they ask you to sign a waiver for Miranda
5  rights?
6    A    No.
7    MR. MEYER:   Nothing further.
8  BY MR. HARTIGAN:
9    Q    While we're on the topic, have you ever heard
10 of my other clients in this lawsuit, Detective John
11 Dossy, Sergeant John Dossy?
12   A    No.
13   Q    Detective Eric Villanueva?
14   A    Yes.
15   Q    How is it that you learned of him?
16   A    He was with Detective Carlson when they
17 announced to me that the State's Attorney was going to
18 be dropping the charges.
19   Q    Okay.  And Sergeant Carol Lussky, have you
20 ever heard of her before?
21   A    No.
22   Q    So the only individual that you met with to
23 discuss the investigation was Detective Carlson and
24 then Villanueva was present, at least, when they

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

138

1    A    No.
2    Q    Now, you testified earlier that you felt that
3  the Hanover Park Police Department were also
4  investigating you?
5    A    Hmm-hmm, yes.
6    Q    At any point were you ever taken to the
7  Hanover Park police station?
8    A    No.
9    Q    Were you ever sat down and read your Miranda
10 rights?
11   A    No.
12   Q    Conversations that you had with Detective
13 Carlson was 15 minutes at the hospital?
14   A    That was the first conversation.  We had
15 several.
16   Q    And were most of those about what happened to
17 Joshua?
18   A    Yes.
19   Q    Approximately how much time did you speak to
20 Detective Carlson prior to Rick being charged?
21   A    I don't know.
22   Q    And did anyone else speak to you besides
23 Detective Carlson?
24   A    The Illinois State's Attorney or state

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

140

1  announced the charges would be dropped?
2    A    Right.
3    Q    You met with other individuals from other law
4  enforcement agencies, namely the Illinois State Police?
5    A    Correct.
6    MR. HARTIGAN:   Thank you.  That's all I have.
7    MR. KOCH:   I'm sorry, would you read back the last
8  question?
9         (Whereupon, the record was read.)
10   MR. HARTIGAN:   I'm done.
11         EXAMINATION
12 BY MR. KOCH:
13   Q    Danielle, and when you say, when you just
14 said correct, you meant Master Sergeant Steve Cardona?
15   A    Yes.  Correct.
16   Q    I think you previously testified that you --
17 Master Sergeant Cardon didn't instruct you not to speak
18 to Investigator Booker, correct?
19   A    None of them did, yes.
20   Q    I know this is a long time ago, but do you
21 recall any specific -- anything specific that Sergeant
22 Cardona said to you, or you said to him, other than
23 going over again what you told Officer Carlson?
24   A    Nothing.  Nothing that stands out, no.

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

Case: 1:07-cv-05049 Document #: 121-2 Filed: 12/18/09 Page 36 of 51 PageID #:1213

---

**141**

1  Q   And you met with Officer Carlson and Sergeant
2  Cardona the second day also, do you recall anything
3  that you said to them during that conversation that
4  will you haven't told to us today?
5  A   No, not that I can recall.
6  Q   I think Counsel asked you if you had recalled
7  telling one of the other parents that Joshua had been
8  up the night, Thursday, and was sleepy, and I think you
9  testified that you don't recall telling them that.
10 A   No. No.
11 Q   Is it possible that you told them that and
12 you just don't recall?
13 MR. MEYER:  Objection, speculation.
14 THE WITNESS:  No, I don't. I don't think that I
15 ever told him that. I don't remember telling him that.
16 I don't think I would have said that because he was
17 sleeping with me.
18 MR. KOCH:  Okay. Thank you. I have no further
19 questions.
20                  EXAMINATION
21 BY MR. MEYER:
22 Q   How did Detective Carlson and Detective
23 Villanueva react when the State's Attorneys said they
24 were going to drop the charges?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

---

**142**

1  A   They were upset.
2  Q   Did they say anything to you?
3  A   No.
4  Q   Did they ever apologize to you?
5  MR. HARTIGAN:  Objection, form. For what?
6  THE WITNESS:  They just apologized on behalf of
7  what had happened to me. Not -- not that they were
8  apologizing for anything, you know, just that they were
9  sorry for what I had gone through.
10 MR. MEYER:  Nothing further.
11 MR. HARTIGAN:  You have the right to reserve or
12 waive signature. This is your right and you're not
13 represented so let me explain it.
14     Essentially, most witnesses waive, and we
15 have been spelling all the names throughout the
16 deposition, and that would be the only thing that you
17 would reserve signature for, that would be changing the
18 spellings because you can't change your testimony.
19     I think we have been doing a pretty good job
20 throughout spelling the names. I would advise you to
21 waive your signature, that way you don't have to review
22 the transcript and sign off on it.
23 THE WITNESS:  Yes.
24 MR. HARTIGAN:  So you will waive?

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

---

**143**

1  THE WITNESS:  Yes.
2  MR. HARTIGAN:  Thank you. That's all.
3       FURTHER DEPONENT SAYETH NOT. . .
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

---

**144**

1  STATE OF ILLINOIS )
                    ) SS:
2  COUNTY OF W I L L )
3
4       I, SUSAN G. BRADTKE, a notary public in
5  and for the County of Will and State of Illinois, do
6  hereby certify that JENNIFER DANIELLE SCHRIK was duly
7  sworn to testify the whole truth, and that the
8  foregoing deposition was recorded stenographically by
9  me and was reduced to typewriting by me, and that the
10 said deposition constitutes a true record of the
11 testimony given by said witness.
12      I further certify that the reading and
13 signing of said deposition was waived by the witness
14 and his counsel.
15      I further certify that I am not a
16 relative or employee or attorney or counsel for any of
17 the parties, or a relative or employee of such attorney
18 or counsel, or financially interested directly or
19 indirectly in this action.
20      IN WITNESS WHEREOF, I have hereunto set
21 my hand and affixed my seal of office at Chicago,
22 Illinois, this 21st day of January, A.D. 2009.
23
24                                    _____
                                      Notary Public, Will County, Illinois

PATTI BLAIR COURT REPORTERS, P.C.
(312) 782-8376

**$**

**$11,000 [1]** 135/9
**$500 [1]** 13/5
**$90,000 [1]** 13/11

**'**

**'03 [4]** 17/23 17/24 18/1 30/11
**'04 [6]** 11/21 18/15 19/19 30/10
 30/11 83/4
**'05 [9]** 11/4 11/16 14/6 22/16 22/17
 22/17 22/19 100/22 119/9
**'06 [5]** 14/8 22/17 22/18 22/19 26/1
**'07 [6]** 11/14 13/17 22/13 23/3 23/12
 24/2
**'08 [6]** 7/4 8/13 8/19 11/5 24/2 25/12

**-**

**-vs [1]** 1/5

**0**

**001564 [1]** 1/21
**04 [1]** 29/19
**05 [3]** 85/22 91/13 95/12
**07 [1]** 1/5
**08 [1]** 11/14

**1**

**1-800 [1]** 98/16
**10 [7]** 67/7 75/22 76/5 76/8 91/17
 128/9 129/2
**100 [1]** 2/13
**103-degree [1]** 86/15
**10:20 p.m [1]** 32/13
**10th [2]** 92/16 94/19
**11 [1]** 95/14
**11 months [2]** 115/23 136/15
**11:15 [1]** 91/9
**12 [4]** 1/7 38/3 50/13 67/7
**12 months [1]** 103/5
**1250 [2]** 1/21 2/7
**126 [1]** 1/8
**12th [2]** 2/13 96/22
**13th [2]** 97/4 97/6
**15 minutes [8]** 75/22 76/5 76/8
 83/24 88/24 128/9 129/3 138/13
**15 years [1]** 27/21
**1737 [5]** 8/8 8/24 9/6 9/14 9/17
**18 [1]** 10/6
**1818 [1]** 7/17
**1:0 [1]** 1/23
**1:00 o'clock [1]** 55/24
**1:30 [1]** 55/19
**1st [1]** 23/24

**2**

**20 [6]** 1/21 2/3 2/7 78/7 78/8 79/21
**20 minutes [2]** 57/10 87/8
**200 [1]** 134/23
**2001 [2]** 15/16 16/1
**2002 [1]** 118/21
**2003 [1]** 17/23
**2004 [1]** 19/13
**2005 [14]** 10/17 11/20 11/22 26/18
 31/15 32/1 32/9 32/20 37/2 47/5 47/9
 54/11 95/14 102/13
**2006 [7]** 14/16 108/8 108/19 110/19
 114/3 125/7 125/10
**2008 [5]** 8/3 24/12 24/13 25/2 25/3
**2009 [1]** 1/23 144/22
**207 [1]** 8/8
**20th [1]** 1/22
**21st [1]** 144/22
**22 [1]** 25/12

**24 [1]** 7/4
**24 hours [3]** 93/18 94/7 113/22
**249 [3]** 7/20 11/9 76/18
**25 [1]** 79/21
**25 minutes [2]** 78/7 78/8
**27 [2]** 32/9 32/19
**28th [1]** 36/22
**2:00 o'clock [1]** 37/18
**2:15 [1]** 87/7
**2:30 p.m [1]** 87/7
**2:45 p.m [1]** 88/3
**2nd [4]** 108/7 108/19 110/19 114/3

**3**

**30 days [2]** 23/5 24/7
**31 [2]** 8/18 8/18
**31st [4]** 11/11 11/12 11/13 11/14
**3213 [1]** 1/10
**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 [1]** 6/16
**3566 [1]** 1/9
**36 [1]** 134/6
**3:10 [1]** 90/24
**3:15 [1]** 96/7

**4**

**4060 [1]** 1/10
**4178 [1]** 6/16
**48 [1]** 1/8
**4th [2]** 37/2 37/12

**5**

**5049 [1]** 1/5
**5:15 [2]** 51/11 51/14
**5th [1]** 39/22

**6**

**60103 [2]** 7/1 7/21
**60601 [1]** 2/14
**60602 [2]** 2/4 2/8
**630-204-1818 [1]** 7/17
**6720 [1]** 6/24
**6:00 [2]** 62/3 62/21
**6:30 [2]** 66/1 133/9
**6th [1]** 42/23

**7**

**7:00 [2]** 42/9 64/3
**7:15 [1]** 64/3
**7:30 [2]** 39/9 53/10
**7th [4]** 47/9 47/20 48/8 49/19

**8**

**800 [1]** 98/16
**82 [1]** 6/14
**85201 [1]** 8/9
**8:00 [2]** 128/3 128/23
**8:00 o'clock [4]** 39/9 42/10 69/6
 86/8
**8:10 [1]** 128/11
**8:15 [3]** 50/8 128/3 128/23
**8:15 a.m [1]** 86/8
**8:30 [4]** 50/10 53/12 53/22 128/11
**8th [3]** 54/11 87/4 127/5

**9**

**9/10 [1]** 91/17
**9/13/82 [1]** 6/14
**9/19/05 [2]** 91/13 95/12
**9/22/04 [1]** 29/19
**9/23/05 [1]** 85/22
**945 [2]** 8/14 11/7
**9:00 [1]** 76/23
**9:15 [1]** 76/23

**A**

**A.D [1]** 144/22
**a.m [1]** 86/8
**AA [1]** 42/21
**ABC [7]** 16/11 16/19 17/3 17/6
 118/21 118/23 119/8
**ability [1]** 51/4
**able [2]** 35/18 118/5
**about [76]**
**above [1]** 31/11
**abruptly [1]** 78/13
**absolutely [7]** 26/9 82/11 106/3
 112/17 115/22 116/7 136/17
**acceptable [1]** 64/21
**accident [1]** 92/2
**according [1]** 50/20
**accountant's [1]** 20/22
**accumulate [1]** 13/10
**accurate [3]** 85/17 88/4 109/6
**acknowledge [1]** 70/16
**action [2]** 4/16 144/19
**active [2]** 52/22 131/1
**actually [15]** 10/14 14/8 23/17 34/23
 35/7 35/20 38/12 53/21 64/11 71/23
 72/24 84/6 118/8 121/24 134/23
**Adam [5]** 14/23 14/24 70/2 112/5
 113/7
**additional [1]** 75/23
**address [16]** 6/18 6/23 7/2 7/6 7/18
 8/1 8/7 8/12 8/21 9/1 9/6 9/10 9/13
 9/17 76/18 88/8
**Adelle [1]** 99/11
**Adelman [1]** 113/18
**admission [1]** 100/4
**advice [1]** 116/12
**advise [1]** 142/20
**advised [2]** 63/4 65/8
**AEZ [1]** 24/9
**affixed [1]** 144/21
**afraid [1]** 59/3
**African [1]** 74/14
**African-American [1]** 74/14
**after [56]** 4/3 11/22 11/24 12/5 12/6
 14/5 14/17 16/2 16/6 17/3 19/7 19/11
 19/19 19/22 20/9 21/17 22/1 22/1
 36/11 38/17 54/19 55/8 55/14 58/8
 61/19 62/16 63/23 66/6 66/16 66/18
 69/8 79/21 81/21 81/23 82/1 89/3
 96/18 96/20 98/6 98/6 98/10 104/16
 105/4 105/14 110/23 110/24 111/1
 113/7 115/9 122/1 124/22 125/2
 125/3 126/14 127/23 130/15
**afternoon [3]** 36/16 38/16 96/7
**afterwards [4]** 33/14 57/24 58/6
 58/7
**again [12]** 5/13 7/22 22/14 63/10
 91/8 96/21 106/9 107/22 119/11
 119/13 122/11 140/23
**against [11]** 18/24 35/6 35/8 35/10
 35/12 36/2 95/22 98/7 105/10 110/8
 115/4
**agencies [1]** 140/4
**ago [2]** 103/5 140/20
**agree [2]** 73/17 73/19
**agreed [1]** 82/10
**agreement [1]** 52/13
**ahead [3]** 50/3 119/16 132/13
**air [1]** 38/8
**Alcohol [1]** 33/22
**alcoholic [1]** 33/15
**ALEMAN [36]** 1/3 4/16 10/24 28/16
 29/6 48/7 49/2 50/23 51/7 58/10

**A**

ALEMAN... [26]  72/21 73/14 76/4
76/17 76/22 85/5 85/11 87/7 93/19
93/20 94/5 95/22 98/8 103/14 104/6
105/10 110/1 110/8 112/20 114/18
115/4 115/9 126/14 132/18 135/23
136/2
Aleman's [32]  29/8 29/11 48/2 48/5
51/14 56/13 57/11 57/14 69/10 70/13
72/20 74/22 75/21 76/12 76/16 76/24
77/12 77/17 77/19 86/8 86/24 87/4
102/4 102/7 106/15 106/19 106/23
107/10 108/19 113/8 128/2 133/13
Alex [4]  119/22 120/2 120/5 120/10
Alexander [3]  112/10 119/19 134/7
Alexis [4]  29/21 43/21 77/21 134/24
alive [1]  59/17
all [57]  5/17 15/18 16/6 26/16 35/15
36/20 38/4 42/4 45/7 45/11 49/9 51/5
52/3 53/7 58/15 61/19 64/14 65/12
66/23 68/1 69/1 69/1 71/15 73/17
77/16 79/12 79/19 83/11 83/12 84/24
86/12 91/3 95/4 96/21 97/9 97/19
97/22 99/10 101/13 102/11 102/15
102/17 104/22 106/14 109/13 115/11
116/19 124/11 124/13 129/22 130/16
130/17 132/13 132/23 140/6 142/15
143/2
allergies [1]  44/22
allow [1]  5/6
alone [6]  35/23 47/22 56/1 66/2
121/11 121/13
along [1]  91/13
alongside [1]  70/23
already [14]  10/10 16/8 48/10 63/4
63/4 74/23 74/24 77/6 77/11 126/14
128/5 129/7 129/11 131/19
also [17]  4/9 33/8 34/12 73/13 91/8
91/12 96/16 102/16 103/6 103/9
117/21 120/14 120/20 120/22 132/21
138/3 141/2
altercation [1]  121/16
although [1]  103/24
always [9]  5/17 21/5 31/22 31/24
55/3 55/4 62/19 66/2 67/3
am [1]  144/15
American [5]  18/4 18/9 18/16 19/1
74/14
amount [2]  13/12 135/2
amoxicillin [7]  44/11 44/16 44/19
45/24 50/19 60/10 86/18
anger [2]  123/4 123/9
announced [3]  6/5 139/17 140/1
anonymous [1]  105/14
another [9]  14/22 34/10 34/11 41/7
69/20 72/10 82/6 128/13 129/10
answer [7]  5/11 6/1 61/10 64/21
113/10 113/20 132/13
answered [5]  88/16 114/13 117/6
122/17 132/12
answering [2]  5/10 20/21
answers [1]  81/17
any [94]
anybody [10]  7/10 27/2 27/15 28/3
93/10 93/20 94/6 94/17 98/3 101/22
anymore [1]  99/19
anyone [6]  49/4 64/24 69/18 116/2
116/5 138/22
anything [35]  12/14 26/2 39/19 40/8
40/21 44/22 47/3 47/17 49/17 51/22
52/16 54/1 56/14 56/24 58/15 59/13
60/13 65/2 70/19 76/7 80/3 83/7
83/19 90/4 92/18 94/10 95/16 111/15

142/2 142/8
anywhere [2]  24/20 47/13
apartment [5]  7/8 9/14 14/22 23/18
33/12
Apartments [1]  14/11
apologetic [1]  58/19
apologies [1]  22/18
apologize [3]  32/20 100/10 142/4
apologized [1]  142/8
apologizing [1]  142/8
APPEARANCES [1]  2/1
appearing [2]  6/21 27/3
appetite [1]  46/9
apply [1]  6/4
appointment [4]  55/18 56/11 60/1
61/19
approached [2]  80/23 82/2
approaching [1]  23/15
approximately [20]  13/9 14/15
14/16 15/2 17/24 19/13 23/23 25/2
32/13 69/7 75/20 76/23 82/1 90/24
91/9 96/7 125/5 128/8 129/2 138/19
April [3]  8/18 18/15 23/12
April 31 [1]  8/18
are [34]  5/4 5/21 6/4 6/17 7/16
12/22 16/12 17/13 22/5 22/15 23/7
23/15 24/10 25/5 25/17 65/15 67/5
71/19 73/10 90/22 94/5 101/8 101/13
103/7 103/21 105/8 105/21 114/17
118/9 120/5 123/22 124/2 128/18
136/14
area [7]  17/21 70/14 72/4 72/14
72/23 83/18 113/17
arguing [3]  33/6 33/9 33/9
Arizona [11]  8/5 8/9 8/15 10/7 10/22
11/7 15/5 23/16 24/1 24/6 25/1
Arlington [1]  17/15
arms [4]  65/6 71/2 71/11 71/12
around [26]  12/2 13/11 16/17 33/12
37/7 37/18 38/3 38/19 52/21 55/7
55/7 55/24 62/3 62/21 63/22 66/8
69/6 89/2 100/9 100/22 105/9 107/10
119/9 120/21 123/19 128/12
arrest [1]  122/10
arrested [5]  34/20 82/23 83/9 85/9
122/11
arrests [1]  122/16
arrival [6]  57/9 79/22 80/11 82/1
93/21 94/7
arrive [3]  37/16 78/10 82/1
arrived [13]  44/24 51/14 57/11 69/7
69/10 70/12 77/23 93/16 122/5 128/2
128/22 129/7 129/11
arrives [3]  78/17 78/18 128/13
arriving [4]  80/9 80/12 80/16 80/19
as [54]  4/3 4/4 4/19 5/18 5/18 6/10
6/11 6/24 12/7 12/7 20/24 32/21 38/7
46/15 46/15 48/12 50/15 50/16 51/1
51/4 55/6 56/7 56/7 59/16 59/16
63/20 68/5 68/6 68/12 69/18 72/20
74/1 74/18 74/22 75/3 75/11 78/18
92/12 92/23 94/14 99/1 107/18
112/23 114/16 115/20 116/23 121/2
123/3 128/13 129/10 133/1 134/4
135/12 136/2
aside [8]  25/19 31/18 69/19 90/5
93/19 94/5 98/3 110/18
ask [18]  5/6 6/1 24/23 31/5 32/4
32/24 49/4 49/9 49/12 51/20 81/7
81/16 103/13 104/2 111/12 111/17
126/5 139/4
asked [22]  5/24 5/24 43/6 49/13
60/12 80/23 81/3 82/16 83/13 86/4

97/13 106/9 109/22 108/23 114/13
121/24 122/17 126/8 126/13 132/12
136/8 141/6
asking [6]  5/4 33/2 81/17 84/18
90/18 103/24
asleep [1]  63/12
assistant [5]  2/12 18/11 28/15
108/12 110/17
assisting [1]  20/23
Associates [1]  23/6
associations [2]  16/24 17/1
assume [2]  6/2 31/2
assumed [1]  102/6
assuming [1]  80/15
ate [1]  52/4
atmosphere [1]  76/4
attend [3]  17/8 36/6 98/22
attendance [1]  38/1
attended [4]  15/21 16/4 99/1 109/1
attending [3]  16/8 20/23 80/1
attention [3]  72/13 73/7 106/7
attorney [10]  2/11 2/12 13/18
110/11 114/20 115/15 138/24 139/17
144/16 144/17
Attorney's [6]  108/6 108/12 110/12
110/18 112/23 113/3
attorneys [15]  5/7 5/24 28/15 29/8
29/12 102/5 102/8 114/3 116/20
116/24 137/2 137/8 137/13 137/17
141/23
audibly [1]  5/11
August [7]  17/23 18/1 24/13 25/2
32/9 32/19 36/22
August 2008 [2]  24/13 25/2
August 27 [2]  32/9 32/19
Aunt [1]  109/12
authored [1]  95/12
awake [1]  69/1
aware [12]  75/8 94/6 101/8 103/6
103/10 103/18 103/21 105/8 105/21
120/5 120/7 121/4
away [7]  21/18 33/12 73/5 88/22
97/7 120/3 137/24
awhile [1]  61/22

**B**

babies [1]  134/19
baby [10]  31/12 43/12 51/24 52/2
59/15 89/14 93/1 93/2 93/5 132/14
babysitter [1]  93/14
babysitting [1]  50/4
back [53]  9/12 15/3 18/3 23/18
23/19 24/14 24/16 24/21 26/8 33/9
33/11 36/12 36/13 36/22 36/24 39/10
41/23 45/3 52/15 54/8 55/22 55/24
59/9 59/19 61/20 61/21 64/13 65/5
66/10 66/20 67/4 68/18 71/6 71/10
71/17 74/6 76/12 77/5 77/8 77/10
89/6 93/23 100/1 106/12 106/15
113/12 119/8 125/1 125/3 127/23
130/3 137/21 140/7
background [3]  28/10 49/1 111/13
backwards [1]  8/4
bad [1]  125/23
ball [1]  36/8
bald [1]  74/21
ball [2]  56/16 56/19
Bank [1]  107/5
bankruptcy [3]  13/13 13/14 14/2
Barbara [4]  84/11 91/20 115/1
121/13
Barker [3]  8/23 9/2 24/17
Barry [1]  101/9
Bartlett [8]  7/1 7/3 7/18 7/20 10/14

**B**

Bartlett... [3]  15/14 16/23 23/8
based [2]  97/14 110/11
basement [6]  45/14 45/16 54/16
127/15 127/18 127/20
basic [2]  82/17 83/13
basically [2]  71/10 117/13
Bates [2]  85/19 134/5
bath [3]  66/3 66/5 92/3
battery [1]  35/7
be [49]  5/4 5/10 5/13 5/14 5/16 6/5
29/3 29/15 31/16 38/12 43/11 44/16
47/22 47/22 48/4 52/18 55/12 56/6
58/1 58/5 64/17 64/19 68/5 71/10
78/4 81/12 95/2 97/15 103/12 104/4
106/11 110/15 112/19 118/5 120/20
120/22 120/23 121/2 127/3 129/24
132/2 134/10 134/15 134/18 136/10
139/18 140/1 142/16 142/17
became [1]  124/22
because [30]  4/18 6/17 18/17 24/14
37/5 45/9 46/20 47/16 49/15 50/23
52/9 53/23 60/17 67/11 77/4 78/12
78/14 80/1 80/23 83/20 87/15 87/17
89/7 94/22 95/24 99/6 101/23 115/7
141/16 142/18
become [3]  125/13 125/15 125/18
becoming [3]  126/5 130/24 131/8
bed [11]  43/1 46/20 53/10 53/11
53/12 53/14 53/16 53/19 53/22 64/7
65/19
bedroom [2]  38/15 43/4
bedrooms [1]  21/11
been [46]  4/3 4/18 6/20 11/1 11/19
13/13 14/2 20/11 21/5 25/11 26/10
26/12 27/10 27/19 31/15 31/19 31/22
33/15 47/19 53/13 59/17 81/7 81/14
81/21 82/23 86/12 86/17 87/11 93/10
95/21 98/18 99/6 108/18 114/21
121/7 122/11 122/15 122/20 126/24
129/22 135/9 135/17 136/4 141/7
142/15 142/19
before [27]  1/18 4/21 5/10 5/14
27/19 32/4 33/2 36/8 44/12 55/6 55/8
62/16 70/6 75/15 82/21 82/24 88/16
93/7 108/22 110/23 111/2 114/6
126/14 130/15 131/7 135/14 139/20
beforehand [3]  5/1 130/11 130/13
began [6]  19/24 45/23 80/12 84/2
84/3 84/4
begin [5]  10/16 15/24 19/18 73/17
80/9
beginning [2]  8/3 24/12
behalf [5]  2/5 2/9 2/15 49/5 142/6
behaving [1]  61/13
being [14]  5/4 17/7 19/20 33/3 56/19
58/7 65/6 85/6 85/8 86/20 108/20
114/7 121/22 138/20
belief [2]  103/21 113/21
believe [39]  17/4 22/15 26/1 34/23
35/7 35/13 43/21 48/20 52/4 53/8
55/19 61/4 63/9 64/11 64/15 65/18
70/4 72/23 77/9 80/10 81/24 82/15
88/24 89/5 92/6 92/21 94/20 101/3
102/12 112/15 112/18 114/19 117/20
118/11 125/7 128/5 135/13 136/22
137/18
believed [2]  90/21 105/22
believes [5]  103/18 104/3 104/11
136/3 136/10
besides [2]  122/10 138/22
best [2]  27/16 32/21
better [3]  41/21 58/2 58/18

Betty... [2]  107/2 109/16
between [12]  9/12 9/24 11/1 33/5
33/7 42/9 91/21 109/22 121/16
121/22 128/3 128/23
beverages [1]  33/15
beyond [2]  15/20 31/11
bigger [1]  9/4
bills [2]  13/6 107/19
biological [1]  59/1
birth [3]  6/13 29/18 30/9
birthday [2]  19/20 31/10
bit [3]  29/15 67/4 74/17
Biteski [1]  79/11
blanket [3]  106/17 106/21 133/14
blankie [2]  133/16 133/18
blocking [1]  67/11
board [1]  17/9 20/22 20/23
Bollin [1]  9/2
booked [1]  36/10
Booker [9]  94/20 94/20 96/6 96/14
97/23 126/17 126/21 126/23 140/18
born [6]  19/22 29/20 30/24 31/12
100/18 119/9
boss [1]  119/2
both [4]  44/8 44/9 62/14 105/22
bottle [1]  50/20
bottom [1]  68/1
bought [1]  66/6
bouncy [1]  130/23
boy [1]  58/4
boyfriend [5]  8/23 10/9 10/10 27/7
100/11
BRADTKE [2]  1/18 144/4
brain [5]  79/13 80/22 80/22 82/3
97/14
break [6]  5/15 15/17 68/15 97/1
124/19 125/5
breakfast [2]  40/18 52/9 54/14
127/13 127/22
breathing [1]  76/19
brief [1]  33/1
bring [2]  36/18 50/22
Broadway [5]  8/14 8/22 9/10 9/13
11/7
broken [2]  30/10 38/9
Brokerage [2]  17/4 17/13 18/6
brother [6]  9/2 9/4 9/7 9/14 9/16
24/18
brother's [1]  12/23
brought [12]  35/6 36/2 43/3 53/9
66/19 71/23 95/22 98/7 99/23 115/4
127/22 127/23
brushing [1]  72/24
bug [1]  40/9
bump [7]  57/7 60/12 63/1 63/6 65/3
81/4 81/10
bundled [1]  133/14 133/17
Burlington [7]  34/22 36/12 36/13
37/14 39/10 39/23 121/10
business [4]  21/2 21/9 22/1 49/16
buy [2]  31/9 107/23
bye [1]  129/17

**C**

C-R-A-N-E [1]  112/1
call [8]  4/12 34/2 42/8 76/20 76/21
94/18 98/12 125/21
called [13]  1/15 4/3 5/14 59/22
76/17 76/19 77/3 77/5 77/8 77/10
78/11 96/1 115/19
calls [2]  20/21 136/5
calmer [1]  40/24
came [12]  24/14 55/24 56/2 59/23
62/23 72/10 72/18 73/20 73/22 74/8

cameras [3]  123/18 123/22 124/2
Campbell [4]  100/10 101/8 102/7
102/19
can [35]  4/12 5/17 6/6 13/22 29/17
32/21 33/3 39/20 40/21 54/5 61/10
69/22 70/9 70/11 71/16 73/16 74/12
82/14 92/16 93/22 93/23 98/5 98/11
98/17 106/18 108/1 109/13 113/10
113/11 113/12 113/20 114/8 116/4
137/6 141/5
can't [5]  64/15 64/22 66/11 100/7
142/18
capacity [2]  20/4 21/21
car [4]  59/12 59/23 69/24 77/2
Cardon [1]  140/17
CARDONA [13]  1/10 90/23 91/9
91/22 117/3 117/12 117/17 117/21
118/10 126/20 140/14 140/22 141/2
care [6]  48/13 51/4 52/7 86/9 112/3
112/7
Carl [2]  74/9 113/7
CARLSON [55]  1/8 4/15 82/16 82/18
83/13 84/2 84/18 84/24 85/4 86/4
86/11 87/3 87/11 88/6 88/12 89/1
89/4 90/6 90/11 90/13 90/23 91/9
91/16 91/22 92/22 95/6 95/13 96/6
97/22 97/24 98/2 98/12 98/22 99/3
99/8 105/9 105/19 105/22 106/4
117/7 117/10 117/12 117/14 117/21
118/13 126/20 136/18 138/13 138/20
138/23 139/16 139/23 140/23 141/1
141/22
Carlson's [3]  85/15 88/14 90/20
CAROL [2]  1/7 139/19
Carolina [2]  69/24 119/23
carried [1]  59/11
cart [3]  57/5 57/20 58/14
case [7]  21/5 28/10 98/17 103/10
104/21 107/10 113/4
casualty [1]  25/22
CAT [1]  132/6
Caucasian [1]  74/15
cause [1]  109/21
caused [2]  57/6 57/7
causing [1]  38/12
cell [5]  7/12 7/14 43/9 59/23 77/2
center [2]  43/21 48/13
ceramic [1]  57/7
certain [2]  41/11 102/1
Certified [1]  1/20
certify [3]  144/6 144/12 144/15
chair [9]  63/14 68/6 68/8 68/9 127/7
127/8 127/11 127/11 130/23
chairs [1]  66/4
change [1]  142/18
changed [2]  41/20 97/17
changing [1]  142/17
chaotic [2]  76/6 79/7
characterization [1]  73/20
charged [4]  126/14 135/24 136/2
138/20
charges [21]  28/16 29/6 35/5 35/10
36/1 95/21 98/7 105/10 108/19 110/8
110/13 111/1 111/2 111/8 115/9
115/11 137/2 137/9 139/18 140/1
141/24
Charles [1]  109/18
Chase [1]  107/6
check [8]  48/12 49/1 50/3 60/24
87/16 98/17 134/3 134/8
checks [1]  134/9
checkup [1]  41/16
checkups [1]  31/18

**C**

Cheerios [1] 102/9
cheese [2] 88/12 130/7
Chicago [8] 1/22 2/4 2/8 2/14 24/14 24/16 36/12 144/21
chicken [1] 40/14
child [9] 29/22 29/24 30/18 72/11 87/12 97/14 106/5 129/8 131/1
children [5] 69/20 73/11 73/12 73/18 94/18
Children's [1] 86/19
choice [1] 112/20
chose [1] 72/12
chronology [1] 17/21
circumstances [1] 103/1
civil [5] 1/16 4/11 4/15 99/22 115/3
clarify [2] 29/14 128/21
clarity [1] 34/2
Clark [3] 1/22 2/3 2/7
classes [1] 123/4
clean [1] 54/18
cleaned [3] 13/13 66/19 68/23
clear [3] 64/18 102/2 136/14
cleared [1] 131/19
click [1] 57/24
clients [1] 139/10
clingy [2] 63/11 65/6
close [1] 101/13
closed [1] 14/3
closer [2] 111/7 111/8
coffin [1] 106/12
coincidence [1] 34/12
college [4] 15/23 16/7 16/9 26/8
come [20] 24/16 33/1 33/8 43/11 55/22 56/1 56/3 56/10 57/14 62/20 68/2 73/13 73/15 78/16 82/16 101/3 101/11 103/14 106/12 137/9
comfortable [2] 48/1 72/1
coming [4] 27/13 72/14 78/6 107/8
commentary [1] 33/1
commercial [2] 23/10 23/21
Common [1] 18/22
commotion [2] 73/8 73/10
communication [2] 9/21 98/9
communications [1] 10/18
community [7] 15/23 16/7 16/9 18/5 18/9 25/8 123/10
company [2] 17/5 23/6
compensated [1] 6/20
Compensation [1] 95/7
compiled [1] 92/9
completely [1] 116/18
complex [3] 33/11 34/5 34/13
comprehending [1] 51/1
concern [1] 85/10
concerned [3] 58/17 85/13 94/22
concerns [2] 44/18 51/3
conclusion [1] 93/16
conclusions [1] 57/10
concussion [2] 60/15 65/8
condition [15] 41/20 46/1 47/4 47/8 50/16 54/11 65/1 65/2 75/24 79/18 85/1 90/18 92/19 100/4 111/18
conditioning [1] 38/9
conditions [1] 55/11
Condominium [1] 17/1
conduct [1] 35/13
confident [1] 51/6
conflict [1] 33/5
confused [3] 103/20 103/23 121/2
consistent [1] 89/13
constitutes [1] 144/10
contact [2] 28/1 109/19

continuing [1] 126/8
conversation [5] 91/21 94/11 94/21 138/14 141/3
conversations [4] 80/18 90/1 137/4 138/12
convict [1] 110/15
convicted [5] 26/10 26/12 122/15 122/20 123/14
conviction [1] 123/3
convictions [1] 111/13
Cook [1] 98/20
coordination [1] 27/4
copy [2] 29/1 29/4
correct [148]
Correlators [1] 23/20
Costello [1] 99/21
couch [8] 71/24 72/6 73/4 73/6 75/13 106/22 133/15 133/17
could [21] 5/14 40/4 40/22 44/19 46/5 46/21 47/11 47/21 50/4 62/14 65/4 66/7 67/10 67/13 77/4 79/19 81/19 81/21 110/15 135/9 137/19
couldn't [2] 72/4 99/19
counsel [4] 141/6 144/14 144/16 144/18
counsellors [1] 98/20
county [7] 1/19 35/3 36/8 98/21 144/2 144/5 144/24
couple [6] 20/17 27/11 47/13 53/1 77/5 124/11
course [2] 105/23 123/10
courses [1] 123/8
court [8] 1/1 5/5 6/24 36/6 103/14 108/18 109/1 111/11
courtesy [1] 5/8
courts [2] 1/17 101/23
cousin's [1] 38/15
cousins [1] 109/12
cousins' [2] 12/9 12/17
covered [4] 15/7 26/16 26/20 127/11
Crane [1] 111/23
created [2] 108/3 134/13
crib [8] 46/17 46/18 53/18 53/19 53/20 63/13 64/8 64/9
crime [1] 26/13
crimes [1] 26/13
criminal [11] 28/16 29/6 29/11 98/7 102/4 102/7 103/15 105/9 107/10 110/8 110/13
cry [1] 71/15
crying [5] 47/17 47/19 63/24 65/12 86/21
Crystal [3] 27/16 27/22 27/24
CSR [2] 23/10 23/21
cuddly [3] 52/19 52/20 63/11
current [4] 6/23 26/7 27/6 27/7
currently [5] 9/23 10/2 10/19 102/9 104/23
custody [5] 10/3 85/5 93/20 94/6 113/17
customer [1] 17/18
cut [2] 40/15 132/15
cute [1] 61/11

**D**

D-A-N-I-E-L-L-E [1] 6/9
dad [1] 49/13
damage [2] 93/17 97/14
damaged [1] 123/24
Daniel [1] 4/8
DANIELLE [12] 1/14 4/2 4/12 6/8 6/11 6/13 6/23 54/10 116/23 137/23 140/13 144/6
dark [1] 74/19

date [13] 6/13 11/3 16/16 26/17 29/18 30/7 47/7 65/16 82/24 85/20 85/22 95/12 108/9
dated [1] 30/11
dates [10] 8/17 20/15 20/18 22/14 23/22 36/6 48/19 91/14 119/11 119/12
dating [8] 10/16 27/10 30/4 100/17 100/21 124/14 124/19 125/8
daughter's [1] 72/24
daughters [3] 12/22 12/23 73/14
David [1] 6/24
Dawn [2] 109/10 109/17
day [47] 1/22 19/7 33/4 33/16 36/7 36/19 37/13 39/12 40/16 44/1 45/5 45/11 46/7 46/11 46/12 47/19 48/4 48/13 48/23 51/20 51/24 52/1 52/23 55/23 56/3 58/22 81/11 86/9 87/21 89/10 90/9 92/7 95/1 95/23 96/18 96/18 97/7 97/9 97/20 105/2 117/7 117/11 117/14 131/8 135/18 141/2 144/22
days [7] 17/9 23/5 24/7 47/13 53/1 81/8 100/2
DCFS [1] 94/19
dealing [1] 126/16
death [2] 99/4 112/16
deceit [1] 26/14
December [3] 23/24 23/24 24/2
December 1st [1] 23/24
decided [1] 96/16
decision [1] 97/20
declined [1] 116/16
defendants [4] 1/11 2/9 2/15 117/1
defense [4] 29/8 29/11 102/4 102/7
definitely [3] 47/12 61/16 74/15
degree [1] 86/15
degrees [1] 43/15
Delfaco [2] 120/12 120/13
deliberately [1] 59/4
denial [1] 136/11
deny [2] 84/22 106/2
department [9] 2/9 82/24 83/10 92/12 94/18 98/9 115/16 133/21 138/3
depend [1] 42/13
depended [1] 46/18
DEPONENT [1] 143/3
deposed [1] 103/9
deposited [3] 107/9 107/13 107/17
deposition [15] 1/14 4/7 4/21 5/21 26/24 27/3 28/6 28/8 99/13 106/9 136/9 142/16 144/8 144/10 144/13
depositions [1] 1/18
describe [2] 69/22 74/12
desk [1] 78/1
detective [46] 82/16 82/18 82/19 83/12 84/1 84/18 84/24 85/4 85/14 86/4 86/11 87/3 87/11 88/6 88/12 89/1 89/3 90/6 90/10 90/13 90/19 92/3 95/5 96/6 97/24 98/2 98/12 98/22 99/3 99/8 105/9 105/19 105/22 106/4 118/12 126/19 136/18 138/12 139/2 138/23 139/12 139/13 139/16 139/23 141/22 141/22
determined [1] 43/14
develop [1] 99/7
developing [1] 105/23
developments [1] 98/13
diagnosis [1] 44/5
diaper [1] 92/2
diaries [2] 92/8 132/19
diarrhea [1] 40/7

**D**

did [284]
didn't [41] 19/2 24/20 35/23 39/2
40/7 43/5 44/9 44/21 46/2 46/14
47/16 47/16 47/17 47/21 50/22 52/24
53/16 57/24 58/5 58/15 58/24 60/8
60/13 66/1 73/24 74/2 75/8 78/14
79/20 80/2 80/2 81/16 85/12 87/19
94/21 104/12 106/7 110/14 124/22
134/10 140/17
died [1] 135/21
different [1] 94/23
difficult [1] 5/17
dinner [17] 52/10 52/11 53/1 53/9
62/6 62/15 62/16 62/16 63/9 63/22
88/10 130/4 130/9 130/10 130/11
130/12 130/16
directly [1] 144/18
dirty [1] 106/23
disagree [10] 32/16 74/9 91/1 91/10
91/23 96/10 96/11 108/8 116/3 116/6
disagreements [1] 12/7
disbelieve [1] 58/9
discover [1] 56/14
discovery [1] 4/7
discuss [4] 70/19 78/6 104/21
139/23
discussed [6] 28/8 28/10 47/4 88/7
105/20 122/1
discussion [2] 74/4 80/14
discussions [1] 89/9
dishes [4] 54/21 66/19 68/23 127/24
dishonesty [1] 26/14
disorderly [1] 35/13
distinctly [1] 95/24
distraction [1] 72/12
distraught [1] 104/8
DISTRICT [4] 1/1 1/1 1/17 4/10
DIVISION [1] 1/2
divisiveness [1] 109/22
do [186]
doctor [16] 39/4 41/9 44/20 56/4
58/17 60/24 61/17 65/9 78/4 78/6
79/9 79/13 79/14 79/16 82/6 131/12
doctor's [3] 56/11 61/13 61/19
doctors [9] 43/24 79/6 79/14 80/22
90/14 92/18 95/16 137/5 137/11
documents [3] 20/21 20/24 26/22
does [15] 9/16 13/12 27/22 32/11
32/13 34/9 38/10 42/20 60/11 62/8
62/11 88/4 102/19 109/17 123/18
doesn't [5] 42/19 64/23 104/4 115/7
134/5
dog [1] 40/14
doing [6] 23/9 66/23 88/17 96/2
102/5 142/19
dollars [1] 134/23
don't [91]
donated [2] 134/18 134/24
done [6] 54/18 63/4 63/5 63/18 66/6
140/10
door [4] 43/4 69/11 75/7 75/7
doorbell [3] 57/18 69/11 69/12
Doreen [4] 120/12 120/17 120/19
120/21
doseage [1] 41/11
DOSSY [3] 1/8 139/11 139/11
down [21] 4/24 5/5 19/6 22/24 38/16
41/2 43/10 46/3 53/22 54/4 59/21
59/23 63/13 67/10 67/14 71/24 77/3
87/10 88/21 127/23 138/9
downstairs [6] 63/12 63/23 66/6
66/10 66/17 66/20

downtown [1] 27/23
Dr [36] 31/19 31/22 41/10 41/14
44/3 55/16 55/20 60/1 60/6 60/22
79/1 79/15 79/17 80/14 80/15 81/1
81/5 81/7 81/13 81/24 82/5 82/6 82/8
88/3 89/10 90/3 92/21 92/22 93/9
94/10 95/19 97/9 97/10 97/17 131/21
132/5
drank [1] 68/21
drink [2] 42/15 54/5
drinking [3] 33/15 33/20 42/16
driveway [1] 59/22
driving [2] 83/6 122/10
drop [6] 42/1 50/4 50/6 72/10 137/2
141/24
dropped [18] 36/3 36/4 42/2 50/14
55/9 77/14 86/7 87/18 105/10 106/20
110/8 110/13 111/1 111/3 111/9
115/5 115/9 140/1
dropping [4] 65/24 129/8 137/9
139/18
due [5] 47/1 55/13 60/10 73/7 92/24
duly [2] 4/4 144/6
during [27] 37/1 39/16 46/16 50/1
51/23 61/2 61/13 69/1 76/5 76/8 78/8
83/3 85/1 94/11 100/2 100/4 104/10
105/18 105/23 106/9 111/10 111/11
111/18 125/12 126/4 136/14 141/3
duties [1] 17/16

**E**

E-N-G-E-L [1] 13/23
each [1] 88/17
ear [6] 44/7 46/2 60/8 81/14 131/13
131/18
earlier [6] 21/19 64/4 88/7 108/5
116/23 138/2
early [3] 41/19 53/15 55/12
ears [1] 44/8
earth [1] 115/24
easily [1] 62/14
EASTERN [1] 1/2
eat [9] 40/16 46/13 46/14 53/1 54/14
62/14 64/14 68/19 130/9
eaten [4] 130/10 130/11 130/12
130/14
eating [10] 40/7 40/10 46/7 52/3
63/17 63/18 126/24 130/18 132/10
132/15
ECC [4] 15/21 15/22 15/24 25/20
Ed [1] 18/21
education [4] 15/11 15/20 26/6
26/20
eight [2] 30/8 55/7
either [12] 48/21 59/14 62/16 70/19
75/17 79/13 81/14 94/19 96/18 114/9
114/17 131/18
Elgin [5] 9/20 15/23 16/7 16/9 23/21
Elliott [3] 9/2 9/22 22/3
Elmhurst [3] 12/18 37/15 37/21
Elmo [2] 127/8 127/11
Elmo's [1] 68/4
else [17] 18/4 24/20 26/2 27/15 28/3
39/19 47/3 49/4 49/17 54/1 63/8 82/5
83/7 93/20 94/10 117/17 138/22
elsewhere [1] 18/2 23/4
emergency [18] 43/8 43/9 43/17
55/14 60/14 78/2 78/9 80/5 80/12
80/20 80/24 82/3 82/13 89/4 89/16
93/21 94/7 135/18
employed [1] 20/11
employee [2] 144/16 144/17
employment [5] 21/24 23/4 23/5
25/7 26/17

energetic [2] 37/10 58/14
energy [7] 46/4 47/10 52/17 54/13
57/22 63/1 131/5
enforcement [7] 80/8 90/5 90/7
92/15 95/14 112/15 140/4
Engel [1] 13/21
enough [2] 62/13 110/14
enter [3] 16/7 50/1 100/20
entered [8] 49/20 51/15 69/18 70/22
74/23 74/24 75/18 99/12
entering [1] 74/23
enters [1] 79/4
entire [2] 45/20 131/7
entirely [1] 64/20
entirety [1] 5/6
entry [1] 75/21
entryway [1] 72/23
environment [1] 72/1
ER [2] 78/5 131/12
ERIC [2] 1/7 139/13
essentially [2] 27/12 142/14
established [2] 106/24 107/5
Estates [1] 29/21
even [5] 58/23 67/13 112/14 130/15
135/10
evening [8] 41/17 41/19 63/22 64/14
65/2 88/8 92/21 94/12
event [1] 7/15
ever [70] 26/16 26/12 28/12 28/22
29/1 29/3 30/15 30/18 31/5 31/15
31/19 41/10 44/12 48/7 56/10 59/15
67/16 70/6 74/1 82/21 82/23 84/19
88/15 89/12 90/13 93/7 97/15 98/2
99/7 99/14 100/3 105/16 106/16
106/20 107/13 110/17 111/12 111/17
112/3 112/7 112/15 112/22 114/6
115/23 117/23 121/11 121/13 122/7
122/11 122/15 123/3 123/24 125/13
125/15 125/18 125/21 126/5 129/16
133/1 136/12 136/15 136/23 137/9
137/23 138/6 138/9 139/9 139/20
141/15 142/4
every [3] 66/1 105/2 132/19
everybody [3] 6/5 76/10 115/16
Everyone [1] 115/15
everything [4] 5/13 60/19 60/19
81/22
evidence [3] 4/10 92/13 110/15
exact [2] 16/16 20/18
Exactly [1] 80/2
examination [6] 1/15 4/5 116/21
118/19 140/11 141/20
examined [1] 4/4
examining [1] 60/23
except [1] 80/3
exception [1] 132/20
excuse [1] 97/6
exhibit [1] 134/2
exit [2] 73/2 75/21
exiting [2] 72/20 74/22
expend [1] 107/16
expenses [4] 95/7 107/1 107/18
134/16
explain [3] 59/2 93/9 142/13
explained [4] 43/4 57/1 57/4 78/1
express [3] 51/3 51/22 71/7
expressed [2] 44/19 66/22
extend [1] 5/8
extra [1] 134/2
extremely [4] 38/8 58/21 123/23
135/16
eye [2] 65/10 79/14
eyes [1] 60/23

**F**

**facility** [1] 43/19
**fact** [8] 47/2 55/13 59/2 60/11 73/8 75/9 92/24 135/17
**fair** [6] 29/8 29/10 29/10 30/13 86/5 100/23
**fairly** [2] 37/10 56/7
**fall** [5] 16/1 57/6 57/8 58/11 133/1
**fallen** [4] 57/2 57/5 87/8 133/6
**falling** [2] 9/24 87/4
**FALLON** [1] 1/10 117/24
**familiar** [2] 70/3 82/9
**family** [5] 11/1 38/4 94/18 102/2 109/22
**far** [5] 6/11 12/7 50/11 50/16 56/7
**fascinated** [1] 68/5
**faster** [1] 77/5
**father** [5] 33/7 56/6 59/1 119/19 121/17
**father's** [2] 30/2 112/9
**favorable** [1] 114/22
**February** [6] 17/24 26/1 30/10 30/11 83/4 119/9
**fed** [2] 66/17 127/13
**Federal** [1] 1/16 4/10 4/11
**feed** [3] 40/12 40/18 52/9
**feeding** [2] 52/7 54/18
**feel** [5] 40/4 47/16 48/1 51/1 52/23
**feeling** [4] 40/22 41/8 58/2 81/8
**feels** [1] 38/24
**fell** [1] 63/12
**felony** [1] 26/10
**felt** [2] 110/14 138/2
**fever** [12] 38/12 40/5 43/5 43/6 43/14 46/3 47/14 52/24 60/20 81/15 86/15 131/10
**few** [9] 67/8 77/3 79/14 80/20 82/16 109/2 111/10 118/18 122/14
**fight** [1] 126/12
**fighting** [2] 47/12 122/22
**figured** [1] 53/13
**file** [1] 18/24
**filed** [1] 13/14
**financially** [1] 144/18
**find** [6] 5/21 18/1 23/4 24/6 62/21 96/1
**Finders** [1] 24/9
**finding** [1] 30/15
**findings** [1] 60/6
**fine** [3] 15/24 72/20 81/9
**finish** [2] 39/12 46/15
**finished** [6] 5/7 45/16 61/20 66/16 66/18 101/24
**Finzel** [2] 109/10 109/17
**fired** [6] 12/6 17/11 18/17 21/19 118/23 119/13
**firm** [2] 6/21 24/10
**first** [32] 4/3 19/24 20/8 24/7 29/22 32/2 38/6 38/11 38/13 48/4 49/10 50/15 56/10 58/1 66/7 67/12 74/17 76/15 79/18 81/22 84/1 84/4 84/7 87/21 92/6 93/4 96/12 104/12 117/7 129/13 131/12 138/14
**five** [5] 17/10 51/12 72/8 99/19 101/4
**five minutes** [1] 72/8 99/19
**flip** [1] 133/12
**flip-flopped** [1] 133/12
**floor** [12] 2/13 54/15 67/23 68/1 73/18 83/19 106/16 106/20 106/22 106/23 120/17 127/12
**flopped** [1] 133/12
**flyer** [1] 134/13

**follow** [1] 55/14 116/20
**following** [5] 36/15 47/8 91/13 96/5 96/18
**follows** [1] 4/4
**food** [7] 40/15 50/22 50/23 62/18 132/10 132/14 132/15
**force** [2] 16/7 136/15
**foregoing** [1] 144/8
**forehead** [1] 52/23
**form** [2] 44/10 142/5
**formal** [3] 25/20 28/12 96/13
**forth** [1] 9/12
**found** [1] 23/5
**foundation** [2] 113/9 134/22
**four** [5] 15/17 15/19 19/22 38/19 79/2
**four years** [2] 15/17 15/19
**fractured** [1] 105/4
**frame** [1] 11/10
**Fraternal** [1] 134/6
**fraud** [1] 26/13
**free** [1] 13/2
**Friday** [22] 48/20 48/21 65/15 66/24 67/1 68/10 69/2 69/5 86/20 89/16 90/2 90/8 90/11 90/24 95/2 106/15 106/19 115/18 117/7 128/22 132/20 133/14
**friend** [5] 27/16 27/20 111/24 112/5 120/13
**friends** [5] 10/15 102/1 114/17 124/6 124/11
**front** [5] 73/8 78/1 90/15 120/17 125/18
**full** [4] 17/9 19/4 26/20 131/5
**full-time** [1] 19/4
**fully** [1] 5/10
**fund** [12] 95/7 106/24 107/9 107/14 107/17 107/24 108/3 133/20 134/4 134/7 134/12 135/10
**funds** [2] 107/9 107/13
**funeral** [3] 99/1 106/5 136/19
**further** [7] 118/17 139/7 141/18 142/10 143/3 144/12 144/15
**fussy** [3] 47/21 52/2 86/21

**G**

**G-R-U-C-H-A-L-S-K-I** [1] 27/18
**gainfully** [1] 20/11
**gate** [4] 66/11 66/12 67/11 67/13
**gave** [15] 5/2 7/19 41/5 50/3 50/19 50/24 61/17 71/5 75/7 81/17 92/12 98/15 101/8 101/17 103/6
**general** [4] 2/11 2/12 12/15 66/24
**generally** [3] 40/12 53/23 67/2
**Genesis** [4] 19/12 19/18 20/19 21/16
**gentleman** [7] 70/4 72/10 72/18 73/13 73/15 74/17 74/23
**gentlemen** [2] 75/18 114/7
**GERY** [2] 1/10 117/24
**get** [27] 7/15 19/6 24/24 25/1 27/24 32/4 38/16 38/24 39/14 40/6 49/16 51/12 54/5 55/1 59/19 71/24 72/24 76/10 76/10 76/10 77/4 77/4 78/13 81/19 97/23 116/10 130/6
**getting** [4] 66/16 68/10 72/1 94/2
**gifts** [1] 31/9
**girl** [1] 122/22
**girls** [2] 72/2 76/10
**give** [15] 4/24 38/3 41/11 47/17 55/10 60/16 63/3 65/11 66/3 71/17 75/23 81/1 92/3 92/11 98/12
**given** [13] 4/21 28/12 29/4 44/10 44/16 57/22 58/22 66/24 101/3 132/6

**giving** [5] 7/14 28/19 45/24 86/17 101/20
**glasses** [1] 74/21
**go** [51] 5/16 6/11 9/12 11/6 14/17 15/3 15/17 17/3 18/6 23/1 23/14 24/20 29/16 33/11 36/11 39/10 41/23 45/2 45/7 47/7 48/11 50/3 53/16 53/21 56/4 56/21 58/18 59/20 61/20 64/2 64/13 66/15 67/4 67/10 67/13 71/5 72/15 74/3 76/12 76/24 77/7 77/10 77/12 77/17 88/11 95/4 119/16 119/17 127/22 129/16 132/13
**Godmother** [2] 109/11 120/14
**goes** [3] 38/15 42/12 53/11
**going** [31] 5/1 19/6 20/9 26/8 29/15 33/6 42/1 49/6 54/4 60/19 68/4 73/8 75/5 78/14 85/14 86/24 91/13 98/17 100/1 100/9 105/14 106/15 108/18 124/9 128/16 134/3 134/3 137/2 139/17 140/23 141/24
**golf** [2] 56/15 56/19
**gone** [15] 12/9 36/21 37/14 38/16 40/5 45/3 46/3 48/9 48/10 53/9 59/21 65/5 124/13 132/13 142/9
**good** [10] 46/9 51/24 52/2 72/15 104/24 111/24 116/8 119/1 129/17 142/19
**good-bye** [1] 129/17
**got** [14] 9/14 14/22 35/13 42/8 42/9 59/23 66/7 66/10 66/14 77/2 99/18 105/4 116/19 134/9
**gotten** [3] 41/7 41/20 77/2
**grab** [1] 88/19
**grabbed** [2] 63/23 66/20
**grabbing** [1] 71/9
**graduate** [2] 15/12 15/15
**graduating** [1] 15/20 20/12
**graduation** [1] 16/2
**grand** [1] 108/22
**grandmother** [1] 31/6
**grandson** [1] 104/11
**grim** [1] 95/18
**grocery** [1] 40/6
**ground** [2] 68/3 127/9
**grounds** [1] 5/2
**group** [1] 124/12
**Gruchalski** [2] 27/16 27/22
**guarantee** [1] 46/21
**guess** [1] 29/10
**Gutman** [4] 73/17 74/9 113/7 114/1
**guys** [3] 125/5 130/9 130/19

**H**

**had** [194]
**hadn't** [3] 37/7 37/7 96/1
**hair** [4] 72/24 74/19 74/19 74/20
**half** [5] 7/6 8/2 9/4 15/1 100/24
**hand** [2] 88/21 144/21
**handful** [1] 134/9
**handled** [1] 113/3
**handling** [1] 20/22
**hands** [4] 71/9 71/13 102/17 136/23
**HANOVER** [18] 1/6 1/7 2/9 2/10 4/14 14/1 14/11 16/22 22/6 82/19 82/23 83/10 98/4 98/9 133/20 134/6 138/3 138/7
**happen** [1] 92/5
**happened** [21] 12/4 14/21 32/19 57/10 59/2 63/22 76/16 78/6 78/12 81/23 84/13 86/5 88/7 92/6 105/20 113/21 120/8 121/2 136/11 138/16 142/7
**happens** [5] 62/20 63/8 72/9 82/13

**H**

happens... [1] 89/4
happy [5] 43/11 58/13 59/12 62/24 106/4
hard [4] 17/8 29/15 102/17 103/12
harm [1] 97/18
harmed [1] 88/16
HARTIGAN [4] 2/6 2/6 117/9 136/8
has [9] 10/23 11/1 14/2 27/19 31/22 98/18 103/21 121/9 136/12
Hasson [11] 31/19 31/22 41/10 41/14 55/16 55/20 60/1 60/2 88/3 131/21 132/5
Hasson's [1] 60/6
have [129]
haven't [2] 47/3 141/4
having [3] 4/3 20/20 105/5
he [302]
he's [10] 10/2 10/14 52/21 52/21 58/1 58/4 58/4 64/6 64/6 129/22
head [14] 5/12 8/16 56/15 63/2 63/7 65/3 65/5 79/9 81/4 81/10 82/4 102/9 109/14 116/14
headache [1] 60/18
health [5] 37/1 85/1 94/22 100/3 111/18
healthy [1] 31/12
hear [4] 57/23 58/13 75/9 103/12
heard [10] 22/19 27/19 79/8 93/5 93/7 101/24 108/20 114/6 139/9 139/20
hearsay [1] 122/3
Heavier [1] 69/23
heavy [1] 74/18
Heidelberger [1] 22/4
Heights [1] 17/15
held [1] 47/22 52/19
help [7] 31/5 41/9 41/12 64/23 116/10 116/15 134/17
helped [1] 134/10
helping [1] 130/3
her [28] 18/20 20/3 20/23 21/2 21/21 25/15 43/4 43/7 63/4 65/8 78/11 78/13 78/16 103/14 103/15 104/11 104/14 105/3 105/5 106/9 109/11 109/19 123/19 124/3 134/3 135/17 136/9 139/20
here [18] 4/18 5/7 5/17 5/19 6/17 6/21 20/17 27/3 64/24 77/4 78/16 91/13 100/9 115/20 117/16 134/4 134/5 135/12
hereby [1] 144/6
herein [1] 4/3
hereunto [1] 144/20
high [7] 15/12 15/13 20/6 20/9 20/12 25/19 63/14
highest [1] 15/10
him [138]
his [77]
history [2] 81/1 81/19
hit [3] 57/7 84/19 88/15
hmm [39] 4/13 4/13 19/15 19/15 24/3 24/3 33/23 33/23 39/24 39/24 45/1 45/1 60/3 60/3 65/20 65/20 67/17 69/15 69/15 78/20 78/20 78/22 78/22 89/20 89/20 91/5 91/5 95/9 95/9 108/15 108/15 117/5 117/5 124/16 124/16 129/4 129/4 138/5 138/5
hmm-hmm [19] 4/13 19/15 24/3 33/23 39/24 45/1 60/3 65/20 69/15 78/20 78/22 89/20 91/5 95/9 108/15 117/5 124/16 129/4 138/5

Hofhol [2] 27/9 27/10
hold [6] 22/15 71/2 87/17 115/20 119/4 136/23
holding [9] 59/11 61/4 63/17 63/20 63/20 70/22 70/24 71/9 75/11
home [72] 6/18 6/23 12/5 12/17 21/3 21/10 21/10 36/12 36/13 36/16 36/21 37/17 41/23 42/1 42/8 42/9 45/11 48/2 48/5 48/12 48/14 49/13 49/20 50/1 50/7 50/11 51/14 51/16 52/15 53/9 55/5 55/9 56/14 56/21 57/11 57/14 61/20 61/24 62/4 62/20 62/23 69/10 69/18 70/13 70/17 71/20 72/21 74/22 75/4 75/12 75/18 75/21 76/5 76/12 76/16 76/24 77/12 77/17 77/19 86/8 86/23 86/24 87/4 87/12 87/22 101/3 105/5 106/16 106/19 113/8 123/24 130/3
homeowner [2] 33/10 34/5
honest [3] 64/19 104/5 134/10
honestly [3] 16/15 118/5 134/9
hopefully [1] 41/12
hospital [28] 13/10 29/21 39/4 44/23 75/15 77/1 77/7 77/11 77/18 77/21 77/23 78/14 79/10 83/17 84/4 84/7 91/4 94/14 94/21 96/3 96/4 96/7 96/22 97/23 100/1 117/8 134/24 138/13
hospitalized [1] 31/16
hot [3] 38/8 38/21 40/14
hour [1] 1/23 80/13 82/1
hours [3] 93/18 94/7 113/22
house [19] 12/9 12/11 15/3 23/19 23/20 34/9 37/15 38/8 39/2 45/3 48/10 61/21 62/21 123/19 124/7 124/10 128/2 130/14 133/13
houses [2] 59/21 77/3
how [62] 7/2 8/1 8/12 10/5 11/3 11/19 12/7 12/24 13/9 14/14 14/19 14/24 16/14 17/19 18/14 19/9 21/15 23/11 25/11 26/8 27/10 30/4 30/7 33/24 35/12 37/1 38/1 38/10 39/16 40/3 42/15 44/16 46/4 50/11 50/20 50/21 51/20 54/11 59/9 61/13 62/8 67/5 71/22 72/6 75/20 78/5 79/15 81/7 83/23 93/15 96/1 101/2 101/11 105/1 122/13 123/8 124/5 135/1 135/6 138/19 139/15 141/22
huge [1] 56/20
hundred [2] 43/7 43/15
hurt [2] 65/5 121/5

**I**

I'd [3] 19/19 83/3 100/22
I'll [3] 5/4 94/1 94/2
I'm [32] 5/6 8/10 8/18 25/10 32/6 32/22 33/2 34/23 64/19 85/14 91/12 91/13 94/1 97/2 100/9 103/22 103/24 104/1 104/19 106/9 107/22 116/4 116/24 116/24 128/16 128/20 133/3 134/2 134/3 137/18 140/7 140/10
idea [3] 107/3 108/14 113/16
identified [1] 4/19
IL [3] 2/4 2/8 2/14
Ill [6] 31/19 32/2 45/9 51/4 81/14 131/8
ILLINOIS [28] 1/1 1/9 1/20 1/21 1/22 2/11 2/15 4/10 7/1 7/21 9/20 10/14 90/10 95/6 117/1 117/3 117/23 118/2 118/4 118/9 118/14 124/12 138/24 140/4 144/1 144/5 144/22 144/24
Immediately [2] 43/3 78/3

impression [1] 97/23
improvement [1] 46/1
In-law [1] 109/16
incident [9] 12/8 102/8 102/10 102/14 120/1 120/6 120/16 123/14 135/14
include [1] 114/24
Incorrectly [1] 137/5
indicate [2] 32/8 81/10
indicated [5] 9/9 21/19 52/1 75/5 76/18 86/7 87/10 101/23 102/12
indicates [1] 108/7
indicating [2] 71/6 71/10
indication [2] 47/18 71/5
indicative [1] 89/13
indirectly [1] 144/19
individual [1] 139/22
individuals [3] 114/10 114/17 140/3
infant [1] 66/4
infection [9] 44/7 46/3 60/9 60/10 81/14 81/15 131/13 131/19 132/4
inflicted [2] 97/15 97/18
inform [1] 78/11
information [4] 4/19 28/1 109/19 137/5
informed [2] 92/22 95/6
initial [3] 48/18 50/2 80/14
initially [1] 6/10
injured [2] 121/8 135/14
injuries [3] 87/24 89/13 93/11
injury [2] 58/19 136/4
Inside [1] 35/21
inspection [2] 48/9 48/19
institute [1] 25/21
instruct [3] 50/15 98/2 140/17
instructed [4] 41/9 50/19 63/2 115/13
instruction [1] 55/11
instructions [3] 29/16 50/24 75/23
insurance [4] 17/5 23/6 23/20 25/23
intention [1] 26/4
interacting [1] 110/11
interested [4] 61/15 61/16 109/8 144/18
interrogation [2] 5/20 99/14
interrupt [1] 32/20
interview [5] 49/10 50/2 89/3 96/13 110/5
interviewed [3] 29/7 29/11 84/10
interviewing [1] 114/21
intoxicated [1] 33/18
introduced [2] 74/1 116/23
investigate [1] 112/21
investigating [5] 90/21 99/4 101/24 112/16 138/4
investigation [4] 98/14 105/24 126/4 139/23
investigator [8] 96/6 96/13 120/6 126/16 126/20 126/21 126/23 140/18
investigators [1] 133/5
invited [1] 24/21
involve [3] 5/1 26/13 121/17
involved [4] 26/13 28/8 102/22 136/4
involving [2] 10/24 92/2
is [121]
issued [1] 6/18
issues [2] 10/3 107/8
it [138]
it's [29] 5/20 13/13 17/5 17/7 21/11 45/16 58/4 85/23 87/10 88/14 88/19 90/22 91/8 91/12 91/20 95/6 96/5 96/9 96/16 99/6 100/23 104/9 104/19 104/20 104/20 109/4 120/8 130/22

**I**

it's... [1] 132/18
Its [1] 5/6

**J**

J-E-N-N-I-F-E-R [1] 6/8
J-E-R-Z-E-Y [1] 7/23
JACKOWIAK [1] 2/2
Jackowiak's [1] 99/12
jail [3] 36/8 98/18 123/12
James [1] 13/21
January [4] 1/23 11/21 14/8 144/22
Jason [10] 8/23 9/2 9/10 9/13 10/11
  10/13 10/16 10/19 11/3 24/17
jaw [1] 105/4
Jenna [4] 12/21 12/24 14/5 109/12
JENNIFER [5] 1/14 4/2 4/8 6/8 144/6
Jerzey [8] 7/20 11/9 21/2 41/23 45/3
  61/20 76/12 88/8
Jill [2] 122/23 123/15
Jim [1] 99/21
job [5] 17/7 17/10 19/2 19/4 142/19
JOHN [3] 1/8 139/10 139/11
JOSEPH [2] 1/9 118/3
Josh [26] 43/20 45/11 45/18 56/4
  58/8 59/22 61/7 62/15 62/24 63/9
  63/14 63/17 64/2 64/14 66/2 71/1
  71/24 72/7 75/9 76/18 77/11 77/15
  104/16 112/19 125/16 133/10
Joshua [177]
Joshua's [30] 13/6 19/20 22/2 30/9
  30/12 31/22 37/1 41/20 47/4 47/7
  47/15 50/16 58/10 59/1 65/1 75/24
  79/17 85/1 87/18 89/13 90/18 92/2
  92/19 94/7 100/3 106/24 111/17
  134/15 136/4 136/15
juice [2] 66/18 68/21
July [3] 30/11 102/13 125/7
jump [1] 100/9
June [2] 8/13 14/16
junior [3] 33/6 34/3 36/5
jury [2] 5/14 108/22
just [79]

**K**

keep [5] 8/4 19/6 54/4 60/10 65/10
kicked [2] 12/10 104/13
kids [1] 49/15
kill [2] 60/11 103/15
killed [3] 103/19 104/11 115/21
kind [7] 60/9 61/15 62/12 72/11 75/5
  81/22 117/8
kitchen [7] 63/10 63/15 63/19 70/14
  72/4 72/23 127/15
knew [5] 77/20 78/12 80/4 84/13
  100/23
knock [2] 69/11 69/12
knocked [1] 43/3
know [84]
knowledge [14] 9/16 10/23 28/14
  28/20 33/24 44/21 49/8 59/7 74/10
  84/2 84/7 96/12 99/3 114/16
knows [2] 104/5 104/7
KOCH [2] 2/12 116/24

**L**

L-U-D-D-I-E [2] 100/10 101/2
label [1] 50/20
Labor [2] 48/23 131/8
lake [4] 36/24 37/14 124/7 124/9
Lane [7] 7/20 7/23 11/9 21/2 41/23
  61/20 76/13
laps [1] 63/16

last [12] 53/13 58/3 75/14 93/18
  103/4 111/3 112/13 112/19 113/22
  115/17 125/6 140/7
late [4] 12/1 14/6 22/16 25/2
Later [1] 117/11
law [12] 2/2 6/21 22/3 22/11 80/8
  90/5 90/7 92/15 95/13 109/16 112/15
  140/3
LAWRENCE [1] 2/2
lawsuit [2] 18/24 139/10
lay [3] 40/24 41/1 53/22
laying [2] 65/6 86/23
lead [4] 16/6 40/21 63/8 65/23
leading [1] 67/5
learn [4] 34/15 95/21 97/12 101/11
learned [4] 76/15 101/17 110/7
  139/15
learning [2] 25/21 109/8
least [3] 15/8 41/8 139/24
leave [13] 17/6 18/16 22/23 23/13
  35/23 54/23 66/2 66/11 69/4 72/12
  75/6 76/12 121/24
leaving [12] 16/6 17/3 22/1 44/23
  51/6 72/14 73/5 75/3 75/8 75/10
  128/13 129/10
led [1] 112/18
left [26] 5/5 9/13 12/5 12/9 17/23
  24/1 24/13 24/14 39/7 39/8 41/17
  47/22 54/10 59/24 66/21 72/17 73/4
  75/11 78/12 96/4 113/8 119/1 122/1
  128/11 129/16 133/13
leftover [1] 134/18
legal [1] 122/21
lengthy [1] 94/21
let [9] 4/24 18/6 23/1 23/14 57/15
  64/12 118/8 119/17 142/13
let's [10] 11/6 19/6 21/24 29/14 34/2
  47/7 54/6 64/17 68/14 74/3
lets [1] 69/14
letter [2] 105/14 105/16
letters [1] 21/1
letting [1] 118/24
level [7] 9/21 15/10 41/5 46/4 47/11
  57/22 98/8
license [5] 25/22 69/24 70/1 83/6
  122/11
lie [3] 120/20 120/22 120/23
life [7] 30/12 40/13 96/17 97/16
  100/20 100/24 117/19
light [3] 74/19 74/20 117/18
like [19] 16/17 20/3 31/10 40/8
  43/12 47/8 47/17 47/23 49/10 59/13
  60/13 60/18 65/6 76/4 83/3 88/13
  98/16 119/7 130/22
Lindie [4] 12/21 12/24 14/5 109/12
line [2] 19/6 54/4
liquid [2] 41/12 44/17
LISA [1] 2/11
Lisle [1] 27/23
litigation [1] 99/7
little [19] 29/15 39/7 40/5 40/9
  40/14 47/10 47/11 52/4 53/14 53/15
  54/13 55/8 58/4 58/5 63/1 63/10 67/4
  74/17 100/9
live [13] 7/10 8/1 8/12 8/21 8/24
  9/17 14/24 13/2 14/12 14/14 14/19
  14/24 27/22
lived [8] 7/2 8/13 9/10 11/11 11/16
  14/23 34/12 59/22
living [14] 11/8 11/19 11/23 25/3
  30/23 45/20 70/14 71/23 72/14 72/2
  75/13 100/14 104/10 107/18
Liz [1] 25/16

located [7] 16/12 16/22 17/14 18/12
  22/5 23/7 25/17
location [2] 23/11 37/23
Lodge [1] 134/6
long [26] 7/2 8/1 8/12 11/3 11/19
  12/24 14/14 14/19 14/24 16/14 17/19
  18/14 19/9 21/15 23/11 25/11 27/10
  27/20 30/7 41/2 59/16 71/22 72/6
  75/20 78/5 140/20
longer [2] 77/20 102/22
looking [3] 5/21 95/18 112/23
losing [1] 135/17
lost [1] 19/2
lot [2] 40/24 79/24
loud [1] 75/9
loudly [1] 5/11
LOUIS [2] 2/2 128/14
loved [1] 49/15
low [5] 46/5 47/11 52/17 54/13 63/1
Luddie [5] 100/10 100/23 101/2
  101/12 106/11
lump [3] 56/15 56/19 58/16
lunch [1] 52/7
Lussk [1] 4/15
LUSSKY [2] 1/7 139/19
lying [2] 106/16 127/9

**M**

mad [1] 55/1
made [6] 66/17 76/21 97/20 107/20
  120/7 120/10
MADIGAN [1] 2/11
Mahalik [8] 70/2 70/6 70/10 70/12
  70/16 72/3 72/17 113/7
Mahalik's [1] 114/2
main [1] 79/9
maintain [1] 98/8
make [9] 32/22 33/1 59/13 62/12
  62/18 71/3 73/2 73/6 135/13
making [2] 62/13 71/12
Mallard [1] 6/24
man [2] 69/20 69/23
management [12] 16/11 16/20 18/3
  18/5 18/10 19/12 19/18 20/19 21/16
  25/8 123/4 123/9
manager [4] 16/21 17/8 18/11 25/10
  22/5 123/8
many [5] 38/1 50/20 67/5 122/13
  123/8
March [6] 8/18 11/12 11/14 24/1
  24/2 83/4
March 31 [1] 8/18
March 31st [1] 11/12
marks [1] 88/21
Master [6] 90/23 117/3 117/12
  117/21 140/14 140/17
matter [3] 4/20 14/2 103/15
may [15] 4/19 5/7 5/16 24/12 32/24
  33/1 70/8 93/10 100/22 103/12
  116/20 121/2 121/7 136/3 137/10
maybe [4] 40/8 53/14 55/8 58/3
me [72] 4/24 5/6 12/7 17/8 23/1
  24/24 24/24 25/1 28/1 28/5 33/10
  41/11 42/2 43/2 43/11 46/20 47/17
  48/11 52/1 52/4 57/5 57/4 59/12 63/3
  63/3 64/13 66/12 71/6 71/9 72/12
  72/15 74/1 76/17 77/5 77/8 77/10
  78/3 78/3 79/16 79/19 80/3 80/23
  80/23 82/2 82/16 83/20 85/20 90/4
  90/15 92/22 93/17 95/24 97/6 98/15
  101/12 102/2 104/13 108/13 111/10
  112/21 115/19 118/8 122/2 134/10
  134/14 134/17 139/17 141/17 142/7
  142/13 144/9 144/9

## M

mean [10]  31/8 40/14 58/23 65/3 71/8 85/12 99/17 103/24 104/20 118/24
meaning [1]  57/3
meant [2]  84/6 140/14
meantime [2]  78/15 82/15
medical [7]  13/6 13/9 43/21 90/14 95/7 107/1 134/15
medication [1]  44/10
medications [1]  44/14
meet [7]  10/13 30/4 83/16 110/17 117/23 124/5 124/7
meeting [13]  90/6 95/13 105/19 108/6 108/7 108/19 110/18 111/3 118/2 118/15 137/1 137/7 137/13
meetings [4]  17/9 20/23 111/5 137/16
members [2]  11/2 20/22
memorial [9]  36/17 36/19 39/12 106/24 107/14 133/20 134/4 134/12 135/10
men [1]  70/20
mentioned [1]  121/7
Mesa [1]  8/14
met [24]  28/5 28/15 43/17 48/7 49/10 82/21 83/12 92/4 95/5 96/6 97/22 105/8 105/12 108/5 108/11 111/9 111/10 114/2 118/4 118/7 124/14 139/22 140/3 141/1
MEYER [2]  2/2 4/17
MICCI [2]  1/9 118/3
MICHAEL [1]  2/6
middle [3]  6/12 46/19 64/11
Midwest [3]  17/4 17/13 18/6
might [5]  59/3 60/16 121/4 132/2 136/10
mild [1]  132/16
mind [1]  7/14
mine [2]  102/2 111/24
minutes [17]  50/12 57/10 72/8 75/22 76/5 76/8 77/6 78/7 78/8 79/21 83/24 87/8 88/24 99/19 128/9 129/3 138/13
Miranda [3]  138/9 139/2 139/4
misdemeanor [1]  26/12
misinformation [1]  137/10
Miss [1]  4/12
missing [1]  8/10
misstates [1]  119/15
mixed [1]  6/10
mom [12]  19/23 24/24 38/22 55/1 62/23 63/11 63/20 65/7 78/11 78/16 104/4 104/5
mom's [5]  43/4 45/4 100/11 103/20 110/2
Monday [5]  39/22 41/14 42/4 96/5 97/3
money [8]  19/3 107/20 107/24 133/20 134/15 134/21 135/2 135/6
monies [1]  107/16
monitor [1]  35/18
monkey [2]  92/3 133/18
month [2]  8/2 13/5
months [12]  13/1 14/5 14/15 16/17 17/20 17/22 20/17 27/11 30/8 103/5 115/23 136/15
more [7]  11/6 17/10 58/5 72/13 98/6 110/2 123/15
morning [29]  40/3 47/8 47/15 54/12 55/10 55/22 65/15 65/18 66/1 66/24 67/2 68/10 68/19 69/2 69/5 70/7 77/13 77/17 81/8 82/21 86/5 86/20 91/10 106/15 106/19 127/6 128/16
most [3]  135/2 138/16 142/14
mother [66]  8/5 10/2 11/16 11/19 11/23 12/6 12/10 12/13 19/11 20/1 20/9 20/19 21/12 21/15 22/8 24/21 25/3 27/7 30/23 31/2 34/9 34/11 35/20 42/3 42/11 42/16 45/21 53/6 62/4 62/9 62/21 63/21 69/1 78/17 78/24 79/1 84/11 88/11 98/3 100/14 100/17 100/21 102/22 103/6 103/18 104/3 104/10 104/23 105/3 105/8 105/18 105/21 106/9 106/11 109/13 115/1 116/8 116/11 121/1 123/18 130/3 130/18 135/13 136/3 136/9 137/23
mother's [16]  7/20 11/9 12/5 12/22 12/23 15/3 22/1 23/19 23/20 50/11 61/24 78/18 101/3 109/15 120/13 123/24
mothering [1]  116/10
motherly [1]  31/2
Motrin [2]  86/18 86/19
move [5]  9/7 10/7 14/6 14/10 91/3
moved [12]  9/8 9/15 11/5 12/17 14/9 14/18 14/22 23/16 23/18 23/18 23/19 37/23
moving [4]  7/5 11/6 66/12 87/10
MR [26]  2/2 2/6 2/12 30/7 30/12 70/10 70/12 70/16 72/3 72/17 72/21 73/17 76/21 85/11 93/19 98/7 99/12 101/7 114/1 114/1 114/17 115/8 126/14 132/18 135/23 136/2
Mr. [21]  4/16 4/17 29/8 29/11 30/4 30/16 30/19 51/7 58/10 70/6 74/1 101/8 102/7 102/19 113/8 117/9 119/4 119/6 128/2 133/13 136/8
Mr. Aleman [2]  51/7 58/10
Mr. Aleman's [5]  29/8 29/11 113/8 128/2 133/13
Mr. Campbell [3]  101/8 102/7 102/19
Mr. Hartigan [2]  117/9 136/8
Mr. Mahalik [1]  70/6
Mr. Meyer [1]  4/17
Mr. Rick [1]  4/16
Mr. Shiro [2]  119/4 119/6
Mr. So [1]  74/1
Mr. Straube [3]  30/4 30/16 30/19
MRI [1]  132/8
MS [1]  2/11
much [13]  5/18 12/15 13/9 42/15 49/15 50/21 52/5 58/6 83/23 120/21 135/1 135/6 138/19
murder [2]  135/24 136/3
must [1]  58/1
mutual [3]  10/15 118/24 124/6
my [93]
myself [6]  14/13 33/5 78/24 94/2 104/6 116/23

## N

name [16]  6/6 6/11 6/12 18/20 22/10 25/15 27/8 27/19 30/2 69/21 70/2 79/6 79/8 82/7 112/9 118/6
named [2]  117/24 118/3
namely [8]  88/10 93/5 140/4
names [5]  12/20 43/24 73/24 142/15 142/20
Nancy [1]  53/6
nap [2]  38/14 38/16
natural [1]  119/19
nature [3]  35/5 58/10 111/15
near [1]  47/13
need [9]  5/15 5/16 5/18 6/5 16/16 29/16 71/7 77/4 104/2
33/11 47/18 50/21 50/21 55/13 76/20 78/13 78/16 80/24 82/3 107/19
never [12]  27/19 29/7 31/17 85/16 96/4 97/15 105/20 110/4 120/8 131/18 132/5 132/8
news [1]  93/8
next [6]  7/6 47/7 64/12 68/8 81/23 89/4
nice [2]  48/17 69/23
Nicholas [1]  99/11
nieces [1]  37/21
night [21]  17/9 46/19 46/22 46/23 52/19 53/4 54/2 64/10 64/12 65/12 89/17 94/14 96/3 96/22 128/15 128/19 129/22 130/2 130/16 135/14 141/8
nights [1]  100/2
nine [3]  16/17 17/10 30/8
nine months [2]  16/17 30/8
no [198]
No. [1]  1/21
No. 084-001564 [1]  1/21
nod [2]  5/12 75/7
noises [1]  73/6
None [2]  58/12 140/19
normal [4]  37/3 37/4 37/4 64/4
normally [4]  52/20 53/11 62/18 133/8
North [3]  1/22 2/3 2/7
NORTHERN [2]  1/1 4/9
not [123]
notary [3]  1/18 144/4 144/24
nothing [8]  31/11 31/11 65/10 116/14 139/7 140/24 140/24 142/10
notice [1]  38/13
noticed [3]  38/21 62/24 63/1
noticing [1]  72/16
November [6]  10/17 11/3 108/7 108/19 110/19 114/3
November 2nd [4]  108/7 108/19 110/19 114/3
now [65]  8/11 11/10 11/15 12/10 12/17 15/2 23/3 23/15 25/5 30/15 32/1 36/17 39/22 39/23 42/19 42/23 50/14 52/6 53/16 56/13 56/21 59/8 59/19 62/2 63/14 65/15 66/22 66/23 67/20 69/7 69/10 71/19 72/17 77/9 82/5 82/18 84/1 90/13 97/3 98/6 103/6 104/2 107/5 108/5 109/15 110/4 116/20 117/6 119/19 121/1 122/10 123/18 124/5 126/13 126/16 127/5 130/2 130/24 132/18 133/13 133/19 134/12 135/12 137/1 138/2
number [6]  6/15 7/15 16/24 85/19 98/16 134/5
nurse [1]  60/22
nurses [3]  81/18 83/19 100/3

## O

o'clock [37]  37/18 39/9 42/10 55/24 62/21 69/6 86/8
O'CONNOR [1]  2/6
oatmeal [5]  40/20 54/14 66/17 66/18 68/19
objection [21]  32/23 33/3 61/8 106/10 113/9 113/19 114/11 119/14 119/15 121/19 122/17 122/24 123/5 126/1 132/12 132/22 135/3 135/15 136/5 141/13 142/5
objections [2]  104/2 107/23
observations [2]  114/2 114/7
observe [3]  52/16 90/13 125/15
observed [3]  53/6 56/23 120/19

obtained [1] 25/22
obviously [20] 31/9 31/10 40/15
 41/6 45/16 47/10 52/18 58/16 62/14
 62/23 62/24 63/2 65/4 65/4 65/10
 82/10 85/10 101/18 106/2 132/15
Occasionally [1] 101/6
occur [1] 57/8
occurred [6] 33/4 33/13 93/18
 102/13 105/18 113/7
occurrence [16] 10/24 11/20 11/22
 31/14 32/5 32/9 59/6 63/21 65/16
 82/24 90/20 100/12 101/15 109/21
 111/7 111/19
occurring [1] 35/1
October [6] 7/4 11/11 11/13 22/12
 22/19 25/3
October 24 [1] 7/4
October 31st [2] 11/11 11/13
odd [1] 134/23
off [29] 5/16 8/15 13/13 29/17 38/9
 42/1 42/2 47/12 50/4 50/7 50/14
 51/12 54/10 55/9 65/24 67/11 72/10
 74/3 74/5 77/15 79/8 86/7 87/18
 97/15 106/20 109/14 129/8 131/10
 142/22
offer [1] 24/23
offered [6] 24/24 29/1 30/21 58/23
 59/1 116/15
office [12] 20/22 21/7 21/9 21/12
 21/14 22/11 27/4 99/12 110/12
 112/23 113/3 144/21
officed [1] 55/20
officer [14] 117/7 117/10 117/11
 117/14 117/17 117/20 117/24 118/3
 118/4 118/10 118/15 139/1 140/23
 141/1
officers [9] 1/7 1/9 2/16 4/15 96/19
 122/8 126/5 126/8 126/10
OFFICES [2] 2/2 22/3
often [2] 101/2 105/1
Oh [2] 26/9 111/2
okay [43] 5/3 5/19 6/2 11/6 14/16
 15/10 24/19 26/2 27/22 32/8 34/4
 34/15 36/7 36/11 37/1 44/23 56/17
 58/3 60/19 63/8 64/21 65/17 80/5
 81/12 81/23 84/18 85/10 85/14 86/2
 88/14 89/3 92/8 92/14 93/4 97/2
 98/19 106/8 108/2 114/6 115/20
 134/12 139/19 141/18
old [2] 10/5 37/9
once [3] 9/14 23/19 43/6
one [32] 11/6 16/4 21/11 25/19 34/2
 34/3 34/10 37/9 39/2 43/10 66/4
 69/13 91/16 99/9 107/5 109/5 116/24
 118/11 118/14 121/1 121/7 121/8
 122/7 123/10 123/14 123/15 129/7
 130/6 135/1 136/10 137/19 141/7
ongoing [2] 82/13 123/16
only [13] 11/1 16/4 29/24 52/7 53/20
 57/15 92/14 99/6 100/23 123/10
 123/14 139/22 142/16
opinion [4] 115/21 119/4 119/6
 125/23
opinions [1] 97/17
orally [1] 44/17
order [2] 6/10 134/6
ordered [1] 123/4
organized [1] 48/15
originally [1] 26/7
other [37] 5/7 5/24 20/16 27/3 31/6
 35/10 36/9 40/23 44/14 55/10 60/18
 65/3 72/18 73/10 73/12 73/12 73/15
 90/2 90/7 95/13 109/5 112/19 116/12
 116/20 118/10 124/11 139/10 140/3
 140/3 140/22 141/7
otherwise [4] 53/21 62/15 116/2
 116/5
our [5] 39/14 58/17 62/12 63/16
 65/15
out [36] 5/21 9/8 9/24 10/7 10/8
 10/10 12/11 13/24 14/9 14/22 21/2
 21/7 23/7 23/11 23/18 23/20 24/17
 25/1 25/1 31/5 34/18 48/12 48/14
 49/16 53/18 53/20 68/2 71/15 75/7
 75/9 96/1 104/13 107/19 119/22
 120/2 140/24
outcome [2] 36/1 115/3
outlook [1] 95/18
outside [2] 28/3 99/8
over [16] 5/9 16/19 43/7 43/15 48/10
 48/11 77/4 77/5 102/9 116/14 117/9
 132/13 134/21 135/9 135/11 140/23
overall [1] 85/1
overdosing [1] 135/18
overhear [1] 90/17
overnight [1] 101/5
own [5] 34/9 62/12 97/14 107/14
 116/17
owned [1] 34/14
owns [1] 20/20

P

P-A-G-E [1] 18/23
p.m [5] 1/23 32/13 87/7 88/3 90/24
package [1] 23/2
page [4] 3/2 18/21 85/23 91/16
pain [4] 41/6 41/8 41/13 60/17
paperwork [1] 87/18
paralegal [1] 22/22
paramedics [1] 76/19
paranoid [1] 123/23
parent [6] 128/5 128/13 129/8
 129/10 129/13 129/21
parents [3] 109/11 109/11 141/7
PARK [17] 1/6 1/7 2/9 2/10 4/14
 14/1 14/11 16/22 22/6 82/19 83/10
 98/4 98/9 133/20 134/6 138/3 138/7
part [3] 20/3 30/12 134/4
part-time [1] 20/3
particular [2] 33/13 50/22
parties [1] 144/17
party [4] 38/2 38/7 39/6 105/5
passed [8] 11/24 12/5 12/6 21/17
 58/8 98/6 98/10 104/16
passes [1] 97/7
passing [2] 22/2 70/8
paternity [1] 30/15
patience [1] 41/1
pay [3] 49/22 106/7 107/19
payable [1] 107/20
paying [3] 13/6 72/13 73/7
PD [1] 34/22
pediatric [1] 79/9
pediatrician [7] 31/19 31/23 55/14
 55/16 59/20 81/12 131/16
pediatrics [1] 131/23
pending [5] 28/16 29/7 103/15
 107/11 115/12
people [11] 27/4 28/3 38/1 40/15
 78/9 102/1 109/2 109/4 109/5 124/12
 132/15
perfectly [1] 64/21
perform [1] 49/1
person [9] 73/22 74/8 84/1 84/4 84/7
 99/4 105/15 111/5 112/19
personal [1] 135/7
personnel [6] 80/8 90/5 90/7 92/15
 95/14 112/16
pertain [1] 38/10
pertaining [1] 117/1
pertinent [1] 4/20
PETER [2] 2/12 116/24
phone [6] 7/12 7/14 20/21 43/9 77/3
 78/15
phonetic [7] 9/3 24/9 79/12 109/10
 119/2 120/12 122/23
photographs [1] 26/23
phrase [1] 93/5
physical [8] 65/2 125/13 125/15
 125/18 126/6 126/12 126/12 136/15
physically [1] 88/16
physician [2] 31/20 79/4
physicians [4] 80/19 80/20 89/12
 90/2
pick [5] 51/9 55/23 55/23 56/13
 88/11
picked [6] 38/14 38/20 51/15 51/18
 59/8 87/6
picking [1] 55/12
picture [3] 61/1 61/7 118/6
pictures [2] 132/21 132/23
pieces [1] 40/14
pills [1] 135/19
place [9] 22/23 32/5 32/9 45/13
 58/18 82/12 108/7 113/17 134/3
places [1] 26/16
Plaintiff [2] 1/4 2/5
plans [1] 7/5
plates [2] 69/24 70/1
play [2] 61/17 68/2
playing [7] 37/7 54/15 61/11 66/14
 67/21 73/11 73/17
please [5] 5/5 5/8 5/10 27/17 113/12
point [13] 31/20 79/4 81/20 85/12
 95/21 114/10 121/1 121/7 130/6
 135/23 136/14 136/23 138/6
pointed [1] 75/6
police [33] 1/7 1/9 2/9 2/15 35/3
 80/8 80/12 80/16 80/19 82/1 82/19
 82/24 83/10 90/10 92/12 98/4 98/9
 115/15 117/1 117/4 117/23 118/3
 118/10 118/14 122/4 122/7 125/21
 126/5 133/21 134/6 138/3 138/7
 140/4
popsicle [1] 61/17
portion [1] 52/1
posed [1] 106/8
position [1] 26/7
possible [4] 58/4 96/9 112/23 141/11
possibly [4] 37/18 38/3 128/11
 136/10
posted [1] 36/8
Prairie [1] 14/11
pre [1] 65/23
pre-work [1] 65/23
pregnant [2] 18/17 124/22
prepare [2] 26/23 130/4
present [8] 19/7 26/18 33/9 69/19
 91/21 106/5 109/2 139/24
pressure [1] 82/4
pretty [3] 12/15 59/15 142/19
previously [5] 41/15 117/14 133/1
 133/6 140/16
Price [1] 8/8
primary [1] 99/4
printing [1] 49/16
prior [36] 7/18 8/4 8/14 11/6 11/20
 28/5 31/14 37/2 42/1 47/13 47/19
 48/7 48/20 48/22 48/23 49/22 57/10

# P

**prior... [19]** 65/24 78/5 80/15 80/19 81/8 81/11 85/2 86/24 87/8 93/20 94/7 100/4 101/15 108/18 111/13 111/18 119/15 130/24 138/20
**prison [1]** 135/23
**probably [18]** 16/17 23/24 38/19 39/9 47/1 47/1 53/10 58/2 60/17 64/3 67/15 78/7 80/13 81/20 89/7 101/4 103/5 110/24
**problem [1]** 42/16
**procedure [4]** 1/16 4/11 82/10 82/12
**proceeded [1]** 43/8
**professional [1]** 99/9
**promised [1]** 29/3
**property [10]** 16/11 16/19 16/21 16/22 17/3 17/17 18/3 18/11 25/10 25/22
**prosecution [1]** 113/3
**protect [1]** 124/3
**protecting [1]** 97/24
**provided [3]** 99/20 132/18 137/10
**public [3]** 1/18 144/4 144/24
**pull [1]** 68/2
**pulled [1]** 120/2
**punched [1]** 105/3
**purpose [1]** 123/21
**purposes [1]** 107/16
**pursuant [3]** 1/15 4/8 4/9
**push [1]** 122/7
**pushed [1]** 120/16
**pushing [3]** 57/5 57/20 58/13
**put [12]** 24/23 24/24 53/18 63/13 64/6 66/13 67/20 71/1 78/3 88/21 106/20 127/6

# Q

**quarter [1]** 69/8
**question [17]** 5/6 5/10 5/23 6/1 6/2 54/11 88/17 93/22 94/1 94/2 106/8 106/18 113/11 116/4 120/22 137/6 140/8
**questioned [3]** 84/15 85/6 85/8
**questioning [1]** 102/3
**questions [13]** 5/4 5/7 32/24 33/2 49/9 81/17 82/17 83/13 104/1 111/12 117/6 118/17 141/19
**quickly [2]** 46/15 76/20
**quiet [2]** 59/15 83/20
**quietly [1]** 72/15
**quite [2]** 67/8 109/1
**quotation [1]** 88/21

# R

**race [1]** 5/18
**Racine [2]** 34/23 35/3
**raise [1]** 116/15
**raised [1]** 99/6
**Raj [1]** 82/8
**ran [2]** 21/2 57/5
**Randolph [1]** 2/13
**rang [1]** 57/18
**reachable [1]** 7/16
**reached [2]** 44/5 52/12
**react [1]** 141/23
**reacted [1]** 12/8
**reacting [1]** 59/9
**read [10]** 5/14 85/14 93/23 93/24 113/12 113/13 138/9 139/2 140/7 140/9
**reading [1]** 144/12
**ready [8]** 66/7 66/11 66/15 66/16 68/10 72/2 73/1 76/10

**realize [2]** 44/24 128/13
**really [7]** 58/5 58/15 80/2 81/20 89/5 89/8 106/7
**reask [1]** 94/3
**reason [13]** 5/15 32/16 41/7 58/9 74/9 91/1 91/10 91/23 92/23 96/10 96/11 108/8 135/13
**recall [108]**
**recalled [1]** 141/6
**received [2]** 105/13 134/4
**receiving [2]** 133/20 134/7
**recently [2]** 37/23 88/1
**recess [4]** 54/6 54/7 68/16 137/20
**record [14]** 5/3 5/16 6/7 29/17 71/8 73/16 74/3 74/5 93/24 104/1 113/13 137/21 140/9 144/10
**recorded [3]** 28/20 101/9 144/8
**recording [1]** 108/6
**records [1]** 32/8
**recruiting [1]** 24/10
**redness [1]** 131/24
**reduced [1]** 144/9
**referring [1]** 77/8
**refrigerator [1]** 127/18
**regarding [17]** 10/23 27/2 39/19 47/4 51/3 55/11 75/24 81/2 92/9 92/19 95/17 97/10 98/13 106/10 111/12 111/17 137/4
**regards [1]** 81/3
**regular [4]** 37/6 60/24 81/11 131/16
**reinterviewed [1]** 90/22
**relate [1]** 89/12
**related [1]** 88/6
**relates [1]** 38/7
**relation [7]** 21/9 57/8 80/11 83/16 99/22 101/20 103/9
**relationship [7]** 30/9 56/8 99/8 104/22 105/23 112/11 125/12
**relative [1]** 144/16 144/17
**relatives [2]** 37/15 37/16
**release [1]** 82/3
**released [2]** 36/11 98/18
**relevance [10]** 32/23 33/2 104/2 107/22 119/14 121/19 122/24 126/1 133/22 135/3
**relevancy [1]** 106/10
**remain [6]** 13/12 39/6 72/6 75/20 89/23 94/14
**remained [1]** 80/5
**remember [45]** 20/15 20/18 35/11 38/6 46/24 57/12 64/22 65/14 67/6 69/24 76/9 85/9 89/5 89/8 89/11 92/17 95/1 95/13 95/23 95/24 98/15 105/6 109/13 110/22 112/14 114/4 115/4 118/1 118/6 119/10 119/10 121/12 121/16 126/9 126/15 129/15 130/8 130/10 130/17 132/24 133/7 134/11 135/4 136/24 141/15
**remove [1]** 96/17
**rent [2]** 13/4 107/18
**rep [1]** 17/18
**repeat [5]** 93/22 106/18 113/11 116/4 137/6
**rephrase [1]** 6/1
**report [7]** 85/15 85/18 85/20 85/22 85/23 87/10 88/15 91/14 95/12
**reported [11]** 85/16 88/14 88/19 90/22 91/8 91/12 91/20 95/5 96/5 96/16 120/6
**reporter [2]** 1/20 5/5
**represent [2]** 4/14 13/18
**represented [2]** 4/16 142/13
**research [1]** 134/19
**reserve [3]** 50/4 142/11 142/17

**residence [4]** 8/17 11/7 26/17 45/14
**residences [2]** 11/15 15/7
**resides [2]** 9/19 10/21
**residing [2]** 8/5 104/14
**resign [1]** 18/7
**resigned [1]** 18/8
**respect [6]** 12/13 30/16 44/6 60/6 98/13 107/8
**responsibilities [1]** 17/17
**responsibility [1]** 62/9
**responsible [1]** 93/10
**rest [1]** 39/14
**result [1]** 123/3
**resume [1]** 26/4
**resumed [1]** 104/14
**retire [1]** 23/1
**returned [1]** 61/24
**review [2]** 26/22 142/21
**Reyes [18]** 79/15 79/17 80/15 80/15 81/1 81/5 81/7 81/13 81/24 82/5 82/6 89/10 90/3 92/22 93/9 94/10 95/19 97/9
**Reyes' [2]** 97/10 97/17
**Richard [8]** 30/3 33/6 33/7 33/8 124/5 124/15 124/20 124/22
**Richard's [1]** 33/7
**RICK [54]** 1/3 4/16 10/24 48/1 48/5 48/7 48/16 49/2 49/9 50/15 50/23 50/24 52/6 52/7 52/13 56/13 57/4 58/19 59/5 59/14 69/19 70/15 70/16 71/2 71/3 71/17 72/1 73/13 75/3 75/11 75/18 75/23 76/7 85/4 87/18 87/19 92/1 92/2 92/8 93/20 94/5 95/22 96/1 99/15 104/6 105/10 109/5 110/8 112/20 113/17 115/4 115/17 115/21 138/20
**Rick's [13]** 49/20 50/7 50/11 51/15 52/7 55/5 55/9 56/21 69/4 71/11 71/20 87/12 87/22
**ride [1]** 39/16
**right [42]** 8/11 16/2 16/3 16/6 25/5 27/14 41/18 43/10 44/24 53/16 55/1 55/3 60/2 61/19 67/21 73/8 77/16 77/17 83/12 83/14 87/13 87/14 88/1 91/3 95/4 96/21 96/23 97/22 101/16 102/23 103/10 104/15 104/17 104/22 108/23 110/5 116/19 119/9 125/2 140/2 142/11 142/12
**rights [4]** 4/16 138/10 139/2 139/5
**ring [2]** 69/11 69/12
**Road [1]** 8/8
**rocking [2]** 68/8 127/7
**Rodick [2]** 122/23 123/15
**role [2]** 31/3 90/20
**romantic [1]** 105/23
**roof [1]** 116/14
**room [28]** 43/8 43/9 43/17 55/14 60/14 70/14 70/23 71/23 72/14 72/22 75/13 78/2 78/3 78/9 79/4 80/6 80/12 80/21 82/13 84/16 89/4 89/6 89/17 92/23 93/21 94/8 99/13 135/18
**roommate [1]** 14/23
**rough [1]** 58/5
**routine [6]** 31/18 65/23 66/22 66/24 67/1 67/2
**rug [1]** 57/6
**rules [6]** 1/16 4/9 4/10 4/11 5/2 6/4
**run [2]** 4/24 48/14
**running [3]** 20/21 40/5 52/21
**rush [1]** 60/14
**rushed [1]** 135/17
**rushing [1]** 76/9
**Ryan [1]** 111/23

**S**

S-C-H-R-I-K [1] 6/9

S-T-R-A-U-B-E [1] 30/3

Sable [6] 14/18 91/20 104/7 109/13 115/1 137/14

Sables' [1] 130/3

said [49] 11/1 33/3 43/7 43/9 44/7 48/11 49/15 51/23 56/24 57/10 60/12 60/16 64/17 65/6 65/9 67/21 77/4 77/6 77/8 77/10 81/6 81/9 81/12 82/2 83/13 85/7 85/8 90/17 94/11 97/14 106/11 116/16 120/19 120/23 121/1 121/4 121/22 127/6 128/14 131/18 140/14 140/22 140/22 141/3 141/16 141/23 144/10 144/11 144/13

sake [11] 73/16

same [11] 5/8 21/12 23/21 37/21 41/22 43/19 55/6 66/4 84/16 90/5 136/2

sat [4] 63/9 63/11 71/24 138/9

Saturday [9] 32/10 89/15 90/12 91/3 92/15 92/20 92/21 94/11 95/2

saw [9] 42/3 58/16 75/14 84/5 84/12 88/3 118/6 132/5 134/11

say [33] 19/19 19/21 21/10 29/10 30/13 37/4 38/23 40/22 44/9 49/14 52/3 55/23 62/3 64/3 72/8 73/10 75/9 75/22 80/13 81/5 83/3 93/13 100/22 100/23 103/5 103/23 116/2 116/5 128/12 129/17 134/18 140/13 142/2

SAYETH [1] 143/3

saying [3] 106/13 131/23 132/1

says [2] 91/17 134/5

scan [1] 132/6

scared [1] 65/7

scene [1] 122/4

Schaumburg [5] 16/13 18/13 25/18 43/22 55/20

school [9] 15/12 15/13 20/6 20/9 20/12 25/19 72/2 73/1 76/11

schooling [2] 25/20 26/5

SCHRIK [8] 1/15 4/2 4/8 4/12 6/9 12/21 134/7 144/6

Scottsdale [1] 10/22

screaming [1] 86/21

seal [1] 144/21

seated [1] 68/9

second [7] 49/19 58/22 71/19 74/8 119/13 137/19 141/2

security [3] 6/15 123/18 123/22

see [14] 9/9 22/9 31/20 45/24 59/12 62/24 63/6 72/4 77/21 98/17 105/16 106/12 106/16 122/7

seeing [2] 75/15 136/18

seek [1] 30/15

seem [3] 46/2 52/24 60/13

seemed [3] 48/17 60/18 65/4

seen [8] 28/13 28/22 67/16 70/6 85/16 110/4 133/1 133/6

semester [3] 15/21 16/4 25/20

senior [5] 33/8 34/2 34/14 35/8 36/5

sent [1] 130/6

separate [1] 137/16

September [39] 8/3 11/5 11/16 11/20 11/22 12/1 12/2 13/17 19/10 19/13 19/19 19/20 22/12 22/18 22/19 23/3 25/12 26/18 31/15 32/1 37/2 37/12 39/22 42/23 47/5 47/9 47/20 48/8 49/19 54/10 87/4 92/16 94/19 95/14 96/22 97/4 97/6 113/22 127/5

September 10th [1] 92/16

September 12th [1] 96/22

September 13th [2] 97/4 97/6

September 22 [1] 25/12

September 22nd [2] 19/19 19/20

September 4th [2] 37/2 37/12

September 6 [1] 47/5

September 6th [1] 42/23

September 7th [3] 47/20 48/8 49/19

September 8th [2] 87/4 127/5

September 9 [1] 31/15

September 9th [4] 11/22 32/1 94/19 113/22

Sergeant [10] 90/23 117/3 117/12 117/21 139/11 139/19 140/14 140/17 140/21 141/1

serious [3] 56/7 80/4 98/7

seriously [1] 32/2

service [4] 17/5 17/13 17/18 123/11

Services [1] 94/18

set [4] 69/23 74/18 133/19 144/20

Seth [73]

Seth's [3] 35/20 61/21 78/24

settled [1] 81/22

seven [1] 17/20

seven months [1] 17/20

several [2] 59/21 138/15

severance [1] 23/1

shaken [5] 89/14 93/1 93/2 93/5 134/19

shaking [2] 113/6 113/16

shape [1] 92/24

share [2] 21/12 62/8

she [53] 12/7 12/10 12/15 20/20 20/24 21/2 21/19 24/23 27/19 31/5 31/9 34/10 35/23 38/23 42/15 42/19 42/20 42/21 43/6 43/7 53/8 62/16 62/24 63/1 63/2 63/6 78/13 78/16 103/9 103/12 103/13 103/21 104/7 104/11 104/12 104/13 105/4 105/12 105/13 105/13 105/20 116/15 116/15 120/14 120/19 120/23 121/9 130/6 135/16 135/17 135/21 136/10 136/12

she's [5] 103/23 104/8 120/13 121/4 123/23

shelves [2] 67/24 68/2

Sheriff's [1] 35/3

Shiro [3] 119/2 119/4 119/6

shook [1] 88/15

shopping [1] 57/5

short [4] 54/6 57/6 69/23 74/16

Shorthand [1] 1/20

shortly [2] 19/19 78/4

should [5] 21/10 36/18 38/24 55/23 60/14

shoulders [1] 5/12

show [2] 54/15 134/3

showed [1] 94/20

shower [3] 66/3 66/5 66/9

showering [1] 66/7

shrug [1] 5/11

sic [2] 92/22 93/20

sick [8] 31/15 47/2 53/13 79/20 86/12 87/17 94/13 130/24

side [8] 56/17 109/5 109/5 109/9 109/24 110/1 110/2 110/3

sign [2] 139/4 142/22

signature [3] 142/12 142/17 142/21

signing [1] 144/13

similar [1] 35/14

since [19] 8/2 8/13 8/18 11/21 14/2 15/9 20/11 21/21 25/12 33/10 53/13 72/11 72/13 77/3 86/18 87/12 87/14 126/24 131/7

sink [2] 54/23 127/20

sister [1] 109/15

sit [4] 66/5 68/6 115/20 135/12

sits [1] 127/12

sitting [6] 54/14 63/14 63/16 117/16 130/21 133/17

situation [2] 121/24 123/17

six [4] 14/15 16/17 17/20 101/4

six months [1] 14/15

size [1] 56/15

sized [1] 56/19

slash [2] 70/14 72/22

sleep [11] 42/12 46/16 46/21 46/23 53/3 53/19 64/2 64/6 64/10 64/12 64/13

sleeping [10] 35/17 38/15 43/1 64/6 106/17 106/21 129/19 132/23 135/19 141/17

sleepy [4] 51/23 53/14 129/22 141/8

slept [3] 39/18 51/24 89/19

slowing [1] 22/24

small [2] 40/15 132/15

Smith [2] 14/23 112/5

so [54] 15/7 16/2 19/13 23/3 25/2 30/10 37/8 43/2 44/17 49/15 49/19 50/1 50/4 58/3 58/5 58/9 58/17 63/4 64/4 64/15 66/2 66/7 66/11 68/2 68/4 71/19 72/8 72/14 74/1 74/1 74/2 74/22 75/7 77/12 78/13 78/17 80/10 91/12 96/17 100/23 100/23 114/19 115/17 118/11 118/14 125/1 127/3 134/2 134/10 136/14 136/22 139/22 142/13 142/24

Social [1] 6/15

socializing [1] 63/19

sole [1] 94/6

some [34] 12/7 13/12 33/6 37/15 40/6 44/10 54/15 60/9 60/16 63/3 63/9 65/11 79/4 80/21 81/20 83/13 95/21 98/8 98/20 102/9 107/20 109/21 109/24 109/24 110/2 110/2 117/6 130/7 131/23 132/3 134/19 134/23 136/8 137/10

somebody [2] 18/4 82/5

someone [3] 39/3 92/11 137/9

something [8] 35/14 52/12 59/4 62/13 76/16 88/13 88/20 98/16

sometime [4] 36/16 83/3 104/14 125/3

somewhat [1] 58/14

somewhere [2] 12/2 22/10

son [14] 11/24 19/10 21/17 43/1 56/23 57/1 57/4 78/2 79/19 85/13 92/24 94/13 115/21 135/17

son's [2] 82/4 94/22

sorry [11] 8/18 15/23 32/22 64/9 91/12 93/3 93/23 116/4 128/20 140/7 142/9

sort [2] 49/9 60/15

sound [3] 32/11 32/13 88/4

sounds [5] 59/13 70/3 71/4 73/6 82/9

South [4] 8/8 9/20 69/24 119/23

space [1] 21/13

spanked [2] 84/19 88/15

speak [23] 5/9 27/2 30/18 41/14 58/23 70/10 75/1 75/3 81/18 81/24 90/10 91/8 94/17 97/9 98/3 110/17 114/9 115/11 126/20 136/21 138/19 138/22 140/17

speaking [11] 37/8 37/8 70/15 75/17 79/11 84/2 84/4 90/7 90/14 90/15 117/2

special [1] 62/13

specific [4] 20/15 133/3 140/21

**S**

specific... [1] 140/21
Spector [2] 101/9 103/7
speculate [1] 64/23
speculation [4] 61/8 113/19 136/5
 141/13
spell [3] 6/6 13/22 27/17
spelling [3] 18/22 142/15 142/20
spellings [1] 142/18
spend [4] 79/24 83/23 89/16 123/12
spent [2] 87/22 88/24
spoke [12] 5/1 48/11 59/5 79/7
 79/18 84/8 103/4 112/13 115/17
 117/11 118/12 120/5
spoken [2] 101/22 115/8
spot [1] 50/5
SS [1] 144/1
St [5] 29/21 43/21 77/21 109/18
 134/24
stacked [1] 68/1
stair [1] 67/12
stairs [4] 66/11 67/5 67/10 67/14
stamp [1] 29/16
stand [1] 29/16
standard [1] 6/4
Standing [1] 123/5
stands [1] 140/24
Star [7] 1/7 1/8 1/8 1/8 1/9 1/10
 1/10
start [5] 50/9 58/2 78/9 119/8
 124/19
started [7] 17/24 19/11 19/22 33/8
 37/8 131/8 132/14
starting [1] 22/24
state [19] 1/9 1/19 1/21 2/11 2/15
 6/6 90/10 102/3 117/1 117/3 117/23
 118/2 118/4 118/9 118/14 138/24
 140/4 144/1 144/5
State's [17] 28/15 108/6 108/12
 110/12 110/18 112/22 113/3 114/3
 114/20 115/15 137/1 137/8 137/13
 137/17 138/24 139/17 141/23
stated [1] 102/16
statement [8] 28/13 28/19 28/23
 101/9 101/17 101/20 102/12 103/7
statements [1] 26/23
STATES [2] 1/1 1/17
stating [1] 105/14
station [2] 14/11 138/7
status [2] 55/11 98/13
stay [7] 13/10 21/24 36/14 49/13
 53/24 61/22 101/5
stay-at-home [1] 49/13
stayed [7] 36/20 45/11 45/18 96/3
 96/21 128/8 129/2
staying [1] 9/8
stenographically [1] 144/8
stethoscope [2] 61/4 61/12
Steve [3] 117/3 118/10 140/14
STEVEN [2] 1/9 90/23
stick [1] 110/16
still [20] 9/8 9/16 46/5 46/6 46/17
 46/18 47/10 47/11 47/12 52/17 54/13
 60/20 89/7 91/4 95/19 98/8 102/13
 103/21 112/5 129/13
stint [1] 20/16
stop [1] 11/23
stopped [2] 57/6 76/19
store [3] 40/6 88/11 130/6
straight [3] 76/24 77/7 77/10
Straube [9] 30/3 30/4 30/7 30/12
 30/16 30/19 33/6 33/8 124/5
Straubes [3] 33/24 34/12 121/17

street [6] 14/11 14/11 14/12 29/21
 43/10
stressfull [1] 17/7
strike [8] 45/23 47/14 94/2 100/16
 101/7 113/24 115/24 118/8
stroller [1] 120/2
struck [3] 84/19 102/8 102/16
studio [3] 33/11 35/16 35/21
stuff [4] 31/7 31/10 39/14 66/20
styrofoam [1] 127/11
subpoena [3] 1/15 4/8 6/17
subpoenaed [1] 4/7
subsequent [1] 89/9
subsequently [1] 84/10
substantial [1] 110/14
such [7] 12/4 20/24 105/4 107/18
 109/24 120/6 144/17
sue [1] 10/2
suffed [1] 92/3
suffering [1] 132/2
suggest [1] 39/3
suggestions [1] 71/12
suit [2] 99/22 115/3
Suite [3] 1/21 2/3 2/7
Sullivan [1] 23/6
Sunday [10] 36/15 36/16 36/21 37/2
 37/13 37/17 39/19 95/4 95/17 131/7
supervisor [2] 18/18 25/13
supplied [1] 50/23
support [4] 30/18 96/17 97/16 106/6
supposed [1] 45/5
sure [15] 8/10 18/1 34/24 38/11
 41/17 64/20 81/18 88/14 97/21
 103/22 110/15 128/17 133/3 137/7
 137/18
surgeons [1] 80/22
surgery [2] 82/3 89/8
surprised [3] 57/23 63/6 106/12
surrounding [1] 103/1
surroundings [1] 61/16
SUSAN [2] 1/18 144/4
SUSAN G [1] 1/18
suspect [2] 112/22 112/24
suspended [2] 83/6 122/11
swing [1] 51/24
sworn [3] 4/1 4/4 144/7
Sycamore [1] 106/10
symptoms [1] 40/7
syndrome [4] 89/14 93/1 93/2 93/5

**T**

table [3] 63/10 63/15 63/19
take [26] 5/15 5/18 10/18 15/17 26/6
 38/3 39/3 43/7 44/19 46/20 53/18
 53/20 54/6 55/5 55/13 59/8 61/7 66/2
 68/14 69/4 97/1 115/8 120/2 123/4
 123/8 137/24
taken [14] 4/8 5/5 25/20 44/12 54/7
 64/12 68/16 77/6 77/11 78/2 81/11
 83/20 137/20 138/6
takes [4] 12/1 14/6 37/12 82/12
taking [9] 1/17 11/7 47/15 48/1
 49/22 61/1 66/5 87/11 119/22
talk [6] 29/14 79/16 94/23 98/20
 102/1 105/1
talked [2] 65/8 108/5
talkie [1] 35/19
talking [7] 32/6 59/14 83/23 118/9
 128/15 128/18 137/8
Tall [1] 74/16
taller [1] 74/17
taped [3] 28/22 99/14 110/4
Tech [1] 24/9
teething [1] 41/3

television [2] 35/1 35/6
tell [30] 12/4 32/19 32/21 33/3 40/4
 40/22 41/10 42/23 46/5 47/11 47/21
 50/18 52/4 62/20 65/4 79/17 79/19
 80/3 81/13 84/24 85/4 85/20 86/4
 88/20 100/3 101/21 105/18 117/13
 118/5 126/10
telling [17] 58/10 78/16 88/12 88/22
 92/1 92/19 95/8 95/17 96/19 105/13
 117/16 126/23 129/21 133/5 141/7
 141/9 141/15
Tempe [1] 8/8
temper [1] 125/24
temperature [1] 47/15
tend [1] 58/5
term [1] 122/21
terms [7] 17/21 48/19 50/12 65/24
 90/20 100/20 119/1
Terry [1] 119/2
testified [12] 4/4 12/10 63/21
 103/12 103/13 105/3 116/15 117/2
 136/9 138/2 140/16 141/9
testify [2] 108/22 144/7
testimony [4] 119/15 120/8 142/18
 144/11
than [16] 20/16 27/3 31/6 36/9 40/23
 60/18 64/4 65/3 74/17 77/14 90/2
 112/20 116/12 118/10 123/15 140/22
Thank [3] 140/6 141/18 143/2
that [627]
that's [39] 4/23 10/11 14/8 15/24
 21/4 21/5 21/8 29/13 41/7 41/9 43/14
 45/22 56/17 57/21 61/6 61/18 62/1
 62/5 64/21 66/3 72/20 77/20 79/16
 82/2 82/13 82/15 84/6 88/20 93/4
 100/11 109/13 116/18 116/19 118/11
 118/14 119/21 131/21 140/6 143/2
their [5] 12/20 38/8 73/24 82/7
 108/14
them [29] 5/8 16/14 22/12 22/21
 23/22 24/11 24/12 25/11 51/1 68/2
 68/3 73/1 80/21 84/15 90/16 92/11
 92/12 102/3 105/13 106/13 111/4
 111/9 111/21 117/13 126/11 140/19
 141/3 141/9 141/11
then [27] 8/24 14/21 15/5 17/24
 21/22 21/24 23/19 36/22 43/6 46/21
 53/9 59/20 61/24 62/14 63/12 72/9
 73/13 81/24 95/4 104/14 111/2 119/8
 127/23 128/2 128/12 131/15 139/24
there [83]
thereafter [1] 104/15
thermometer [2] 38/24 43/12
these [12] 6/4 12/22 32/24 37/21
 50/24 93/10 101/24 103/24 108/11
 111/5 111/5 114/7
they [54] 6/5 9/8 16/12 17/13 18/12
 22/5 23/7 24/10 25/17 34/15 36/3
 36/4 37/23 39/2 44/7 44/9 58/5 73/24
 77/6 77/11 78/2 80/21 80/22 80/23
 81/19 82/3 90/4 95/24 100/7 101/23
 105/14 108/13 110/14 110/14 110/15
 111/7 111/10 111/12 111/17 112/20
 119/12 126/13 137/2 137/8 139/4
 139/16 139/24 141/23 142/1 142/2
 142/4 142/6 142/7 142/8
thing [6] 23/21 38/6 61/17 62/12
 111/11 142/16
things [2] 64/17 136/9
think [31] 6/10 39/8 48/13 48/16
 48/18 58/6 58/15 59/3 60/8 73/16
 74/20 79/3 89/7 103/20 104/3 104/4
 104/5 104/7 104/7 104/9 104/12
 116/8 118/11 133/16 135/10 140/16

## T

**think...** [1] 141/6 141/8 141/14 141/16 142/19
**Third** [1] 12/2
**this** [108]
**Thomas** [1] 44/3
**those** [12] 22/14 28/3 32/17 66/4 70/19 100/2 114/10 114/17 114/24 123/21 124/2 138/16
**though** [4] 40/10 51/1 95/23 104/9
**thought** [10] 9/9 58/1 58/3 58/16 59/3 60/9 61/11 93/10 121/9 132/2
**threatened** [1] 103/14
**threatening** [1] 137/24
**three** [7] 13/1 14/5 14/20 19/21 28/3 40/16 58/3
**three months** [2] 13/1 14/5
**throat** [1] 131/24
**through** [13] 15/17 15/19 16/6 34/15 36/20 44/17 46/21 63/8 65/23 70/8 99/18 124/6 142/9
**throughout** [4] 45/20 96/22 142/15 142/20
**Thursday** [21] 48/21 54/10 55/6 55/10 57/15 57/20 58/11 62/22 64/2 87/4 87/7 88/3 88/7 127/5 128/14 128/15 128/18 128/19 130/2 131/15 141/8
**tile** [1] 57/7
**till** [6] 11/5 18/15 22/12 24/1 24/12 58/6
**time** [112]
**times** [6] 40/16 46/20 101/4 111/10 122/13 126/11
**tired** [1] 94/2
**tissues** [1] 68/14
**title** [1] 16/19
**today** [11] 4/12 4/18 5/2 5/17 6/21 13/12 27/3 115/20 117/16 135/12 141/4
**today's** [2] 26/23 28/5
**TODD** [1] 1/8
**together** [1] 62/15
**told** [40] 27/12 27/15 33/10 41/11 43/7 55/12 57/21 57/22 63/3 78/3 78/13 86/11 86/14 86/17 87/3 87/7 87/11 90/2 93/15 93/17 94/23 95/24 101/12 102/7 111/21 114/1 117/7 117/10 117/13 117/20 117/21 122/2 126/11 126/20 131/12 136/12 140/23 141/4 141/11 141/15
**too** [4] 78/16 96/3 102/17 112/24
**took** [13] 32/5 32/9 38/22 43/20 48/4 52/15 63/23 66/3 71/2 81/18 108/7 113/17 131/15
**top** [3] 8/15 79/9 109/14
**topic** [3] 11/15 21/24 139/9
**touch** [3] 7/15 27/24 43/2
**toward** [1] 48/21
**towards** [2] 71/9 75/6
**toys** [4] 54/15 66/14 67/21 68/1
**transcript** [2] 5/14 142/22
**treated** [1] 44/1
**trial** [1] 111/11
**tried** [3] 99/16 99/17 99/18
**trip** [1] 106/10
**trouble** [1] 105/5
**true** [7] 12/11 102/17 103/16 116/17 127/3 129/24 144/10
**trust** [1] 114/9
**truth** [1] 144/7
**try** [5] 5/9 5/11 32/21 71/24 76/9
**trying** [6] 10/2 13/8 56/6 72/24

**Tuesday** [10] 42/23 46/23 47/4 86/14 87/12 87/15 87/17 97/6 126/24 131/13
**turn** [1] 63/12
**turned** [2] 33/12 134/21
**TV** [6] 41/1 54/15 66/13 66/14 67/20 68/4
**two** [24] 9/12 9/24 11/24 12/5 14/20 21/17 22/1 28/15 64/17 69/13 70/20 73/14 75/18 83/21 85/23 108/11 109/11 109/12 114/7 114/10 114/17 114/24 117/13 121/23
**two-page** [1] 85/23
**Tylenol** [6] 40/6 41/8 41/12 60/16 63/3 65/11
**type** [10] 18/24 25/21 31/2 36/7 49/1 81/1 99/7 132/3 132/10 134/19
**typed** [1] 5/13
**typewriting** [1] 144/9
**typical** [2] 31/6 37/9
**typically** [4] 40/19 46/16 62/8 62/10

## U

**uh** [5] 67/17 100/5 100/5 129/18 129/18
**Uh-hmm** [1] 67/17
**Uh-uh** [2] 100/5 129/18
**Uhm** [10] 10/17 24/17 30/8 48/15 54/13 61/15 62/23 94/20 98/10 130/10
**under** [1] 46/6
**understand** [4] 5/23 80/21 82/18 104/19
**understanding** [7] 45/13 85/15 90/19 109/4 110/10 110/12 113/6
**understood** [3] 6/2 52/13 102/4
**unemployment** [4] 19/8 19/14 20/16 23/17
**unincorporated** [1] 35/1
**unit** [5] 6/24 8/8 34/10 34/14 34/15
**UNITED** [2] 1/1 1/16
**unless** [2] 62/12 100/7
**unpaid** [1] 13/12
**unstable** [1] 58/4
**until** [19] 11/4 11/11 11/14 11/24 19/6 19/10 19/13 21/17 22/17 23/12 23/17 36/15 36/15 39/7 57/24 63/11 64/13 89/15 104/13
**untrue** [1] 116/18
**unusual** [2] 104/9 104/20
**up** [64] 5/13 6/10 11/7 24/23 24/24 30/10 32/5 33/8 36/24 37/12 38/14 38/17 38/20 39/12 39/16 43/1 46/19 51/9 51/18 53/21 53/24 54/19 55/12 55/14 55/23 55/23 56/13 59/8 60/24 64/11 65/18 66/1 67/5 67/10 67/13 68/23 78/1 87/6 88/11 94/20 107/8 120/10 121/10 124/3 124/7 124/9 124/13 124/19 125/5 127/6 127/23 129/16 129/22 130/19 131/19 133/8 133/10 133/11 133/14 133/17 133/19 135/13 137/9 141/8
**update** [1] 76/2
**upon** [2] 44/23 110/11
**upset** [8] 12/13 12/15 110/7 113/2 114/20 135/16 135/21 142/1
**upstairs** [6] 43/3 66/9 66/17 66/19 67/6 127/22
**us** [26] 5/9 6/1 7/14 7/19 9/15 12/1 12/4 14/6 16/6 32/19 32/21 33/4 36/18 37/12 42/24 57/23 62/14 62/20 63/8 65/23 66/23 66/24 88/7 90/2 130/11 141/4

## V

**vacant** [2] 83/18 117/9
**vacated** [1] 9/6
**Vanguard** [2] 25/8 25/9
**vehicle** [3] 59/9 59/19 107/23
**verify** [1] 85/16
**versa** [1] 34/16
**version** [1] 28/22
**very** [22] 17/7 38/17 40/15 43/2 46/5 48/15 48/17 51/23 52/19 52/22 63/2 63/6 63/11 69/23 70/3 79/19 94/13 96/9 102/2 104/8 120/21 132/15
**vice** [1] 34/16
**vice-versa** [1] 34/16
**Victim** [1] 95/6
**video** [2] 28/22 110/4
**videos** [1] 26/22
**view** [1] 99/14
**VILLAGE** [3] 1/6 2/10 4/14
**VILLANUEVA** [5] 1/8 4/15 139/13 139/24 141/23
**Vince** [2] 27/9 27/10
**violently** [2] 84/19 120/1
**viral** [3] 60/9 81/14 132/4
**virus** [2] 60/11 132/3
**visit** [5] 37/15 55/15 61/2 61/14 119/22
**voluntarily** [3] 18/7 18/8 30/21
**vomiting** [1] 40/7

## W

**wait** [4] 5/9 78/5 89/6 125/9
**waited** [1] 59/22
**waiting** [3] 78/3 78/9 89/6
**waive** [4] 142/12 142/14 142/21 142/24
**waived** [1] 144/13
**waiver** [1] 139/4
**waiving** [5] 32/23 33/3 104/1 106/9 107/22
**wake** [9] 46/19 53/21 65/18 98/22 106/5 133/8 133/10 133/10 135/18
**walk** [2] 66/7 88/22
**walked** [3] 33/12 73/5 133/2
**walkie** [1] 35/19
**walkie-talkie** [1] 35/19
**walking** [5] 37/6 37/7 58/2 70/23 131/3
**want** [13] 5/2 32/4 32/22 32/24 47/22 53/24 60/16 67/4 68/14 75/8 85/16 97/1 124/23
**wanted** [9] 17/9 27/24 47/22 48/11 49/16 52/18 56/4 71/10 116/16
**wanting** [1] 71/5
**warm** [9] 38/12 38/13 38/17 38/21 38/24 40/5 40/23 43/2 47/16
**warmer** [1] 10/9
**was** [438]
**wash** [1] 92/3
**washed** [1] 127/24
**wasn't** [10] 24/17 37/8 47/17 47/23 59/14 67/13 73/7 104/12 127/9 128/17
**watch** [6] 40/24 66/13 67/20 87/19 99/18 99/19
**watching** [5] 35/20 54/14 66/14 86/24 127/9

## W

**water [1]** 54/5
**way [7]** 34/18 35/18 43/9 58/17
103/24 113/2 142/21
**we [61]** 5/17 5/21 7/15 12/7 15/7
19/6 22/15 23/15 26/16 26/20 28/8
28/10 29/17 30/10 30/10 32/4 32/4
32/4 36/13 36/15 36/21 36/24 37/5
37/14 38/11 38/24 39/7 40/5 41/7
42/9 47/3 53/9 54/10 58/17 59/24
62/12 62/13 62/15 62/23 63/9 63/12
63/18 63/18 65/15 66/6 66/10 66/20
67/1 67/2 73/16 94/18 104/21 108/5
118/24 124/11 132/12 134/3 136/14
138/14 142/14 142/19
**we'll [5]** 6/2 8/4 54/4 91/3 95/4
**we're [7]** 11/15 23/3 36/17 39/22
42/23 97/3 139/9
**weather [3]** 8/10 10/9 46/6
**Wednesday [17]** 47/8 47/20 47/23
49/19 50/6 50/15 51/10 51/15 52/16
53/1 53/3 53/7 54/2 57/15 87/14
87/21 92/6
**week [19]** 12/2 31/14 32/1 36/17
36/18 36/20 37/2 48/22 48/22 85/2
86/12 86/14 92/5 100/4 101/3 111/18
127/1 130/24 131/7
**weekend [4]** 36/14 36/24 39/13
48/23
**weeks [8]** 11/24 12/5 14/20 19/21
19/22 21/17 22/1 58/3
**well [22]** 30/9 38/11 40/4 40/22
47/14 48/12 58/1 59/11 60/19 62/11
63/20 64/17 68/5 68/7 68/12 78/18
87/14 92/23 94/15 99/1 101/7 118/7
**went [28]** 17/4 18/3 36/13 36/15
36/22 36/24 48/18 51/15 51/20 53/12
53/14 61/21 63/12 66/10 66/16 66/17
66/20 70/17 75/7 77/16 77/19 78/1
88/19 89/5 117/8 117/9 125/1 125/3
**were [126]**
**weren't [4]** 17/11 38/11 74/1 83/19
**West [3]** 2/13 8/14 11/7
**what [151]**
**what's [12]** 5/13 6/13 15/10 15/22
23/22 25/7 25/15 27/8 38/6 85/16
98/17 112/9
**whatever [4]** 40/8 47/12 60/11 122/2
**whatsoever [1]** 58/12
**when [110]**
**where [52]** 5/2 7/19 9/6 9/19 10/13
10/21 11/8 13/24 14/6 14/10 14/16
15/2 16/10 16/12 17/3 17/13 18/12
19/7 21/9 22/2 22/5 22/7 23/7 23/15
25/17 27/22 29/20 43/14 43/19 45/2
45/18 47/13 57/11 59/21 63/22 70/12
71/1 72/3 72/21 73/1 83/16 83/19
102/8 102/19 106/11 106/21 109/17
118/7 120/1 120/16 130/12 130/21
**WHEREOF [1]** 144/20
**Whereupon [8]** 54/7 68/16 74/4
93/24 99/11 113/13 137/20 140/9
**whether [15]** 44/9 44/18 52/3 74/20
85/8 95/1 98/18 104/5 104/6 104/6
114/16 124/2 126/19 130/15 134/10
**which [26]** 5/14 12/1 14/6 19/10
20/19 32/9 32/23 37/12 38/15 41/1
48/14 57/5 57/6 57/7 63/3 63/12
65/15 85/18 90/9 91/15 104/10 108/3
111/8 113/2 122/3 136/10
**while [22]** 20/6 29/6 35/15 39/7 52/6
52/6 53/8 57/5 63/10 63/17 66/5
66/13 68/10 72/1 82/12 86/23 90/15
**whining [1]** 63/24
**white [1]** 74/14
**who [34]** 4/16 4/19 8/21 8/24 13/20
14/12 27/6 33/7 43/5 57/3 62/11
69/18 72/13 72/14 73/20 73/22 73/23
74/2 74/2 74/10 83/9 84/3 93/9 97/17
99/20 100/10 104/4 104/7 109/8
109/10 111/23 120/12 121/4 121/17
**whole [7]** 12/8 79/24 89/17 89/23
111/10 111/11 144/7
**whom [1]** 115/14
**Whose [1]** 107/3
**why [22]** 10/7 17/6 18/16 22/23
23/13 24/16 36/4 41/7 49/13 56/3
56/5 61/7 77/20 79/20 92/23 96/1
104/2 105/12 108/11 110/13 115/6
135/13
**will [9]** 1/19 5/13 60/11 60/17 96/17
141/4 142/24 144/5 144/24
**Winter [2]** 112/10 119/19
**Wisconsin [5]** 32/6 39/16 39/23
41/17 121/10
**wise [1]** 85/1
**withdraw [1]** 94/1
**within [12]** 1/19 19/21 21/10 23/5
24/7 27/4 45/14 58/3 77/5 93/18 94/6
113/22
**without [4]** 32/22 66/12 72/15
**witness [7]** 3/2 4/1 4/3 4/19 144/11
144/13 144/20
**witnesses [4]** 36/5 114/21 114/24
142/14
**woke [5]** 38/17 43/1 64/11 66/1
127/6
**wonder [1]** 93/15
**wondering [1]** 96/1
**work [25]** 10/8 16/7 16/14 17/9
17/19 18/1 18/14 21/15 22/2 22/11
23/11 23/22 24/6 24/11 36/23 45/7
50/9 51/12 62/8 65/23 66/15 76/17
80/24 107/19 119/11
**worked [14]** 18/4 20/3 20/8 21/7
21/21 22/3 22/12 22/17 23/12 23/20
24/9 24/12 34/18 45/5
**working [14]** 8/4 16/8 16/10 18/4
19/7 19/11 19/22 19/24 20/14 24/17
25/5 76/13 108/2 118/21
**works [2]** 22/7 22/8
**world [2]** 12/16 68/4
**worry [1]** 65/10
**worse [1]** 41/21
**would [82]**
**wouldn't [4]** 41/1 53/23 73/19 74/10
**wrap [1]** 106/21
**written [2]** 20/24 28/12
**wrong [1]** 105/15
**wrote [1]** 134/14

## Y

**yeah [13]** 37/11 46/14 49/11 58/23
59/1 62/19 80/7 81/9 85/24 93/17
97/21 101/1 110/9
**year [5]** 7/6 15/1 15/15 22/15 37/9
**years [4]** 15/17 15/19 17/22 27/21
**Yep [1]** 60/5
**yes [258]**
**yet [2]** 37/8 39/2
**you [885]**
**you're [15]** 4/18 8/10 39/22 54/18
72/20 74/22 77/8 78/8 91/4 103/6
103/10 103/18 104/10 110/10 142/12
**your [153]**
**yours [2]** 27/20 112/5

## Z

**zip [1]** 8/15