**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICK ALEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 5049 |
| | ) | |
| VILLAGE OF HANOVER PARK, et al., | ) | Judge Bucklo |
| | ) | |
| Defendants. | ) | Magistrate Judge Denlow |

## ILLINOIS STATE POLICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Illinois State Police Defendants Master Sergeant JOSEPH MICCI and Master Sergeant GERARD FALLON ("ISP Defendants"), by their attorney, LISA MADIGAN, Attorney General of Illinois, and pursuant to Federal Rule of Civil Procedure 56 move for summary judgment on all counts directed against them. In support thereof, ISP Defendants state as follows:

1. On September 7, 2007 Plaintiff Rick Aleman filed a Complaint at Law directed against ISP Defendants as well as the Village of Hanover Park, Illinois, and certain members of the Hanover Park Police Department ("the Hanover Park Defendants"). On February 18, 2008, Plaintiff filed a First Amended Complaint.

2. Plaintiff's claims arise from his arrest on September 9, 2005 and eventual indictment for first-degree murder in the death of Joshua Schrik, a one-year-old boy who was attending Plaintiff's day-care. ISP Defendants assisted the Hanover Park Police Department in its investigation of the incident.

3. Plaintiff alleges that Defendants violated his federal constitutional rights and committing state law torts against him during their investigation, including false arrest and imprisonment (Counts I and III), failure to intervene (Count II), civil

1

conspiracy under federal law (Count IV) and state law (Count VIII), violation of substantive due process arising out of his interrogation in the absence of an attorney (Count V), and intentional infliction of emotional distress (Count IX).

4. This Court should grant summary judgment to ISP Defendants. There was probable cause to arrest Plaintiff both on September 9 for both aggravated battery to Joshua and, after Joshua died, on September 15 for first-degree murder. Plaintiff voluntarily submitted to questioning after speaking with his attorney and waiving his right to have an attorney present during questioning. During his interrogation, Plaintiff made numerous incriminating statements. Even if probable cause did not exist to arrest Plaintiff, ISP Defendants would be entitled to qualified immunity because there were reasonable grounds to believe that probable cause existed. Finally, there is no evidence to support Plaintiff's federal conspiracy claim and state law tort claims.

5. ISP Defendants submit separately a Memorandum of Law and a Statement of Facts in support of their motion.

WHEREFORE, Defendants JOSEPH MICCI and GERARD FALLON respectfully request that their motion be granted and summary judgment be entered in their favor and against Plaintiff.

Respectfully submitted,

LISA MADIGAN  
Attorney General of Illinois

/s/ Peter C. Koch  
PETER C. KOCH  
ALICE E. KEANE  
Assistant Attorneys General  
General Law Bureau  
100 W. Randolph St., 13th Floor  
Chicago, Illinois 60601  
(312) 814-6534 & -3711

## **CERTIFICATE OF SERVICE**

 The undersigned, an attorney of record, states that a copy of the attached Illinois State Police Defendants' Motion for Summary Judgment was served this 18th day of December 2009 by electronic filing pursuant to Rule XI of this Court's General Order on Electronic Case Filing.

       /s/ Peter C. Koch
       PETER C. KOCH
       Assistant Attorney General
       General Law Bureau
       100 West Randolph Street, 13th Floor
       Chicago, Illinois  60601
       (312) 814-6534
       pkoch@atg.state.il.us