**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICK ALEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 5049 |
| | ) | |
| vs. | ) | Judge Bucklo |
| | ) | Magistrate Judge Denlow |
| VILLAGE OF HANOVER PARK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S APPENDIX OF EXHIBITS**

Deposition of Plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

DVDs of Aleman's Interrogation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2, Filed with Clerk

Declaration of Paul Ankin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 3

Deposition of Defendant Eric Villanueva . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 4

Deposition of Defendant Joseph Micci . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 5

Certified Disposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 6

Deposition of Jennifer Danielle Schrik . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 7

Deposition of Karen Crothers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 8

-Deposition of Defendant Carol Lussky . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 9

Deposition of Dr. Reyes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 10

Deposition of Dr. Jones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 11

Deposition of Dr. Siegle . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 12

Deposition of Dr. Hasson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 13

Deposition of Nancy Schrik . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 14

Deposition of Sergeant Cardona . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 15

Deposition of Barbara Sable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 16

Deposition of Seth Sable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 17

Deposition of Michael Booker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 18

Deposition of Adam Michalik. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 19

Deposition of Carl Gutman. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 20

Deposition of Todd Carlson.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 21

Deposition of Fallon. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 22

Transcript of September 12, 2005, Bond Hearing. . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 23

Transcript of September 15, 2005, Bond Hearing. . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 24

Carl Gutman Grand Jury Testimony. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 25

Adam Michalik Grand Jury Testimony. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 26

Lawrence V. Jackowiak
Adele D. Nicholas
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595