# United States District Court
## Northern District of Illinois
### Eastern Division

Aleman                         **JUDGMENT IN A CIVIL CASE**

        v.                      Case Number: 07 C 5049

Village of Hanover Park, et al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motions for summary judgment are granted and plaintiff's motion for partial summary judgment is denied. The case, therefore, is terminated.

                                       Michael W. Dobbins, Clerk of Court

Date: 9/29/2010                        _____
                                           /s/ Mathew P. John, Deputy Clerk