# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rick Aleman

                                          Plaintiff,

v.                                                                Case No.: 1:07−cv−05049

                                                                                         Honorable Elaine E. Bucklo

Village Of Hanover Park, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Settlement conference held on 11/30/2012. Pursuant to settlement, this case is dismissed. This court retains jurisdiction to enforce the settlement.Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.